# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| LIVINGSCAPES, LLC | ) | Bk. Case No. 3:20-bk-03561 |
| | ) | Chapter 11 |
| Debtor. | ) | Judge Charles M. Walker |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF DOCUMENTS

The United States Trustee for the Middle District of Tennessee, Region 8, through undersigned counsel, hereby files this Notice of Appearance in accordance with Fed. R. Bank. Pro. 2002 and 5005, and requests notice of all pleadings, documents and papers filed in this case, and all underlying and related proceedings.

Pursuant to Local Rules of Court and the Administrative Procedures for Electronic Case Filing, electronic notice should also be sent to: Jeffrey.S.Grasl@usdoj.gov.

Paper mailing for the first pleading initiating a potential LBR 9013 contested matter must be sent in accordance with the Federal Rules of Bankruptcy Procedure to:

**Jeffrey S. Grasl**
**Trial Attorney**
**Office of the United States Trustee**
**701 Broadway, Ste 318**
**Nashville, TN  37203**

    Respectfully Submitted,

     */s/ Jeffrey S. Grasl* **(MI #P62550)**
    Jeffrey S. Grasl, Trial Attorney
    OFFICE OF THE UNITED STATES TRUSTEE
    701 Broadway, Ste 318
    Nashville, TN  37203
    Telephone: (615) 736-5485
    Fax: (615) 736-2260
    Email: Jeffrey.S.Grasl@usdoj.gov