```
                      United States Bankruptcy Court
                      Middle District of Tennessee
```

In re:                                                            Case No. 20-03561-MFH
LIVINGSCAPES, LLC                                                 Chapter 11
       Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0650-3        User: jmw0113            Page 1 of 1           Date Rcvd: Jul 31, 2020
                            Form ID: 309F1           Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 02, 2020.
```
db              +LIVINGSCAPES, LLC,    PO BOX 91047,    Nashville, TN 37209-9047
7182273          Cassie Burton,    c/o Sherwood Litigation,    201 4th Ave N S 1130,    Nashville TN 37219
7182275         +JOHN DEERE FINANCIAL,     ATTN: BANKRUPTCY DEPT,    PO BOX 6600,    JOHNSTON IA 50131-6600
7182276         +Milessa Thomas,    c/o Christopher Boiano Esq.,    115 Shivel Dr.,    Hendersonville TN 37075-3536
7182277         +PNC BANK,   PO BOX 856177,     LOUISVILLE KY 40285-6177
7182278         +SBA- SMALL BUSINESS ADMIN,     C/O US ATTY OFFICE,    110 9TH AVE SO #A-961,
                 NASHVILLE TN 37203-3870
7182281         +TORO EXMARK,    PO BOX 790449,    Saint Louis MO 63179-0449
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty              E-mail/Text: slefkovitz@lefkovitz.com Aug 01 2020 03:11:52      LEFKOVITZ AND LEFKOVITZ, PLLC,
                 618 CHURCH ST STE 410,    NASHVILLE, TN  37219
7182272         +EDI: AMEREXPR.COM Aug 01 2020 07:03:00      AMERICAN EXPRESS,    ATTN: BANKRUPTCY DEPT,
                 PO BOX 981535,    El PASO TX 79998-1535
7182274          EDI: IRS.COM Aug 01 2020 07:03:00      IRS,    CNTRLZD INSOLVENCY OPRTN,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
7182279          E-mail/Text: Bankruptcy@stearnsbank.com Aug 01 2020 03:12:02      STEARNS BANK,    PO BOX 750,
                 Albany MN 56307
7182280          E-mail/Text: tdor.bankruptcy@tn.gov Aug 01 2020 03:11:59      TENNESSEE DEPARTMENT OF REVENUE,
                 500 DEADERICK STREET,    ANDREW JACKSON STATE OFFICE BUILDING,    Nashville TN 37242
                                                                                              TOTAL: 5
```
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2020                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 30, 2020 at the address(es) listed below:
```
              JEFFREY S GRASL    on behalf of U.S. Trustee    US TRUSTEE jeffrey.s.grasl@usdoj.gov
              LEFKOVITZ AND LEFKOVITZ, PLLC    on behalf of Debtor    LIVINGSCAPES, LLC slefkovitz@lefkovitz.com,
               stevelefkovitz@aol.com;sllbkecf@gmail.com;khancock@lefkovitz.com;lefkovitzcvlecf@lefkovitz.com;r5
               2946@notify.bestcase.com;mspezia@lefkovitz.com
              US TRUSTEE    ustpregion08.na.ecf@usdoj.gov
                                                                                             TOTAL: 3
```

Debtor **LIVINGSCAPES, LLC**
Name

EIN  47–4773861

United States Bankruptcy Court  MIDDLE DISTRICT OF TENNESSEE

Date case filed for chapter  11  7/29/20

Case number:  3:20–bk–03561

Official Form 309F1 (For Corporations or Partnerships)

# Notice of Chapter 11 Bankruptcy Case

02/20

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | LIVINGSCAPES, LLC | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | PO BOX 91047<br>Nashville, TN 37209 | |
| 4. | **Debtor's attorney**<br>Name and address | LEFKOVITZ AND LEFKOVITZ, PLLC<br>618 CHURCH ST STE 410<br>NASHVILLE, TN 37219 | Contact phone: 615 256–8300<br><br>Email: slefkovitz@lefkovitz.com |
| 5. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | 701 Broadway Room 170<br>Nashville, TN 37203 | Hours open: 8:00AM–4:00PM<br>Monday–Friday<br><br>Contact phone:  615–736–5584<br><br>Date: 7/31/20 |
| 6. | **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath.<br>Creditors may attend, but are not required to do so. | **August 27, 2020 at 01:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>**\*\*\* Valid photo identification required \*\*\*** | Location: |

**For more information, see page 2 >**

Case 3:20-bk-03561   Doc 7   Filed 08/02/20   Entered 08/02/20 23:47:17   Desc Imaged
Certificate of Notice    Page 2 of 3

| | | |
|---|---|---|
| 7. | **Proof of claim deadline** | **Deadline for filing proof of claim:** Not yet set. If a deadline is set, the court will send you another notice. |
| | | A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. |
| | | Your claim will be allowed in the amount scheduled unless: |
| | | - your claim is designated as *disputed*, *contingent*, or *unliquidated*; |
| | | - you file a proof of claim in a different amount; or |
| | | - you receive another notice. |
| | | If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. |
| | | You may review the schedules at the bankruptcy clerk's office or online at www.pacer.gov. |
| | | Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. |
| 8. | **Exception to discharge deadline** The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below. **Deadline for filing the complaint:   10/26/20** |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| 10. | **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. |
| 11. | **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. |

Official Form 309F1 (For Corporations or Partnerships)          **Notice of Chapter 11 Bankruptcy Case**                                page 2

Case 3:20-bk-03561    Doc 7    Filed 08/02/20    Entered 08/02/20 23:47:17    Desc Imaged
                            Certificate of Notice    Page 3 of 3