IN THE UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE

| | ) | |
|---|---|---|
| IN RE: | ) | |
| | ) | Chapter 11 Proceeding |
| LIVINGSCAPES, LLC, | ) | Case No. 320-03561 |
| | ) | Marian F. Harrison, Judge |
| Debtor. | ) | |
| | ) | |

## MOTION TO SET BAR DATE FOR FILING PROOF OF CLAIMS

Comes the Debtor, through counsel, respectfully moves this Honorable Court to set a bar date for any creditor or equity security holder whose claim or interest is not scheduled or scheduled as disputed, contingent, or unliquidated. The Debtor prays that the bar date be set for November 25, 2020, for all creditors others than a governmental unit to file a proof of claim in this proceeding. This date represents at least ninety (90) days from the first scheduled setting of the Debtor's §341 meeting of creditors. The Debtor prays that the bar date be set for February 23, 2021, for governmental units be set to file a proof of claim in this proceeding. This date represents at least one hundred eighty (180) days from the date of the order for relief. The Debtor further prays that any creditor that fails to timely file a claim shall not be treated as a creditor with respect to such claim for the purposes of voting and distribution.

Respectfully submitted,

LEFKOVITZ & LEFKOVITZ, PLLC

**/S/ STEVEN L. LEFKOVITZ**
Steven L. Lefkovitz, No. 5953
Attorneys for Debtor-in-possession
618 Church Street, Suite 410
Nashville, Tennessee 37219
Phone: (615) 256-8300
Fax: (615) 255-4516
Email: slefkovitz@lefkovitz.com

## CERTIFICATE OF SERVICE

       I hereby certify that I have sent a true and exact copy of the foregoing to the United States Trustee, William Timothy Stone, Trustee, and all other parties of record to receive notice electronically via the United States Bankruptcy Court's CM/ECF system, this 10th day of August, 2020.

       I further certify that I have sent a true and exact copy of the foregoing to the Debtor and all creditors and parties-in-interest pursuant to the attached mailing matrix, by U.S. Mail, postage prepaid, this 10th day of August, 2020.

       **/S/ STEVEN L. LEFKOVITZ**
       Steven L. Lefkovitz

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0650-3<br>Case 3:20-bk-03561<br>MIDDLE DISTRICT OF TENNESSEE<br>Nashville<br>Fri Aug  7 14:31:15 CDT 2020 | LEFKOVITZ AND LEFKOVITZ, PLLC   +<br>618 CHURCH ST STE 410<br>NASHVILLE, TN 37219-2452 | LIVINGSCAPES, LLC<br>PO BOX 91047<br>Nashville, TN 37209-9047 |
| 701 Broadway Room 170<br>Nashville, TN 37203-3979 | AMERICAN EXPRESS<br>ATTN: BANKRUPTCY DEPT<br>PO BOX 981535<br>El PASO TX 79998-1535 | Cassie Burton<br>c/o Sherwood Litigation<br>201 4th Ave N S 1130<br>Nashville TN 37219 |
| IRS<br>CNTRLZD INSOLVENCY OPRTN<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | JOHN DEERE FINANCIAL<br>ATTN:  BANKRUPTCY DEPT<br>PO BOX 6600<br>JOHNSTON IA 50131-6600 | Milessa Thomas<br>c/o Christopher Boiano Esq.<br>115 Shivel Dr.<br>Hendersonville TN 37075-3536 |
| PNC BANK<br>PO BOX 856177<br>LOUISVILLE KY 40285-6177 | SBA-  SMALL BUSINESS ADMIN<br>C/O US ATTY OFFICE<br>110 9TH AVE SO #A-961<br>NASHVILLE TN 37203-3870 | (p)STEARNS BANK NATIONAL ASSOCIATION<br>ATTN LEGAL DEPARTMENT<br>4191 2ND STREET SOUTH<br>ST CLOUD MN 56301-3761 |
| (p)TENNESSEE DEPARTMENT OF REVENUE<br>ATTN COLLECTION SERVICES DIVISION BANKRUPTCY UNIT<br>P O BOX 190665<br>NASHVILLE TN 37219-0665 | TORO EXMARK<br>PO BOX 790449<br>Saint Louis MO 63179-0449 | US TRUSTEE   +<br>OFFICE OF THE UNITED STATES TRUSTEE<br>701 BROADWAY STE 318<br>NASHVILLE, TN 37203-3966 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| STEARNS BANK<br>PO BOX 750<br>Albany MN 56307 | TENNESSEE DEPARTMENT OF REVENUE<br>500 DEADERICK STREET<br>ANDREW JACKSON STATE OFFICE BUILDING<br>Nashville TN 37242 | End of Label Matrix<br>Mailable recipients    14<br>Bypassed recipients     0<br>Total                  14 |