**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE**

|   |   |   |
|---|---|---|
| LIVINGSCAPES, LLC | } | Case No. 3:20-bk-03561 |
| 3941 STEWARTS LANE | } | |
| Nashville, TN 37218 | } | Chapter 11 |
|   | } | |
|   | } | Judge Harrison |

Debtor(s)

### ORDER GRANTING APPLICATION TO EMPLOY AND RETENTION OF LEFKOVITZ & LEFKOVITZ, PLLC AS COUNSEL FOR DEBTOR(S)

This matter came on for consideration on the Application for Order Approving Employment and Retention of Lefkovitz & Lefkovitz, PLLC as Counsel for Debtor(s) (the "Motion"). It appears that approval of employment on the terms and conditions described in the Motion is appropriate. It further appears that notice of the Motion was properly given pursuant to all applicable parties and that no objections were filed.

It is therefore **ORDERED** that the motion is approved on the terms and conditions described in the Motion, and Lefkovitz & Lefkovitz, PLLC is approved and authorized as counsel for the Debtor(s).

### THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.

APPROVED FOR ENTRY:

LEFKOVITZ & LEFKOVITZ

**/S/ STEVEN L. LEFKOVITZ**
Steven L. Lefkovitz, No. 5953
Attorney for Debtor
618 Church Street, Suite 410
Nashville, Tennessee 37219
Phone: (615) 256-8300
Fax: (615) 255-4516
Email: slefkovitz@lefkovitz.com