# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | **Case No. 3:20-bk-03561** |
| **LIVINGSCAPES, LLC,** | ) | **Chapter 13** |
| | ) | **Judge Marion F. Harrison** |
| Debtor. | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC SERVICE OF PAPERS

Pursuant to Bankruptcy Rule 2002, Synovus Bank, a creditor in this case, hereby notifies the Court of the appearance of its counsel in this matter. In addition to the notices and orders to which it is a party, please provide copies of all electronic notices sent in this case to undersigned at the following address:

> Matthew R. Murphy
> Smythe Huff & Murphy, PC
> 1222 16th Avenue South, Suite 301
> Nashville, Tennessee 37212
> mmurphy@smythehuff.com

this 30th day of September, 2020.

                                                    Respectfully submitted,

                                                    By: /s/ Matthew R. Murphy
                                                    Matthew R. Murphy (#24627)
                                                    **Smythe Huff & Murphy PC**
                                                    1222 16th Avenue South, Suite 301
                                                    Nashville, Tennessee 37212
                                                    Phone: (615) 255-4849
                                                    Fax: (615) 255-4855
                                                    mmurphy@smythehuff.com

                                                    Attorneys for Synovus Bank