Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11     12/17

Month: August

Date report filed: 10/01/2020
MM / DD / YYYY

Line of business: _____      NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: James Livingston

Original signature of responsible party: _[signature]_, Owner

Printed name of responsible party: James Livingston

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Official Form 425C      Monthly Operating Report for Small Business Under Chapter 11      page **1**

Debtor Name __Livinsscapes LLC.__   Case number __3:20bk-0356__

17. Have you paid any bills you owed before you filed bankruptcy? ☐ ☑ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? ☑ ☐ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**     $ 19,387.00

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.     $ 167,418.00

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.     − $ 80,124.00

22. **Net cash flow**     + $ 87,293.58

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.     = $ 106,680.00

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**     $ 0.00

    (Exhibit E)

Official Form 425C     Monthly Operating Report for Small Business Under Chapter 11     page **2**

Debtor Name  LivingsCars LLC.                    Case number 3:20-bk-0356/

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                           $ 8,366.00
    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                       9
27. What is the number of employees as of the date of this monthly report?          9

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?            $ 0.00
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?  $ 0.00
30. How much have you paid this month in other professional fees?                                      $ 350.00
31. How much have you paid in total other professional fees since filing the case?                     $ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|     | Column A<br>**Projected**<br>Copy lines 35-37 from the previous month's report. | | Column B<br>**Actual**<br>Copy lines 20-22 of this report. | | Column C<br>**Difference**<br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts**       | $ 2,901.00   | − | $ 167,418.00 | = | $ 164,517.00 |
| 33. **Cash disbursements**  | $ 85,028.00  | − | $ 80,124.00  | = | $ 4,904.00   |
| 34. **Net cash flow**       | $ -82,127.00 | − | $ 87,294.00  | = | $ 169,421.00 |

35. Total projected cash receipts for the next month:           $   8,366.00
36. Total projected cash disbursements for the next month:    − $  85,028.00
37. Total projected net cash flow for the next month:         = $  76,662.00

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- [x] 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- [ ] 39. Bank reconciliation reports for each account.
- [x] 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- [ ] 41. Budget, projection, or forecast reports.
- [ ] 42. Project, job costing, or work-in-progress reports.

150 Third Avenue South
Suite 900
Nashville, TN 37201

www.pnfp.com
Phone 800-264-3613

Account
XXXXXXXX1236

RETURN SERVICE REQUESTED

Livingscapes LLC
Debtor-in-Possession
148 Stonecrest Drive
Nashville, TN 37209-5236

## Statement of Account

Horizon 75

| Balance 8/11/20 | Summary | | |
|---|---|---|---|
| $ .00 | | | |
| | Credits | +$74,010.57 | |
| Balance 8/31/20 | Interest | +$.00 | |
| $ 38,645.07 | Debits | - $35,365.50 | |



### Pinnacle Recognized Nationally for Brand and Service Excellence

Greenwich Associates interviewed 27,000 middle market and small business banking clients for its 2019 Greenwich Best Brand and Greenwich Excellence Awards. Pinnacle brought home 29 awards, tying for the most in the country and cementing Pinnacle's place as one of the best banks to work with in the United States. Four of the national awards were for trust and for ease of doing business in the middle market banking and small business banking categories. Thank you for continuing to trust Pinnacle to help your business reach new heights. For more information, visit PNFP.com/Greenwich

### Credit Transactions

#### Deposits

| Date | Description | Amount |
|---|---|---|
| 8/12 | Regular Deposit | 25,644.00 |
| 8/18 | INTUIT PYMT SOLN  DEPOSIT 524771992494446 9215986202 LIVINGSCAPES INC | 745.00 |
| 8/20 | Regular Deposit | 41,118.57 |
| 8/25 | INTUIT PYMT SOLN  DEPOSIT 524771992494446 9215986202 LIVINGSCAPES INC | 1,732.00 |
| 8/26 | INTUIT PYMT SOLN  DEPOSIT 524771992494446 9215986202 LIVINGSCAPES INC | 1,975.00 |
| 8/27 | INTUIT PYMT SOLN  DEPOSIT 524771992494446 9215986202 LIVINGSCAPES INC | 626.00 |
| 8/28 | INTUIT PYMT SOLN  DEPOSIT 524771992494446 9215986202 LIVINGSCAPES INC | 1,910.00 |
| 8/31 | INTUIT PYMT SOLN  DEPOSIT 524771992494446 9215986202 LIVINGSCAPES INC | 260.00 |
| **Total Credits** | | **$74,010.57** |

