Fill in this information to identify the case:

Debtor Name _Livingscaps LLC_

United States Bankruptcy Court for the: Middle District of Tennessee

Case number: 3:20bk-0356_1_

☐ Check if this is an
amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11

12/17

Month: __September__

Date report filed: __10/06/2020__
MM / DD / YYYY

Line of business: _____

NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: __James Livingston__

Original signature of responsible party _Livingston, Owner_

Printed name of responsible party _James Livingston_

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| | If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.* | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.* | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

17. Have you paid any bills you owed before you filed bankruptcy?     ☐ ☑ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?     ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ 106,680.00

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.

    $ 105,121.00

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.

    − $ 101,207.00

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + $ 3,915.00

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

    = $ 110,595.00

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**     $ 0.00

    *(Exhibit E)*


## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                 $ ___37,485.00___

      *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                               9

27. What is the number of employees as of the date of this monthly report?                  9

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?        $ ___0.00___

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?  $ ___0.00___

30. How much have you paid this month in other professional fees?                                  $ ___350.00___

31. How much have you paid in total other professional fees since filing the case?                 $ ___0.00___

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | — | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 8,366.00 | — | $ 105,121.00 | = | $ 96,755.00 |
| 33. **Cash disbursements** | $ 85,028.00 | — | $ 101,207.00 | = | $ 16,179.00 |
| 34. **Net cash flow** | $ -76,662.00 | — | $ 3,915.00 | = | $ 80,577.00 |

35. Total projected cash receipts for the next month:                                  $ 37,485.00

36. Total projected cash disbursements for the next month:                           - $ 85,028.00

37. Total projected net cash flow for the next month:                                = $ -47,543.00

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39. Bank reconciliation reports for each account.

☑ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41. Budget, projection, or forecast reports.

☐ 42. Project, job costing, or work-in-progress reports.

![Pinnacle]

150 Third Avenue South
Suite 900
Nashville, TN 37201

www.pnfp.com
Phone 800-264-3613

RETURN SERVICE REQUESTED

Account
Livingscapes LLC
XXXXXXXX1236

Livingscapes LLC
Debtor In Possession
148 Stonecrest Drive
Nashville, TN 37209-5236

## Statement of Account

Horizon 75

| | Summary | |
|---|---|---|
| Balance 9/01/20 $ 38,645.07 | | |
| | Credits | +$158,290.31 |
| | Interest | +$.00 |
| Balance 9/30/20 $ 95,011.86 | Debits | - $101,923.52 |

### Credit Transactions



**Pinnacle Recognized Nationally for Brand and Service Excellence**

Greenwich Associates interviewed 27,000 middle market and small business banking clients for its 2019 Greenwich Best Brand and Greenwich Excellence Awards. Pinnacle brought home 29 awards, tying for the most in the country and cementing Pinnacle's place as one of the best banks to work with in the United States. Four of the national awards were for trust and for ease of doing business in the middle market banking and small business banking categories. Thank you for continuing to trust Pinnacle to help your business reach new heights. For more information, visit PNFP.com/Greenwich

**Deposits**

| Date | Description | Amount |
|---|---|---|
| 9/01 | INTUIT PYMT SOLN  DEPOSIT 524771992494446 9215986202 LIVINGSCAPES INC | 6,964.00 |
| 9/02 | INTUIT PYMT SOLN  DEPOSIT 524771992494446 9215986202 LIVINGSCAPES INC | 475.00 |
| 9/03 | INTUIT PYMT SOLN  DEPOSIT 524771992494446 9215986202 LIVINGSCAPES INC | 450.00 |
| 9/03 | Regular Deposit | 117,395.56 |
| 9/04 | INTUIT PYMT SOLN  DEPOSIT 524771992494446 9215986202 LIVINGSCAPES INC | 100.00 |
| 9/08 | INTUIT PYMT SOLN  DEPOSIT 524771992494446 9215986202 LIVINGSCAPES INC | 503.50 |
| 9/08 | INTUIT PYMT SOLN  DEPOSIT 524771992494446 9215986202 LIVINGSCAPES INC | 573.50 |
| 9/11 | INTUIT PYMT SOLN  DEPOSIT 524771992494446 9215986202 LIVINGSCAPES INC | 1,138.50 |
| 9/15 | INTUIT PYMT SOLN  DEPOSIT 524771992494446 9215986202 LIVINGSCAPES INC | 4,333.00 |
| 9/18 | INTUIT PYMT SOLN  DEPOSIT 524771992494446 9215986202 LIVINGSCAPES INC | 425.00 |
| 9/18 | Regular Deposit | 9,576.00 |

Member FDIC
EQUAL HOUSING LENDER

Case 3:20-bk-03561   Doc 19   Filed 10/13/20   Entered 10/13/20 15:42:15   Desc Main
Document      Page 5 of 21



## ELECTRONIC TRANSFER ERROR RESOLUTION

This Electronic Transfer Error Resolution only applies to accounts held for personal, family or household purposes and is therefore not applicable to business, trust accounts, or any such account held for non-personal purposes.

