## Fill in this information to identify the case:

Debtor Name _Livingstones LLC_

United States Bankruptcy Court for the: Middle District of Tennessee ▼

Case number: 3:20bk-0356!

☐ Check if this is an amended filing

## Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11

12/17

Month: __August__

Line of business: _____

Date report filed: _10/01/2020_
MM / DD / YYYY

NAISC code: _____

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party:      James Livingston

Original signature of responsible party _~signature~_

Printed name of responsible party _~signature~_

---

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer _No_ to any of the questions in lines 1–9, attach an explanation and label it _Exhibit A._**

| | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

**If you answer _Yes_ to any of the questions in lines 10–18, attach an explanation and label it _Exhibit B._**

| | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

17. Have you paid any bills you owed before you filed bankruptcy?     ☐ ☑ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?     ☑ ☐ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.     $ 19,387.00

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.     $ 167,418.00

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.     − $ 80,124.00

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.     + $ 87,293.58
    This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.     = $ 106,680.00

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**     $ 0.00

    *(Exhibit E)*

Debtor Name _____ LivingsCars LLC. _____     Case number 3:20-bk-0356 

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F.* Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25.  **Total receivables**                                                                       $ _____ 8,366.00

      *(Exhibit F)*

## 5. Employees

26.  What was the number of employees when the case was filed?                                          9

27.  What is the number of employees as of the date of this monthly report?                             9

## 6. Professional Fees

28.  How much have you paid this month in professional fees related to this bankruptcy case?       $ _____ 0.00

29.  How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ _____ 0.00

30.  How much have you paid this month in other professional fees?                                 $ _____ 350.00

31.  How much have you paid in total other professional fees since filing the case?               $ _____ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | − | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. |  | Copy lines 20-22 of this report. |  | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 2,901.00 | − | $ 167,418.00 | = | $ 164,517.00 |
| 33. **Cash disbursements** | $ 85,028.00 | − | $ 80,124.00 | = | $ 4,904.00 |
| 34. **Net cash flow** | $ -82,127.00 | − | $ 87,294.00 | = | $ 169,421.00 |

35.  Total projected cash receipts for the next month:                                          $ _____ 8,366.00

36.  Total projected cash disbursements for the next month:                                    − $ _____ 85,028.00

37.  Total projected net cash flow for the next month:                                         = $ _____ 76,662.00

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39. Bank reconciliation reports for each account.

☑ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41. Budget, projection, or forecast reports.

☐ 42. Project, job costing, or work-in-progress reports.

**Pinnacle**

150 Third Avenue South
Suite 900
Nashville, TN 37201

www.pnfp.com
Phone 800-264-3613

RETURN SERVICE REQUESTED

Account
XXXXXXXX1236

Livingscapes LLC
Debtor-in-Possession
148 Stonecrest Drive
Nashville, TN 37209-5236

# Statement of Account

Horizon 75

| Balance 8/11/20 | Summary | |
|---|---|---|
| $ .00 | Credits | +$74,010.57 |
| | Interest | +$.00 |
| Balance 8/31/20 | Debits | - $35,365.50 |
| $ 38,645.07 | | |



Greenwich *Best Brand* 2019    Greenwich *Excellence* 2019

## Credit Transactions

### Pinnacle Recognized Nationally for Brand and Service Excellence

Greenwich Associates interviewed 27,000 middle market and small business banking clients for its 2019 Greenwich Best Brand and Greenwich Excellence Awards. Pinnacle brought home 29 awards, tying for the most in the country and cementing Pinnacle's place as one of the best banks to work with in the United States. Four of the national awards were for trust and for ease of doing business in the middle market banking and small business banking categories. Thank you for continuing to trust Pinnacle to help your business reach new heights. For more information, visit PNFP.com/Greenwich

Deposits

| | | |
|---|---|---|
| 8/12 | Regular Deposit | 25,644.00 |
| 8/18 | INTUIT PYMT SOLN  DEPOSIT 524771992494446 9215986202 LIVINGSCAPES INC | 745.00 |
| 8/20 | Regular Deposit | 41,118.57 |
| 8/25 | INTUIT PYMT SOLN  DEPOSIT 524771992494446 9215986202 LIVINGSCAPES INC | 1,732.00 |
| 8/26 | INTUIT PYMT SOLN  DEPOSIT 524771992494446 9215986202 LIVINGSCAPES INC | 1,975.00 |
| 8/27 | INTUIT PYMT SOLN  DEPOSIT 524771992494446 9215986202 LIVINGSCAPES INC | 626.00 |
| 8/28 | INTUIT PYMT SOLN  DEPOSIT 524771992494446 9215986202 LIVINGSCAPES INC | 1,910.00 |
| 8/31 | INTUIT PYMT SOLN  DEPOSIT 524771992494446 9215986202 LIVINGSCAPES INC | 260.00 |
| **Total Credits** | | **$74,010.57** |

## Debit Transactions

Other Debits

| | | |
|---|---|---|
| 8/17 | 6401 CENTENNIAL BLV LIVING EARTH CE NASHVILLE TN 081420  Card#2282 | 5.00 |

EQUAL HOUSING LENDER    Member FDIC



## ELECTRONIC TRANSFER ERROR RESOLUTION

This Electronic Transfer Error Resolution only applies to accounts held for personal, family or household purposes and is therefore not applicable to business, trust accounts, or any such account held for non-personal purposes.

In case of errors or questions about your electronic transfers, call or write us at the telephone number or address listed at the end of this disclosure, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt.

- Tell us your name and account number (if any).

- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

- Tell us the dollar amount of the suspected error.

We must hear from you no later than 60 days after we send the FIRST statement on which the problem or error appeared.

We will provide provisional credit for the amount that you think is in error within 10 business days of your complaint and begin an investigation of the transaction(s). In most cases, we will disclose the results of the investigation within 10 business days of your complaint and correct any error promptly. If we need more time to investigate the complaint, we may take up to 45 days (90 days if the transfer involved a point-of-sale transaction or a foreign initiated transfer) to complete our investigation. However, you will have use of the funds in question during our investigation.

