Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11          12/17

Month: __October__

Date report filed: __11/12/2020__
MM / DD / YYYY

Line of business: _____

NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:                         __James Livingston__

Original signature of responsible party   _____

Printed name of responsible party         _____

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.***

| | | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.***

| | | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

17. Have you paid any bills you owed before you filed bankruptcy?      ☐  ☑  ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☐  ☑  ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ 112,499.00

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.

    $  50,323.00

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.

    − $  91,671.00

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + $  -41,347.00

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

    = $  71,152.00

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when it is due. Report the total from *Exhibit E* here.

24. **Total payables**      $ _____

    *(Exhibit E)*

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**    $ 37,485.00

   *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?    9
27. What is the number of employees as of the date of this monthly report?    9

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?    $ 0.00
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?    $ 0.00
30. How much have you paid this month in other professional fees?    $ 350.00
31. How much have you paid in total other professional fees since filing the case?    $ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | − | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. |  | Copy lines 20-22 of this report. |  | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 8,366.00 | − | $ 50,323.00 | = | $ 41,957.00 |
| 33. **Cash disbursements** | $ 85,028.00 | − | $ 91,671.00 | = | $ 6,643.00 |
| 34. **Net cash flow** | $ -76,662.00 | − | $ -41,347.00 | = | $ 35,315.00 |

35. Total projected cash receipts for the next month:    $ 32,180.00
36. Total projected cash disbursements for the next month:    − $ 87,287.00
37. Total projected net cash flow for the next month:    = $ -55,107.00

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- ☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

- ☐ 39. Bank reconciliation reports for each account.

- ☑ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

- ☐ 41. Budget, projection, or forecast reports.

- ☐ 42. Project, job costing, or work-in-progress reports.

# Livingscapes Inc

## PROFIT AND LOSS

### October 2020

| | TOTAL |
|---|---|
| Income | |
| 41000 Sales of Product Income | 5,534.50 |
| 42000 Services | 33,209.33 |
| **Total Income** | **$38,743.83** |
| GROSS PROFIT | **$38,743.83** |
| Expenses | |
| 60200 Bank Charges & Fees | 85.82 |
| 60500 Charitable Contributions | 347.00 |
| 60600 Contractors | 3,751.00 |
| 61100 Insurance | 262.75 |
| 61110 General Liability Insurance | 1,483.13 |
| **Total 61100 Insurance** | **1,745.88** |
| 61400 Meals & Entertainment | |
| 61420 Meals - Officers Only | 29.24 |
| **Total 61400 Meals & Entertainment** | **29.24** |
| 61600 Office Expenses | 20.02 |
| 62000 Legal & Professional Services | |
| 62010 Accounting & Administrative | 525.00 |
| 62030 Attorneys & Legal Fees | 325.00 |
| **Total 62000 Legal & Professional Services** | **850.00** |
| 62100 Shipping, Freight & Delivery | 10.00 |
| 62200 Rent & Lease (Buildings) | 410.93 |
| 62400 Repairs & Maintenance | 604.33 |
| 62500 Materials & Supplies | 35,220.93 |
| 62600 Telephone & Internet | |
| 62620 Cell Phone | 86.02 |
| 62630 Internet | 119.03 |
| **Total 62600 Telephone & Internet** | **205.05** |
| 62700 Tools | 2,201.76 |
| 63100 Utilities | 416.20 |
| 63210 Salaries & Wages | |
| 63221 Wages (Hourly) - Regular Pay | 40,662.16 |
| 63225 Wages (1099-Misc) - Contract Labor | 590.28 |
| **Total 63210 Salaries & Wages** | **41,252.44** |
| 67300 Fuel | 4,293.34 |
| **Total Expenses** | **$91,443.94** |
| NET OPERATING INCOME | **$ -52,700.11** |
| Other Income | |
| 49900 Business Loss Claims | 11,579.48 |
| **Total Other Income** | **$11,579.48** |
| NET OTHER INCOME | **$11,579.48** |
| NET INCOME | **$ -41,120.63** |

**Pinnacle**

150 Third Avenue South
Suite 900
Nashville, TN 37201

www.pnfp.com
Phone 800-264-3613

Account
Livingscapes LLC
XXXXXXXX2655

RETURN SERVICE REQUESTED

Livingscapes LLC
Debtor In Possession
148 Stonecrest Drive
Nashville, TN 37209-5236

# Statement of Account

Horizon 75

| | |
|---|---|
| **Balance 10/01/20** | **Summary** |
| $ 1,622.13 | |
| | Credits  +$79,490.33 |
| **Balance 11/01/20** | Interest  +$.00 |
| $ 6,148.10 | Debits  - $74,964.36 |



## Credit Transactions

### Deposits

| | | |
|---|---|---|
| 10/01 | OLB Transfer from *236 to *655 payroll | 16,766.00 |
| 10/06 | Regular Deposit | 20,181.83 |
| 10/08 | OLB Transfer from *236 to *655 payroll | 10,500.00 |
| 10/15 | OLB Transfer from *236 to *655 payroll | 12,742.50 |
| 10/21 | OLB Transfer from *236 to *655 payroll | 9,300.00 |
| 10/30 | OLB Transfer from *236 to *655 Transfer | 10,000.00 |
| **Total Credits** | | **$79,490.33** |

## Debit Transactions

### Other Debits

| | | |
|---|---|---|
| 10/02 | 0190AWWV LIVINGS  PAYROLL 0190AWWV 1474773861 LIVINGSCAPES | 82.50 |
| 10/02 | 0190AWWV LIVINGS  PAYROLL 0190AWWV 1474773861 LIVINGSCAPES | 1,778.59 |

