**Fill in this information to identify the case:**

Debtor Name: Livingscapes LLC

United States Bankruptcy Court for the: Middle District of Tennessee ☑

Case number: 3:20bk-03561

☐ Check if this is an amended filing

## Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11
12/17

Month: November

Line of business: Landscaping

Date report filed: 12/14/2020
MM / DD / YYYY

NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: James Livingston

Original signature of responsible party: _[signature]_

Printed name of responsible party: James Livingston

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.**

|  |  | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.**

|  |  | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

17. Have you paid any bills you owed before you filed bankruptcy?     ☐   ☑   ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?     ☐   ☑   ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.    $   59,572.00

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.    $   74,901.00

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.    – $   49,707.00

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.    + $   25,193.00

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.    = $   84,765.00

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**    $   0.00

    *(Exhibit E)*

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                              $ __37,485.00__

    (Exhibit F)

## 5. Employees

26. What was the number of employees when the case was filed?                          __9__
27. What is the number of employees as of the date of this monthly report?             __10__

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?       $ __0.00__
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ __0.00__
30. How much have you paid this month in other professional fees?                                  $ __350.00__
31. How much have you paid in total other professional fees since filing the case?                 $ __0.00__

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | Column B | Column C |
|---|---|---|---|
|  | **Projected** | —    **Actual** | =    **Difference** |
|  | Copy lines 35-37 from the previous month's report. | Copy lines 20-22 of this report. | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 32,180.00 | —   $ 74,901.00 | =   $ 42,721.00 |
| 33. **Cash disbursements** | $ 87,287.00 | —   $ 49,707.00 | =   $ 37,580.00 |
| 34. **Net cash flow** | $ -55,107.00 | —   $ 25,193.00 | =   $ 80,300.00 |

35. Total projected cash receipts for the next month:                        $ __37,287.00__
36. Total projected cash disbursements for the next month:                 - $ __87,287.00__
37. Total projected net cash flow for the next month:                      = $ __-50,000.00__

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39. Bank reconciliation reports for each account.

☑ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41. Budget, projection, or forecast reports.

☐ 42. Project, job costing, or work-in-progress reports.

## Livingscapes November Exhibit C

| Date | Type | Total |
|---|---|---:|
| 11/25/2020 | Payment | 290.00 |
| 11/24/2020 | Payment | 44,820.85 |
| 11/22/2020 | Payment | 975.00 |
| 11/21/2020 | Payment | 1,458.75 |
| 11/21/2020 | Payment | 4,525.00 |
| 11/18/2020 | Payment | 353.00 |
| 11/18/2020 | Payment | 1,800.00 |
| 11/18/2020 | Payment | 1,065.00 |
| 11/18/2020 | Payment | 878.50 |
| 11/18/2020 | Payment | 875.00 |
| 11/18/2020 | Payment | 765.00 |
| 11/18/2020 | Payment | 680.00 |
| 11/18/2020 | Payment | 595.00 |
| 11/18/2020 | Payment | 561.25 |
| 11/18/2020 | Payment | 490.00 |
| 11/18/2020 | Payment | 360.00 |
| 11/18/2020 | Payment | 125.00 |
| 11/18/2020 | Payment | 425.00 |
| 11/17/2020 | Payment | 100.00 |
| 11/17/2020 | Payment | 260.00 |
| 11/14/2020 | Payment | 1,065.00 |
| 11/13/2020 | Payment | 495.00 |
| 11/11/2020 | Payment | 390.50 |
| 11/11/2020 | Payment | 2,400.00 |
| 11/10/2020 | Payment | 440.00 |
| 11/10/2020 | Payment | 522.50 |
| 11/09/2020 | Payment | 100.00 |
| 11/09/2020 | Payment | 1,248.75 |
| 11/09/2020 | Payment | 1,185.00 |
| 11/09/2020 | Payment | 949.00 |
| 11/09/2020 | Payment | 445.00 |
| 11/09/2020 | Payment | 335.00 |
| 11/09/2020 | Payment | 315.00 |
| 11/09/2020 | Payment | 265.00 |
| 11/08/2020 | Payment | 200.00 |
| 11/08/2020 | Payment | 685.00 |
| 11/07/2020 | Payment | 105.00 |
| 11/07/2020 | Payment | 225.00 |
| 11/07/2020 | Payment | 792.50 |
| 11/07/2020 | Payment | 1,335.00 |

| Date | Type | Payee | Category | Memo | Total |
|------|------|-------|----------|------|-------|
| 11/30/2020 | Expense | | Bank Charges & Fees | Service Charge | 6.50 |
| 11/27/2020 | Expense | COMMERCIAL LAWN EQUIPMENT | Machinery & Equipment - Original Cost | 2974 B SIDCO DR COMMERCIAL LAWN 2974 B SIDCO DR COMMERCIAL LAWN NASHVILLE TN 112520 Card#2282 | 800.00 |
| 11/27/2020 | Expense | NES | Utilities | NES POWER UTILITY 7041 S JAMES NES POWER UTILITY 7041 S JAMES LIVINGSTON | 161.38 |
| 11/27/2020 | Expense | Payroll | Wages (Hourly) - Regular Pay | 190AWWV LIVINGS PAYROLL 190AWWV 190AWWV LIVINGS PAYROLL 190AWWV 1582663830 LIVINGSCAPES | 2,788.97 |
| 11/27/2020 | Expense | Payroll | Wages (Hourly) - Regular Pay | 190AWWV LIVINGS PAYROLL 190AWWV 190AWWV LIVINGS PAYROLL 190AWWV 1582663830 LIVINGSCAPES | 1,660.14 |
| 11/27/2020 | Expense | Payroll | Wages (Hourly) - Regular Pay | 190AWWV LIVINGS PAYROLL 190AWWV 190AWWV LIVINGS PAYROLL 190AWWV 1582663830 LIVINGSCAPES | 81.00 |
| 11/27/2020 | Expense | 1700 Third | Utilities | 1700 Third Ave N L2G*METRO WATE 1700 Third Ave N L2G*METRO WATER 615-862-4697 TN 112520 Card#2282 | 357.52 |
| 11/27/2020 | Expense | 5514 CHARLOTTE | Repairs & Maintenance | 5514 CHARLOTTE PIKE WEST AUTO N 5514 CHARLOTTE PIKE WEST AUTO NASHVILLE TN 112520 Card#2282 | 20.00 |
| 11/27/2020 | Expense | HOOPER FARM | Materials & Supplies | 4474 CLEECES FERRY R IN *HOOPER 4474 CLEECES FERRY R IN *HOOPER FARM 615-2551777 TN 112520 Card#2282 | 70.00 |

