IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:

|  |  |  |
|---|---|---|
|  | } | Case No. 3:20-bk-03561 |
|  | } |  |
| LIVINGSCAPES, LLC | } | Chapter 11 |
|  | } |  |
| **Debtor(s)** | } |  |

## NOTICE OF AMENDMENT TO SCHEDULE A/B

**NOW COMES** the Debtor(s), through counsel, and hereby gives notice that Schedule A/B has been amended to add a retainer payment made to Colin Calhoun, remove the John Deere skid loader, add a lease interest, add insurance proceeds from an auto accident, update that an inventory is being conducted on misc. lawnmowers and weed eaters and remove the prior value of the truck that was totaled.

Respectfully submitted,

**LEFKOVITZ & LEFKOVITZ**

By: */s/ Steven L. Lefkovitz*
Steven L. Lefkovitz, No. 5953
Attorney for the Debtor(s)
618 Church St., #410
Nashville, TN 37219
(615) 256-8300    fax (615) 255-4516
slefkovitz@lefkovitz.com

## CERTIFICATE OF SERVICE

A copy of the foregoing has been sent to the U.S. Trustee, and all creditors and parties-in-interest to receive notice electronically via the Court's ECF filing system on December 18, 2020.

**/s/ Steven L. Lefkovitz**
Steven L. Lefkovitz