### Debit Transactions

#### Other Debits

| Date | Description | Amount |
|---|---|---|
| 8/17 | 6401 CENTENNIAL BLV LIVING EARTH CE NASHVILLE TN 081420  Card#2282 | 5.00 |

Member FDIC
Equal Housing Lender



ELECTRONIC TRANSFER ERROR RESOLUTION
---

This Electronic Transfer Error Resolution only applies to accounts held for personal, family or household purposes and is therefore not applicable to business, trust accounts, or any such account held for non-personal purposes.

In case of errors or questions about your electronic transfers, call or write us at the telephone number or address listed at the end of this disclosure, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt.

- Tell us your name and account number (if any).

- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

- Tell us the dollar amount of the suspected error.

We must hear from you no later than 60 days after we send the FIRST statement on which the problem or error appeared.

We will provide provisional credit for the amount that you think is in error within 10 business days of your complaint and begin an investigation of the transaction(s). In most cases, we will disclose the results of the investigation within 10 business days of your complaint and correct any error promptly. If we need more time to investigate the complaint, we may take up to 45 days (90 days if the transfer involved a point-of-sale transaction or a foreign initiated transfer) to complete our investigation. However, you will have use of the funds in question during our investigation.

**Pinnacle Bank**
150 3rd Avenue South, Suite 900
Nashville, TN 37201
(800) 264-3613

| Date | Description | Amount |
|---|---|---:|
| 8/17 | DOLLAR GENERAL 1 BETHPAGE TN 081520 003505 Card#2282 | 9.39 |
| 8/17 | SHELL SERVICE S NASHVILLE TN 081520 022878566592 Card#2282 | 15.01 |
| 8/17 | DOLLAR GENERAL 1 BETHPAGE TN 081520 056259 Card#2282 | 18.85 |
| 8/17 | 6401 CENTENNIAL BLV LIVING EARTH CE NASHVILLE TN 081420 Card#2282 | 38.24 |
| 8/17 | 4225 ASHLAND CITY HW NASHVILLE NURSE 615-2443478 TN 081420 Card#2282 | 40.97 |
| 8/17 | 205 E Riverside Dr USHIP.COM* ID38 8006987447 TX 081420 Card#2282 | 506.88 |
| 8/17 | 2099 BREVARD RD EDEN BROTHERS 828-6336338 NC 081420 Card#2282 | 769.89 |
| 8/17 | 4474 Cleeces Ferry SQ *GRASSROOTS gosq.com TN 081520 Card#2282 | 1,254.40 |
| 8/18 | SHELL SERVICE S BIRMINGHAM AL 081820 023147339700 Card#2282 | 57.21 |
| 8/18 | AUTOZONE 3712 CLARKSV NASHVILLE TN 081820 081809426075 Card#2282 | 71.07 |
| 8/18 | 5304 HARDING PIKE HART ACE HDWE NASHVILLE TN 081720 Card#2282 | 81.83 |
| 8/18 | INTUIT PYMT SOLN TRAN FEE 524771992494446 9215986202 LIVINGSCAPES INC | 17.95 |
| 8/19 | 6401 CENTENNIAL BLV LIVING EARTH CE NASHVILLE TN 081720 Card#2282 | 5.00 |
| 8/19 | SHELL SERVICE S CULLMAN AL 081820 023186085316 Card#2282 | 19.61 |
| 8/19 | 628 OLD HICKORY BLV IN *STONETREE M 615-6462208 TN 081820 Card#2282 | 441.00 |