In case of errors or questions about your electronic transfers, call or write us at the telephone number or address listed at the end of this disclosure, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt.

- Tell us your name and account number (if any).

- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

- Tell us the dollar amount of the suspected error.

We must hear from you no later than 60 days after we send the FIRST statement on which the problem or error appeared.

We will provide provisional credit for the amount that you think is in error within 10 business days of your complaint and begin an investigation of the transaction(s).  In most cases, we will disclose the results of the investigation within 10 business days of your complaint and correct any error promptly.  If we need more time to investigate the complaint, we may take up to 45 days (90 days if the transfer involved a point-of-sale transaction or a foreign initiated transfer) to complete our investigation.  However, you will have use of the funds in question during our investigation.

**Pinnacle Bank**
150 3rd Avenue South, Suite 900
Nashville, TN 37201
(800) 264-3613

| 9/21 | INTUIT PYMT SOLN  DEPOSIT 524771992494446  9215986202 LIVINGSCAPES INC | 225.00 |
| 9/23 | INTUIT PYMT SOLN  DEPOSIT 524771992494446  9215986202 LIVINGSCAPES INC | 3,200.50 |
| 9/23 | Regular Deposit | 2,897.50 |
| 9/25 | INTUIT PYMT SOLN  DEPOSIT 524771992494446  9215986202 LIVINGSCAPES INC | 6,425.00 |
| 9/28 | INTUIT PYMT SOLN  DEPOSIT 524771992494446  9215986202 LIVINGSCAPES INC | 910.00 |
| 9/29 | INTUIT PYMT SOLN  DEPOSIT 524771992494446  9215986202 LIVINGSCAPES INC | 2,163.75 |
| 9/30 | INTUIT PYMT SOLN  DEPOSIT 524771992494446  9215986202 LIVINGSCAPES INC | 534.50 |
| **Total Credits** | | **$158,290.31** |

## Debit Transactions

### Other Debits

| 9/01 | 628 OLD HICKORY BLV IN *STONETREE M 615-6462208 TN 083120  Card#2282 | 385.87 |
| 9/01 | 6100 CENTENNIAL BLV ENGLAND EROSION NASHVILLE TN 083120  Card#2282 | 459.42 |
| 9/01 | INTUIT PYMT SOLN  TRAN FEE 524771992494446  9215986202 LIVINGSCAPES INC | 13.89 |
| 9/01 | PENN NATIONAL IN  RECUR PMTS 8000271667      C230961349 LIVINGSTON JAMES | 104.82 |
| 9/02 | 700 2ND AVE SOUTH # DAVIDSON CO CLE NASHVILLE TN 090120  Card#2282 | 3.06 |
| 9/02 | 6401 CENTENNIAL BLV LIVING EARTH CE NASHVILLE TN 083120  Card#2282 | 5.00 |
| 9/02 | 117 BARROW STREET VENMO 8558124430 NY 090120  Card#2282 | 133.90 |
| 9/02 | Transfer via Bank Representative | 2,500.00 |
| 9/02 | INTUIT PYMT SOLN  TRAN FEE 524771992494446  9215986202 LIVINGSCAPES INC | 4.75 |
| 9/02 | ROBINHOOD       Funds 1464364776  S James Livingston | 5,000.00 |
| 9/03 | 6401 CENTENNIAL BLV LIVING EARTH CE NASHVILLE TN 090120  Card#2282 | 64.00 |
| 9/03 | IB Transfer from D *********23 6 to D *********655 | 8,500.00 |
| 9/03 | INTUIT PYMT SOLN  TRAN FEE 524771992494446  9215986202 LIVINGSCAPES INC | 4.50 |
| 9/03 | NES POWER       UTILITY 0000007041  S JAMES LIVINGSTON | 95.86 |
| 9/04 | 5304 HARDING PIKE HART ACE HDWE NASHVILLE TN 090320  Card#2282 | 32.71 |
| 9/04 | 628 OLD HICKORY BLV IN *STONETREE M 615-6462208 TN 090320  Card#2282 | 91.80 |
| 9/04 | INTUIT PYMT SOLN  TRAN FEE 524771992494446  9215986202 LIVINGSCAPES INC | 1.00 |
| 9/08 | ATM Withdrawal 6110 HWY 231 SOUTH CASTALIAN TN 090720 004255 Card#2282 | 53.00 |
| 9/08 | 212 WHITE BRIDGE PI WHITE BRIDGE AU NASHVILLE TN 090520  Card#2282 | 37.15 |
| 9/08 | 6400 CHARLOTTE PIKE CORKYS BBQ NASHVILLE TN 090620  Card#2282 | 45.84 |
| 9/08 | 117 BARROW STREET VENMO 8558124430 NY 090420  Card#2282 | 463.50 |
| 9/08 | 117 BARROW STREET VENMO 8558124430 NY 090620  Card#2282 | 1,941.55 |
| 9/08 | INTUIT PYMT SOLN  TRAN FEE 524771992494446  9215986202 LIVINGSCAPES INC | 5.04 |
| 9/08 | INTUIT PYMT SOLN  TRAN FEE 524771992494446  9215986202 LIVINGSCAPES INC | 5.74 |
| 9/09 | 1009 MAPLE STREET EARTHWAY PRODUC 5748487491 IN 090820  Card#2282 | 91.34 |
| 9/09 | 600 51ST AVE N Tennessee Contr 615-292-2989 TN 090820  Card#2282 | 387.84 |
| 9/10 | 6401 CENTENNIAL BLV LIVING EARTH CE NASHVILLE TN 090820  Card#2282 | 5.76 |
| 9/10 | Transfer via Bank Representative | 663.60 |
| 9/10 | IB Transfer from D *********23 6 to D *********655 | 20,000.00 |
| 9/11 | INTUIT PYMT SOLN  TRAN FEE 524771992494446  9215986202 LIVINGSCAPES INC | 10.00 |
| 9/14 | 612 OLD HICKORY BLVD CAR WASH PLACE NASHVILLE TN 091220  Card#2282 | 4.00 |
| 9/14 | CAIRO STOP INC NASHVILLE TN 091320 259727 Card#2282 | 5.77 |