**Pinnacle Bank**
150 3rd Avenue South, Suite 900
Nashville, TN 37201
(800) 264-3613

| 8/17 | DOLLAR GENERAL 1 BETHPAGE TN 081520 003505 Card#2282 | 9.39 |
| 8/17 | SHELL SERVICE S NASHVILLE TN 081520 022878566592 Card#2282 | 15.01 |
| 8/17 | DOLLAR GENERAL 1 BETHPAGE TN 081520 056259 Card#2282 | 18.85 |
| 8/17 | 6401 CENTENNIAL BLV LIVING EARTH CE NASHVILLE TN 081420 Card#2282 | 38.24 |
| 8/17 | 4225 ASHLAND CITY HW NASHVILLE NURSE 615-2443478 TN 081420 Card#2282 | 40.97 |
| 8/17 | 205 E Riverside Dr USHIP.COM* ID38 8006987447 TX 081420 Card#2282 | 506.88 |
| 8/17 | 2099 BREVARD RD EDEN BROTHERS 828-6336338 NC 081420 Card#2282 | 769.89 |
| 8/17 | 4474 Cleeces Ferry SQ *GRASSROOTS gosq.com TN 081520 Card#2282 | 1,254.40 |
| 8/18 | SHELL SERVICE S BIRMINGHAM AL 081820 023147339700 Card#2282 | 57.21 |
| 8/18 | AUTOZONE  3712 CLARKSV NASHVILLE TN 081820 081809426075 Card#2282 | 71.07 |
| 8/18 | 5304 HARDING PIKE HART ACE HDWE NASHVILLE TN 081720 Card#2282 | 81.83 |
| 8/18 | INTUIT PYMT SOLN  TRAN FEE 524771992494446  9215986202 LIVINGSCAPES INC | 17.95 |
| 8/19 | 6401 CENTENNIAL BLV LIVING EARTH CE NASHVILLE TN 081720 Card#2282 | 5.00 |
| 8/19 | SHELL SERVICE S CULLMAN AL 081820 023186085316 Card#2282 | 19.61 |
| 8/19 | 628 OLD HICKORY BLV IN *STONETREE M 615-6462208 TN 081820 Card#2282 | 441.00 |
| 8/19 | 6514 ROBERTSON AVE REO STONE LLC 614-3562123 TN 081820 Card#2282 | 627.37 |
| 8/20 | 5304 HARDING PIKE HART ACE HDWE NASHVILLE TN 081920 Card#2282 | 3.00 |
| 8/20 | 2435 Goodwin Ln WAL-MART CHECK 866-925-2432 TX 081920 Card#2282 | 64.88 |
| 8/20 | 628 OLD HICKORY BLV IN *STONETREE M 615-6462208 TN 081920 Card#2282 | 110.25 |
| 8/20 | 7279 HAM PLSNT GRV R DIVERSIFIED TRE PINE MOUNTAIN GA 081920 Card#2282 | 1,143.68 |
| 8/20 | Transfer via Bank SWilliams per James | 8,700.00 |
| 8/21 | 6401 CENTENNIAL BLV LIVING EARTH CE NASHVILLE TN 081920 Card#2282 | 5.00 |
| 8/21 | 6401 CENTENNIAL BLV LIVING EARTH CE NASHVILLE TN 081920 Card#2282 | 5.00 |
| 8/21 | 4225 ASHLAND CITY HW NASHVILLE NURSE 615-2443478 TN 082020 Card#2282 | 352.33 |
| 8/24 | SHELL SERVICE S NASHVILLE TN 082220 023508729304 Card#2282 | 15.00 |
| 8/24 | BP#8774606MAPCO NASHVILLE TN 082120 023486677210 Card#2282 | 15.67 |
| 8/24 | USPS KIOS 4501 CHARLOT NASHVILLE TN 082420 082410121719 Card#2282 | 16.50 |
| 8/25 | 7 KRIPES RD OPUS INSPECTION EAST GRANBY CT 082420 Card#2282 | 9.00 |
| 8/25 | INTUIT PYMT SOLN  TRAN FEE 524771992494446  9215986202 LIVINGSCAPES INC | 17.32 |
| 8/25 | PENN NATIONAL IN  RECUR PMTS 3100193796      C230961349 LIVINGSCAPES INC | 1,628.27 |
| 8/26 | 7 KRIPES RD OPUS INSPECTION EAST GRANBY CT 082520 Card#2282 | 9.00 |
| 8/26 | 6401 CENTENNIAL BLV LIVING EARTH CE NASHVILLE TN 082420 Card#2282 | 15.88 |
| 8/26 | 4225 ASHLAND CITY HW NASHVILLE NURSE 615-2443478 TN 082520 Card#2282 | 36.33 |
| 8/26 | 700 2ND AVE SOUTH # DAVIDSON CO CLE 8665145192 TN 082620 Card#2282 | 89.76 |
| 8/26 | 6100 CENTENNIAL BLV ENGLAND EROSION NASHVILLE TN 082520 Card#2282 | 109.69 |
| 8/26 | INTUIT PYMT SOLN  TRAN FEE 524771992494446  9215986202 LIVINGSCAPES INC | 43.85 |
| 8/27 | 2701 NOLENSVILLE RD MIDDLE TN TRAIL NASHVILLE TN 082620 Card#2282 | 136.60 |
| 8/27 | 700 2ND AVE SOUTH # DAVIDSON CO CLE 8665145192 TN 082720 Card#2282 | 148.16 |
| 8/27 | 7281 CENTENNIAL BLV RELADYNE MID SO 6153507050 TN 082620 Card#2282 | 4,385.04 |
| 8/27 | INTUIT PYMT SOLN  TRAN FEE 524771992494446  9215986202 LIVINGSCAPES INC | 6.26 |
| 8/28 | 1700 Third Ave N L2G*METRO WATER 615-862-4697 TN 082720 Card#2282 | 1,298.30 |
| 8/28 | INTUIT PYMT SOLN  TRAN FEE 524771992494446  9215986202 LIVINGSCAPES INC | 18.75 |
| 8/31 | THORNTONS #0610 - 1049 GALLATIN TN 083020 000000780416 Card#2282 | 20.05 |
| 8/31 | IB Transfer from D *********23 6 to D *********655 | 5,500.00 |

| | | | |
|---|---|---|---|
| 8/31 | | INTUIT PYMT SOLN  TRAN FEE 524771992494446  9215986202 LIVINGSCAPES INC | 2.60 |

**Checks**

| | | |
|---|---|---|
| 8/20 | Check 901 | 1,278.00 |
| 8/17 | Check 902 | 324.75 |
| 8/24 | Check 903 | 2,140.05 |
| 8/31 | Check 905* | 400.00 |
| 8/31 | Check 906 | 375.00 |
| 8/28 | Check 909* | 211.86 |
| 8/20 | Check 910 | 1,900.00 |
| 8/28 | Check 911 | 850.00 |
| **Total Debits** | | **$35,365.50** |

(*) Indicates gap in check number sequenece

| | | | |
|---|---|---|---|
| Average Balance This Statement | $36,052.41 | Annual Percentage Yield Earned | .00% |
| Interest Earned This Period | $.00 | Days in Period | 21 |
| Interest Paid Year to Date | $.00 | Interest Paid | $.00 |

## DAILY BALANCE INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| 8/11 | .00 | 8/20 | 50,003.34 | 8/27 | 45,151.63 |
| 8/12 | 25,644.00 | 8/21 | 49,641.01 | 8/28 | 44,682.72 |
| 8/17 | 22,660.62 | 8/24 | 47,453.79 | 8/31 | 38,645.07 |
| 8/18 | 23,177.56 | 8/25 | 47,531.20 | | |
| 8/19 | 22,084.58 | 8/26 | 49,201.69 | | |