**Pinnacle Recognized Nationally for Brand and Service Excellence**

Greenwich Associates interviewed 27,000 middle market and small business banking clients for its 2019 Greenwich Best Brand and Greenwich Excellence Awards. Pinnacle brought home 29 awards, tying for the most in the country and cementing Pinnacle's place as one of the best banks to work with in the United States. Four of the national awards were for trust and for ease of doing business in the middle market banking and small business banking categories. Thank you for continuing to trust Pinnacle to help your business reach new heights. For more information, visit PNFP.com/Greenwich



## ELECTRONIC TRANSFER ERROR RESOLUTION

This Electronic Transfer Error Resolution only applies to accounts held for personal, family or household purposes and is therefore not applicable to business, trust accounts, or any such account held for non-personal purposes.

In case of errors or questions about your electronic transfers, call or write us at the telephone number or address listed at the end of this disclosure, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt.

- Tell us your name and account number (if any).

- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

- Tell us the dollar amount of the suspected error.

We must hear from you no later than 60 days after we send the FIRST statement on which the problem or error appeared.

We will provide provisional credit for the amount that you think is in error within 10 business days of your complaint and begin an investigation of the transaction(s).  In most cases, we will disclose the results of the investigation within 10 business days of your complaint and correct any error promptly.  If we need more time to investigate the complaint, we may take up to 45 days (90 days if the transfer involved a point-of-sale transaction or a foreign initiated transfer) to complete our investigation.  However, you will have use of the funds in question during our investigation.

**Pinnacle Bank**
150 3rd Avenue South, Suite 900
Nashville, TN 37201
(800) 264-3613

| 10/02 | 0190AWWV LIVINGS  PAYROLL 0190AWWV | 1474773861 LIVINGSCAPES | 2,557.09 |
| 10/07 | deposit into wrong acct per James Livingston | | 20,181.83 |
| 10/09 | 0190AWWV LIVINGS  PAYROLL 0190AWWV | 1474773861 LIVINGSCAPES | 79.50 |
| 10/09 | 0190AWWV LIVINGS  PAYROLL 0190AWWV | 1474773861 LIVINGSCAPES | 2,073.31 |
| 10/09 | 0190AWWV LIVINGS  PAYROLL 0190AWWV | 1474773861 LIVINGSCAPES | 2,795.45 |
| 10/16 | 0190AWWV LIVINGS  PAYROLL 0190AWWV | 1474773861 LIVINGSCAPES | 81.00 |
| 10/16 | 0190AWWV LIVINGS  PAYROLL 0190AWWV | 1474773861 LIVINGSCAPES | 1,718.06 |
| 10/16 | 0190AWWV LIVINGS  PAYROLL 0190AWWV | 1474773861 LIVINGSCAPES | 2,981.52 |
| 10/23 | 0190AWWV LIVINGS  PAYROLL 0190AWWV | 1474773861 LIVINGSCAPES | 79.50 |
| 10/23 | 0190AWWV LIVINGS  PAYROLL 0190AWWV | 1474773861 LIVINGSCAPES | 1,795.52 |
| 10/23 | 0190AWWV LIVINGS  PAYROLL 0190AWWV | 1474773861 LIVINGSCAPES | 3,020.41 |
| 10/30 | 0190AWWV LIVINGS  PAYROLL 0190AWWV | 1474773861 LIVINGSCAPES | 79.50 |
| 10/30 | 0190AWWV LIVINGS  PAYROLL 0190AWWV | 1474773861 LIVINGSCAPES | 1,779.93 |
| 10/30 | 0190AWWV LIVINGS  PAYROLL 0190AWWV | 1474773861 LIVINGSCAPES | 2,912.33 |

## Checks

| 10/06 | Check 20048 | 830.47 |
| 10/13 | Check 20049 | 805.84 |
| 10/08 | Check 20050 | 804.23 |
| 10/05 | Check 20051 | 889.66 |
| 10/08 | Check 20052 | 5,450.00 |
| 10/06 | Check 20053 | 769.39 |
| 10/06 | Check 20054 | 746.42 |
| 10/06 | Check 20055 | 806.39 |
| 10/14 | Check 20056 | 2,075.00 |
| 10/09 | Check 20057 | 954.01 |
| 10/13 | Check 20058 | 838.93 |
| 10/13 | Check 20059 | 1,049.24 |
| 10/14 | Check 20060 | 842.96 |
| 10/14 | Check 20061 | 907.64 |
| 10/13 | Check 20062 | 841.97 |
| 10/16 | Check 20063 | 748.54 |
| 10/27 | Check 20064 | 3,751.00 |
| 10/19 | Check 20065 | 553.35 |
| 10/19 | Check 20066 | 670.78 |
| 10/20 | Check 20067 | 740.11 |
| 10/20 | Check 20068 | 719.73 |
| 10/20 | Check 20069 | 778.41 |
| 10/23 | Check 20070 | 665.75 |
| 10/26 | Check 20071 | 675.63 |
| 10/26 | Check 20072 | 771.82 |
| 10/27 | Check 20073 | 773.30 |
| 10/27 | Check 20074 | 750.18 |
| 10/27 | Check 20075 | 757.57 |
| **Total Debits** | | $74,964.36 |

(*) Indicates gap in check number sequenece

| Average Balance This Statement | $9,286.65 | Annual Percentage Yield Earned | .00% |
| Interest Earned This Period | $.00 | Days in Period | 32 |
| Interest Paid Year to Date | $.00 | Interest Paid | $.00 |