| Date | Type | Payee | Category | Description | Amount |
|---|---|---|---|---|---|
| 11/26/2020 | Expense | QuickBooks Payments | Bank Charges & Fees | System-recorded fee for QuickBooks Payments. Fee-name: DiscountRateFee, fee-type: Daily. | 2.90 |
| 11/25/2020 | Expense | CENTER HILL NURSERY | Materials & Supplies | 897 S. Congress Blvd CENTER HIL 897 S. Congress Blvd CENTER HILL NUR SMITHVILLE TN 112420 Card#2282 | 205.00 |
| 11/25/2020 | Expense | 147 Bear | Insurance | 147 Bear Creek FARM BUREAU HEA 147 Bear Creek FARM BUREAU HEA 877-874-8323 TN 112420 Card#2282 | 262.75 |
| 11/25/2020 | Expense | HEATHER FARMS NURSERY | Materials & Supplies | 2961 KING RD HEATHER FARMS N 93 2961 KING RD HEATHER FARMS N 931-635-2826 TN 112420 Card#2282 | 138.50 |
| 11/24/2020 | Expense | PILOT | Fuel | PILOT #0413 NASHVILLE TN 112420 PILOT #0413 NASHVILLE TN 112420 032999840369 Card#2282 | 7.21 |
| 11/24/2020 | Expense | PENN | General Liability Insurance | PENN NATIONAL IN RECUR PMTS 310 PENN NATIONAL IN RECUR PMTS 3100193796 C230961349 LIVINGSCAPES INC | 1,549.97 |
| 11/23/2020 | Expense | MAPCO | Uncategorized Expense | MAPCO 3347 NASHVILLE TN 112320 MAPCO 3347 NASHVILLE TN 112320 008173 Card#2282 | 9.08 |
| 11/23/2020 | Expense | SAMARA | Materials & Supplies | SAMARA FARMS LLC SALE 921598620 SAMARA FARMS LLC SALE 9215986202 JAMES LIVINGSTON | 1,134.00 |
| 11/23/2020 | Expense | THORNTONS | Fuel | THORNTONS #0608 - 7102 NASHVILL THORNTONS #0608 - 7102 NASHVILLE TN 112120 112110176845 Card#2282 | 6.88 |
| 11/23/2020 | Expense | 463 HIGHWAY | Meals - Officers Only | 463 HIGHWAY 53 E CAPTAIN D'S 35 463 HIGHWAY 53 E CAPTAIN D'S 356 CALHOUN GA 112220 Card#2282 | 10.68 |

| Date | Type | Name | Category | Description | Amount |
|---|---|---|---|---|---|
| 11/23/2020 | Expense | SAMARA | Materials & Supplies | SAMARA FARMS LLC SALE 921598620 SAMARA FARMS LLC SALE 9215986202 S JAMES LIVINGSTON | 60.00 |
| 11/23/2020 | Expense | ATM | Materials & Supplies | ATM Withdrawal 7102 CHARLOTTE P ATM Withdrawal 7102 CHARLOTTE PK NASHVILLE TN 112120 00006197 Card#2282 | 60.00 |
| 11/22/2020 | Expense | QuickBooks Payments | Bank Charges & Fees | System-recorded fee for QuickBooks Payments. Fee-name: DiscountRateFee, fee-type: Daily. | 9.75 |
| 11/20/2020 | Expense | Payroll | Wages (Hourly) - Regular Pay | 190AWWV LIVINGS PAYROLL 190AWWV 190AWWV LIVINGS PAYROLL 190AWWV 1582663830 LIVINGSCAPES | 79.50 |
| 11/20/2020 | Expense | Payroll | Wages (Hourly) - Regular Pay | 190AWWV LIVINGS PAYROLL 190AWWV 190AWWV LIVINGS PAYROLL 190AWWV 1582663830 LIVINGSCAPES | 3,167.90 |
| 11/20/2020 | Expense | Payroll | Wages (Hourly) - Regular Pay | 190AWWV LIVINGS PAYROLL 190AWWV 190AWWV LIVINGS PAYROLL 190AWWV 1582663830 LIVINGSCAPES | 1,917.67 |
| 11/19/2020 | Expense | QuickBooks Payments | Bank Charges & Fees | System-recorded fee for QuickBooks Payments. Fee-name: DiscountRateFee, fee-type: Daily. | 4.25 |
| 11/19/2020 | Expense | 556 S | Materials & Supplies | 556 S. Fair Oaks Ave SPK*SPOKEO 556 S. Fair Oaks Ave SPK*SPOKEO SEAR 800-6994264 CA 111720 Card#2282 | 14.85 |
| 11/19/2020 | Expense | 556 S | Materials & Supplies | 556 S. Fair Oaks Ave SPK*SPOKEO 556 S. Fair Oaks Ave SPK*SPOKEO SEAR 800-6994264 CA 111720 Card#2282 | 8.85 |

| Date | Type | Name | Account | Memo/Description | Amount |
|------|------|------|---------|------------------|--------|
| 11/19/2020 | Expense | Mobile | Rent & Lease (Buildings) | MOBILE MINI 8004561751 18607483 MOBILE MINI 8004561751 1860748362 JAMES LIVINGSTON | 143.42 |
| 11/18/2020 | Expense | QuickBooks Payments | Bank Charges & Fees | System-recorded fee for QuickBooks Payments. Fee-name: DiscountRateFee, fee-type: Daily. | 3.53 |
| 11/18/2020 | Expense | 211 S | Cell Phone | 211 S Akard Room 1210 AT&T *PAY 211 S Akard Room 1210 AT&T *PAYMENT 800-288-2020 TX 111720 Card#2282 | 101.65 |
| 11/17/2020 | Expense | QuickBooks Payments | Bank Charges & Fees | System-recorded fee for QuickBooks Payments. Fee-name: DiscountRateFee, fee-type: Daily. | 3.60 |
| 11/17/2020 | Expense | SHELL | Fuel | SHELL SERVICE S FRANKLIN TN 111 SHELL SERVICE S FRANKLIN TN 111720 032243818031 Card#2282 | 20.00 |
| 11/17/2020 | Expense | 11315 Williamson | Office Supplies & Software | 11315 Williamson Ro GO ILAWN SO 11315 Williamson Ro GO ILAWN SOFTWA 8002706782 OH 111620 Card#2282 | 60.00 |
| 11/17/2020 | Expense | 11315 Williamson | Office Supplies & Software | 11315 Williamson Ro GO ILAWN SU 11315 Williamson Ro GO ILAWN SUBSCR 8002706782 OH 111620 Card#2282 | 300.00 |
| 11/17/2020 | Expense | Mobile | Rent & Lease (Buildings) | MOBILE MINI 8004561751 18607483 MOBILE MINI 8004561751 1860748362 JAMES LIVINGSTON | 153.67 |
| 11/16/2020 | Expense | STONETREE MULCH | Materials & Supplies | 628 OLD HICKORY BLV IN *STONETR 628 OLD HICKORY BLV IN *STONETREE M 615-6462208 TN 111320 Card#2282 | 122.50 |
| 11/16/2020 | Expense | Payroll | Wages (Hourly) - Regular Pay | 190AWWV LIVINGS PAYROLL 190AWWV 190AWWV LIVINGS PAYROLL 190AWWV 1582663830 LIVINGSCAPES | 3,052.92 |