| 8/19 | 6514 ROBERTSON AVE REO STONE LLC 614-3562123 TN 081820 Card#2282 | 627.37 |
| 8/20 | 5304 HARDING PIKE HART ACE HDWE NASHVILLE TN 081920 Card#2282 | 3.00 |
| 8/20 | 2435 Goodwin Ln WAL-MART CHECK 866-925-2432 TX 081920 Card#2282 | 64.88 |
| 8/20 | 628 OLD HICKORY BLV IN *STONETREE M 615-6462208 TN 081920 Card#2282 | 110.25 |
| 8/20 | 7279 HAM PLSNT GRV R DIVERSIFIED TRE PINE MOUNTAIN GA 081920 Card#2282 | 1,143.68 |
| 8/20 | Transfer via Bank SWilliams per James | 8,700.00 |
| 8/21 | 6401 CENTENNIAL BLV LIVING EARTH CE NASHVILLE TN 081920 Card#2282 | 5.00 |
| 8/21 | 6401 CENTENNIAL BLV LIVING EARTH CE NASHVILLE TN 081920 Card#2282 | 5.00 |
| 8/21 | 4225 ASHLAND CITY HW NASHVILLE NURSE 615-2443478 TN 082020 Card#2282 | 352.33 |
| 8/24 | SHELL SERVICE S NASHVILLE TN 082220 023508729304 Card#2282 | 15.00 |
| 8/24 | BP#8774606MAPCO NASHVILLE TN 082120 023486677210 Card#2282 | 15.67 |
| 8/24 | USPS KIOS 4501 CHARLOT NASHVILLE TN 082420 082410121719 Card#2282 | 16.50 |
| 8/25 | 7 KRIPES RD OPUS INSPECTION EAST GRANBY CT 082420 Card#2282 | 9.00 |
| 8/25 | INTUIT PYMT SOLN TRAN FEE 524771992494446 9215986202 LIVINGSCAPES INC | 17.32 |
| 8/25 | PENN NATIONAL IN RECUR PMTS 3100193796 C230961349 LIVINGSCAPES INC | 1,628.27 |
| 8/26 | 7 KRIPES RD OPUS INSPECTION EAST GRANBY CT 082520 Card#2282 | 9.00 |
| 8/26 | 6401 CENTENNIAL BLV LIVING EARTH CE NASHVILLE TN 082420 Card#2282 | 15.88 |
| 8/26 | 4225 ASHLAND CITY HW NASHVILLE NURSE 615-2443478 TN 082520 Card#2282 | 36.33 |
| 8/26 | 700 2ND AVE SOUTH # DAVIDSON CO CLE 8665145192 TN 082620 Card#2282 | 89.76 |
| 8/26 | 6100 CENTENNIAL BLV ENGLAND EROSION NASHVILLE TN 082520 Card#2282 | 109.69 |
| 8/26 | INTUIT PYMT SOLN TRAN FEE 524771992494446 9215986202 LIVINGSCAPES INC | 43.85 |
| 8/27 | 2701 NOLENSVILLE RD MIDDLE TN TRAIL NASHVILLE TN 082620 Card#2282 | 136.60 |
| 8/27 | 700 2ND AVE SOUTH # DAVIDSON CO CLE 8665145192 TN 082720 Card#2282 | 148.16 |
| 8/27 | 7281 CENTENNIAL BLV RELADYNE MID SO 6153507050 TN 082620 Card#2282 | 4,385.04 |
| 8/27 | INTUIT PYMT SOLN TRAN FEE 524771992494446 9215986202 LIVINGSCAPES INC | 6.26 |
| 8/28 | 1700 Third Ave N L2G*METRO WATER 615-862-4697 TN 082720 Card#2282 | 1,298.30 |
| 8/28 | INTUIT PYMT SOLN TRAN FEE 524771992494446 9215986202 LIVINGSCAPES INC | 18.75 |
| 8/31 | THORNTONS #0610 - 1049 GALLATIN TN 083020 000000780416 Card#2282 | 20.05 |
| 8/31 | IB Transfer from D *********23 6 to D *********655 | 5,500.00 |

Account Number: XXXXXXXX1236

| | | |
|---|---|---:|
| 8/31 | INTUIT PYMT SOLN TRAN FEE 524771992494446 9215986202 LIVINGSCAPES INC | 2.60 |

### Checks

| | | |
|---|---|---:|
| 8/20 | Check 901 | 1,278.00 |
| 8/17 | Check 902 | 324.75 |
| 8/24 | Check 903 | 2,140.05 |
| 8/31 | Check 905* | 400.00 |
| 8/31 | Check 906 | 375.00 |
| 8/28 | Check 909* | 211.86 |
| 8/20 | Check 910 | 1,900.00 |
| 8/28 | Check 911 | 850.00 |
| **Total Debits** | | **$35,365.50** |