| 9/14 | 5304 HARDING PIKE HART ACE HDWE NASHVILLE TN 091220  Card#2282 | 13.53 |
| 9/14 | LOWE'S #629 7034 CHARL NASHVILLE TN 091220 036422 Card#2282 | 39.94 |
| 9/14 | 440 Terry Ave N Amazon.com*MU73 Amzn.com/bill WA 091320  Card#2282 | 74.77 |
| 9/14 | 845 Bell Rd SQ *GLB FINANCI gosq.com TN 091120  Card#2282 | 350.00 |
| 9/15 | 5304 HARDING PIKE HART ACE HDWE NASHVILLE TN 091420  Card#2282 | 16.51 |
| 9/15 | 440 Terry Ave N AMZN Mktp US*M4 Amzn.com/bill WA 091420  Card#2282 | 43.98 |
| 9/15 | 845 Bell Rd SQ *GLB FINANCI gosq.com TN 091420  Card#2282 | 175.00 |
| 9/15 | 600 NORTH POINT PKW AT&T*BILL PAYME 8003310500 GA 091420  Card#2282 | 488.96 |
| 9/15 | INTUIT PYMT SOLN  TRAN FEE 524771992494446  9215986202 LIVINGSCAPES INC | 14.08 |
| 9/16 | 5304 HARDING PIKE HART ACE HDWE NASHVILLE TN 091520  Card#2282 | 100.93 |
| 9/16 | 628 OLD HICKORY BLV IN *STONETREE M 615-6462208 TN 091520  Card#2282 | 219.60 |
| 9/16 | INTUIT PYMT SOLN  INTUITPMTS 524771992494446  9215986202 LIVINGSCAPES INC | 10.00 |
| 9/16 | INTUIT PYMT SOLN  INTUITPMTS 524771992494446  9215986202 LIVINGSCAPES INC | 1,138.50 |
| 9/17 | 6401 CENTENNIAL BLV LIVING EARTH CE NASHVILLE TN 091520  Card#2282 | 5.00 |
| 9/17 | KROGER #527 BELLEVUE TN 091620 501281 Card#2282 | 72.73 |
| 9/17 | 628 OLD HICKORY BLV IN *STONETREE M 615-6462208 TN 091620  Card#2282 | 712.80 |
| 9/17 | 6214 CHARLOTTE PIKE DISCOUNT-TIRE-T NASHVILLE TN 091620  Card#2282 | 1,019.74 |
| 9/17 | OLB Transfer from *236 to *655 Transfer | 9,500.00 |
| 9/18 | 440 Terry Ave N Amazon.com*M46H Amzn.com/bill WA 091720  Card#2282 | 218.48 |
| 9/18 | INTUIT PYMT SOLN  TRAN FEE 524771992494446  9215986202 LIVINGSCAPES INC | 4.25 |
| 9/21 | One Apple Park Way APPLE.COM/BILL 866-712-7753 CA 092020  Card#2282 | .99 |
| 9/21 | BP#6631451ROCK LEWISBURG TN 092120 026542089598 Card#2282 | 4.05 |
| 9/21 | One Apple Park Way APPLE.COM/BILL 866-712-7753 CA 092020  Card#2282 | 10.94 |
| 9/21 | One Apple Park Way APPLE.COM/BILL 866-712-7753 CA 092020  Card#2282 | 25.12 |
| 9/21 | KROGER #527 BELLEVUE TN 091920 503300 Card#2282 | 47.94 |
| 9/21 | BP#6631451ROCK LEWISBURG TN 092120 026542089719 Card#2282 | 68.17 |
| 9/21 | 5860 Trinity Pkwy Ste 6 CARFAX *CARFAX. CARFAX.COM VA 092120  Card#2282 | 99.99 |
| 9/21 | 5714 CHARLOTTE PIKE O'REILLY AUTO P NASHVILLE TN 091820  Card#2282 | 113.27 |
| 9/21 | 6401 CENTENNIAL BLV LIVING EARTH CE NASHVILLE TN 091720  Card#2282 | 191.19 |
| 9/21 | 4225 ASHLAND CITY HW NASHVILLE NURSE 615-2443478 TN 091820  Card#2282 | 442.46 |
| 9/21 | INTUIT PYMT SOLN  TRAN FEE 524771992494446  9215986202 LIVINGSCAPES INC | 2.25 |
| 9/22 | 8480 N 87TH ST TULIP WORLD 8666889547 WI 092220  Card#2282 | 216.75 |
| 9/22 | 4474 CLEECES FERRY R IN *HOOPER FARM 615-2551777 TN 092120  Card#2282 | 1,075.20 |
| 9/23 | 147 Bear Creek FARM BUREAU HEA 877-874-8323 TN 092220  Card#2282 | 39.75 |
| 9/23 | 5304 HARDING PIKE HART ACE HDWE NASHVILLE TN 092220  Card#2282 | 109.20 |
| 9/23 | 147 Bear Creek FARM BUREAU HEA 877-874-8323 TN 092220  Card#2282 | 223.00 |
| 9/23 | 4474 CLEECES FERRY R IN *HOOPER FARM 615-2551777 TN 092220  Card#2282 | 560.00 |
| 9/23 | OLB Transfer from *236 to *655 Transfer | 9,750.00 |
| 9/23 | INTUIT PYMT SOLN  TRAN FEE 524771992494446  9215986202 LIVINGSCAPES INC | 16.08 |
| 9/23 | WASTE MANAGEMENT  INTERNET 9049038216   S LIVINGSTON JAMES | 323.95 |
| 9/23 | HOOPER FARMS, IN  SALE 9215986202 JAMES W | 537.60 |
| 9/23 | MOBILE MINI      8004561751 1860748362 JAMES LIVINGSTON | 1,783.14 |
| 9/23 | MOBILE MINI      8004561751 1860748362 JAMES LIVINGSTON | 1,786.00 |
| 9/24 | 4305 HARDING PIKE FEDEX OFFIC1710 NASHVILLE TN 092320  Card#2282 | 2.72 |