Date                8/31/20

Primary Acct No.    XXXXXXXX1236



| #0 | 08/12/2020 | $25,644.00 | #0 | 08/20/2020 | $41,118.57 |

| #901 | 08/20/2020 | $1,278.00 | #902 | 08/17/2020 | $324.75 |

| #903 | 08/24/2020 | $2,140.05 | #905 | 08/31/2020 | $400.00 |

| #906 | 08/31/2020 | $375.00 | #909 | 08/28/2020 | $211.86 |

| #910 | 08/20/2020 | $1,900.00 | #911 | 08/28/2020 | $850.00 |

| Date | Transaction Type | Terms | Property | Due Date | Open Balance |
|------|------------------|-------|----------|----------|-------------:|
| 08/02/2020 | Invoice | Net 15 | A-M | 08/17/2020 | 495.00 |
| | | | | | **$ 495.00** |
| 08/01/2020 | Invoice | Net 15 | A-M | 08/16/2020 | 727.25 |
| 08/24/2020 | Invoice | Net 15 | A-M | 09/08/2020 | 351.25 |
| | | | | | **$ 1,078.50** |
| 08/01/2020 | Invoice | Net 15 | A-M | 08/16/2020 | 1,737.50 |
| | | | | | **$ 1,737.50** |
| 06/07/2020 | Invoice | Due on receipt | A-M | 06/07/2020 | 2,097.00 |
| | | | | | **$ 2,097.00** |
| 08/01/2020 | Invoice | Net 15 | A-M | 08/16/2020 | 175.00 |
| | | | | | **$ 175.00** |
| 08/02/2020 | Invoice | Net 15 | A-M | 08/17/2020 | 80.00 |
| 08/24/2020 | Invoice | Net 15 | A-M | 09/08/2020 | 160.00 |
| | | | | | **$ 240.00** |
| 08/24/2020 | Invoice | Net 15 | A-M | 09/08/2020 | 160.00 |
| | | | | | **$ 160.00** |
| 08/01/2020 | Invoice | Net 15 | A-M | 08/16/2020 | 375.00 |
| | | | | | **$ 375.00** |
| 08/24/2020 | Invoice | Net 15 | A-M | 09/08/2020 | 660.00 |
| | | | | | **$ 660.00** |
| 04/08/2019 | Invoice | Net 15 | A-M | 04/23/2019 | 379.00 |
| 12/16/2019 | Invoice | Net 15 | A-M | 12/31/2019 | 80.00 |
| 06/14/2020 | Invoice | Net 15 | A-M | 06/29/2020 | 40.00 |
| | | | | | **$ 499.00** |
| 08/24/2020 | Invoice | Net 15 | A-M | 09/08/2020 | 105.00 |
| | | | | | **$ 105.00** |
| 08/02/2020 | Invoice | Net 15 | A-M | 08/17/2020 | 438.75 |
| | | | | | **$ 438.75** |

| 06/14/2020 | Invoice | Net 15 | A-M | 06/29/2020 | 305.00 |
|---|---|---|---|---|---|
| | | | | $ | **305.00** |
| | | | | $ | **8,365.75** |

# Livingscapes Inc
## Profit and Loss
### August 2020

| | Total |
|---|---:|
| **Income** | |
| 41000 Sales of Product Income | 63,299.19 |
| 42000 Services | 108,388.28 |
| 49500 Discounts given | -4,269.52 |
| **Total Income** | **$ 167,417.95** |
| **Gross Profit** | **$ 167,417.95** |
| **Expenses** | |
| 60000 Advertising & Marketing | 98.09 |
| 60200 Bank Charges & Fees | 451.88 |
| 60300 Bad Debts | 353.00 |
| 60600 Contractors | 3,789.00 |
| 61100 Insurance | |
| 61110 General Liability Insurance | 1,763.09 |
| **Total 61100 Insurance** | **$ 1,763.09** |
| 61600 Office Expenses | 322.51 |
| 62000 Legal & Professional Services | |
| 62010 Accounting & Administrative | 1,750.00 |
| 62030 Attorneys & Legal Fees | 1,160.99 |
| **Total 62000 Legal & Professional Services** | **$ 2,910.99** |
| 62100 Shipping, Freight & Delivery | 523.38 |
| 62200 Rent & Lease (Buildings) | 2,000.00 |
| 62400 Repairs & Maintenance | 419.53 |
| 62500 Materials & Supplies | 19,918.61 |
| 62600 Telephone & Internet | |
| 62620 Cell Phone | 36.06 |
| 62630 Internet | 64.20 |
| **Total 62600 Telephone & Internet** | **$ 100.26** |
| 63000 Taxes Paid | |
| 63010 Local Taxes | 255.92 |
| 63030 TN State Tax (Non Sales Tax) | 1,317.85 |
| **Total 63000 Taxes Paid** | **$ 1,573.77** |
| 63100 Utilities | 1,797.59 |
| 63210 Salaries & Wages | |
| 63221 Wages (Hourly) - Regular Pay | 39,412.95 |
| **Total 63210 Salaries & Wages** | **$ 39,412.95** |
| 67010 Dump & Waste Management | 162.13 |
| 67300 Fuel | 4,527.59 |
| **Total Expenses** | **$ 80,124.37** |
| **Net Operating Income** | **$ 87,293.58** |
| **Net Income** | **$ 87,293.58** |

# Pinnacle

150 Third Avenue South
Suite 900
Nashville, TN 37201

www.pnfp.com
Phone 800-264-3613

RETURN SERVICE REQUESTED

**Account**
XXXXXXXX2655

Livingscapes LLC
PAYROLL ACCOUNT
148 Stonecrest Drive
Nashville, TN 37209-5236

## Statement of Account

Horizon 75



| Balance 8/12/20 | Summary | |
|---|---|---|
| $ .00 | | |
| | Credits | +$14,200.00 |
| | Interest | +$.00 |
| Balance 8/31/20 | Debits | - $13,296.27 |
| $ 903.73 | | |

### Credit Transactions

**Deposits**

| | | |
|---|---|---|
| 8/20 | Transfer via Bank SWilliams per James | 8,700.00 |
| 8/31 | IB Transfer from D *********23 6 to D *********655 | 5,500.00 |
| **Total Credits** | | $14,200.00 |

### Debit Transactions

**Other Debits**

| | | |
|---|---|---|
| 8/21 | 0190AWWV LIVINGS PAYROLL 0190AWWV 1474773861 LIVINGSCAPES | 77.00 |
| 8/21 | 0190AWWV LIVINGS PAYROLL 0190AWWV 1474773861 LIVINGSCAPES | 1,670.14 |
| 8/21 | 0190AWWV LIVINGS PAYROLL 0190AWWV 1474773861 LIVINGSCAPES | 2,946.72 |
| 8/31 | 0190AWWV LIVINGS PAYROLL 0190AWWV 1474773861 LIVINGSCAPES | 63.50 |
| 8/31 | 0190AWWV LIVINGS PAYROLL 0190AWWV 1474773861 LIVINGSCAPES | 1,309.13 |

**Pinnacle Recognized Nationally for Brand and Service Excellence**

Greenwich Associates interviewed 27,000 middle market and small business banking clients for its 2019 Greenwich Best Brand and Greenwich Excellence Awards. Pinnacle brought home 29 awards, tying for the most in the country and cementing Pinnacle's place as one of the best banks to work with in the United States. Four of the national awards were for trust and for ease of doing business in the middle market banking and small business banking categories. Thank you for continuing to trust Pinnacle to help your business reach new heights. For more information, visit PNFP.com/Greenwich



## ELECTRONIC TRANSFER ERROR RESOLUTION

This Electronic Transfer Error Resolution only applies to accounts held for personal, family or household purposes and is therefore not applicable to business, trust accounts, or any such account held for non-personal purposes.