## ITEMIZATION OF OVERDRAFT AND RETURNED ITEM FEES

|  | Total For This Period | Total Year-to-Date |
| --- | --- | --- |
| Total Overdraft and Bounce Protection PD Item Fees | $ .00 | $ .00 |
| Total NSF Item Fees | $ .00 | $ 76.00 |

## DAILY BALANCE INFORMATION

| 10/01 | 18,388.13 | 10/09 | 8,271.12 | 10/20 | 4,660.54 |
| --- | --- | --- | --- | --- | --- |
| 10/02 | 13,969.95 | 10/13 | 4,735.14 | 10/21 | 13,960.54 |
| 10/05 | 13,080.29 | 10/14 | 909.54 | 10/23 | 8,399.36 |
| 10/06 | 30,109.45 | 10/15 | 13,652.04 | 10/26 | 6,951.91 |
| 10/07 | 9,927.62 | 10/16 | 8,122.92 | 10/27 | 919.86 |
| 10/08 | 14,173.39 | 10/19 | 6,898.79 | 10/30 | 6,148.10 |



| | | |
|---|---|---|
| #0 | 10/06/2020 | $20,181.83 |



| | | |
|---|---|---|
| #20048 | 10/06/2020 | $830.47 |



| | | |
|---|---|---|
| #20049 | 10/13/2020 | $805.84 |



| | | |
|---|---|---|
| #20050 | 10/08/2020 | $804.23 |



| | | |
|---|---|---|
| #20051 | 10/05/2020 | $889.66 |

| | | |
|---|---|---|
| #20052 | 10/08/2020 | $5,450.00 |



| | | |
|---|---|---|
| #20053 | 10/06/2020 | $769.39 |



| | | |
|---|---|---|
| #20054 | 10/06/2020 | $746.42 |



| | | |
|---|---|---|
| #20055 | 10/06/2020 | $806.39 |



| | | |
|---|---|---|
| #20056 | 10/14/2020 | $2,075.00 |



| | | |
|---|---|---|
| #20057 | 10/09/2020 | $954.01 |
| #20058 | 10/13/2020 | $838.93 |



| | | | |
|---|---|---|---|
| #20059 | 10/13/2020 | $1,049.24 | |



| #20060 | 10/14/2020 | $842.96 |
|---|---|---|



#20061     10/14/2020     $907.64



#20062     10/13/2020     $841.97



#20063     10/16/2020     $748.54

#20064     10/27/2020     $3,751.00





#20065     10/19/2020     $553.35

#20066     10/19/2020     $670.78





#20067     10/20/2020     $740.11

#20068     10/20/2020     $719.73





#20069     10/20/2020     $778.41

#20070     10/23/2020     $665.75



#20071        10/26/2020        $675.63




#20072        10/26/2020        $771.82



#20073        10/27/2020        $773.30



#20074        10/27/2020        $750.18



#20075        10/27/2020        $757.57

| Date | Transaction Type | Num | Terms | Property | Due Date | Open Balance |
|------|------|------|------|------|------|------|
| 11/07/2020 | Invoice | 2226-A | Net 15 | A-M | 11/22/2020 | 125.00 |
| | | | | | | $ **125.00** |
| 11/07/2020 | Invoice | 2227-A | Net 15 | A-M | 11/22/2020 | 595.00 |
| | | | | | | $ **595.00** |
| 08/02/2020 | Invoice | 2060-A | Net 15 | A-M | 08/17/2020 | 495.00 |
| 11/07/2020 | Invoice | 2228-A | Net 15 | A-M | 11/22/2020 | 495.00 |
| | | | | | | $ **990.00** |
| 11/07/2020 | Invoice | 2229-A | Net 15 | A-M | 11/22/2020 | 685.00 |
| | | | | | | $ **685.00** |
| 11/07/2020 | Invoice | 2230-A | Net 15 | A-M | 11/22/2020 | 481.25 |
| | | | | | | $ **481.25** |
| 11/07/2020 | Invoice | 2231-A | Net 15 | A-M | 11/22/2020 | 290.00 |
| | | | | | | $ **290.00** |
| 11/07/2020 | Invoice | 2232-A | Net 15 | A-M | 11/22/2020 | 525.00 |
| | | | | | | $ **525.00** |
| 11/07/2020 | Invoice | 2233-A | Net 15 | A-M | 11/22/2020 | 1,258.50 |
| | | | | | | $ **1,258.50** |
| 11/08/2020 | Invoice | 2234-A | Net 15 | A-M | 11/23/2020 | 360.00 |
| | | | | | | $ **360.00** |
| 11/08/2020 | Invoice | 2239-A | Net 15 | A-M | 11/23/2020 | 398.00 |
| | | | | | | $ **398.00** |
| 11/08/2020 | Invoice | 2240-A | Net 30 | A-M | 12/08/2020 | 528.00 |
| | | | | | | $ **528.00** |
| 08/01/2020 | Invoice | 2042-A | Net 15 | A-M | 08/16/2020 | 1,737.50 |
| | | | | | | $ **1,737.50** |
| 11/08/2020 | Invoice | 2244-A | Net 15 | A-M | 11/23/2020 | 400.00 |
| | | | | | | $ **400.00** |