| Date | Type | Name | Category | Description | Amount |
|---|---|---|---|---|---|
| 11/16/2020 | Expense | 699A | Meals - With Clients | 699A OLD HICKORY BL MESTIZOS ME 699A OLD HICKORY BL MESTIZOS MEXICA NASHVILLE TN 111220 Card#2282 | 28.38 |
| 11/15/2020 | Expense | QuickBooks Payments | Bank Charges & Fees | System-recorded fee for QuickBooks Payments. Fee-name: DiscountRateFee, fee-type: Daily. | 10.00 |
| 11/13/2020 | Expense | NASHVILLE NURSERY | Materials & Supplies | 4225 ASHLAND CITY HW NASHVILLE 4225 ASHLAND CITY HW NURSE 615-2443478 TN 111220 Card#2282 | 221.23 |
| 11/13/2020 | Expense | 845 Bell | Accounting & Administrative | 845 Bell Rd SQ *GLB FINANCI gos 845 Bell Rd SQ *GLB FINANCI gosq.com TN 111220 Card#2282 | 350.00 |
| 11/13/2020 | Expense | Payroll | Wages (Hourly) - Regular Pay | 190AWWV LIVINGS PAYROLL 190AWWV 190AWWV LIVINGS PAYROLL 190AWWV 1582663830 LIVINGSCAPES | 1,611.16 |
| 11/13/2020 | Expense | Payroll | Wages (Hourly) - Regular Pay | 190AWWV LIVINGS PAYROLL 190AWWV 190AWWV LIVINGS PAYROLL 190AWWV 1582663830 LIVINGSCAPES | 81.00 |
| 11/13/2020 | Expense | NSF | Bank Charges & Fees | NSF Fee | 38.00 |
| 11/13/2020 | Expense | Overdraft | Bank Charges & Fees | Overdraft Item Fee | 38.00 |
| 11/13/2020 | Expense | Mobile | Rent & Lease (Buildings) | MOBILE MINI 8004561751 18607483 MOBILE MINI 8004561751 1860748362 JAMES LIVINGSTON | 113.84 |
| 11/13/2020 | Expense | QuickBooks Payments | Bank Charges & Fees | System-recorded fee for QuickBooks Payments. Fee-name: DiscountRateFee, fee-type: Daily. | 4.95 |
| 11/12/2020 | Expense | DICKENS TURF & LANDSCAPE SUPPLY | Materials & Supplies | 600 OLD HICKORY BLV DICKENS TUR 600 OLD HICKORY BLV DICKENS TURF AN NASHVILLE TN 110920 Card#2282 | 26.22 |

| Date | Type | Name | Category | Description | Amount |
|---|---|---|---|---|---|
| 11/12/2020 | Expense | QuickBooks Payments | Bank Charges & Fees | System-recorded fee for QuickBooks Payments. Fee-name: DiscountRateFee, fee-type: Daily. | 3.91 |
| 11/11/2020 | Expense | QuickBooks Payments | Bank Charges & Fees | System-recorded fee for QuickBooks Payments. Fee-name: DiscountRateFee, fee-type: Daily. | 10.00 |
| 11/10/2020 | Expense | HART ACE HARDWARE | Materials & Supplies | 5304 HARDING PIKE HART ACE HDWE 5304 HARDING PIKE HART ACE HDWE NASHVILLE TN 110920 Card#2282 | 27.82 |
| 11/10/2020 | Expense | 3000 WEST | Meals - With Clients | 3000 WEST END AVE BRICKTOP'S NA 3000 WEST END AVE BRICKTOP'S NASH NASHVILLE TN 110920 Card#2282 | 78.37 |
| 11/10/2020 | Expense | QuickBooks Payments | Bank Charges & Fees | System-recorded fee for QuickBooks Payments. Fee-name: DiscountRateFee, fee-type: Daily. | 9.63 |
| 11/09/2020 | Expense | NASHVILLE NURSERY | Materials & Supplies | 4225 ASHLAND CITY HW NASHVILLE 4225 ASHLAND CITY HW NASHVILLE NURSE 615-2443478 TN 110620 Card#2282 | 49.16 |
| 11/09/2020 | Expense | 1451 E | Meals - With Clients | 1451 E MAIN ST MR BABY BACK RE 1451 E MAIN ST MR BABY BACK RE BROWNSVILLE TN 110320 Card#2282 | 36.37 |
| 11/09/2020 | Expense | 5405 HARDING | Uniforms | 5405 HARDING ROAD SPORTSMAN'S G 5405 HARDING ROAD SPORTSMAN'S GRI NASHVILLE TN 110820 Card#2282 | 45.11 |
| 11/09/2020 | Expense | 501 GALLATIN | Meals - Employees (Meetings) | 501 GALLATIN AVE. PORTER ROAD N 501 GALLATIN AVE. PORTER ROAD NASHVILLE TN 110720 Card#2282 | 53.90 |
| 11/09/2020 | Expense | 612 OLD | Repairs & Maintenance | 612 OLD HICKORY BLV CAR WASH PL 612 OLD HICKORY BLV CAR WASH PLACE NASHVILLE TN 110820 Card#2282 | 9.00 |

| Date | Type | Name | Category | Description | Amount |
|---|---|---|---|---|---|
| 11/09/2020 | Expense | BP | Fuel | BP#8774606MAPCO NASHVILLE TN 11 BP#8774606MAPCO NASHVILLE TN 110720 031286678342 Card#2282 | 14.17 |
| 11/09/2020 | Expense | BP | Fuel | BP#6631451ROCK LEWISBURG TN 110 BP#6631451ROCK LEWISBURG TN 110720 031342085962 Card#2282 | 20.14 |
| 11/09/2020 | Expense | NATURE'S BEST NURSERY | Materials & Supplies | 7362 NOLENSVILLE RD NATURES BES 7362 NOLENSVILLE RD NATURES BEST NU NOLENSVILLE TN 110720 Card#2282 | 814.00 |
| 11/09/2020 | Expense | QuickBooks Payments | Bank Charges & Fees | System-recorded fee for QuickBooks Payments. Fee-name: DiscountRateFee, fee-type: Daily. | 77.40 |
| 11/08/2020 | Expense | QuickBooks Payments | Bank Charges & Fees | System-recorded fee for QuickBooks Payments. Fee-name: DiscountRateFee, fee-type: Daily. | 2.00 |
| 11/06/2020 | Expense | Payroll | Wages (Hourly) - Regular Pay | 190AWWV LIVINGS PAYROLL 190AWWV 190AWWV LIVINGS PAYROLL 190AWWV 1582663830 LIVINGSCAPES | 79.50 |
| 11/06/2020 | Expense | 655 BUSINESS | PNC Equipment | 655 BUSINESS CENTER PNC EQUIPME 655 BUSINESS CENTER PNC EQUIPMENT F 267-9604000 PA 110520 Card#2282 | 1,972.68 |
| 11/06/2020 | Expense | WASTE | Dump & Waste Management | WASTE MANAGEMENT INTERNET 90490 WASTE MANAGEMENT INTERNET 9049038216 S LIVINGSTON JAMES | 166.73 |
| 11/06/2020 | Expense | Payroll | Wages (Hourly) - Regular Pay | 190AWWV LIVINGS PAYROLL 190AWWV 190AWWV LIVINGS PAYROLL 190AWWV 1582663830 LIVINGSCAPES | 3,084.92 |

| Date | Type | Name | Category | Description | Amount |
|---|---|---|---|---|---|
| 11/06/2020 | Expense | Payroll | Wages (Hourly) - Regular Pay | 190AWWV LIVINGS PAYROLL 190AWWV 190AWWV LIVINGS PAYROLL 190AWWV 1582663830 LIVINGSCAPES | 1,565.05 |
| 11/04/2020 | Expense | 440 Terry | Office Expenses | 440 Terry Ave N AMZN Mktp US*28 440 Terry Ave N AMZN Mktp US*28 Amzn.combill WA 110420 Card#2282 | 49.16 |
| 11/04/2020 | Expense | One | Cell Phone | One Apple Park Way APPLE.COMBIL One Apple Park Way APPLE.COMBILL 866-712-7753 CA 110320 Card#2282 | 0.99 |
| 11/03/2020 | Expense | 624 HILLSBORO | Meals - Officers Only | 624 HILLSBORO BLVD. SONIC DRIVE 624 HILLSBORO BLVD. SONIC DRIVE IN MANCHESTER TN 110220 Card#2282 | 16.66 |
| 11/03/2020 | Expense | AUTOZONE | Repairs & Maintenance | AUTOZONE 7621 HWY 70 NASHVILLE AUTOZONE 7621 HWY 70 NASHVILLE TN 110320 110309029059 Card#2282 | 59.83 |
| 11/03/2020 | Expense | PENN | General Liability Insurance | PENN NATIONAL IN RECUR PMTS 800 PENN NATIONAL IN RECUR PMTS 8000271667 C230961349 LIVINGSTON JAMES | 115.50 |
| 11/02/2020 | Expense | ATT | Cell Phone | 600 NORTH POINT PKW AT&T*BILL P 600 NORTH POINT PKW AT&T*BILL PAYME 8003310500 GA 103120 Card#2282 | 257.17 |
| 11/02/2020 | Expense | 440 Terry | Tools | 440 Terry Ave N Amazon.com*285V 440 Terry Ave N Amazon.com*285V Amzn.combill WA 110120 Card#2282 | 27.31 |
| 11/02/2020 | Expense | O'REILLY | Repairs & Maintenance | O'REILLY AUTO P NASHVILLE TN 11 O'REILLY AUTO P NASHVILLE TN 110220 030744546493 Card#2282 | 90.15 |