(*) Indicates gap in check number sequenece

| | | | |
|---|---:|---|---:|
| Average Balance This Statement | $36,052.41 | Annual Percentage Yield Earned | .00% |
| Interest Earned This Period | $.00 | Days in Period | 21 |
| Interest Paid Year to Date | $.00 | Interest Paid | $.00 |

### DAILY BALANCE INFORMATION

| | | | | | |
|---|---:|---|---:|---|---:|
| 8/11 | .00 | 8/20 | 50,003.34 | 8/27 | 45,151.63 |
| 8/12 | 25,644.00 | 8/21 | 49,641.01 | 8/28 | 44,682.72 |
| 8/17 | 22,660.62 | 8/24 | 47,453.79 | 8/31 | 38,645.07 |
| 8/18 | 23,177.56 | 8/25 | 47,531.20 | | |
| 8/19 | 22,084.58 | 8/26 | 49,201.69 | | |



| # | Date | Amount |
|---|------|--------|
| #0 | 08/12/2020 | $25,644.00 |
| #0 | 08/20/2020 | $41,118.57 |

 

| #901 | 08/20/2020 | $1,278.00 |
| #902 | 08/17/2020 | $324.75 |

 

| #903 | 08/24/2020 | $2,140.05 |
| #905 | 08/31/2020 | $400.00 |

 

| #906 | 08/31/2020 | $375.00 |
| #909 | 08/28/2020 | $211.86 |

 

| #910 | 08/20/2020 | $1,900.00 |
| #911 | 08/28/2020 | $850.00 |

| Date | Transaction Type | Terms | Property | Due Date | Open Balance |
|---|---|---|---|---|---:|
| 08/02/2020 | Invoice | Net 15 | A-M | 08/17/2020 | 495.00 |
| | | | | | **$ 495.00** |
| 08/01/2020 | Invoice | Net 15 | A-M | 08/16/2020 | 727.25 |
| 08/24/2020 | Invoice | Net 15 | A-M | 09/08/2020 | 351.25 |
| | | | | | **$ 1,078.50** |
| 08/01/2020 | Invoice | Net 15 | A-M | 08/16/2020 | 1,737.50 |
| | | | | | **$ 1,737.50** |
| 06/07/2020 | Invoice | Due on receipt | A-M | 06/07/2020 | 2,097.00 |
| | | | | | **$ 2,097.00** |
| 08/01/2020 | Invoice | Net 15 | A-M | 08/16/2020 | 175.00 |
| | | | | | **$ 175.00** |
| 08/02/2020 | Invoice | Net 15 | A-M | 08/17/2020 | 80.00 |
| 08/24/2020 | Invoice | Net 15 | A-M | 09/08/2020 | 160.00 |
| | | | | | **$ 240.00** |
| 08/24/2020 | Invoice | Net 15 | A-M | 09/08/2020 | 160.00 |
| | | | | | **$ 160.00** |
| 08/01/2020 | Invoice | Net 15 | A-M | 08/16/2020 | 375.00 |
| | | | | | **$ 375.00** |
| 08/24/2020 | Invoice | Net 15 | A-M | 09/08/2020 | 660.00 |
| | | | | | **$ 660.00** |
| 04/08/2019 | Invoice | Net 15 | A-M | 04/23/2019 | 379.00 |
| 12/16/2019 | Invoice | Net 15 | A-M | 12/31/2019 | 80.00 |
| 06/14/2020 | Invoice | Net 15 | A-M | 06/29/2020 | 40.00 |
| | | | | | **$ 499.00** |
| 08/24/2020 | Invoice | Net 15 | A-M | 09/08/2020 | 105.00 |
| | | | | | **$ 105.00** |
| 08/02/2020 | Invoice | Net 15 | A-M | 08/17/2020 | 438.75 |
| | | | | | **$ 438.75** |

| 06/14/2020 | Invoice | Net 15 | A-M | 06/29/2020 | 305.00 |
|---|---|---|---|---|---|
| | | | | | **$ 305.00** |
| | | | | | **$ 8,365.75** |