| Date | Description | Amount |
|---|---|---|
| 9/24 | 4225 ASHLAND CITY HW NASHVILLE NURSE 615-2443478 TN 092320  Card#2282 | 33.87 |
| 9/24 | 6401 CENTENNIAL BLV LIVING EARTH CE NASHVILLE TN 092220  Card#2282 | 71.04 |
| 9/24 | MOBILE MINI      8004561751 1860748362 JAMES LIVINGSTON | 163.11 |
| 9/25 | O'REILLY AUTO P NASHVILLE TN 092520 026944548611 Card#2282 | 8.12 |
| 9/25 | INTUIT PYMT SOLN  TRAN FEE 524771992494446  9215986202 LIVINGSCAPES INC | 10.00 |
| 9/28 | ATM Withdrawal 31 E Market GALLATIN TN 092620 738200004924 Card#2282 | 23.00 |
| 9/28 | BP#8772931MAPCO NASHVILLE TN 092620 027086493775 Card#2282 | 20.01 |
| 9/28 | 7-ELEVEN 41069 NASHVILLE TN 092620 027030598258 Card#2282 | 20.13 |
| 9/28 | O'REILLY AUTO P NASHVILLE TN 092620 027044540614 Card#2282 | 67.77 |
| 9/28 | 211 S Akard Room 1210 AT&T   *PAYMENT 800-288-2020 TX 092520  Card#2282 | 160.50 |
| 9/28 | 4474 CLEECES FERRY R IN *HOOPER FARM 615-2551777 TN 092520  Card#2282 | 896.00 |
| 9/28 | INTUIT PYMT SOLN  TRAN FEE 524771992494446  9215986202 LIVINGSCAPES INC | 9.10 |
| 9/28 | PENN NATIONAL IN  RECUR PMTS 3100193796       C230961349 LIVINGSCAPES INC | 1,626.51 |
| 9/29 | 4225 ASHLAND CITY HW NASHVILLE NURSE 615-2443478 TN 092820  Card#2282 | 442.46 |
| 9/29 | INTUIT PYMT SOLN  TRAN FEE 524771992494446  9215986202 LIVINGSCAPES INC | 47.61 |
| 9/29 | TFS 888-729-2413   TFS PAY 9342065079 James Livingston | 1,523.99 |
| 9/30 | 4225 ASHLAND CITY HW NASHVILLE NURSE 615-2443478 TN 092920  Card#2282 | 442.46 |
| 9/30 | TRIUMPH HOUSE SLEAFORD RIMMER BROTHERS LINCOLN GBR 092920  Card#2282 | 596.79 |
| 9/30 | INTUIT PYMT SOLN  TRAN FEE 524771992494446  9215986202 LIVINGSCAPES INC | 5.35 |
| 9/30 | TRIUMPH HOUSE SLEAFORD LINCOLN GBR 092920  Card#2282 | 1.19 |
| 9/30 | TRIUMPH HOUSE SLEAFORD LINCOLN GBR 092920  Card#2282 | 5.37 |
| 9/30 | Service Charge | 16.50 |