In case of errors or questions about your electronic transfers, call or write us at the telephone number or address listed at the end of this disclosure, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt.

- Tell us your name and account number (if any).

- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

- Tell us the dollar amount of the suspected error.

We must hear from you no later than 60 days after we send the FIRST statement on which the problem or error appeared.

We will provide provisional credit for the amount that you think is in error within 10 business days of your complaint and begin an investigation of the transaction(s).  In most cases, we will disclose the results of the investigation within 10 business days of your complaint and correct any error promptly.  If we need more time to investigate the complaint, we may take up to 45 days (90 days if the transfer involved a point-of-sale transaction or a foreign initiated transfer) to complete our investigation.  However, you will have use of the funds in question during our investigation.

**Pinnacle Bank**
150 3rd Avenue South, Suite 900
Nashville, TN 37201
(800) 264-3613

| | | |
|---|---|---|
| 8/31 | Overdraft Item Fee | 38.00 |

### Checks

| | | |
|---|---|---|
| 8/31 | Check 2002 | 589.16 |
| 8/31 | Check 2005* | 1,575.00 |
| 8/28 | Check 2006 | 575.99 |
| 8/31 | Check 2007 | 598.50 |
| 8/31 | Check 2009* | 593.96 |
| 8/21 | Check 20010* | 580.87 |
| 8/31 | Check 20011 | 495.37 |
| 8/25 | Check 20013* | 803.83 |
| 8/25 | Check 20014 | 779.81 |
| 8/21 | Check 20015 | 599.29 |
| **Total Debits** | | **$13,296.27** |

(*) Indicates gap in check number sequenece

| | | | |
|---|---|---|---|
| Average Balance This Statement | $1,331.68 | Annual Percentage Yield Earned | .00% |
| Interest Earned This Period | $.00 | Days in Period | 20 |
| Interest Paid Year to Date | $.00 | Interest Paid | $.00 |

## ITEMIZATION OF OVERDRAFT AND RETURNED ITEM FEES

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft and Bounce Protection PD Item Fees | $ 38.00 | $ 38.00 |
| Total NSF Item Fees | $ .00 | $ .00 |

## DAILY BALANCE INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| 8/12 | .00 | 8/21 | 2,825.98 | 8/28 | 666.35 |
| 8/20 | 8,700.00 | 8/25 | 1,242.34 | 8/31 | 903.73 |

Intentionally Left Blank



#2002        08/31/2020        $589.16



#2005        08/31/2020        $1,575.00



#2006        08/28/2020        $575.99



#2007        08/31/2020        $598.50



#2009        08/31/2020        $593.96



#20010       08/21/2020        $580.87



#20011       08/31/2020        $495.37



#20013       08/25/2020        $803.83



#20014       08/25/2020        $779.81



#20015       08/21/2020        $599.29

| Date | Type | No. | Total | Attachments |
|------|------|-----|-------|-------------|
| 08/31/2020 | Payment | | 6,575.00 | |
| 08/30/2020 | Payment | | 389.00 | |
| 08/27/2020 | Payment | | 260.00 | |
| 08/27/2020 | Payment | | 875.00 | |
| 08/26/2020 | Payment | | 301.00 | |
| 08/26/2020 | Payment | | 1,255.00 | |
| 08/26/2020 | Payment | | 225.00 | |
| 08/26/2020 | Payment | | 200.00 | |
| 08/26/2020 | Payment | | 185.00 | |
| 08/26/2020 | Payment | | 110.00 | |
| 08/26/2020 | Payment | | 1,035.00 | |
| 08/26/2020 | Payment | | 325.00 | |
| 08/24/2020 | Payment | | 200.00 | |
| 08/24/2020 | Journal Entry | Transfer from TN Bank | 50,597.18 | |
| 08/24/2020 | Payment | 0411 | 450.00 | |
| 08/24/2020 | Payment | | 912.00 | |
| 08/24/2020 | Payment | | 620.00 | |
| 08/20/2020 | Payment | 3045 | 180.00 | |
| 08/20/2020 | Journal Entry | Transfer to Payroll | 8,700.00 | |
| 08/20/2020 | Payment | 6442 | 17,368.10 | |
| 08/20/2020 | Payment | 6442 | 3,834.00 | |
| 08/20/2020 | Payment | 3858 | 2,803.61 | |
| 08/20/2020 | Payment | 5016 | 1,679.50 | |
| 08/20/2020 | Payment | 5294 | 970.00 | |
| 08/20/2020 | Payment | 799 | 647.50 | |
| 08/20/2020 | Payment | 9446 | 445.00 | |
| 08/17/2020 | Payment | | 40.00 | |
| 08/17/2020 | Payment | | 300.00 | |
| 08/17/2020 | Payment | | 245.00 | |
| 08/17/2020 | Payment | | 80.00 | |
| 08/17/2020 | Payment | | 80.00 | |
| 08/16/2020 | Payment | 5002 | 225.00 | |
| 08/15/2020 | Payment | 6198 | 55.00 | |
| 08/15/2020 | Payment | 6941 | 3,530.25 | |
| 08/15/2020 | Payment | 2649 | 1,800.00 | |
| 08/15/2020 | Payment | 6690 | 765.00 | |
| 08/15/2020 | Payment | 1171 | 720.00 | |
| 08/15/2020 | Payment | 6294 | 595.00 | |
| 08/15/2020 | Payment | 9769 | 542.50 | |
| 08/15/2020 | Payment | 5328 | 237.00 | |
| 08/12/2020 | Payment | 864 | 50.00 | |
| 08/12/2020 | Payment | 1378 | 1,378.00 | |
| 08/12/2020 | Payment | 2987 | 737.00 | |
| 08/12/2020 | Payment | 8038 | 487.50 | |
| 08/12/2020 | Payment | 4371 | 165.00 | |
| 08/11/2020 | Payment | | 620.00 | |
| 08/11/2020 | Payment | 2409 | 1,250.00 | |