| Date | Type | Number | Terms | Customer | Due Date | Amount |
|------|------|--------|-------|----------|----------|--------|
| 11/08/2020 | Invoice | 2245-A | Net 15 | A-M | 11/23/2020 | 100.00 |
| | | | | | | $ 100.00 |
| 11/08/2020 | Invoice | 2246-A | Net 15 | A-M | 11/23/2020 | 561.25 |
| | | | | | | $ 561.25 |
| 06/07/2020 | Invoice | 2787 | Due on receipt | A-M | 06/07/2020 | 2,097.00 |
| | | | | | | $ 2,097.00 |
| 11/08/2020 | Invoice | 2247-A | Net 15 | A-M | 11/23/2020 | 425.00 |
| | | | | | | $ 425.00 |
| 11/08/2020 | Invoice | 2248-A | Net 15 | A-M | 11/23/2020 | 180.00 |
| | | | | | | $ 180.00 |
| 11/08/2020 | Invoice | 2249-A | Net 15 | A-M | 11/23/2020 | 425.00 |
| | | | | | | $ 425.00 |
| 11/08/2020 | Invoice | 2250-A | Net 15 | A-M | 11/23/2020 | 717.50 |
| | | | | | | $ 717.50 |
| 11/08/2020 | Invoice | 2251-A | Net 15 | A-M | 11/23/2020 | 280.00 |
| | | | | | | $ 280.00 |
| 08/02/2020 | Invoice | 2048-A | Net 15 | A-M | 08/17/2020 | 80.00 |
| 08/24/2020 | Invoice | 2122-A | Net 15 | A-M | 09/08/2020 | 160.00 |
| 09/27/2020 | Invoice | 2187-A | Net 15 | A-M | 10/12/2020 | 644.50 |
| 11/08/2020 | Invoice | 2253-A | Net 15 | A-M | 11/23/2020 | 200.00 |
| | | | | | | $ 1,084.50 |
| 08/24/2020 | Invoice | 2130-A | Net 15 | A-M | 09/08/2020 | 160.00 |
| 09/27/2020 | Invoice | 2194-A | Net 15 | A-M | 10/12/2020 | 265.00 |
| | | | | | | $ 425.00 |
| 11/08/2020 | Invoice | 2254-A | Net 15 | A-M | 11/23/2020 | 1,800.00 |
| | | | | | | $ 1,800.00 |
| 11/08/2020 | Invoice | 2255-A | Net 15 | A-M | 11/23/2020 | 655.00 |
| | | | | | | $ 655.00 |
| 11/08/2020 | Invoice | 2256-A | Net 15 | A-M | 11/23/2020 | 920.00 |
| | | | | | | $ 920.00 |
| 11/08/2020 | Invoice | 2257-A | Net 15 | A-M | 11/23/2020 | 1,458.75 |
| | | | | | | $ 1,458.75 |
| 11/08/2020 | Invoice | 2258-A | Net 15 | A-M | 11/23/2020 | 263.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | **$ 263.00** |
| 08/01/2020 | Invoice | 2026-A | Net 15 | A-M | 08/16/2020 | 375.00 |
| 11/08/2020 | Invoice | 2259-A | Net 15 | A-M | 11/23/2020 | 1,065.00 |
| | | | | | | **$ 1,440.00** |
| 09/27/2020 | Invoice | 2211-A | Net 15 | A-M | 10/12/2020 | 405.50 |
| 11/08/2020 | Invoice | 2262-A | Net 15 | A-M | 11/23/2020 | 902.00 |
| | | | | | | **$ 1,307.50** |
| 09/27/2020 | Invoice | 2207-A | Net 15 | A-M | 10/12/2020 | 290.00 |
| 11/08/2020 | Invoice | 2263-A | Net 15 | A-M | 11/23/2020 | 416.00 |
| | | | | | | **$ 706.00** |
| 08/20/2020 | Payment | 3858 | | A-M | 08/20/2020 | -433.61 |
| | | | | | | **-$ 433.61** |
| 04/08/2019 | Invoice | 1555 | Net 15 | A-M | 04/23/2019 | 379.00 |
| 12/16/2019 | Invoice | 2542 | Net 15 | A-M | 12/31/2019 | 80.00 |
| 06/14/2020 | Invoice | 2839 | Net 15 | A-M | 06/29/2020 | 40.00 |
| | | | | | | **$ 499.00** |
| 11/08/2020 | Invoice | 2265-A | Net 15 | A-M | 11/23/2020 | 975.00 |
| | | | | | | **$ 975.00** |
| 11/08/2020 | Invoice | 2266-A | Net 15 | A-M | 11/23/2020 | 875.00 |
| | | | | | | **$ 875.00** |
| 09/27/2020 | Invoice | 2186-A | Net 15 | A-M | 10/12/2020 | 325.00 |
| 11/08/2020 | Invoice | 2267-A | Net 15 | A-M | 11/23/2020 | 260.00 |
| | | | | | | **$ 585.00** |
| 11/08/2020 | Invoice | 2268-A | Net 15 | A-M | 11/23/2020 | 680.00 |
| | | | | | | **$ 680.00** |
| 11/08/2020 | Invoice | 2269-A | Net 15 | A-M | 11/23/2020 | 520.00 |
| | | | | | | **$ 520.00** |
| 08/02/2020 | Invoice | 2065-A | Net 15 | A-M | 08/17/2020 | 438.75 |
| 11/08/2020 | Invoice | 2270-A | Net 15 | A-M | 11/23/2020 | 438.75 |
| | | | | | | **$ 877.50** |
| 11/08/2020 | Invoice | 2271-A | Net 15 | A-M | 11/23/2020 | 1,100.00 |
| | | | | | | **$ 1,100.00** |
| 11/08/2020 | Invoice | 2272-A | Net 15 | A-M | 11/23/2020 | 490.00 |
| | | | | | | **$ 490.00** |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 11/08/2020 | Invoice | 2274-A | Net 15 | A-M | 11/23/2020 | | 1,065.00 |
| | | | | | | $ | **1,065.00** |
| 11/08/2020 | Invoice | 2275-A | Net 15 | A-M | 11/23/2020 | | 378.50 |
| | | | | | | $ | **378.50** |
| 06/14/2020 | Invoice | 2837 | Net 15 | A-M | 06/29/2020 | | 305.00 |
| | | | | | | $ | **305.00** |
| 11/08/2020 | Invoice | 2277-A | Net 15 | A-M | 11/23/2020 | | 765.00 |
| | | | | | | $ | **765.00** |
| 09/27/2020 | Invoice | 2204-A | Net 15 | A-M | 10/12/2020 | | 140.00 |
| 11/08/2020 | Invoice | 2279-A | Net 15 | A-M | 11/23/2020 | | 140.00 |
| | | | | | | $ | **280.00** |
| | | | | | | $ | **32,180.14** |