| Date | Type | Name | Category | Description | Amount |
|------|------|------|----------|-------------|--------|
| 11/02/2020 | Expense | CIRCLE | Fuel | CIRCLE K # 3713 MANCHESTER TN 1 CIRCLE K # 3713 MANCHESTER TN 110120 030627884282 Card#2282 | 32.20 |
| 11/02/2020 | Expense | 13565 Horseshoe | Office Expenses | 13565 Horseshoe Cir LEGENDARY W 13565 Horseshoe Cir LEGENDARY WALL 7205802507 CO 103120 Card#2282 | 264.99 |

| Date | Transaction Type | Due Date | Property | Open Balance |
|------|------|------|------|------|
| 12/06/2020 | Invoice | 12/21/2020 | A-M | 80.00 |
| | | | | **$ 80.00** |
| 12/06/2020 | Invoice | 12/21/2020 | A-M | 50.00 |
| | | | | **$ 50.00** |
| 12/06/2020 | Invoice | 12/21/2020 | A-M | 745.00 |
| | | | | **$ 745.00** |
| 08/02/2020 | Invoice | 08/17/2020 | A-M | 495.00 |
| 12/07/2020 | Invoice | 12/22/2020 | | 345.00 |
| | | | | **$ 840.00** |
| 11/18/2020 | Invoice | 12/03/2020 | A-M | 570.00 |
| | | | | **$ 570.00** |
| 12/06/2020 | Invoice | 12/21/2020 | A-M | 405.00 |
| | | | | **$ 405.00** |
| 12/06/2020 | Invoice | 12/21/2020 | A-M | 1,095.00 |
| | | | | **$ 1,095.00** |
| 12/06/2020 | Invoice | 12/21/2020 | A-M | 315.00 |
| | | | | **$ 315.00** |
| 11/07/2020 | Invoice | 11/22/2020 | A-M | 525.00 |
| | | | | **$ 525.00** |
| 11/07/2020 | Invoice | 11/22/2020 | A-M | 380.00 |
| 12/06/2020 | Invoice | 12/21/2020 | | 1,040.00 |
| | | | | **$ 1,420.00** |
| 11/21/2020 | Invoice | 12/06/2020 | A-M | 1,010.00 |
| | | | | **$ 1,010.00** |
| 12/06/2020 | Invoice | 12/21/2020 | A-M | 1,060.00 |
| | | | | **$ 1,060.00** |
| 11/08/2020 | Invoice | 11/23/2020 | A-M | 398.00 |
| 11/18/2020 | Invoice | 12/03/2020 | | 2,173.50 |
| 12/06/2020 | Invoice | 12/21/2020 | | 895.00 |
| | | | | **$ 3,466.50** |

| | | | | | |
|---|---|---|---|---|---|
| 11/08/2020 | Invoice | 12/08/2020 | A-M | | 528.00 |
| | | | | $ | **528.00** |
| | | | | | |
| 08/01/2020 | Invoice | 08/16/2020 | A-M | | 1,737.50 |
| | | | | $ | **1,737.50** |
| | | | | | |
| 12/06/2020 | Invoice | 12/21/2020 | A-M | | 1,085.00 |
| | | | | $ | **1,085.00** |
| | | | | | |
| 12/06/2020 | Invoice | 12/21/2020 | A-M | | 1,078.75 |
| | | | | $ | **1,078.75** |
| | | | | | |
| 12/06/2020 | Invoice | 12/21/2020 | A-M | | 100.00 |
| | | | | $ | **100.00** |
| | | | | | |
| 12/06/2020 | Invoice | 12/21/2020 | A-M | | 325.00 |
| | | | | $ | **325.00** |
| | | | | | |
| 12/06/2020 | Invoice | 12/21/2020 | A-M | | 846.25 |
| | | | | $ | **846.25** |
| | | | | | |
| 06/07/2020 | Invoice | 06/07/2020 | A-M | | 2,097.00 |
| | | | | $ | **2,097.00** |
| | | | | | |
| 12/06/2020 | Invoice | 12/21/2020 | A-M | | 345.00 |
| | | | | $ | **345.00** |
| | | | | | |
| 11/08/2020 | Invoice | 11/23/2020 | A-M | | 717.50 |
| 12/09/2020 | Invoice | 12/24/2020 | | | 872.50 |
| | | | | $ | **1,590.00** |
| | | | | | |
| 11/08/2020 | Invoice | 11/23/2020 | A-M | | 280.00 |
| 12/09/2020 | Invoice | 12/24/2020 | | | 280.00 |
| | | | | $ | **560.00** |
| | | | | | |
| 08/02/2020 | Invoice | 08/17/2020 | A-M | | 80.00 |
| 08/24/2020 | Invoice | 09/08/2020 | | | 160.00 |
| 09/27/2020 | Invoice | 10/12/2020 | | | 644.50 |
| 11/08/2020 | Invoice | 11/23/2020 | | | 200.00 |
| 12/09/2020 | Invoice | 12/24/2020 | | | 80.00 |
| | | | | $ | **1,164.50** |
| | | | | | |
| 08/24/2020 | Invoice | 09/08/2020 | A-M | | 160.00 |
| 09/27/2020 | Invoice | 10/12/2020 | | | 265.00 |
| | | | | $ | **425.00** |

| | | | | | |
|---|---|---|---|---|---:|
| 12/09/2020 | Invoice | 12/24/2020 | A-M | | 6,550.00 |
| | | | | **$** | **6,550.00** |
| 12/09/2020 | Invoice | 12/24/2020 | A-M | | 510.00 |
| | | | | **$** | **510.00** |
| 12/09/2020 | Invoice | 12/24/2020 | A-M | | 1,110.00 |
| | | | | **$** | **1,110.00** |
| 11/23/2020 | Invoice | 12/23/2020 | A-M | | 1,430.00 |
| | | | | **$** | **1,430.00** |
| 12/09/2020 | Invoice | 12/24/2020 | A-M | | 721.25 |
| | | | | **$** | **721.25** |
| 11/08/2020 | Invoice | 11/23/2020 | A-M | | 263.00 |
| 12/09/2020 | Invoice | 12/24/2020 | | | 343.00 |
| | | | | **$** | **606.00** |
| 08/12/2020 | Payment | 08/12/2020 | A-M | | -9.00 |
| 12/09/2020 | Invoice | 12/24/2020 | | | 1,900.00 |
| | | | | **$** | **1,891.00** |
| 12/06/2020 | Invoice | 12/21/2020 | A-M | | 342.00 |
| | | | | **$** | **342.00** |
| 09/27/2020 | Invoice | 10/12/2020 | A-M | | 405.50 |
| 12/10/2020 | Invoice | 12/25/2020 | | | 135.00 |
| | | | | **$** | **540.50** |
| 09/27/2020 | Invoice | 10/12/2020 | A-M | | 290.00 |
| 11/08/2020 | Invoice | 11/23/2020 | | | 416.00 |
| 12/09/2020 | Invoice | 12/24/2020 | | | 360.00 |
| | | | | **$** | **1,066.00** |
| 08/20/2020 | Payment | 08/20/2020 | A-M | | -433.61 |
| | | | | **-$** | **433.61** |
| 04/08/2019 | Invoice | 04/23/2019 | A-M | | 379.00 |
| 12/16/2019 | Invoice | 12/31/2019 | | | 80.00 |
| 06/14/2020 | Invoice | 06/29/2020 | | | 40.00 |
| | | | | **$** | **499.00** |
| 12/09/2020 | Invoice | 12/24/2020 | A-M | | 645.00 |
| | | | | **$** | **645.00** |
| 12/09/2020 | Invoice | 12/24/2020 | A-M | | 1,775.00 |