# Livingscapes Inc
# Profit and Loss
### August 2020

|  | Total |
|---|---:|
| **Income** | |
|   41000 Sales of Product Income | 63,299.19 |
|   42000 Services | 108,388.28 |
|   49500 Discounts given | -4,269.52 |
| **Total Income** | **$ 167,417.95** |
| **Gross Profit** | **$ 167,417.95** |
| **Expenses** | |
|   60000 Advertising & Marketing | 98.09 |
|   60200 Bank Charges & Fees | 451.88 |
|   60300 Bad Debts | 353.00 |
|   60600 Contractors | 3,789.00 |
|   61100 Insurance | |
|     61110 General Liability Insurance | 1,763.09 |
|   **Total 61100 Insurance** | **$ 1,763.09** |
|   61600 Office Expenses | 322.51 |
|   62000 Legal & Professional Services | |
|     62010 Accounting & Administrative | 1,750.00 |
|     62030 Attorneys & Legal Fees | 1,160.99 |
|   **Total 62000 Legal & Professional Services** | **$ 2,910.99** |
|   62100 Shipping, Freight & Delivery | 523.38 |
|   62200 Rent & Lease (Buildings) | 2,000.00 |
|   62400 Repairs & Maintenance | 419.53 |
|   62500 Materials & Supplies | 19,918.61 |
|   62600 Telephone & Internet | |
|     62620 Cell Phone | 36.06 |
|     62630 Internet | 64.20 |
|   **Total 62600 Telephone & Internet** | **$ 100.26** |
|   63000 Taxes Paid | |
|     63010 Local Taxes | 255.92 |
|     63030 TN State Tax (Non Sales Tax) | 1,317.85 |
|   **Total 63000 Taxes Paid** | **$ 1,573.77** |
|   63100 Utilities | 1,797.59 |
|   63210 Salaries & Wages | |
|     63221 Wages (Hourly) - Regular Pay | 39,412.95 |
|   **Total 63210 Salaries & Wages** | **$ 39,412.95** |
|   67010 Dump & Waste Management | 162.13 |
|   67300 Fuel | 4,527.59 |
| **Total Expenses** | **$ 80,124.37** |
| **Net Operating Income** | **$ 87,293.58** |
| **Net Income** | **$ 87,293.58** |

**150 Third Avenue South**
Suite 900
Nashville, TN 37201

www.pnfp.com
Phone 800-264-3613

Account
XXXXXXXX2655

RETURN SERVICE REQUESTED

Livingscapes LLC
PAYROLL ACCOUNT
148 Stonecrest Drive
Nashville, TN 37209-5236

# Statement of Account

Horizon 75

| | |
|---|---|
| Balance 8/12/20 | |
| $ .00 | |
| Balance 8/31/20 | |
| $ 903.73 | |

Summary

| | |
|---|---|
| Credits | +$14,200.00 |
| Interest | +$.00 |
| Debits | - $13,296.27 |



## Credit Transactions

### Deposits

| Date | Description | Amount |
|---|---|---|
| 8/20 | Transfer via Bank SWilliams per James | 8,700.00 |
| 8/31 | IB Transfer from D *********23 6 to D *********655 | 5,500.00 |
| **Total Credits** | | **$14,200.00** |

## Debit Transactions

### Other Debits

| Date | Description | Amount |
|---|---|---|
| 8/21 | 0190AWWV LIVINGS  PAYROLL 0190AWWV 1474773861 LIVINGSCAPES | 77.00 |
| 8/21 | 0190AWWV LIVINGS  PAYROLL 0190AWWV 1474773861 LIVINGSCAPES | 1,670.14 |
| 8/21 | 0190AWWV LIVINGS  PAYROLL 0190AWWV 1474773861 LIVINGSCAPES | 2,946.72 |
| 8/31 | 0190AWWV LIVINGS  PAYROLL 0190AWWV 1474773861 LIVINGSCAPES | 63.50 |
| 8/31 | 0190AWWV LIVINGS  PAYROLL 0190AWWV 1474773861 LIVINGSCAPES | 1,309.13 |