## Checks

| Date | Description | Amount |
|---|---|---|
| 9/09 | Check 905 | 12,094.00 |
| 9/10 | Check 906 | 2,000.00 |
| 9/04 | Check 907 | 1,116.93 |
| 9/15 | Check 907* | 2,255.00 |
| 9/16 | Check 908 | 530.75 |
| 9/16 | Check 909 | 3,137.60 |
| 9/21 | Check 910 | 1,444.09 |
| 9/25 | Check 911 | 385.00 |
| **Total Debits** | | **$101,923.52** |

(*) Indicates gap in check number sequenece

| | | | |
|---|---|---|---|
| Average Balance This Statement | $107,352.76 | Annual Percentage Yield Earned | .00% |
| Interest Earned This Period | $.00 | Days in Period | 30 |
| Interest Paid Year to Date | $.00 | Interest Paid | $.00 |

## DAILY BALANCE INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| 9/01 | 44,645.07 | 9/10 | 108,794.76 | 9/18 | 104,105.34 |
| 9/02 | 37,473.36 | 9/11 | 109,923.26 | 9/21 | 101,879.88 |
| 9/03 | 146,654.56 | 9/14 | 109,435.25 | 9/22 | 100,587.93 |
| 9/04 | 145,512.12 | 9/15 | 110,774.72 | 9/23 | 91,557.21 |
| 9/08 | 144,037.30 | 9/16 | 105,637.34 | 9/24 | 91,286.47 |
| 9/09 | 131,464.12 | 9/17 | 94,327.07 | 9/25 | 97,308.35 |

| 9/28 | 95,395.33 | 9/29 | 95,545.02 | 9/30 | 95,011.86 |
|------|-----------|------|-----------|------|-----------|



#0          09/03/2020          $117,395.56

#0          09/18/2020          $9,576.00

#0          09/23/2020          $2,897.50

#905        09/09/2020          $12,094.00

#906        09/10/2020          $2,000.00

#907        09/04/2020          $1,116.93

#907        09/15/2020          $2,255.00

#908        09/16/2020          $530.75

#909        09/16/2020          $3,137.60

#910        09/21/2020          $1,444.09

#911        09/25/2020          $385.00

| Date | Transaction Type | Terms | Property | Due Date | Open Balance |
|---|---|---|---|---|---|
| 08/02/2020 | Invoice | Net 15 | A-M | 08/17/2020 | 495.00 |
| | | | | | $ 495.00 |
| 09/27/2020 | Invoice | Net 15 | A-M | 10/12/2020 | 535.00 |
| | | | | | $ 535.00 |
| 08/01/2020 | Invoice | Net 15 | A-M | 08/16/2020 | 727.25 |
| 08/24/2020 | Invoice | Net 15 | A-M | 09/08/2020 | 351.25 |
| 09/27/2020 | Invoice | Net 15 | A-M | 10/12/2020 | 406.25 |
| | | | | | $ 1,484.75 |
| 09/27/2020 | Invoice | Net 15 | A-M | 10/12/2020 | 245.00 |
| | | | | | $ 245.00 |
| 09/27/2020 | Invoice | Net 15 | A-M | 10/12/2020 | 3,275.00 |
| | | | | | $ 3,275.00 |
| 09/27/2020 | Invoice | Net 30 | A-M | 10/27/2020 | 375.00 |
| | | | | | $ 375.00 |
| 08/01/2020 | Invoice | Net 15 | A-M | 08/16/2020 | 1,737.50 |
| | | | | | $ 1,737.50 |
| 06/07/2020 | Invoice | Due on receipt | A-M | 06/07/2020 | 2,097.00 |
| | | | | | $ 2,097.00 |
| 09/27/2020 | Invoice | Net 15 | A-M | 10/12/2020 | 425.00 |
| | | | | | $ 425.00 |
| 09/27/2020 | Invoice | Net 15 | A-M | 10/12/2020 | 225.00 |
| | | | | | $ 225.00 |
| 09/18/2020 | Invoice | Net 30 | A-I | 10/18/2020 | 12,248.33 |
| | | | | | $ 12,248.33 |
| 08/01/2020 | Invoice | Net 15 | A-M | 08/16/2020 | 175.00 |
| 09/27/2020 | Invoice | Net 15 | A-M | 10/12/2020 | 792.50 |
| | | | | | $ 967.50 |
| 08/02/2020 | Invoice | Net 15 | A-M | 08/17/2020 | 80.00 |