| | | | |
|---|---|---|---:|
| 08/11/2020 | Payment | 2858 | 1,140.00 |
| 08/11/2020 | Payment | 0754 | 962.00 |
| 08/11/2020 | Payment | 5814 | 815.00 |
| 08/11/2020 | Payment | 9363 | 685.00 |
| 08/11/2020 | Payment | 1604 | 655.00 |
| 08/11/2020 | Payment | 3270 | 653.75 |
| 08/11/2020 | Payment | 9790 | 500.00 |
| 08/11/2020 | Payment | 6342 | 490.00 |
| 08/11/2020 | Payment | 5402 | 466.25 |
| 08/11/2020 | Payment | 8497 | 456.00 |
| 08/11/2020 | Payment | 3333 | 446.25 |
| 08/11/2020 | Payment | 0693 | 445.00 |
| 08/11/2020 | Payment | 1516 | 425.00 |
| 08/11/2020 | Payment | 9161 | 400.50 |
| 08/11/2020 | Payment | 3857 | 280.00 |
| 08/11/2020 | Payment | 1038 | 225.00 |
| 08/11/2020 | Payment | 5343 | 135.00 |
| 08/06/2020 | Payment | | 260.00 |
| 08/05/2020 | Payment | | 305.00 |
| 08/05/2020 | Payment | | 2,580.50 |
| 08/03/2020 | Payment | | 354.00 |
| 08/03/2020 | Payment | | 438.75 |
| 08/02/2020 | Payment | | 10,552.50 |
| 08/01/2020 | Payment | 1596 | 72,193.24 |
| 08/01/2020 | Payment | 3930 | 15,214.25 |

## Livingscapes August Exhibit D

| Date | Type | No. | Payee | Category | Memo | Total |
|---|---|---|---|---|---|---|
| 08/31/2020 | Check | 2002 | | Wages (Hourly) - Regular Pay | Check 2002 Check | 589.16 |
| 08/31/2020 | Expense | | | Fuel | S #0610 - 1049 GALLATIN THORNTON S #0610 - 1049 GALLATIN TN 83020 0000007804 16 Card#2282 | 20.05 |
| 08/31/2020 | Expense | | | Bank Charges & Fees | Overdraft Item Fee | 38.00 |
| 08/31/2020 | Expense | | | Wages (Hourly) - Regular Pay | LIVINGS PAYROLL 190AWWV 190AWWV LIVINGS PAYROLL 190AWWV 1474773861 LIVINGSCA PES | 63.50 |
| 08/31/2020 | Expense | | | Wages (Hourly) - Regular Pay | LIVINGS PAYROLL 190AWWV 190AWWV LIVINGS PAYROLL 190AWWV 1474773861 LIVINGSCA PES | 1,309.13 |
| 08/31/2020 | Expense | | QuickBooks Payments | Bank Charges & Fees | System recorded fee for QuickBooks Payments. Fee-name: DiscountRat eFee, fee-type: Daily. | 13.89 |
| 08/31/2020 | Check | 905 | POSEY & SON NURSERY | Materials & Supplies | Check 905 Check | 400.00 |
| 08/31/2020 | Check | 906 | TN DEPT OF AG | TN State Tax (Non Sales Tax) | Check 906 Check | 375.00 |
| 08/31/2020 | Check | 20011 | | Wages (Hourly) - Regular Pay | Check 20011 | 495.37 |
| 08/31/2020 | Check | 2009 | | Wages (Hourly) - Regular Pay | Check 2009 | 593.96 |
| 08/31/2020 | Check | 2007 | | Wages (Hourly) - Regular Pay | Check 2007 Check | 598.50 |

| Date | Type | Num | Name | Category | Memo/Description | Amount |
|---|---|---|---|---|---|---|
| 08/31/2020 | Check | 2005 | TN VALLEY NURSERY | Materials & Supplies | Check 2005 Check | 1,575.00 |
| 08/28/2020 | Check | 2006 | | Wages (Hourly) - Regular Pay | Check 2006 Check | 575.99 |
| 08/28/2020 | Expense | | | Utilities | Ave N L2G*METRO WATE 1700 Third Ave N L2G*METRO WATE 615-862-4697 TN 82720 Card#2282 | 1,298.30 |
| 08/28/2020 | Expense | | QuickBooks Payments | Bank Charges & Fees | System recorded fee for QuickBooks Payments. Fee-name: DiscountRate Fee, fee-type: Daily. | 2.60 |
| 08/28/2020 | Check | 909 | CLIFTON TURF CENTER STONECRAFT | Repairs & Maintenance | Check 909 Check | 211.86 |
| 08/28/2020 | Check | 911 | FABRICATIORS INC | Materials & Supplies | Check 911 Check | 850.00 |
| 08/27/2020 | Expense | | QuickBooks Payments | Bank Charges & Fees | System recorded fee for QuickBooks Payments. Fee-name: DiscountRate Fee, fee-type: Daily. | 18.75 |
| 08/27/2020 | Expense | | Reladyne Midsouth | Fuel | CENTENNIAL BLV RELADYNE MI 7281 CENTENNIAL BLV RELADYNE MID SO 6153507050 TN 82620 Card#2282 | 4,385.04 |
| 08/27/2020 | Expense | | | Local Taxes | AVE SOUTH # DAVIDSON CO 700 2ND AVE SOUTH # DAVIDSON CO CLE 8665145192 TN 82720 Card#2282 | 148.16 |

| Date | Type | Name | Account | Memo/Description | Amount |
|---|---|---|---|---|---|
| 08/27/2020 | Expense | MIDDLE TN TRAILER SALES | Repairs & Maintenance | NOLENSVILLE RD MIDDLE TNT 2701 NOLENSVILLE RD MIDDLE TN TRAIL NASHVILLE TN 82620 Card#2282 | 136.60 |
| 08/26/2020 | Expense | QuickBooks Payments | Bank Charges & Fees | system recorded fee for QuickBooks Payments. Fee-name: DiscountRateFee, fee-type: Daily. | 6.26 |
| 08/26/2020 | Expense | | Local Taxes | RD OPUS INSPECTION EAS 7 KRIPES RD OPUS INSPECTION EAST GRANBY CT 82520 Card#2282 | 9.00 |
| 08/26/2020 | Expense | LIVING EARTH | Materials & Supplies | CENTENNIAL BLV LIVING EART 6401 CENTENNIAL BLV LIVING EARTH CE NASHVILLE TN 82420 Card#2282 | 15.88 |
| 08/26/2020 | Expense | England Erosion, Seed & Supply | Materials & Supplies | CENTENNIAL BLV ENGLAND ERO 6100 CENTENNIAL BLV ENGLAND EROSION NASHVILLE TN 82520 Card#2282 | 109.69 |