# Pinnacle

150 Third Avenue South
Suite 900
Nashville, TN 37201

www.pnfp.com
Phone 800-264-3613

RETURN SERVICE REQUESTED

Account
Livingscapes LLC
XXXXXXXX1236

Livingscapes LLC
Debtor In Possession
148 Stonecrest Drive
Nashville, TN 37209-5236

## Statement of Account

Horizon 75

| Balance 10/01/20 | Summary | |
|---|---|---|
| $ 95,011.86 | | |
| | Credits | +$56,093.27 |
| | Interest | +$.00 |
| Balance 11/01/20 | Debits | - $96,644.14 |
| $ 54,460.99 | | |



### Credit Transactions

**Pinnacle Recognized Nationally for Brand and Service Excellence**

Greenwich Associates interviewed 27,000 middle market and small business banking clients for its 2019 Greenwich Best Brand and Greenwich Excellence Awards. Pinnacle brought home 29 awards, tying for the most in the country and cementing Pinnacle's place as one of the best banks to work with in the United States. Four of the national awards were for trust and for ease of doing business in the middle market banking and small business banking categories. Thank you for continuing to trust Pinnacle to help your business reach new heights. For more information, visit PNFP.com/Greenwich

**Deposits**

| 10/01 | INTUIT PYMT SOLN  DEPOSIT 524771992494446 9215986202 LIVINGSCAPES INC | 1,969.00 |
|---|---|---|
| 10/02 | INTUIT PYMT SOLN  DEPOSIT 524771992494446 9215986202 LIVINGSCAPES INC | 2,047.50 |
| 10/05 | INTUIT PYMT SOLN  DEPOSIT 524771992494446 9215986202 LIVINGSCAPES INC | 250.00 |
| 10/05 | INTUIT PYMT SOLN  DEPOSIT 524771992494446 9215986202 LIVINGSCAPES INC | 322.50 |
| 10/05 | Regular Deposit | 3,358.50 |
| 10/06 | 4225 ASHLAND CITY HW NASHVILLE NURSE 615-2443478 TN 092920  Card#2282 | 442.46 |
| 10/06 | INTUIT PYMT SOLN  DEPOSIT 524771992494446 9215986202 LIVINGSCAPES INC | 1,080.00 |
| 10/07 | deposit into wrong acct per James Livingston | 20,181.83 |
| 10/08 | INTUIT PYMT SOLN  DEPOSIT 524771992494446 9215986202 LIVINGSCAPES INC | 263.00 |
| 10/09 | INTUIT PYMT SOLN  DEPOSIT 524771992494446 9215986202 LIVINGSCAPES INC | 478.00 |
| 10/14 | INTUIT PYMT SOLN  DEPOSIT 524771992494446 9215986202 LIVINGSCAPES INC | 1,430.00 |

Member FDIC
EQUAL HOUSING LENDER



## ELECTRONIC TRANSFER ERROR RESOLUTION

This Electronic Transfer Error Resolution only applies to accounts held for personal, family or household purposes and is therefore not applicable to business, trust accounts, or any such account held for non-personal purposes.

In case of errors or questions about your electronic transfers, call or write us at the telephone number or address listed at the end of this disclosure, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt.

- Tell us your name and account number (if any).

- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

- Tell us the dollar amount of the suspected error.

We must hear from you no later than 60 days after we send the FIRST statement on which the problem or error appeared.

We will provide provisional credit for the amount that you think is in error within 10 business days of your complaint and begin an investigation of the transaction(s).  In most cases, we will disclose the results of the investigation within 10 business days of your complaint and correct any error promptly.  If we need more time to investigate the complaint, we may take up to 45 days (90 days if the transfer involved a point-of-sale transaction or a foreign initiated transfer) to complete our investigation.  However, you will have use of the funds in question during our investigation.