| | | | | | |
|---|---|---|---|---|---:|
| | | | | | $ **1,775.00** |
| 09/27/2020 | Invoice | 10/12/2020 | A-M | | 325.00 |
| | | | | | $ **325.00** |
| 12/09/2020 | Invoice | 12/24/2020 | A-M | | 1,720.00 |
| | | | | | $ **1,720.00** |
| 11/08/2020 | Invoice | 11/23/2020 | A-M | | 520.00 |
| 12/09/2020 | Invoice | 12/24/2020 | | | 945.00 |
| | | | | | $ **1,465.00** |
| 08/02/2020 | Invoice | 08/17/2020 | A-M | | 438.75 |
| 12/09/2020 | Invoice | 12/24/2020 | | | 508.75 |
| | | | | | $ **947.50** |
| 12/09/2020 | Invoice | 12/24/2020 | A-M | | 2,045.00 |
| | | | | | $ **2,045.00** |
| 12/09/2020 | Invoice | 12/24/2020 | A-M | | 465.00 |
| | | | | | $ **465.00** |
| 12/09/2020 | Invoice | 12/24/2020 | A-M | | 1,535.00 |
| | | | | | $ **1,535.00** |
| 11/08/2020 | Invoice | 11/23/2020 | A-M | | 378.50 |
| 12/09/2020 | Invoice | 12/24/2020 | | | 175.00 |
| | | | | | $ **553.50** |
| 06/14/2020 | Invoice | 06/29/2020 | A-M | | 305.00 |
| | | | | | $ **305.00** |
| 12/09/2020 | Invoice | 12/24/2020 | A-M | | 1,145.00 |
| | | | | | $ **1,145.00** |
| 09/27/2020 | Invoice | 10/12/2020 | A-M | | 140.00 |
| 11/08/2020 | Invoice | 11/23/2020 | | | 140.00 |
| 12/09/2020 | Invoice | 12/24/2020 | | | 140.00 |
| | | | | | $ **420.00** |
| | | | | | $ **51,641.64** |

**Pinnacle**℠

150 Third Avenue South
Suite 900
Nashville, TN 37201

www.pnfp.com
Phone 800-264-3613

Account
Livingscapes LLC
XXXXXXXX2655

RETURN SERVICE REQUESTED

Livingscapes LLC
Debtor In Possession
148 Stonecrest Drive
Nashville, TN 37209-5236

# Statement of Account

Horizon 75

| | Summary | |
|---|---|---|
| Balance 11/02/20 $ 6,148.10 | Credits | +$52,738.00 |
| | Interest | +$.00 |
| Balance 11/30/20 $ 22,575.91 | Debits | - $36,310.19 |



## Credit Transactions

### Deposits

| | | |
|---|---|---|
| 11/06 | OLB Transfer from *236 to *655 Transfer | 8,600.00 |
| 11/16 | OLB Transfer from *236 to *655 Transfer | 6,000.00 |
| 11/16 | Reverse NSF Item Charge | 38.00 |
| 11/20 | OLB Transfer from *236 to *655 Transfer | 9,800.00 |
| 11/24 | OLB Transfer from *236 to *655 Transfer | 3,800.00 |
| 11/25 | OLB Transfer from *236 to *655 Transfer | 24,500.00 |
| **Total Credits** | | $52,738.00 |

## Debit Transactions

### Other Debits

| | | |
|---|---|---|
| 11/06 | 0190AWWV LIVINGS  PAYROLL 0190AWWV 1582663830 LIVINGSCAPES | 79.50 |
| 11/06 | 0190AWWV LIVINGS  PAYROLL 0190AWWV 1582663830 LIVINGSCAPES | 1,565.05 |

### Update on Account Closure Process

We recently updated our depositor agreement to ensure that we keep accounts in good standing. Effective 30 days from now, if you make a revision to your account but do not provide completed documentation (i.e., signature card, resolution, identification documents, etc.) within 30 days, we will close your account. In addition, we reserve the right to close an account at any time, for any reason or for no reason, without providing prior written notice. If we close the account, we will notify you in writing and send a check, if any, to any address on our records for you. We may deliver the remaining balance in any business or organization account to any authorized representative listed on our records. Please read the full updated "Closure of Accounts" section of our Depositor Agreement at PNFP.com/DepositorUpdate for more information.

EQUAL HOUSING LENDER  Member FDIC

Case 3:20-bk-03561  Doc 26  Filed 12/15/20  Entered 12/15/20 21:21:57  Desc Main
Document  Page 19 of 33



## ELECTRONIC TRANSFER ERROR RESOLUTION

This Electronic Transfer Error Resolution only applies to accounts held for personal, family or household purposes and is therefore not applicable to business, trust accounts, or any such account held for non-personal purposes.

In case of errors or questions about your electronic transfers, call or write us at the telephone number or address listed at the end of this disclosure, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt.

- Tell us your name and account number (if any).

- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

- Tell us the dollar amount of the suspected error.

We must hear from you no later than 60 days after we send the FIRST statement on which the problem or error appeared.

We will provide provisional credit for the amount that you think is in error within 10 business days of your complaint and begin an investigation of the transaction(s). In most cases, we will disclose the results of the investigation within 10 business days of your complaint and correct any error promptly. If we need more time to investigate the complaint, we may take up to 45 days (90 days if the transfer involved a point-of-sale transaction or a foreign initiated transfer) to complete our investigation. However, you will have use of the funds in question during our investigation.