### Pinnacle Recognized Nationally for Brand and Service Excellence

Greenwich Associates interviewed 27,000 middle market and small business banking clients for its 2019 Greenwich Best Brand and Greenwich Excellence Awards. Pinnacle brought home 29 awards, tying for the most in the country and cementing Pinnacle's place as one of the best banks to work with in the United States. Four of the national awards were for trust and for ease of doing business in the middle market banking and small business banking categories. Thank you for continuing to trust Pinnacle to help your business reach new heights. For more information, visit PNFP.com/Greenwich

Member FDIC / Equal Housing Lender



## ELECTRONIC TRANSFER ERROR RESOLUTION

This Electronic Transfer Error Resolution only applies to accounts held for personal, family or household purposes and is therefore not applicable to business, trust accounts, or any such account held for non-personal purposes.

In case of errors or questions about your electronic transfers, call or write us at the telephone number or address listed at the end of this disclosure, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt.

- Tell us your name and account number (if any).

- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

- Tell us the dollar amount of the suspected error.

We must hear from you no later than 60 days after we send the FIRST statement on which the problem or error appeared.

We will provide provisional credit for the amount that you think is in error within 10 business days of your complaint and begin an investigation of the transaction(s). In most cases, we will disclose the results of the investigation within 10 business days of your complaint and correct any error promptly. If we need more time to investigate the complaint, we may take up to 45 days (90 days if the transfer involved a point-of-sale transaction or a foreign initiated transfer) to complete our investigation. However, you will have use of the funds in question during our investigation.

**Pinnacle Bank**
150 3rd Avenue South, Suite 900
Nashville, TN 37201
(800) 264-3613

Account Number: XXXXXXXX2655

| | | |
|---|---|---:|
| 8/31 | Overdraft Item Fee | 38.00 |

### Checks

| | | |
|---|---|---:|
| 8/31 | Check 2002 | 589.16 |
| 8/31 | Check 2005* | 1,575.00 |
| 8/28 | Check 2006 | 575.99 |
| 8/31 | Check 2007 | 598.50 |
| 8/31 | Check 2009* | 593.96 |
| 8/21 | Check 20010* | 580.87 |
| 8/31 | Check 20011 | 495.37 |
| 8/25 | Check 20013* | 803.83 |
| 8/25 | Check 20014 | 779.81 |
| 8/21 | Check 20015 | 599.29 |
| **Total Debits** | | **$13,296.27** |

(*) Indicates gap in check number sequenece

| | | | |
|---|---:|---|---:|
| Average Balance This Statement | $1,331.68 | Annual Percentage Yield Earned | .00% |
| Interest Earned This Period | $.00 | Days in Period | 20 |
| Interest Paid Year to Date | $.00 | Interest Paid | $.00 |

## ITEMIZATION OF OVERDRAFT AND RETURNED ITEM FEES

| | Total For This Period | Total Year-to-Date |
|---|---:|---:|
| Total Overdraft and Bounce Protection PD Item Fees | $ 38.00 | $ 38.00 |
| Total NSF Item Fees | $ .00 | $ .00 |

## DAILY BALANCE INFORMATION

| | | | | | |
|---|---:|---|---:|---|---:|
| 8/12 | .00 | 8/21 | 2,825.98 | 8/28 | 666.35 |
| 8/20 | 8,700.00 | 8/25 | 1,242.34 | 8/31 | 903.73 |

Intentionally Left Blank


#2002     08/31/2020     $589.16


#2005     08/31/2020     $1,575.00


#2006     08/28/2020     $575.99


#2007     08/31/2020     $598.50


#2009     08/31/2020     $593.96


#20010     08/21/2020     $580.87


#20011     08/31/2020     $495.37


#20013     08/25/2020     $803.83


#20014     08/25/2020     $779.81




#20015     08/21/2020     $599.29

Page 5 of 5
Case 3:20-bk-03561    Doc 18    Filed 10/13/20    Entered 10/13/20 15:40:58    Desc Main
Document     Page 17 of 17