| | | | | | |
|---|---|---|---|---|---:|
| 08/24/2020 | Invoice | Net 15 | A-M | 09/08/2020 | 160.00 |
| 09/27/2020 | Invoice | Net 15 | A-M | 10/12/2020 | 644.50 |
| | | | | **$** | **884.50** |
| | | | | | |
| 08/24/2020 | Invoice | Net 15 | A-M | 09/08/2020 | 160.00 |
| 09/27/2020 | Invoice | Net 15 | A-M | 10/12/2020 | 265.00 |
| | | | | **$** | **425.00** |
| | | | | | |
| 09/27/2020 | Invoice | Net 15 | A-M | 10/12/2020 | 2,250.00 |
| | | | | **$** | **2,250.00** |
| | | | | | |
| 09/27/2020 | Invoice | Net 30 | A-M | 10/27/2020 | 695.00 |
| | | | | **$** | **695.00** |
| | | | | | |
| 09/27/2020 | Invoice | Net 15 | A-M | 10/12/2020 | 406.25 |
| | | | | **$** | **406.25** |
| | | | | | |
| 09/27/2020 | Invoice | Net 15 | A-M | 10/12/2020 | 263.00 |
| | | | | **$** | **263.00** |
| | | | | | |
| 08/01/2020 | Invoice | Net 15 | A-M | 08/16/2020 | 375.00 |
| | | | | **$** | **375.00** |
| | | | | | |
| 09/27/2020 | Invoice | Net 15 | A-M | 10/12/2020 | 1,430.00 |
| | | | | **$** | **1,430.00** |
| | | | | | |
| 09/27/2020 | Invoice | Net 15 | A-M | 10/12/2020 | 405.50 |
| | | | | **$** | **405.50** |
| | | | | | |
| 09/27/2020 | Invoice | Net 15 | A-M | 10/12/2020 | 290.00 |
| | | | | **$** | **290.00** |
| | | | | | |
| 08/24/2020 | Invoice | Net 15 | A-M | 09/08/2020 | 660.00 |
| | | | | **$** | **660.00** |
| | | | | | |
| 04/08/2019 | Invoice | Net 15 | A-M | 04/23/2019 | 379.00 |
| 12/16/2019 | Invoice | Net 15 | A-M | 12/31/2019 | 80.00 |
| 06/14/2020 | Invoice | Net 15 | A-M | 06/29/2020 | 40.00 |
| | | | | **$** | **499.00** |
| | | | | | |
| 09/27/2020 | Invoice | Net 15 | A-M | 10/12/2020 | 478.00 |
| | | | | **$** | **478.00** |
| | | | | | |
| 09/21/2020 | Invoice | Due on receipt | A-M | 09/21/2020 | 125.00 |
| | | | | **$** | **125.00** |
| | | | | | |
| 09/27/2020 | Invoice | Net 15 | A-M | 10/12/2020 | 325.00 |

|  |  |  |  |  |  | $ | 325.00 |
|---|---|---|---|---|---|---|---|
| 08/24/2020 | Invoice | Net 15 | A-M | 09/08/2020 | 105.00 | | |
|  |  |  |  |  |  | $ | 105.00 |
| 08/02/2020 | Invoice | Net 15 | A-M | 08/17/2020 | 438.75 | | |
|  |  |  |  |  |  | $ | 438.75 |
| 09/27/2020 | Invoice | Net 15 | A-M | 10/12/2020 | 1,215.00 | | |
|  |  |  |  |  |  | $ | 1,215.00 |
| 09/27/2020 | Invoice | Net 15 | A-M | 10/12/2020 | 445.00 | | |
|  |  |  |  |  |  | $ | 445.00 |
| 09/27/2020 | Invoice | Net 15 | A-M | 10/12/2020 | 915.00 | | |
|  |  |  |  |  |  | $ | 915.00 |
| 06/14/2020 | Invoice | Net 15 | A-M | 06/29/2020 | 305.00 | | |
|  |  |  |  |  |  | $ | 305.00 |
| 09/27/2020 | Invoice | Net 15 | A-M | 10/12/2020 | 300.00 | | |
|  |  |  |  |  |  | $ | 300.00 |
| 09/27/2020 | Invoice | Net 15 | A-M | 10/12/2020 | 140.00 | | |
|  |  |  |  |  |  | $ | 140.00 |
|  |  |  |  |  |  | $ | 37,485.08 |

# Pinnacle

150 Third Avenue South
Suite 900
Nashville, TN 37201

www.pnfp.com
Phone 800-264-3613

RETURN SERVICE REQUESTED

**Account**
Livingscapes LLC
XXXXXXXX2655

Livingscapes LLC
Debtor In Possession
148 Stonecrest Drive
Nashville, TN 37209-5236