| Date | Type | Num | Name | Account | Memo/Description | Amount |
|---|---|---|---|---|---|---|
| 08/26/2020 | Expense | | NASHVILLE NURSERY | Materials & Supplies | ASHLAND CITY HW NASHVILLE 4225 ASHLAND CITY HW NASHVILLE NURSE 615-2443478 TN 82520 Card#2282 | 36.33 |
| 08/26/2020 | Expense | | | Local Taxes | AVE SOUTH # DAVIDSON CO 700 2ND AVE SOUTH # DAVIDSON CO CLE 8665145192 TN 82620 Card#2282 | 89.76 |
| 08/25/2020 | Check | 20013 | | Wages (Hourly) - Regular Pay | Check 20013 | 803.83 |
| 08/25/2020 | Expense | | | General Liability Insurance | NATIONAL IN RECUR PMTS 310 PENN NATIONAL IN RECUR PMTS 3100193796 C230961349 LIVINGSCAPES INC | 1,628.27 |
| 08/25/2020 | Expense | | | Local Taxes | RD OPUS INSPECTION EAS 7 KRIPES RD OPUS INSPECTION EAST GRANBY CT 82420 Card#2282 | 9.00 |
| 08/25/2020 | Expense | | QuickBooks Payments | Bank Charges & Fees | System recorded fee for QuickBooks Payments. Fee-name: DiscountRateFee, fee-type: Daily. | 43.85 |
| 08/25/2020 | Check | 20014 | | Wages (Hourly) - Regular Pay | Check 20014 | 779.81 |
| 08/24/2020 | Check | 903 | DICKENS TURF & LANDSCAPE SUPPLY | Materials & Supplies | Check 903 | 2,140.05 |

| Date | Type | Num | Category | Memo/Description | Amount |
|---|---|---|---|---|---|
| 08/24/2020 | Expense | | Shipping, Freight & Delivery | 4501 CHARLOT NASHVILL USPS KIOS 4501 CHARLOT NASHVILLE TN 82420 082410121719 Card#2282 | 16.50 |
| 08/24/2020 | Expense | | Fuel | SERVICE S NASHVILLE TN 82 SHELL SERVICE S NASHVILLE TN 82220 023508729304 Card#2282 | 15.00 |
| 08/24/2020 | Expense | BP | Fuel | 6MAPCO NASHVILLE TN 82 BP#877460 6MAPCO NASHVILLE TN 82120 023486677210 Card#2282 | 15.67 |
| 08/24/2020 | Expense | QuickBooks Payments | Bank Charges & Fees | System recorded fee for QuickBooks Payments. Fee-name: DiscountRateFee, fee-type: Daily. | 17.32 |
| 08/21/2020 | Check | 20010 | Wages (Hourly) - Regular Pay | Check 20010 | 580.87 |
| 08/21/2020 | Expense | | Wages (Hourly) - Regular Pay | LIVINGS PAYROLL 190AWWV 190AWWV LIVINGS PAYROLL 190AWWV 1474773861 LIVINGSCAPES | 77.00 |

| Date | Type | Num | Name | Account | Memo | Amount |
|---|---|---|---|---|---|---|
| 08/21/2020 | Expense | | | Wages (Hourly) - Regular Pay | LIVINGS PAYROLL 190AWWV 190AWWV LIVINGS PAYROLL 190AWWV 1474773861 LIVINGSCA PES | 1,670.14 |
| 08/21/2020 | Expense | | | Wages (Hourly) - Regular Pay | LIVINGS PAYROLL 190AWWV 190AWWV LIVINGS PAYROLL 190AWWV 1474773861 LIVINGSCA PES | 2,946.72 |
| 08/21/2020 | Expense | | NASHVILLE NURSERY | Materials & Supplies | ASHLAND CITY HW NASHVILLE 4225 ASHLAND CITY HW NASHVILLE NURSE 615-2443478 TN 82020 Card#2282 | 352.33 |
| 08/21/2020 | Expense | | LIVING EARTH | Materials & Supplies | CENTENNI AL BLV LIVING EART 6401 CENTENNI AL BLV LIVING EARTH CE NASHVILLE TN | 5.00 |
| 08/21/2020 | Expense | | LIVING EARTH | Materials & Supplies | CENTENNI AL BLV LIVING EART 6401 CENTENNI AL BLV LIVING EARTH CE NASHVILLE TN | 5.00 |
| 08/21/2020 | Check | 20015 | | Wages (Hourly) - Regular Pay | Check 20015 Check | 599.29 |
| 08/20/2020 | Check | 910 | GREEN VALLEY FARMS | Materials & Supplies | Check 910 Check | 1,900.00 |

| Date | Type | Num | Name | Category | Memo | Amount |
|------|------|-----|------|----------|------|--------|
| 08/20/2020 | Expense | | Diversified Trees Inc | Materials & Supplies | PLSNT GRV R DIVERSIFIE 7279 HAM PLSNT GRV R DIVERSIFIE D TRE PINE MOUNTAIN GA 81920 Card#2282 | 1,143.68 |
| 08/20/2020 | Expense | | | Office Expenses | Goodwin Ln WAL-MART CHECK 2435 Goodwin Ln WAL-MART CHECK 866-925-2432 TX 81920 Card#2282 | 64.88 |
| 08/20/2020 | Expense | | HART ACE HARDWAR E | Materials & Supplies | HARDING PIKE HART ACE HDWE 5304 HARDING PIKE HART ACE HDWE NASHVILLE TN 81920 Card#2282 | 3.00 |
| 08/20/2020 | Expense | | STONETRE E MULCH | Materials & Supplies | HICKORY BLV IN *STONETR 628 OLD HICKORY BLV IN *STONETR EE M 615-6462208 TN 81920 Card#2282 | 110.25 |
| 08/20/2020 | Check | 901 | GROUNDC OVER FARMS | Materials & Supplies | Check 901 Check | 1,278.00 |
| 08/19/2020 | Expense | | | Materials & Supplies | ROBERTSO N AVE REO STONE LL 6514 ROBERTSO N AVE REO STONE LLC 614-3562123 TN 81820 Card#2282 | 627.37 |

| Date | Type | Num | Name | Category | Description | Amount |
|---|---|---|---|---|---|---|
| 08/19/2020 | Expense | | | Fuel | SERVICE S CULLMAN AL 8182 SHELL SERVICE S CULLMAN AL 81820 0231860853 16 Card#2282 | 19.61 |
| 08/19/2020 | Expense | | APPLE | Cell Phone | PAYPAL INST XFER APPLE.CO M BILL | 25.12 |
| 08/19/2020 | Expense | | LIVING EARTH | Materials & Supplies | CENTENNI AL BLV LIVING EART 6401 CENTENNI AL BLV LIVING EARTH CE NASHVILLE TN 81720 Card#2282 | 5.00 |
| 08/19/2020 | Expense | | STONETRE E MULCH | Materials & Supplies | HICKORY BLV IN *STONETR 628 OLD HICKORY BLV IN *STONETR EE M 615-6462208 TN 81820 Card#2282 | 441.00 |
| 08/18/2020 | Check | 10412 | | Wages (Hourly) - Regular Pay | CHECK 10412 CHECK | 892.13 |
| 08/18/2020 | Expense | | | Fuel | SERVICE S BIRMINGHA M AL 8 SHELL SERVICE S BIRMINGHA M AL 81820 0231473397 00 Card#2282 | 57.21 |
| 08/18/2020 | Expense | | HART ACE HARDWAR E | Materials & Supplies | HARDING PIKE HART ACE HDWE 5304 HARDING PIKE HART ACE HDWE NASHVILLE TN 81720 Card#2282 | 81.83 |