**Pinnacle Bank**
150 3rd Avenue South, Suite 900
Nashville, TN 37201
(800) 264-3613

| 10/16 | INTUIT PYMT SOLN  DEPOSIT 524771992494446  9215986202 LIVINGSCAPES INC | 535.00 |
| 10/19 | INTUIT PYMT SOLN  DEPOSIT 524771992494446  9215986202 LIVINGSCAPES INC | 245.00 |
| 10/19 | Regular Deposit | 21,900.48 |
| 10/21 | Regular Deposit | 1,590.00 |
| **Total Credits** | | **$56,093.27** |

## Debit Transactions

### Other Debits

| 10/01 | 2075 W FIRST ST STE CASTALIAN SPRIN 888-7465741 FL 093020  Card#2282 | 4.17 |
| 10/01 | 1010 HINTON RD CASTALIAN SPRIN 615-8413724 TN 093020  Card#2282 | 119.03 |
| 10/01 | 845 Bell Rd SQ *GLB FINANCI gosq.com TN 093020  Card#2282 | 175.00 |
| 10/01 | 845 Bell Rd SQ *GLB FINANCI gosq.com TN 093020  Card#2282 | 350.00 |
| 10/01 | 600 OLD HICKORY BLV DICKENS TURF AN NASHVILLE TN 092920  Card#2282 | 359.87 |
| 10/01 | OLB Transfer from *236 to *655 payroll | 16,766.00 |
| 10/01 | INTUIT PYMT SOLN  TRAN FEE 524771992494446  9215986202 LIVINGSCAPES INC | 15.30 |
| 10/02 | WALGREENS STORE NASHVILLE TN 100120 522103 Card#2282 | 49.64 |
| 10/02 | 6401 CENTENNIAL BLV LIVING EARTH CE NASHVILLE TN 100120  Card#2282 | 64.32 |
| 10/02 | 1700 Third Ave N L2G*METRO WATER 615-862-4697 TN 100120  Card#2282 | 208.33 |
| 10/02 | 1883 Lewisburg Pike SQ *M & M LAWNC Franklin TN 100120  Card#2282 | 640.00 |
| 10/02 | 117 BARROW STREET VENMO 8558124430 NY 100120  Card#2282 | 772.50 |
| 10/02 | INTUIT PYMT SOLN  TRAN FEE 524771992494446  9215986202 LIVINGSCAPES INC | 18.58 |
| 10/05 | One Apple Park Way APPLE.COM/BILL 866-712-7753 CA 100320  Card#2282 | .99 |
| 10/05 | One Apple Park Way APPLE.COM/BILL 866-712-7753 CA 100320  Card#2282 | 9.84 |
| 10/05 | 440 TERRY AVE N AMAZON.COM*MK4F AMZN.COM/BILL WA 100420  Card#2282 | 10.67 |
| 10/05 | 440 Terry Ave N AMZN Mktp US*MK Amzn.com/bill WA 100420  Card#2282 | 19.65 |
| 10/05 | 440 TERRY AVE N AMAZON.COM*MK9S AMZN.COM/BILL WA 100420  Card#2282 | 56.36 |
| 10/05 | DSW NASHV 6722 CHARLOT NASHVILLE TN 100320 100310210235 Card#2282 | 71.00 |
| 10/05 | 7281 CENTENNIAL BLV RELADYNE MID SO 6153507050 TN 100220  Card#2282 | 1,909.77 |
| 10/05 | INTUIT PYMT SOLN  TRAN FEE 524771992494446  9215986202 LIVINGSCAPES INC | 2.50 |
| 10/05 | INTUIT PYMT SOLN  TRAN FEE 524771992494446  9215986202 LIVINGSCAPES INC | 3.23 |
| 10/05 | PENN NATIONAL IN  RECUR PMTS 8000271667      C230961349 LIVINGSTON JAMES | 108.78 |
| 10/06 | 440 TERRY AVE N AMAZON.COM*MK2T AMZN.COM/BILL WA 100520  Card#2282 | 10.42 |
| 10/06 | INGLEWOOD MUFFLE NASHVILLE TN 100620 002082 Card#2282 | 327.75 |
| 10/06 | INTUIT PYMT SOLN  TRAN FEE 524771992494446  9215986202 LIVINGSCAPES INC | 10.80 |
| 10/07 | 6401 CENTENNIAL BLV LIVING EARTH CE NASHVILLE TN 100520  Card#2282 | 15.68 |
| 10/07 | 628 OLD HICKORY BLV IN *STONETREE M 615-6462208 TN 100620  Card#2282 | 33.07 |
| 10/07 | 6401 CENTENNIAL BLV LIVING EARTH CE NASHVILLE TN 100520  Card#2282 | 68.80 |
| 10/07 | 4474 CLEECES FERRY RD GRASSROOTS SOD NASHVILLE TN 100620  Card#2282 | 179.20 |
| 10/07 | 2974 B SIDCO DR COMMERCIAL LAWN NASHVILLE TN 100520  Card#2282 | 1,495.00 |
| 10/07 | VENMO            PAYMENT 3264681992    S JAMES LIVINGSTON | 1,695.00 |
| 10/08 | WALGREENS STORE NASHVILLE TN 100720 521203 Card#2282 | 7.52 |
| 10/08 | 628 OLD HICKORY BLV IN *STONETREE M 615-6462208 TN 100720  Card#2282 | 122.40 |
| 10/08 | OLB Transfer from *236 to *655 payroll | 10,500.00 |