**Pinnacle Bank**
150 3rd Avenue South, Suite 900
Nashville, TN 37201
(800) 264-3613

| 11/06 | 0190AWWV LIVINGS PAYROLL 0190AWWV | 1582663830 LIVINGSCAPES | 3,084.92 |
| 11/13 | 0190AWWV LIVINGS PAYROLL 0190AWWV | 1582663830 LIVINGSCAPES | 81.00 |
| 11/13 | 0190AWWV LIVINGS PAYROLL 0190AWWV | 1582663830 LIVINGSCAPES | 1,611.16 |
| 11/13 | NSF Fee | | 38.00 |
| 11/13 | Overdraft Item Fee | | 38.00 |
| 11/16 | 0190AWWV LIVINGS PAYROLL 0190AWWV | 1582663830 LIVINGSCAPES | 3,052.92 |
| 11/20 | 0190AWWV LIVINGS PAYROLL 0190AWWV | 1582663830 LIVINGSCAPES | 79.50 |
| 11/20 | 0190AWWV LIVINGS PAYROLL 0190AWWV | 1582663830 LIVINGSCAPES | 1,917.67 |
| 11/20 | 0190AWWV LIVINGS PAYROLL 0190AWWV | 1582663830 LIVINGSCAPES | 3,167.90 |
| 11/27 | 0190AWWV LIVINGS PAYROLL 0190AWWV | 1582663830 LIVINGSCAPES | 81.00 |
| 11/27 | 0190AWWV LIVINGS PAYROLL 0190AWWV | 1582663830 LIVINGSCAPES | 1,660.14 |
| 11/27 | 0190AWWV LIVINGS PAYROLL 0190AWWV | 1582663830 LIVINGSCAPES | 2,788.97 |

### Checks

| 11/06 | Check 20076 | 748.77 |
| 11/02 | Check 20077 | 759.10 |
| 11/02 | Check 20078 | 838.08 |
| 11/04 | Check 20079 | 711.00 |
| 11/04 | Check 20080 | 690.09 |
| 11/09 | Check 20081 | 759.10 |
| 11/06 | Check 20082 | 690.20 |
| 11/09 | Check 20083 | 582.04 |
| 11/09 | Check 20084 | 396.09 |
| 11/10 | Check 20085 | 575.45 |
| 11/10 | Check 20086 | 567.09 |
| 11/09 | Check 20087 | 713.97 |
| 11/13 | Check 20088 | 533.32 |
| 11/16 | Check 20089 | 374.01 |
| 11/16 | Check 20090 | 780.64 |
| 11/17 | Check 20092* | 738.68 |
| 11/17 | Check 20093 | 716.78 |
| 11/23 | Check 20094 | 554.54 |
| 11/20 | Check 20095 | 846.25 |
| 11/23 | Check 20096 | 767.13 |
| 11/23 | Check 20097 | 618.74 |
| 11/24 | Check 20098 | 814.07 |
| 11/24 | Check 20099 | 789.50 |
| 11/23 | Check 20100 | 745.64 |
| 11/30 | Check 20101 | 754.18 |
| **Total Debits** | | **$36,310.19** |

(*) Indicates gap in check number sequenece

| Average Balance This Statement | $6,803.88 | Annual Percentage Yield Earned | .00% |
| Interest Earned This Period | $.00 | Days in Period | 29 |
| Interest Paid Year to Date | $.00 | Interest Paid | $.00 |

## ITEMIZATION OF OVERDRAFT AND RETURNED ITEM FEES

|  | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft and Bounce Protection PD Item Fees | $ 38.00 | $ 38.00 |
| Total NSF Item Fees | $ .00 | $ 76.00 |

## DAILY BALANCE INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| 11/02 | 4,550.92 | 11/13 | 313.83- | 11/24 | 3,360.20 |
| 11/04 | 3,149.83 | 11/16 | 1,516.60 | 11/25 | 27,860.20 |
| 11/06 | 5,581.39 | 11/17 | 61.14 | 11/27 | 23,330.09 |
| 11/09 | 3,130.19 | 11/20 | 3,849.82 | 11/30 | 22,575.91 |
| 11/10 | 1,987.65 | 11/23 | 1,163.77 | | |

Account Number: XXXXXXXX2655



| #20076 | 11/06/2020 | $748.77 |
|---|---|---|

| #20077 | 11/02/2020 | $759.10 |
|---|---|---|




| #20078 | 11/02/2020 | $838.08 |
|---|---|---|

| #20079 | 11/04/2020 | $711.00 |
|---|---|---|




| #20080 | 11/04/2020 | $690.09 |
|---|---|---|

| #20081 | 11/09/2020 | $759.10 |
|---|---|---|




| #20082 | 11/06/2020 | $690.20 |
|---|---|---|

| #20083 | 11/09/2020 | $582.04 |
|---|---|---|




| #20084 | 11/09/2020 | $396.09 |
|---|---|---|

| #20085 | 11/10/2020 | $575.45 |
|---|---|---|




| #20086 | 11/10/2020 | $567.09 |
|---|---|---|

| #20087 | 11/09/2020 | $713.97 |
|---|---|---|





#20088      11/13/2020      $533.32      #20089      11/16/2020      $374.01



#20090      11/16/2020      $780.64      #20092      11/17/2020      $738.68





#20093      11/17/2020      $716.78      #20094      11/23/2020      $554.54





#20095      11/20/2020      $846.25      #20096      11/23/2020      $767.13





#20097      11/23/2020      $618.74      #20098      11/24/2020      $814.07





#20099      11/24/2020      $789.50      #20100      11/23/2020      $745.64

#20101        11/30/2020        $754.18

# Livingscapes Inc

## PROFIT AND LOSS

### November 2020

| | TOTAL |
|---|---:|
| Income | |
| 41000 Sales of Product Income | 18,680.17 |
| 42000 Services | 56,220.43 |
| **Total Income** | **$74,900.60** |
| GROSS PROFIT | **$74,900.60** |
| Expenses | |
| 60200 Bank Charges & Fees | 186.42 |
| 61100 Insurance | 262.75 |
| 61110 General Liability Insurance | 1,665.47 |
| **Total 61100 Insurance** | **1,928.22** |
| 61400 Meals & Entertainment | |
| 61410 Meals - With Clients | 143.12 |
| 61420 Meals - Officers Only | 27.34 |
| 61430 Meals - Employees (Meetings) | 53.90 |
| **Total 61400 Meals & Entertainment** | **224.36** |
| 61600 Office Expenses | 314.15 |
| 61700 Office Supplies & Software | 360.00 |
| 62000 Legal & Professional Services | |
| 62010 Accounting & Administrative | 350.00 |
| **Total 62000 Legal & Professional Services** | **350.00** |
| 62200 Rent & Lease (Buildings) | 410.93 |
| 62400 Repairs & Maintenance | 178.98 |
| 62500 Materials & Supplies | 7,715.86 |
| 62600 Telephone & Internet | |
| 62620 Cell Phone | 359.81 |
| **Total 62600 Telephone & Internet** | **359.81** |
| 62700 Tools | -5.45 |
| 63100 Utilities | 518.90 |
| 63210 Salaries & Wages | |
| 63221 Wages (Hourly) - Regular Pay | 36,843.67 |
| **Total 63210 Salaries & Wages** | **36,843.67** |
| 67010 Dump & Waste Management | 166.73 |
| 67030 Uniforms | 45.11 |
| 67300 Fuel | 100.60 |
| 69000 Uncategorized Expense | 9.08 |
| **Total Expenses** | **$49,707.37** |
| NET OPERATING INCOME | **$25,193.23** |
| NET INCOME | **$25,193.23** |

**Pinnacle**

150 Third Avenue South
Suite 900
Nashville, TN 37201

www.pnfp.com
Phone 800-264-3613

RETURN SERVICE REQUESTED

Account
Livingscapes LLC
XXXXXXX1236

Livingscapes LLC
Debtor In Possession
148 Stonecrest Drive
Nashville, TN 37209-5236

## Statement of Account

Horizon 75

| Balance 11/02/20 | Summary | | |
|---|---|---|---|
| $ 54,460.99 | | |  |
| | Credits | +$74,881.36 | |
| Balance 11/30/20 | Interest | +$.00 | |
| $ 60,401.73 | Debits | - $68,940.62 | |