## Statement of Account

Horizon 75

| | |
|---|---|
| **Balance 9/01/20** | **Summary** |
| $ 903.73 | |
| | Credits +$51,065.60 |
| **Balance 9/30/20** | Interest +$.00 |
| $ 1,622.13 | Debits - $50,347.20 |



### Credit Transactions

**Pinnacle Recognized Nationally for Brand and Service Excellence**

Greenwich Associates interviewed 27,000 middle market and small business banking clients for its 2019 Greenwich Best Brand and Greenwich Excellence Awards. Pinnacle brought home 29 awards, tying for the most in the country and cementing Pinnacle's place as one of the best banks to work with in the United States. Four of the national awards were for trust and for ease of doing business in the middle market banking and small business banking categories. Thank you for continuing to trust Pinnacle to help your business reach new heights. For more information, visit PNFP.com/Greenwich

#### Deposits

| Date | Description | Amount |
|---|---|---|
| 9/01 | Reverse NSF Item Fee | 38.00 |
| 9/02 | Transfer via Bank Representative | 2,500.00 |
| 9/02 | Refund Paid Item Fee | 76.00 |
| 9/03 | IB Transfer from D *********23 6 to D *********655 | 8,500.00 |
| 9/10 | Transfer via Bank Representative | 663.60 |
| 9/10 | IB Transfer from D *********23 6 to D *********655 | 20,000.00 |
| 9/10 | Reverse NSF Item Charge | 38.00 |
| 9/17 | OLB Transfer from *236 to *655 Transfer | 9,500.00 |
| 9/23 | OLB Transfer from *236 to *655 Transfer | 9,750.00 |
| **Total Credits** | | **$51,065.60** |

### Debit Transactions

#### Other Debits

| Date | Description | Amount |
|---|---|---|
| 9/01 | NSF Item Fee | 38.00 |





## ELECTRONIC TRANSFER ERROR RESOLUTION

This Electronic Transfer Error Resolution only applies to accounts held for personal, family or household purposes and is therefore not applicable to business, trust accounts, or any such account held for non-personal purposes.

In case of errors or questions about your electronic transfers, call or write us at the telephone number or address listed at the end of this disclosure, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt.

- Tell us your name and account number (if any).

- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

- Tell us the dollar amount of the suspected error.

We must hear from you no later than 60 days after we send the FIRST statement on which the problem or error appeared.

We will provide provisional credit for the amount that you think is in error within 10 business days of your complaint and begin an investigation of the transaction(s).  In most cases, we will disclose the results of the investigation within 10 business days of your complaint and correct any error promptly.  If we need more time to investigate the complaint, we may take up to 45 days (90 days if the transfer involved a point-of-sale transaction or a foreign initiated transfer) to complete our investigation.  However, you will have use of the funds in question during our investigation.

**Pinnacle Bank**
150 3rd Avenue South, Suite 900
Nashville, TN 37201
(800) 264-3613

| | | | |
|---|---|---|---:|
| 9/02 | NSF Item Fee | | 38.00 |
| 9/03 | OUTGOING WIRE Heartland Payroll Solutions | | 1,456.82 |
| 9/03 | Wire Transfer Fee | | 25.00 |
| 9/04 | 0190AWWV LIVINGS  PAYROLL 0190AWWV | 1474773861 LIVINGSCAPES | 129.50 |
| 9/04 | 0190AWWV LIVINGS  PAYROLL 0190AWWV | 1474773861 LIVINGSCAPES | 1,551.04 |
| 9/04 | 0190AWWV LIVINGS  PAYROLL 0190AWWV | 1474773861 LIVINGSCAPES | 2,797.61 |
| 9/09 | Overdraft Item Fee | | 38.00 |
| 9/11 | 0190AWWV LIVINGS  PAYROLL 0190AWWV | 1474773861 LIVINGSCAPES | 81.00 |
| 9/11 | 0190AWWV LIVINGS  PAYROLL 0190AWWV | 1474773861 LIVINGSCAPES | 1,599.67 |
| 9/11 | 0190AWWV LIVINGS  PAYROLL 0190AWWV | 1474773861 LIVINGSCAPES | 2,807.59 |
| 9/18 | 0190AWWV LIVINGS  PAYROLL 0190AWWV | 1474773861 LIVINGSCAPES | 79.50 |
| 9/18 | 0190AWWV LIVINGS  PAYROLL 0190AWWV | 1474773861 LIVINGSCAPES | 1,832.82 |
| 9/18 | 0190AWWV LIVINGS  PAYROLL 0190AWWV | 1474773861 LIVINGSCAPES | 2,975.19 |
| 9/25 | 0190AWWV LIVINGS  PAYROLL 0190AWWV | 1474773861 LIVINGSCAPES | 79.50 |
| 9/25 | 0190AWWV LIVINGS  PAYROLL 0190AWWV | 1474773861 LIVINGSCAPES | 1,811.48 |
| 9/25 | 0190AWWV LIVINGS  PAYROLL 0190AWWV | 1474773861 LIVINGSCAPES | 3,037.80 |