| Date | Type | Num | Name | Category | Description | Amount |
|---|---|---|---|---|---|---|
| | | | | | 3712 CLARKSV NASHVILLE AUTOZONE 3712 CLARKSV NASHVILLE TN 81820 0818094260 75 | |
| 08/18/2020 | Expense | | AUTOZONE | Repairs & Maintenance | Card#2282 | 71.07 |
| 08/18/2020 | Expense | | Samara Farms LLC | Materials & Supplies | SAMARA FARMS LLC SALE | 52.50 |
| 08/18/2020 | Check | 10414 | | Wages (Hourly) - Regular Pay | CHECK 10414 CHECK | 628.95 |
| 08/18/2020 | Check | 10413 | | Wages (Hourly) - Regular Pay | CHECK 10413 CHECK | 611.82 |
| 08/17/2020 | Check | 902 | COLOR BURST LANDSCAPES | Materials & Supplies | Check 902 Check | 324.75 |
| 08/17/2020 | Expense | | | Fuel | SERVICE S NASHVILLE TN 81 SHELL SERVICE S NASHVILLE TN 81520 0228785665 92 Card#2282 | 15.01 |
| 08/17/2020 | Expense | | | Office Expenses | GENERAL 1 BETHPAGE TN 81 DOLLAR GENERAL 1 BETHPAGE TN 81520 056259 Card#2282 | 18.85 |
| 08/17/2020 | Expense | | | Office Expenses | GENERAL 1 BETHPAGE TN 81 DOLLAR GENERAL 1 BETHPAGE TN 81520 003505 Card#2282 | 9.39 |
| 08/17/2020 | Expense | | | Shipping, Freight & Delivery | Riverside Dr USHIP.COM * I 205 E Riverside Dr USHIP.COM * ID38 8006987447 TX 81420 Card#2282 | 506.88 |

| Date | Type | Payee | Category | Description | Amount |
|---|---|---|---|---|---|
| 08/17/2020 | Expense | APPLE | Cell Phone | PAYPAL INST XFER APPLE.CO M BILL | 10.94 |
| 08/17/2020 | Expense | Samara Farms LLC | Materials & Supplies | SAMARA FARMS LLC SALE | 22.50 |
| 08/17/2020 | Expense | | Materials & Supplies | PAYPAL INST XFER EBAY INC | 15.00 |
| 08/17/2020 | Expense | LIVING EARTH | Materials & Supplies | CENTENNI AL BLV LIVING EART 6401 CENTENNI AL BLV LIVING EARTH CE NASHVILLE TN 81420 Card#2282 | 5.00 |
| 08/17/2020 | Expense | GRASSRO OTS SOD FARM | Materials & Supplies | Cleeces Ferry SQ *GRASSRO O 4474 Cleeces Ferry SQ *GRASSRO OTS gosq.com TN 81520 Card#2282 | 1,254.40 |
| 08/17/2020 | Expense | NASHVILLE NURSERY | Materials & Supplies | ASHLAND CITY HW NASHVILLE 4225 ASHLAND CITY HW NASHVILLE NURSE 615-2443478 TN 81420 Card#2282 | 40.97 |
| 08/17/2020 | Expense | EDEN BROTHERS | Materials & Supplies | BREVARD RD EDEN BROTHERS 8 2099 BREVARD RD EDEN BROTHERS 828-6336338 NC 81420 Card#2282 | 769.89 |

| Date | Type | Num | Name | Account | Memo/Description | Amount |
|---|---|---|---|---|---|---|
| 08/17/2020 | Expense | | LIVING EARTH | Materials & Supplies | CENTENNIAL BLV LIVING EART 6401 CENTENNIAL BLV LIVING EARTH CE NASHVILLE TN 81420 Card#2282 | 38.24 |
| 08/17/2020 | Expense | | QuickBooks Payments | Bank Charges & Fees | System recorded fee for QuickBooks Payments. Fee-name: DiscountRate Fee, fee-type: Daily. | 17.95 |
| 08/17/2020 | Check | 10410 | | Wages (Hourly) - Regular Pay | CHECK 10410 CHECK | 627.75 |
| 08/17/2020 | Check | 10409 | | Wages (Hourly) - Regular Pay | CHECK 10409 CHECK | 704.34 |
| 08/14/2020 | Expense | | | Wages (Hourly) - Regular Pay | LIVINGS PAYROLL 0190AWW 0190AWWV LIVINGS PAYROLL 0190AWWV | 77.00 |
| 08/14/2020 | Expense | | | Wages (Hourly) - Regular Pay | LIVINGS PAYROLL 0190AWW 0190AWWV LIVINGS PAYROLL 0190AWWV | 3,002.95 |
| 08/14/2020 | Expense | | | Wages (Hourly) - Regular Pay | LIVINGS PAYROLL 0190AWW 0190AWWV LIVINGS PAYROLL 0190AWWV | 1,806.79 |
| 08/13/2020 | Check | 1677 | GIB FINANCIAL GROUP | Accounting & Administrative | CHECK 1677 CHECK | 250.00 |
| 08/13/2020 | Check | 1678 | GIB FINANCIAL GROUP | Accounting & Administrative | CHECK 1678 CHECK | 1,500.00 |

| Date | Type | Num | Category | Memo | Amount |
|------|------|-----|----------|------|--------|
| | | | | System... recorded fee for QuickBooks Payments. Fee-name: DiscountRate eFee, fee- | |
| 08/12/2020 | Expense | | QuickBooks Payments | Bank Charges & Fees | type: Daily. | 2.40 |
| 08/12/2020 | Expense | | Microsoft | Office Expenses | PAYPAL INST XFER MICROSOF T STORE | 109.24 |
| 08/11/2020 | Check | 10406 | Wages (Hourly) - Regular Pay | CHECK 10406 CHECK | 783.33 |
| 08/11/2020 | Expense | | EDEN BROTHERS | Materials & Supplies | PAYPAL INST XFER EDENBROT HER | 279.93 |
| | | | | System... recorded fee for QuickBooks Payments. Fee-name: DiscountRate eFee, fee- | |
| 08/11/2020 | Expense | | QuickBooks Payments | Bank Charges & Fees | type: Daily. | 6.20 |
| 08/11/2020 | Check | 10408 | Wages (Hourly) - Regular Pay | CHECK 10408 CHECK | 656.07 |
| 08/11/2020 | Check | 10407 | Wages (Hourly) - Regular Pay | CHECK 10407 CHECK | 759.86 |
| 08/10/2020 | Check | 10403 | Wages (Hourly) - Regular Pay | CHECK 10403 CHECK | 608.55 |
| 08/10/2020 | Expense | | Bank Charges & Fees | NSF Overdraft Item Fee | 84.00 |
| 08/10/2020 | Expense | | TN State Tax (Non Sales Tax) | TN SOS ANNUAL RP 6157412286 1152 TN SOS ANNUAL RP 6157412286 1152329 | 320.95 |
| 08/10/2020 | Expense | | General Liability Insurance | TN FARM BUREAU FB PAC PMT 201936 TN FARM BUREAU FB PAC PMT 20193625 | 30.00 |
| 08/10/2020 | Expense | | Utilities | NES/EZ- PAY UTILITY 5993198 | 187.87 |