| 10/08 | INTUIT PYMT SOLN  TRAN FEE 524771992494446  9215986202 LIVINGSCAPES INC | 2.63 |
| 10/09 | 440 Terry Ave N AMZN Mktp US*MK Amzn.com/bill WA 100920  Card#2282 | 14.19 |
| 10/09 | 6401 CENTENNIAL BLV LIVING EARTH CE NASHVILLE TN 100720  Card#2282 | 43.84 |
| 10/09 | INTUIT PYMT SOLN  TRAN FEE 524771992494446  9215986202 LIVINGSCAPES INC | 4.78 |
| 10/13 | 1210 SPARTA PIKE PHILLIPS 66 - U LEBANON TN 101120  Card#2282 | 10.00 |
| 10/13 | 6401 CENTENNIAL BLV LIVING EARTH CE NASHVILLE TN 100820  Card#2282 | 38.24 |
| 10/13 | 440 Terry Ave N Amazon.com*MK69 Amzn.com/bill WA 101120  Card#2282 | 65.99 |
| 10/13 | O'REILLY AUTO P NASHVILLE TN 101020 028444540645 Card#2282 | 76.58 |
| 10/13 | 440 TERRY AVE N AMAZON.COM*MK10 AMZN.COM/BILL WA 101220  Card#2282 | 170.19 |
| 10/13 | 7665 HIGHWAY 70 SOUTH THE HOME DEPOT NASHVILLE TN 100920  Card#2282 | 252.99 |
| 10/13 | 147 Bear Creek FARM BUREAU HEA 877-874-8323 TN 101020  Card#2282 | 262.75 |
| 10/13 | 3777 NOLENSVILLE RD NASHVILLE ZOO, 6158331534 TN 101020  Card#2282 | 347.00 |
| 10/13 | PIEDMONT         Speedpay - 9102995210   S LIVINGSCAPES LLC | 207.87 |
| 10/14 | IN & OUT MARKET NOLENSVILLE TN 101420 028870764550 Card#2282 | 20.15 |
| 10/14 | 440 TERRY AVE N AMAZON.COM*MK1Q AMZN.COM/BILL WA 101320  Card#2282 | 55.04 |
| 10/14 | 810 DSW Drive DSW. 866-3797463 OH 101320  Card#2282 | 98.31 |
| 10/14 | 7665 HWY 70 SOUTH THE HOME DEPOT NASHVILLE TN 101220  Card#2282 | 117.99 |
| 10/14 | 7281 CENTENNIAL BLV RELADYNE MID SO 6153507050 TN 101320  Card#2282 | 2,023.79 |
| 10/14 | INTUIT PYMT SOLN  TRAN FEE 524771992494446  9215986202 LIVINGSCAPES INC | 10.00 |
| 10/15 | ATM Withdrawal CONCORD GENE-481562 BRENTWOOD TN 101420 028800001155 Card#2282 | 203.50 |
| 10/15 | THE UPS STORE #2785 73 NASHVILLE TN 101520 023801 Card#2282 | 10.00 |
| 10/15 | 4225 ASHLAND CITY HW NASHVILLE NURSE 615-2443478 TN 101420  Card#2282 | 33.87 |
| 10/15 | 6401 CENTENNIAL BLV LIVING EARTH CE NASHVILLE TN 101320  Card#2282 | 33.92 |
| 10/15 | 440 Terry Ave N Amazon.com*MK9I Amzn.com/bill WA 101420  Card#2282 | 46.86 |
| 10/15 | 7665 HIGHWAY 70 SOUTH THE HOME DEPOT NASHVILLE TN 101320  Card#2282 | 82.05 |
| 10/15 | 7665 HIGHWAY 70 SOUTH THE HOME DEPOT NASHVILLE TN 101320  Card#2282 | 205.12 |
| 10/15 | 628 OLD HICKORY BLV IN *STONETREE M 615-6462208 TN 101420  Card#2282 | 947.02 |
| 10/15 | OLB Transfer from *236 to *655 payroll | 12,742.50 |
| 10/15 | MOBILE MINI      8004561751 1860748362 JAMES LIVINGSTON | 113.84 |
| 10/16 | 440 Terry Ave N Amazon Tips*2T8 Amzn.com/bill WA 101520  Card#2282 | 5.00 |
| 10/16 | SHELL SERVICE S NASHVILLE TN 101520 028978563254 Card#2282 | 30.13 |
| 10/16 | INTUIT PYMT SOLN  TRAN FEE 524771992494446  9215986202 LIVINGSCAPES INC | 5.35 |
| 10/19 | One Apple Park Way APPLE.COM/BILL 866-712-7753 CA 101620  Card#2282 | 10.94 |
| 10/19 | SHELL SERVICE S NASHVILLE TN 101620 029008725149 Card#2282 | 41.41 |
| 10/19 | 7679-7799 Younger Cr SQ *IRIS CITY G Primm Springs TN 101720  Card#2282 | 100.00 |
| 10/19 | 7665 HWY 70 SOUTH THE HOME DEPOT NASHVILLE TN 101520  Card#2282 | 178.24 |
| 10/19 | INTUIT PYMT SOLN  TRAN FEE 524771992494446  9215986202 LIVINGSCAPES INC | 2.45 |
| 10/20 | 600 51ST AVE N Tennessee Contr 615-292-2989 TN 101920  Card#2282 | 10.92 |
| 10/20 | One Apple Park Way APPLE.COM/BILL 866-712-7753 CA 101920  Card#2282 | 25.12 |
| 10/20 | One Apple Park Way APPLE.COM/BILL 866-712-7753 CA 102020  Card#2282 | 25.12 |
| 10/20 | MOBILE MINI      8004561751 1860748362 JAMES LIVINGSTON | 153.67 |
| 10/21 | 313 Maple Street JOH*J SCHEEPERS 860-567-0838 CT 102020  Card#2282 | 323.44 |
| 10/21 | OLB Transfer from *236 to *655 payroll | 9,300.00 |
| 10/22 | 292 CRIPPS LN EVINS MILL NURS SMITHVILLE TN 102120  Card#2282 | 430.00 |