### Credit Transactions

Deposits

| 11/02 | 440 TERRY AVE N AMZN MKTP US AM AMZN.COM/BILL WA 103020 Card#2282 | 32.76 |
|---|---|---|
| 11/09 | INTUIT PYMT SOLN DEPOSIT 524771992494446 9215986202 LIVINGSCAPES INC | 200.00 |
| 11/10 | INTUIT PYMT SOLN DEPOSIT 524771992494446 9215986202 LIVINGSCAPES INC | 5,527.75 |
| 11/12 | INTUIT PYMT SOLN DEPOSIT 524771992494446 9215986202 LIVINGSCAPES INC | 962.50 |
| 11/12 | INTUIT PYMT SOLN DEPOSIT 524771992494446 9215986202 LIVINGSCAPES INC | 2,400.00 |
| 11/13 | INTUIT PYMT SOLN DEPOSIT 524771992494446 9215986202 LIVINGSCAPES INC | 390.50 |
| 11/16 | INTUIT PYMT SOLN DEPOSIT 524771992494446 9215986202 LIVINGSCAPES INC | 495.00 |
| 11/16 | INTUIT PYMT SOLN DEPOSIT 524771992494446 9215986202 LIVINGSCAPES INC | 1,065.00 |
| 11/18 | INTUIT PYMT SOLN DEPOSIT 524771992494446 9215986202 LIVINGSCAPES INC | 360.00 |
| 11/18 | Regular Deposit | 10,600.25 |

### Update on Account Closure Process

We recently updated our depositor agreement to ensure that we keep accounts in good standing. Effective 30 days from now, if you make a revision to your account but do not provide completed documentation (i.e., signature card, resolution, identification documents, etc.) within 30 days, we will close your account. In addition, we reserve the right to close an account at any time, for any reason or for no reason, without providing prior written notice. If we close the account, we will notify you in writing and send a check, if any, to any address on our records for you. We may deliver the remaining balance in any business or organization account to any authorized representative listed on our records. Please read the full updated "Closure of Accounts" section of our Depositor Agreement at PNFP.com/DepositorUpdate for more information.

Member FDIC
EQUAL HOUSING LENDER



## ELECTRONIC TRANSFER ERROR RESOLUTION

This Electronic Transfer Error Resolution only applies to accounts held for personal, family or household purposes and is therefore not applicable to business, trust accounts, or any such account held for non-personal purposes.

In case of errors or questions about your electronic transfers, call or write us at the telephone number or address listed at the end of this disclosure, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt.

- Tell us your name and account number (if any).

- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

- Tell us the dollar amount of the suspected error.

We must hear from you no later than 60 days after we send the FIRST statement on which the problem or error appeared.

We will provide provisional credit for the amount that you think is in error within 10 business days of your complaint and begin an investigation of the transaction(s).  In most cases, we will disclose the results of the investigation within 10 business days of your complaint and correct any error promptly.  If we need more time to investigate the complaint, we may take up to 45 days (90 days if the transfer involved a point-of-sale transaction or a foreign initiated transfer) to complete our investigation.  However, you will have use of the funds in question during our investigation.

**Pinnacle Bank**
150 3rd Avenue South, Suite 900
Nashville, TN 37201
(800) 264-3613

| 11/19 | INTUIT PYMT SOLN  DEPOSIT 524771992494446  9215986202 LIVINGSCAPES INC | 353.00 |
| 11/20 | INTUIT PYMT SOLN  DEPOSIT 524771992494446  9215986202 LIVINGSCAPES INC | 425.00 |
| 11/23 | INTUIT PYMT SOLN  DEPOSIT 524771992494446  9215986202 LIVINGSCAPES INC | 975.00 |
| 11/24 | Regular Deposit | 50,804.60 |
| 11/27 | INTUIT PYMT SOLN  DEPOSIT 524771992494446  9215986202 LIVINGSCAPES INC | 290.00 |
| **Total Credits** | | **$74,881.36** |

## Debit Transactions

### Other Debits

| 11/02 | 440 Terry Ave N Amazon.com*285V Amzn.com/bill WA 110120  Card#2282 | 27.31 |
| 11/02 | CIRCLE K # 3713 MANCHESTER TN 110120 030627884282 Card#2282 | 32.20 |
| 11/02 | O'REILLY AUTO P NASHVILLE TN 110220 030744546493 Card#2282 | 90.15 |
| 11/02 | 600 NORTH POINT PKW AT&T*BILL PAYME 8003310500 GA 103120  Card#2282 | 257.17 |
| 11/02 | 13565 Horseshoe Cir LEGENDARY WALL 7205802507 CO 103120  Card#2282 | 264.99 |
| 11/03 | 624 HILLSBORO BLVD. SONIC DRIVE IN MANCHESTER TN 110220  Card#2282 | 16.66 |
| 11/03 | AUTOZONE  7621 HWY 70 NASHVILLE TN 110320 110309029059 Card#2282 | 59.83 |
| 11/03 | PENN NATIONAL IN  RECUR PMTS 8000271667     C230961349 LIVINGSTON JAMES | 115.50 |
| 11/04 | One Apple Park Way APPLE.COM/BILL 866-712-7753 CA 110320  Card#2282 | .99 |
| 11/04 | 440 Terry Ave N AMZN Mktp US*28 Amzn.com/bill WA 110420  Card#2282 | 49.16 |
| 11/06 | 655 BUSINESS CENTER PNC EQUIPMENT F 267-9604000 PA 110520  Card#2282 | 1,972.68 |
| 11/06 | OLB Transfer from *236 to *655 Transfer | 8,600.00 |
| 11/06 | WASTE MANAGEMENT  INTERNET 9049038216   S LIVINGSTON JAMES | 166.73 |
| 11/09 | 612 OLD HICKORY BLV CAR WASH PLACE NASHVILLE TN 110820 Card#2282 | 9.00 |
| 11/09 | BP#8774606MAPCO NASHVILLE TN 110720 031286678342 Card#2282 | 14.17 |
| 11/09 | BP#6631451ROCK LEWISBURG TN 110720 031342085962 Card#2282 | 20.14 |
| 11/09 | 1451 E MAIN ST MR BABY BACK RE BROWNSVILLE TN 110320  Card#2282 | 36.37 |
| 11/09 | 5405 HARDING ROAD SPORTSMAN'S GRI NASHVILLE TN 110820  Card#2282 | 45.11 |
| 11/09 | 4225 ASHLAND CITY HW NASHVILLE NURSE 615-2443478 TN 110620  Card#2282 | 49.16 |
| 11/09 | 501 GALLATIN AVE. PORTER ROAD NASHVILLE TN 110720  Card#2282 | 53.90 |
| 11/09 | 7362 NOLENSVILLE RD NATURES BEST NU NOLENSVILLE TN 110720  Card#2282 | 814.00 |
| 11/09 | INTUIT PYMT SOLN  TRAN FEE 524771992494446  9215986202 LIVINGSCAPES INC | 2.00 |
| 11/10 | 5304 HARDING PIKE HART ACE HDWE NASHVILLE TN 110920  Card#2282 | 27.82 |
| 11/10 | 3000 WEST END AVE BRICKTOP'S NASH NASHVILLE TN 110920  Card#2282 | 78.37 |
| 11/10 | INTUIT PYMT SOLN  TRAN FEE 524771992494446  9215986202 LIVINGSCAPES INC | 77.40 |
| 11/12 | 600 OLD HICKORY BLV DICKENS TURF AN NASHVILLE TN 110920  Card#2282 | 26.22 |
| 11/12 | INTUIT PYMT SOLN  TRAN FEE 524771992494446  9215986202 LIVINGSCAPES INC | 9.63 |
| 11/12 | INTUIT PYMT SOLN  TRAN FEE 524771992494446  9215986202 LIVINGSCAPES INC | 10.00 |
| 11/13 | 4225 ASHLAND CITY HW NASHVILLE NURSE 615-2443478 TN 111220  Card#2282 | 221.23 |
| 11/13 | 845 Bell Rd SQ *GLB FINANCI gosq.com TN 111220  Card#2282 | 350.00 |
| 11/13 | INTUIT PYMT SOLN  TRAN FEE 524771992494446  9215986202 LIVINGSCAPES INC | 3.91 |
| 11/13 | MOBILE MINI     8004561751 1860748362 JAMES LIVINGSTON | 113.84 |
| 11/16 | 699A OLD HICKORY BL MESTIZOS MEXICA NASHVILLE TN 111220  Card#2282 | 28.38 |
| 11/16 | 628 OLD HICKORY BLV IN *STONETREE M 615-6462208 TN 111320  Card#2282 | 122.50 |