### Checks

| | | |
|---|---|---:|
| 9/09 | Check 2003 | 610.51 |
| 9/01 | Check 2010* | 667.77 |
| 9/04 | Check 2011 | 648.99 |
| 9/09 | Check 20012* | 683.47 |
| 9/04 | Check 20024* | 596.19 |
| 9/08 | Check 20025 | 637.68 |
| 9/09 | Check 20026 | 705.53 |
| 9/09 | Check 20027 | 683.55 |
| 9/10 | Check 20028 | 663.60 |
| 9/08 | Check 20029 | 641.69 |
| 9/14 | Check 20030 | 627.57 |
| 9/14 | Check 20031 | 672.08 |
| 9/14 | Check 20032 | 739.46 |
| 9/11 | Check 20033 | 11,200.00 |
| 9/15 | Check 20034 | 688.60 |
| 9/15 | Check 20035 | 670.33 |
| 9/14 | Check 20036 | 672.97 |
| 9/21 | Check 20037 | 651.16 |
| 9/24 | Check 20038 | 769.73 |
| 9/21 | Check 20039 | 856.88 |
| 9/22 | Check 20040 | 763.88 |
| 9/22 | Check 20041 | 741.08 |
| 9/28 | Check 20042 | 776.03 |
| 9/28 | Check 20043 | 781.38 |
| 9/28 | Check 20044 | 641.84 |
| 9/28 | Check 20045 | 679.19 |
| 9/29 | Check 20046 | 759.99 |

| | | |
|---|---|---|
| 9/29 | Check 20047 | 737.53 |
| **Total Debits** | | **$50,347.20** |

(*) Indicates gap in check number sequenece

| | | | |
|---|---|---|---|
| Average Balance This Statement | $4,804.60 | Annual Percentage Yield Earned | .00% |
| Interest Earned This Period | $.00 | Days in Period | 30 |
| Interest Paid Year to Date | $.00 | Interest Paid | $.00 |

## ITEMIZATION OF OVERDRAFT AND RETURNED ITEM FEES

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft and Bounce Protection PD Item Fees | $ .00 | $ .00 |
| Total NSF Item Fees | $ 76.00 | $ 76.00 |

## DAILY BALANCE INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| 9/01 | 235.96 | 9/11 | 4,418.12 | 9/23 | 11,696.60 |
| 9/02 | 2,773.96 | 9/14 | 1,706.04 | 9/24 | 10,926.87 |
| 9/03 | 9,792.14 | 9/15 | 347.11 | 9/25 | 5,998.09 |
| 9/04 | 4,068.81 | 9/17 | 9,847.11 | 9/28 | 3,119.65 |
| 9/08 | 2,789.44 | 9/18 | 4,959.60 | 9/29 | 1,622.13 |
| 9/09 | 68.38 | 9/21 | 3,451.56 | | |
| 9/10 | 20,106.38 | 9/22 | 1,946.60 | | |



| #2003 | 09/09/2020 | $610.51 |
|---|---|---|





| #2011 | 09/04/2020 | $648.99 |
|---|---|---|
| #2012 | 09/09/2020 | $683.47 |





| #20024 | 09/04/2020 | $596.19 |
|---|---|---|
| #20025 | 09/08/2020 | $637.68 |





| #20026 | 09/09/2020 | $705.53 |
|---|---|---|
| #20027 | 09/09/2020 | $683.55 |





| #20028 | 09/09/2020 | $663.60 |
|---|---|---|
| #20029 | 09/08/2020 | $641.69 |





| #20030 | 09/14/2020 | $627.57 |
|---|---|---|
| #20031 | 09/14/2020 | $672.08 |









| #20032 | 09/14/2020 | $739.46 | #20033 | 09/11/2020 | $11,200.00 |







| #20034 | 09/15/2020 | $688.60 | #20035 | 09/15/2020 | $670.33 |





| #20036 | 09/14/2020 | $672.97 | #20037 | 09/21/2020 | $651.16 |





| #20038 | 09/24/2020 | $769.73 | #20039 | 09/21/2020 | $856.88 |

| #20040 | 09/22/2020 | $763.88 | #20041 | 09/22/2020 | $741.08 |



| #20042 | 09/28/2020 | $776.03 | #20043 | 09/28/2020 | $781.38 |





| #20044 | 09/28/2020 | $641.84 |
|---|---|---|



| #20045 | 09/28/2020 | $679.19 |
|---|---|---|





| #20046 | 09/29/2020 | $759.99 |
|---|---|---|

| #20047 | 09/29/2020 | $737.53 |
|---|---|---|