| Date | Type | Num | Name | Category | Description | Amount |
|---|---|---|---|---|---|---|
| | | | | | NES POWER UTILITY | |
| 08/10/2020 | Expense | | | Utilities | 5991023 | 92.25 |
| 08/10/2020 | Expense | | FARM CREDIT MID AMERICA | | CREDIT MIDA ACHPAYMENT 0078 FARM CREDIT MIDA ACHPAYMENT 0078552008 00 | 418.96 |
| 08/10/2020 | Expense | | CASTALIAN SPRING UTILITY | Utilities | Castalian Spring UTILITYBIL 0000 Castalian Spring UTILITYBIL 0000523110 80620 | 127.71 |
| 08/10/2020 | Expense | | AT&T | Internet | ATT Payment XXXXX4012 EPAYY | 64.20 |
| 08/10/2020 | Check | 10404 | | Wages (Hourly) - Regular Pay | CHECK 10404 CHECK | 650.51 |
| 08/07/2020 | Expense | | Microsoft | Office Expenses | PAYPAL INST XFER MICROSOFT MICRO | 109.24 |
| 08/07/2020 | Expense | | | Bank Charges & Fees | NSF Overdraft Item Fee | 28.00 |
| 08/07/2020 | Expense | | | Wages (Hourly) - Regular Pay | LIVINGS PAYROLL 0190AWW 0190AWWV LIVINGS PAYROLL 0190AWWV | 3,043.16 |
| 08/07/2020 | Expense | | | Wages (Hourly) - Regular Pay | LIVINGS PAYROLL 0190AWW 0190AWWV LIVINGS PAYROLL 0190AWWV | 1,786.53 |
| 08/07/2020 | Expense | | | Wages (Hourly) - Regular Pay | LIVINGS PAYROLL 0190AWW 0190AWWV LIVINGS PAYROLL 0190AWWV | 77.00 |
| 08/07/2020 | Expense | | Samara Farms LLC | Materials & Supplies | SAMARA FARMS LLC SALE | 360.00 |

| Date | Type | Num | Account | Memo/Description | Amount |
|---|---|---|---|---|---|
| | | | | PAYMENTU S BILLPAY PAYMENTU SCORP_ PAYMENTU S BILLPAY PAYMENTU | |
| 08/07/2020 | Expense | | Utilities | SCORP_I | 2.95 |
| | | | | VALLEY U BILLPAY HARPETH HARPETH VALLEY U BILLPAY HARPETH | |
| 08/07/2020 | Expense | | Utilities | VALLEY | 88.51 |
| 08/06/2020 | Check | 10392 | Wages (Hourly) - Regular Pay | CHECK 10392 CHECK | 708.82 |
| 08/06/2020 | Expense | | Materials & Supplies | VENMO PAYMENT 3874306514 | 1,695.00 |
| 08/06/2020 | Expense | | TN State Tax (Non Sales Tax) | TN SOS ANNUAL RP 6157412286 8895 TN SOS ANNUAL RP 6157412286 8895170 | 300.95 |
| 08/06/2020 | Expense | | TN State Tax (Non Sales Tax) | TN SOS ANNUAL RP 6157412286 8895 TN SOS ANNUAL RP 6157412286 8895169 | 320.95 |
| 08/06/2020 | Expense | | Waste Management | Dump & Waste Management | MANAGEM ENT INTERNET 043000 WASTE MANAGEM ENT INTERNET 0430000992 05986 | 162.13 |
| 08/06/2020 | Expense | | QuickBooks Payments | Bank Charges & Fees | system recorded fee for QuickBooks Payments. Fee-name: DiscountRat eFee, fee-type: Daily. | 78.13 |
| 08/06/2020 | Check | 10399 | Wages (Hourly) - Regular Pay | CHECK 10399 CHECK | 698.63 |

| Date | Type | Num | Category | Memo | Amount |
|---|---|---|---|---|---|
| 08/05/2020 | Expense | | QuickBooks Payments | Bank Charges & Fees | System recorded fee for QuickBooks Payments. Fee-name: DiscountRateFee, fee-type: Daily. | 2.60 |
| 08/05/2020 | Expense | | Microsoft | Office Expenses | PAYPAL INST XFER MICROSOFT STORE | 10.91 |
| 08/04/2020 | Check | 10398 | | Wages (Hourly) - Regular Pay | CHECK 10398 CHECK | 851.74 |
| 08/04/2020 | Expense | | | CONTRACT PAYMENT CONTRACT P 1601 | CONTRACT PAYMENT CONTRACT P 1601 CONTRACT PAYMENT CONTRACT P 160193 | 915.56 |
| 08/04/2020 | Expense | | QuickBooks Payments | Bank Charges & Fees | System recorded fee for QuickBooks Payments. Fee-name: DiscountRateFee, fee-type: Daily. | 4.39 |
| 08/04/2020 | Check | 10401 | | Wages (Hourly) - Regular Pay | CHECK 10401 CHECK | 841.28 |
| 08/04/2020 | Check | 10400 | | Wages (Hourly) - Regular Pay | CHECK 10400 CHECK | 866.73 |
| 08/03/2020 | Check | 10397 | | Wages (Hourly) - Regular Pay | CHECK 10397 CHECK | 801.37 |
| 08/03/2020 | Check | 10402 | | Wages (Hourly) - Regular Pay | CHECK 10402 CHECK | 862.58 |
| 08/03/2020 | Expense | | QuickBooks Payments | Bank Charges & Fees | System recorded fee for QuickBooks Payments. Fee-name: DiscountRateFee, fee-type: Daily. | 3.54 |
| 08/03/2020 | Expense | | | Bank Charges & Fees | NSF Overdraft Item Fee | 84.00 |
| 08/03/2020 | Expense | | | Wages (Hourly) - Regular Pay | 0190AWWV LIVINGS PAYROLL 0190AWW 0190AWWV LIVINGS PAYROLL 0190AWWV | 2,103.28 |

| Date | Type | Category | Description | Amount |
|------|------|----------|-------------|--------|
| | | | PENN NATIONAL IN RECUR PMTS XXXX PENN NATIONAL IN RECUR PMTS | |
| 08/03/2020 | Expense | General Liability Insurance | XXXXXX166 | 104.82 |
| | | | LIVINGS PAYROLL 0190AWW 0190AWWV LIVINGS PAYROLL | |
| 08/03/2020 | Expense | Wages (Hourly) - Regular Pay | 0190AWWV | 77.00 |
| | | | LIVINGS PAYROLL 0190AWW 0190AWWV LIVINGS PAYROLL | |
| 08/03/2020 | Expense | Wages (Hourly) - Regular Pay | 0190AWWV | 3,201.51 |
| 08/03/2020 | Expense | Advertising & Marketing | SNARK MEDIA LLC SALE | 99.00 |
| 08/03/2020 | Expense | Materials & Supplies | VENMO PAYMENT 3855276668 | 450.00 |