| 10/22 | MOBILE MINI     8004561751 1860748362 JAMES LIVINGSTON | 143.42 |
| 10/23 | One Apple Park Way APPLE.COM/BILL 866-712-7753 CA 102320  Card#2282 | 9.84 |
| 10/23 | BP#6631451ROCK LEWISBURG TN 102320 029742084152 Card#2282 | 12.42 |
| 10/23 | SHELL SERVICE S NASHVILLE TN 102220 029643808855 Card#2282 | 19.88 |
| 10/23 | LOVES TRAVEL S NASHVILLE TN 102320 029710211773 Card#2282 | 20.03 |
| 10/23 | 7-ELEVEN 41069 NASHVILLE TN 102320 029730597837 Card#2282 | 55.10 |
| 10/23 | 4225 ASHLAND CITY HW NASHVILLE NURSE 615-2443478 TN 102220  Card#2282 | 307.27 |
| 10/26 | 567 LONG HOLLOW PIKE CISCO #2 GALLATIN TN 102420  Card#2282 | 20.02 |
| 10/26 | 7004 Charlotte Pike 4007 JNN CHARLO NASHVILLE TN 102320  Card#2282 | 29.24 |
| 10/26 | 440 TERRY AVE N AMZN MKTP US*2T AMZN.COM/BILL WA 102420  Card#2282 | 32.76 |
| 10/26 | 440 Terry Ave N AMZN Mktp US*2T Amzn.com/bill WA 102620  Card#2282 | 39.30 |
| 10/26 | 212 WHITE BRIDGE PIKE SQ *WBAW INC NASHVILLE TN 102520  Card#2282 | 40.54 |
| 10/26 | PENN NATIONAL IN  RECUR PMTS 3100193796      C230961349 LIVINGSCAPES INC | 1,374.35 |
| 10/27 | BP#6631451ROCK LEWISBURG TN 102620 030042084176 Card#2282 | 14.25 |
| 10/27 | 440 Terry Ave N AMZN Mktp US*2T Amzn.com/bill WA 102720  Card#2282 | 24.85 |
| 10/28 | ATM Withdrawal PAR4     -477589 MANCHESTER TN 102820 030200001677 Card#2282 | 22.99 |
| 10/28 | SHELL SERVICE S COLUMBIA TN 102820 030294834180 Card#2282 | 4.91 |
| 10/28 | BP#1728864TOP S MANCHESTER TN 102820 030281749244 Card#2282 | 11.27 |
| 10/28 | BP#1728864TOP S MANCHESTER TN 102820 030281740234 Card#2282 | 59.67 |
| 10/28 | 440 Terry Ave N AMZN Mktp US*2T Amzn.com/bill WA 102720  Card#2282 | 68.11 |
| 10/28 | 600 51ST AVE N Tennessee Contr 615-292-2989 TN 102720  Card#2282 | 76.45 |
| 10/29 | 4225 ASHLAND CITY HW NASHVILLE NURSE 615-2443478 TN 102820  Card#2282 | 442.46 |
| 10/29 | 400 West Poplar St. SQ *PULASKI LUM Pulaski TN 102720  Card#2282 | 612.24 |
| 10/30 | SHELL SERVICE S NASHVILLE TN 102920 030378564268 Card#2282 | 20.02 |
| 10/30 | OLB Transfer from *236 to *655 Transfer | 10,000.00 |
| 10/30 | Service Charge | 15.50 |

## Checks

| 10/08 | Check 912 | 200.00 |
| 10/14 | Check 913 | 2,000.00 |
| 10/16 | Check 914 | 6,210.00 |
| 10/19 | Check 915 | 820.00 |
| 10/19 | Check 916 | 712.50 |
| 10/14 | Check 918* | 590.28 |
| 10/19 | Check 919 | 1,017.50 |
| 10/30 | Check 920 | 250.00 |
| 10/14 | Check 921 | 2,355.00 |
| 10/29 | Check 922 | 325.00 |
| 10/27 | Check 923 | 665.00 |
| 10/22 | Check 924 | 418.00 |
| 10/29 | Check 925 | 2,520.00 |
| **Total Debits** | | **$96,644.14** |

(*) Indicates gap in check number sequenece

| | | | |
|---|---|---|---|
| Average Balance This Statement | $74,994.39 | Annual Percentage Yield Earned | .00% |
| Interest Earned This Period | $.00 | Days in Period | 32 |
| Interest Paid Year to Date | $.00 | Interest Paid | $.00 |

## DAILY BALANCE INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| 10/01 | 79,191.49 | 10/13 | 87,506.43 | 10/22 | 71,554.46 |
| 10/02 | 79,485.62 | 10/14 | 81,665.87 | 10/23 | 71,129.92 |
| 10/05 | 81,223.83 | 10/15 | 67,247.19 | 10/26 | 69,593.71 |
| 10/06 | 82,397.32 | 10/16 | 61,531.71 | 10/27 | 68,889.61 |
| 10/07 | 99,092.40 | 10/19 | 80,794.15 | 10/28 | 68,646.21 |
| 10/08 | 88,522.85 | 10/20 | 80,579.32 | 10/29 | 64,746.51 |
| 10/09 | 88,938.04 | 10/21 | 72,545.88 | 10/30 | 54,460.99 |

#0     10/05/2020     $3,358.50



#0     10/19/2020     $21,900.48



#0     10/21/2020     $1,590.00



#912     10/08/2020     $200.00



#913     10/14/2020     $2,000.00



#914     10/16/2020     $6,210.00



#915     10/19/2020     $820.00



#916     10/19/2020     $712.50



#918     10/14/2020     $590.28



#919     10/19/2020     $1,017.50



#920     10/30/2020     $250.00



#921     10/14/2020     $2,355.00

#922     10/29/2020     $325.00



#923     10/27/2020     $665.00



#924     10/22/2020     $418.00



#925     10/29/2020     $2,520.00