| 11/16 | OLB Transfer from *236 to *655 Transfer | 6,000.00 |
|---|---|---|
| 11/16 | INTUIT PYMT SOLN TRAN FEE 524771992494446 9215986202 LIVINGSCAPES INC | 4.95 |
| 11/16 | INTUIT PYMT SOLN TRAN FEE 524771992494446 9215986202 LIVINGSCAPES INC | 10.00 |
| 11/17 | SHELL SERVICE S FRANKLIN TN 111720 032243818031 Card#2282 | 20.00 |
| 11/17 | 11315 Williamson Ro GO ILAWN SOFTWA 8002706782 OH 111620 Card#2282 | 60.00 |
| 11/17 | 11315 Williamson Ro GO ILAWN SUBSCR 8002706782 OH 111620 Card#2282 | 300.00 |
| 11/17 | MOBILE MINI 8004561751 1860748362 JAMES LIVINGSTON | 153.67 |
| 11/18 | 211 S Akard Room 1210 AT&T *PAYMENT 800-288-2020 TX 111720 Card#2282 | 101.65 |
| 11/18 | INTUIT PYMT SOLN TRAN FEE 524771992494446 9215986202 LIVINGSCAPES INC | 3.60 |
| 11/19 | 556 S. Fair Oaks Ave SPK*SPOKEO SEAR 800-6994264 CA 111720 Card#2282 | 8.85 |
| 11/19 | 556 S. Fair Oaks Ave SPK*SPOKEO SEAR 800-6994264 CA 111720 Card#2282 | 14.85 |
| 11/19 | INTUIT PYMT SOLN TRAN FEE 524771992494446 9215986202 LIVINGSCAPES INC | 3.53 |
| 11/19 | MOBILE MINI 8004561751 1860748362 JAMES LIVINGSTON | 143.42 |
| 11/20 | OLB Transfer from *236 to *655 Transfer | 9,800.00 |
| 11/20 | INTUIT PYMT SOLN TRAN FEE 524771992494446 9215986202 LIVINGSCAPES INC | 4.25 |
| 11/23 | ATM Withdrawal 7102 CHARLOTTE PK NASHVILLE TN 112120 00006197 Card#2282 | 60.00 |
| 11/23 | THORNTONS #0608 - 7102 NASHVILLE TN 112120 112110176845 Card#2282 | 6.88 |
| 11/23 | MAPCO 3347 NASHVILLE TN 112320 008173 Card#2282 | 9.08 |
| 11/23 | 463 HIGHWAY 53 E CAPTAIN D'S 356 CALHOUN GA 112220 Card#2282 | 10.68 |
| 11/23 | INTUIT PYMT SOLN TRAN FEE 524771992494446 9215986202 LIVINGSCAPES INC | 9.75 |
| 11/23 | SAMARA FARMS LLC SALE 9215986202 S JAMES LIVINGSTON | 60.00 |
| 11/23 | SAMARA FARMS LLC SALE 9215986202 JAMES LIVINGSTON | 1,134.00 |
| 11/24 | PILOT #0413 NASHVILLE TN 112420 032999840369 Card#2282 | 7.21 |
| 11/24 | OLB Transfer from *236 to *655 Transfer | 3,800.00 |
| 11/24 | PENN NATIONAL IN RECUR PMTS 3100193796 C230961349 LIVINGSCAPES INC | 1,549.97 |
| 11/25 | 2961 KING RD HEATHER FARMS N 931-635-2826 TN 112420 Card#2282 | 138.50 |
| 11/25 | 897 S. Congress Blvd CENTER HILL NUR SMITHVILLE TN 112420 Card#2282 | 205.00 |
| 11/25 | 147 Bear Creek FARM BUREAU HEA 877-874-8323 TN 112420 Card#2282 | 262.75 |
| 11/25 | OLB Transfer from *236 to *655 Transfer | 24,500.00 |
| 11/27 | 5514 CHARLOTTE PIKE WEST AUTO NASHVILLE TN 112520 Card#2282 | 20.00 |
| 11/27 | 4474 CLEECES FERRY R IN *HOOPER FARM 615-2551777 TN 112520 Card#2282 | 70.00 |
| 11/27 | 1700 Third Ave N L2G*METRO WATER 615-862-4697 TN 112520 Card#2282 | 357.52 |
| 11/27 | 2974 B SIDCO DR COMMERCIAL LAWN NASHVILLE TN 112520 Card#2282 | 800.00 |
| 11/27 | INTUIT PYMT SOLN TRAN FEE 524771992494446 9215986202 LIVINGSCAPES INC | 2.90 |
| 11/27 | NES POWER UTILITY 0000007041 S JAMES LIVINGSTON | 161.38 |
| 11/30 | Service Charge | 6.50 |

## Checks

| 11/16 | Check 926 | 185.00 |
|---|---|---|
| 11/13 | Check 927 | 145.00 |
| 11/12 | Check 928 | 697.50 |
| 11/12 | Check 929 | 3,200.00 |
| 11/16 | Check 930 | 144.64 |
| 11/25 | Check 931 | 500.00 |
| 11/19 | Check 932 | 221.23 |

| | | | |
|---|---|---|---|
| 11/30 | Check 934* | | 279.84 |
| **Total Debits** | | | **$68,940.62** |

(*) Indicates gap in check number sequenece

| | | | |
|---|---|---|---|
| Average Balance This Statement | $50,808.35 | Annual Percentage Yield Earned | .00% |
| Interest Earned This Period | $.00 | Days in Period | 29 |
| Interest Paid Year to Date | $.00 | Interest Paid | $.00 |

## DAILY BALANCE INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| 11/02 | 53,821.93 | 11/12 | 46,759.84 | 11/20 | 42,284.09 |
| 11/03 | 53,629.94 | 11/13 | 46,316.36 | 11/23 | 41,968.70 |
| 11/04 | 53,579.79 | 11/16 | 41,380.89 | 11/24 | 87,416.12 |
| 11/06 | 42,840.38 | 11/17 | 40,847.22 | 11/25 | 61,809.87 |
| 11/09 | 41,996.53 | 11/18 | 51,702.22 | 11/27 | 60,688.07 |
| 11/10 | 47,340.69 | 11/19 | 51,663.34 | 11/30 | 60,401.73 |

Intentionally Left Blank





| #0 | 11/18/2020 | $10,600.25 | #0 | 11/24/2020 | $50,804.60 |





| #926 | 11/16/2020 | $185.00 | #927 | 11/13/2020 | $145.00 |





| #928 | 11/12/2020 | $697.50 | #929 | 11/12/2020 | $3,200.00 |





| #930 | 11/16/2020 | $144.64 | #931 | 11/25/2020 | $500.00 |





| #932 | 11/19/2020 | $221.23 | #934 | 11/30/2020 | $279.84 |