**Fill in this information to identify the case:**

Debtor Name  Livingscapes LLC

United States Bankruptcy Court for the: Middle District of Tennessee

Case number: 3:20bk-03561

☐ Check if this is an
amended filing

## Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11          12/17

Month: ____December____

Date report filed: 01/15/2021
MM / DD / YYYY

Line of business: ____Landscaping____

NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:          James Livingston

Original signature of responsible party  _James Livingston_

Printed name of responsible party  _James Livingston_

## ▮ 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  |  | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| | **If you answer _No_ to any of the questions in lines 1-9, attach an explanation and label it _Exhibit A_.** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer _Yes_ to any of the questions in lines 10-18, attach an explanation and label it _Exhibit B_.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

17. Have you paid any bills you owed before you filed bankruptcy?                    ☐  ☑  ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☐  ☑  ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ 84,765.00

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.

    $ 61,156.00

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.

    − $ 91,052.00

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + $ -29,896.00

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    = $ 54,869.00

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**                                                                $ 0.00

    *(Exhibit E)*

 **4. Money Owed to You**

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. Total receivables      $   36,099.25

    *(Exhibit F)*

**5. Employees**

26. What was the number of employees when the case was filed?      9

27. What is the number of employees as of the date of this monthly report?      10

**6. Professional Fees**

28. How much have you paid this month in professional fees related to this bankruptcy case?      $   0.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?      $   0.00

30. How much have you paid this month in other professional fees?      $   350.00

31. How much have you paid in total other professional fees since filing the case?      $   2,100.00

**7. Projections**

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
| | **Projected** | − | **Actual** | = | **Difference** |
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. Cash receipts | $ 37,287.00 | − | $ 61,156.00 | = | $ 23,869.00 |
| 33. Cash disbursements | $ 87,287.00 | − | $ 91,052.00 | = | $ 3,765.00 |
| 34. Net cash flow | $ −50,000.00 | − | $ 29,896.00 | = | $ 20,104.00 |

35. Total projected cash receipts for the next month:      $   36,099.25

36. Total projected cash disbursements for the next month:      − $   85,538.00

37. Total projected net cash flow for the next month:      = $   −49,438.75

##  8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39. Bank reconciliation reports for each account.

☑ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41. Budget, projection, or forecast reports.

☐ 42. Project, job costing, or work-in-progress reports.

# Livingscapes Inc

## PROFIT AND LOSS

### December 2020

| | TOTAL |
|---|---|
| **Income** | |
| 41000 Sales of Product Income | 10,048.68 |
| 42000 Services | 51,107.07 |
| **Total Income** | **$61,155.75** |
| **GROSS PROFIT** | **$61,155.75** |
| **Expenses** | |
| 60200 Bank Charges & Fees | 234.36 |
| 61100 Insurance | |
| 61110 General Liability Insurance | 1,667.47 |
| **Total 61100 Insurance** | **1,667.47** |
| 61400 Meals & Entertainment | |
| 61430 Meals - Employees (Meetings) | 41.56 |
| **Total 61400 Meals & Entertainment** | **41.56** |
| 61600 Office Expenses | 18.66 |
| 61700 Office Supplies & Software | 49.15 |
| 62000 Legal & Professional Services | |
| 62010 Accounting & Administrative | 350.00 |
| 62030 Attorneys & Legal Fees | 1,625.00 |
| **Total 62000 Legal & Professional Services** | **1,975.00** |
| 62200 Rent & Lease (Buildings) | 4,860.93 |
| 62300 Rent & Leased Equipment | 2,200.00 |
| 62400 Repairs & Maintenance | 297.49 |
| 62500 Materials & Supplies | 19,831.43 |
| 62600 Telephone & Internet | |
| 62620 Cell Phone | 502.03 |
| **Total 62600 Telephone & Internet** | **502.03** |
| 62700 Tools | 238.60 |
| 63000 Taxes Paid | |
| 63010 Local Taxes | 1,626.76 |
| **Total 63000 Taxes Paid** | **1,626.76** |
| 63100 Utilities | 49.36 |
| 63210 Salaries & Wages | |
| 63221 Wages (Hourly) - Regular Pay | 54,735.36 |
| **Total 63210 Salaries & Wages** | **54,735.36** |
| 67010 Dump & Waste Management | 161.52 |
| 67300 Fuel | 2,562.51 |
| **Total Expenses** | **$91,052.19** |
| **NET OPERATING INCOME** | **$ -29,896.44** |
| **Other Expenses** | |
| 67200 Reconciliation Discrepancies | -40.00 |
| **Total Other Expenses** | **$ -40.00** |
| **NET OTHER INCOME** | **$40.00** |
| **NET INCOME** | **$ -29,856.44** |

Case 3:20-bk-03561    Doc 29    Filed 01/19/21    Entered 01/19/21 14:29:51    Desc Main
Document        Page 5 of 41

## Livingscapes Exhibit C

| Date | Type | Total |
|------|------|-------|
| 12/24/2020 | Payment | 315.00 |
| 12/23/2020 | Payment | 175.00 |
| 12/23/2020 | Payment | 405.00 |
| 12/22/2020 | Payment | 100.00 |
| 12/22/2020 | Payment | 1,775.00 |
| 12/22/2020 | Payment | 1,590.00 |
| 12/22/2020 | Payment | 1,420.00 |
| 12/22/2020 | Payment | 846.25 |
| 12/22/2020 | Payment | 745.00 |
| 12/22/2020 | Payment | 510.00 |
| 12/22/2020 | Payment | 345.00 |
| 12/19/2020 | Payment | 645.00 |
| 12/16/2020 | Payment | 342.00 |
| 12/15/2020 | Payment | 1,900.00 |
| 12/15/2020 | Payment | 6,550.00 |
| 12/15/2020 | Payment | 1,085.00 |
| 12/15/2020 | Payment | 721.25 |
| 12/15/2020 | Payment | 520.00 |
| 12/15/2020 | Payment | 50.00 |
| 12/13/2020 | Payment | 670.00 |
| 12/12/2020 | Payment | 440.00 |
| 12/12/2020 | Payment | 1,885.00 |
| 12/11/2020 | Payment | 945.00 |
| 12/10/2020 | Payment | 100.00 |
| 12/10/2020 | Payment | 950.00 |
| 12/10/2020 | Payment | 902.00 |
| 12/10/2020 | Payment | 360.00 |
| 12/09/2020 | Payment | 195.00 |
| 12/09/2020 | Payment | 3,705.00 |
| 12/09/2020 | Payment | 2,413.75 |
| 12/09/2020 | Payment | 925.00 |
| 12/09/2020 | Payment | 330.00 |
| 12/08/2020 | Payment | 4,055.00 |
| 12/07/2020 | Payment | 455.00 |
| 12/07/2020 | Payment | 595.00 |
| 12/06/2020 | Payment | 1,679.60 |
| 12/04/2020 | Payment | 1,430.00 |
| 12/02/2020 | Payment | 438.75 |
| 12/02/2020 | Payment | 685.00 |
| 12/02/2020 | Payment | 180.00 |
| 12/02/2020 | Payment | 400.00 |
| 12/02/2020 | Payment | 425.00 |
| 12/02/2020 | Payment | 481.25 |
| 12/02/2020 | Payment | 655.00 |
| 12/02/2020 | Payment | 920.00 |
| 12/02/2020 | Payment | 1,100.00 |
| 12/02/2020 | Payment | 2,977.00 |
| 12/02/2020 | Payment | 10,819.00 |

## Livingscapes Exhibit D

| Date | Type | Payee | Category | Memo | Total |
|---|---|---|---|---|---|
| 12/31/2020 | Expense | | Bank Charges & Fees | Service Charge | 9.50 |
| 12/30/2020 | Check | | Bank Charges & Fees | NSF Fee | 38.00 |
| 12/30/2020 | Check | | Wages (Hourly) - Regular Pay | Check 20122 Check | 667.00 |
| 12/30/2020 | Check | | Wages (Hourly) - Regular Pay | Check 2007 Check | 616.60 |
| 12/30/2020 | Expense | Pilot | Fuel | #0413 NASHVILLE TN 123020 PILOT #0413 NASHVILLE TN 123020 036599846351 Card#2282 | 3.71 |
| 12/30/2020 | Expense | Penn | General Liability Insurance | NATIONAL IN RECUR PMTS 310 PENN NATIONAL IN RECUR PMTS 3100193796 C230961349 LIVINGSCA PES INC | 1,549.97 |
| 12/29/2020 | Check | | Wages (Hourly) - Regular Pay | Check 2017 Check | 300.00 |
| 12/29/2020 | Check | | Wages (Hourly) - Regular Pay | Check 2015 Check | 515.09 |
| 12/29/2020 | Check | | Wages (Hourly) - Regular Pay | Check 20125 Check | 428.50 |
| 12/29/2020 | Check | | Wages (Hourly) - Regular Pay | Check 2009 Check | 300.00 |
| 12/29/2020 | Expense | BP | Fuel | 6MAPCO NASHVILLE TN 12 BP#877460 6MAPCO NASHVILLE TN 122920 036486677574 Card#2282 | 30.01 |
| 12/28/2020 | Check | | Wages (Hourly) - Regular Pay | Check 2019 Check | 300.00 |
| 12/28/2020 | Check | | Wages (Hourly) - Regular Pay | Check 2018 Check | 561.49 |

| Date | Type | | Category | Memo | Amount |
|---|---|---|---|---|---|
| 12/28/2020 | Check | | Wages (Hourly) - Regular Pay | Check 20126 Check | 609.37 |
| 12/28/2020 | Check | | Wages (Hourly) - Regular Pay | Check 2006 Check | 300.00 |
| 12/28/2020 | Check | | Wages (Hourly) - Regular Pay | Check 2003 Check | 597.97 |
| 12/28/2020 | Expense | BP | Fuel | 6MAPCO NASHVILLE TN 12 BP#877460 6MAPCO NASHVILLE TN 122820 0363866731 64 Card#2282 | 15.28 |
| 12/25/2020 | Expense | QuickBooks Payments | Bank Charges & Fees | system. recorded fee for QuickBooks Payments. Fee-name: DiscountRat eFee, fee-type: Daily. | 3.15 |
| 12/24/2020 | Check | | Wages (Hourly) - Regular Pay | Check 2014 Check | 75.00 |
| 12/24/2020 | Check | | Wages (Hourly) - Regular Pay | Check 2013 Check | 492.78 |
| 12/24/2020 | Check | | Wages (Hourly) - Regular Pay | Check 2011 Check | 300.00 |
| 12/24/2020 | Check | | Wages (Hourly) - Regular Pay | Check 2010 Check | 536.68 |
| 12/24/2020 | Expense | | Wages (Hourly) - Regular Pay | LIVINGS PAYROLL 190AWWV 190AWWV LIVINGS PAYROLL 190AWWV 1582663830 LIVINGSCA PES | 94.50 |
| 12/24/2020 | Expense | | Wages (Hourly) - Regular Pay | LIVINGS PAYROLL 190AWWV 190AWWV LIVINGS PAYROLL 190AWWV 1582663830 LIVINGSCA PES | 1,060.34 |

| Date | Type | Name | Category | Description | Amount |
|---|---|---|---|---|---|
| 12/24/2020 | Expense | | Wages (Hourly) - Regular Pay | LIVINGS PAYROLL 190AWWV 190AWWV LIVINGS PAYROLL 190AWWV 1582663830 LIVINGSCA PES | 1,756.43 |
| 12/24/2020 | Expense | | Repairs & Maintenance | #247 NASHVILLE TN 122420 TAKE 5 #247 NASHVILLE TN 122420 007534 Card#2282 | 92.23 |
| 12/24/2020 | Expense | LOWE'S | Materials & Supplies | #629 7034 CHARL NASHVILL LOWE'S #629 7034 CHARL NASHVILLE TN 122420 036829 Card#2282 | 20.45 |
| 12/23/2020 | Check | | Wages (Hourly) - Regular Pay | Check 20124 Check | 453.23 |
| 12/23/2020 | Check | | Wages (Hourly) - Regular Pay | Check 20123 Check | 393.00 |
| 12/23/2020 | Expense | | Fuel | SERVICE S NASHVILLE TN 12 SHELL SERVICE S NASHVILLE TN 122220 0357087289 41 Card#2282 | 22.10 |
| 12/23/2020 | Expense | | Repairs & Maintenance | AUTO P NASHVILLE TN 12 O'REILLY AUTO P NASHVILLE TN 122220 0357445419 54 Card#2282 | 8.73 |
| 12/22/2020 | Check | | Wages (Hourly) - Regular Pay | Check 2002 Check | 300.00 |
| 12/22/2020 | Check | | Wages (Hourly) - Regular Pay | Check 2001 Check | 550.12 |

| Date | Type | Name | Category | Memo/Description | Amount |
|---|---|---|---|---|---|
| 12/22/2020 | Expense | | Office Supplies & Software | Ditmars Blvd 1 PADDLE.NE T* 3811 Ditmars Blvd 1 PADDLE.NE T* IMO ASTORIA NY 122120 Card#2282 | 43.69 |
| 12/22/2020 | Expense | Walmart | Office Expenses | Super C NASHVILLE TN 1 Wal-Mart Super C NASHVILLE TN 122120 001736 Card#2282 | 18.66 |
| 12/22/2020 | Expense | QuickBooks Payments | Bank Charges & Fees | recorded fee for QuickBooks Payments. Fee-name: DiscountRat eFee, fee-type: Daily. | 5.80 |
| 12/21/2020 | Check | | Wages (Hourly) - Regular Pay | Check 20121 Check | 601.06 |
| 12/21/2020 | Check | NATURE'S ELITE TREE | Materials & Supplies | Check 944 Check | 11,185.00 |
| 12/21/2020 | Expense | STONETRE E MULCH | Materials & Supplies | HICKORY BLV IN *STONETR 628 OLD HICKORY BLV IN *STONETR EE M 615-6462208 TN 121820 Card#2282 | 330.75 |
| 12/21/2020 | Expense | TENNESSE E CONTRACT ORS EQUIPMEN T | Tools | 600 51ST AVE N Tennessee Contr 600 51ST AVE N Tennessee Contr 615-292-2989 TN 121820 Card#2282 | 238.60 |

| Date | Type | Name | Account | Description | Amount |
|---|---|---|---|---|---|
| 12/21/2020 | Expense | Shell | Fuel | SERVICE S GALLATIN TN 121 SHELL SERVICE S GALLATIN TN 121920 0354838605 29 Card#2282 | 25.00 |
| 12/21/2020 | Expense | O'Reilly | Repairs & Maintenance | AUTO P NASHVILLE TN 12 O'REILLY AUTO P NASHVILLE TN 122020 0355445483 12 Card#2282 | 32.19 |
| 12/21/2020 | Expense | | Fuel | 18ATWALM BROWNSVI LLE TN MURPHY73 18ATWALM BROWNSVI LLE TN 121920 126506 Card#2282 | 53.31 |
| 12/20/2020 | Expense | QuickBooks Payments | Bank Charges & Fees | ...ystem... recorded fee for QuickBooks Payments. Fee-name: DiscountRat eFee, fee-type: Daily. | 6.45 |
| 12/18/2020 | Expense | | Wages (Hourly) - Regular Pay | LIVINGS PAYROLL 190AWWV 190AWWV LIVINGS PAYROLL 190AWWV 1582663830 LIVINGSCA PES | 79.50 |
| 12/18/2020 | Expense | | Wages (Hourly) - Regular Pay | LIVINGS PAYROLL 190AWWV 190AWWV LIVINGS PAYROLL 190AWWV 1582663830 LIVINGSCA PES | 1,256.68 |

| Date | Type | Name | Account | Memo/Description | Amount |
|---|---|---|---|---|---|
| 12/18/2020 | Expense | | Wages (Hourly) - Regular Pay | LIVINGS PAYROLL 190AWWV 190AWWV LIVINGS PAYROLL 190AWWV 1582663830 LIVINGSCA PES | 2,446.90 |
| 12/18/2020 | Expense | | Fuel | MARKET #15 FAIRVIEW TN 12 FLASH MARKET #15 FAIRVIEW TN 121820 953630 Card#2282 | 49.08 |
| 12/17/2020 | Expense | Mobile Mini | Rent & Lease (Buildings) | MINI 8004561751 18607483 MOBILE MINI 8004561751 1860748362 JAMES LIVINGSTO N | 143.42 |
| 12/16/2020 | Expense | DOMINO'S PIZZA | Meals - Employees (Meetings) | ABBOTT MARTIN RD DOMINO'S 2109 ABBOTT MARTIN RD DOMINO'S 5420 210-590-1437 TN 121520 Card#2282 | 41.56 |
| 12/16/2020 | Expense | GLB | Accounting & Administrati ve | 845 Bell Rd SQ *GLB FINANCI gos 845 Bell Rd SQ *GLB FINANCI gosq.com TN 121520 Card#2282 | 350.00 |
| 12/16/2020 | Expense | QuickBooks Payments | Bank Charges & Fees | system recorded fee for QuickBooks Payments. Fee-name: DiscountRat eFee, fee-type: Daily. | 3.42 |

| Date | Type | Name | Category | Description | Amount |
|---|---|---|---|---|---|
| | | | Bank Charges & | recorded fee for QuickBooks Payments. Fee-name: DiscountRateFee, fee- | |
| 12/16/2020 | Expense | QuickBooks Payments | Fees | type: Daily. | 10.00 |
| 12/15/2020 | Check | | Wages (Hourly) - Regular Pay | Check 20119 Check | 573.90 |
| 12/15/2020 | Check | | Wages (Hourly) - Regular Pay | Check 20118 Check | 592.40 |
| 12/15/2020 | Check | | Wages (Hourly) - Regular Pay | Check 20117 Check | 516.28 |
| 12/15/2020 | Check | | Wages (Hourly) - Regular Pay | Check 20112 Check | 519.39 |
| 12/15/2020 | Check | Tony Smith | Rent & Leased Equipment | Check 342 Check TONY SMITH - EQUIPMEN T RENTAL - TRACTOR | 2,200.00 |
| 12/15/2020 | Expense | | Fuel | NASHVILLE TN 121420 99 CJ GRACE NASHVILLE TN 121420 994870 Card#2282 | 20.00 |
| 12/15/2020 | Expense | Mobile Mini | Rent & Lease (Buildings) | MINI 8004561751 18607483 MOBILE MINI 8004561751 1860748362 JAMES LIVINGSTO N | 153.67 |
| 12/14/2020 | Check | | Wages (Hourly) - Regular Pay | Check 20120 Check | 728.95 |
| 12/14/2020 | Check | | Wages (Hourly) - Regular Pay | Check 20116 Check | 648.23 |
| 12/14/2020 | Check | | Wages (Hourly) - Regular Pay | Check 20115 Check | 589.22 |
| 12/14/2020 | Check | | Wages (Hourly) - Regular Pay | Check 20113 Check | 479.08 |
| 12/14/2020 | Check | HUNTER TREES LLC | Materials & Supplies | Check 936 Check | 3,115.00 |

| Date | Type | Name | Category | Memo/Description | Amount |
|---|---|---|---|---|---|
| 12/14/2020 | Expense | NASHVILLE NURSERY | Materials & Supplies | ASHLAND CITY HW NASHVILLE 4225 ASHLAND CITY HW NASHVILLE NURSE 615-2443478 TN 121120 Card#2282 | 131.10 |
| 12/14/2020 | Expense | NES Power | Utilities | St NESEZ-PAY 615-73 1214 Church St NESEZ-PAY 615-736-6900 TN 121120 Card#2282 | 49.36 |
| 12/14/2020 | Expense | Shell | Fuel | SERVICE S NASHVILLE TN 12 SHELL SERVICE S NASHVILLE TN 121320 034808720508 Card#2282 | 13.39 |
| 12/14/2020 | Expense | Aquq Jet | Repairs & Maintenance | CHARLOTTE PIKE AQUAJET AUT 7008 CHARLOTTE PIKE AQUAJET AUTO WA NASHVILLE TN 121320 Card#2282 | 12.00 |
| 12/13/2020 | Expense | QuickBooks Payments | Bank Charges & Fees | System recorded fee for QuickBooks Payments. Fee-name: DiscountRateFee, fee-type: Daily. | 11.10 |
| 12/13/2020 | Expense | QuickBooks Payments | Bank Charges & Fees | System recorded fee for QuickBooks Payments. Fee-name: DiscountRateFee, fee-type: Daily. | 10.00 |
| 12/11/2020 | Check | | Wages (Hourly) - Regular Pay | Check 20114 Check | 580.67 |

| Date | Type | Name | Account | Memo/Description | Amount |
|---|---|---|---|---|---|
| 12/11/2020 | Check | | Wages (Hourly) - Regular Pay | Check 20111 Check | 540.74 |
| 12/11/2020 | Expense | | Wages (Hourly) - Regular Pay | LIVINGS PAYROLL 190AWWV 190AWWV LIVINGS PAYROLL 190AWWV 1582663830 LIVINGSCA PES | 81.00 |
| 12/11/2020 | Expense | | Wages (Hourly) - Regular Pay | LIVINGS PAYROLL 190AWWV 190AWWV LIVINGS PAYROLL 190AWWV 1582663830 LIVINGSCA PES | 1,599.58 |
| 12/11/2020 | Expense | | Wages (Hourly) - Regular Pay | LIVINGS PAYROLL 190AWWV 190AWWV LIVINGS PAYROLL 190AWWV 1582663830 LIVINGSCA PES | 2,725.20 |
| 12/11/2020 | Expense | | Attorneys & Legal Fees | Y FEE PAYMENT 150100050 QUARTERL Y FEE PAYMENT 1501000502 JAMES LIVINGSTO N | 1,625.00 |
| 12/11/2020 | Check | BLACKFOX FARMS | Materials & Supplies | Check 940 Check | 3,852.00 |
| 12/11/2020 | Expense | Dailys | Fuel | 8020 NASHVILLE TN 121020 DAILYS 8020 NASHVILLE TN 121020 940941 Card#2282 | 20.00 |

| Date | Type | Name | Account | Memo/Description | Amount |
|---|---|---|---|---|---|
| 12/11/2020 | Expense | AT&T | Cell Phone | Rm 1210 ATT*BILL PA 211 S Akard Rm 1210 ATT*BILL PAYMEN 800-288-2020 TX 121020 Card#2282 | 64.20 |
| 12/11/2020 | Expense | QuickBooks Payments | Bank Charges & Fees | recorded fee for QuickBooks Payments. Fee-name: DiscountRateFee, fee-type: Daily. | 10.45 |
| 12/10/2020 | Check | C & G TURF MANAGEM ENT | Rent & Lease (Buildings) | Check 935 Check | 2,100.00 |
| 12/10/2020 | Check | C & G TURF MANAGEM ENT | Local Taxes | Check 938 Check Property Tax | 1,528.00 |
| 12/10/2020 | Check | C & G TURF MANAGEM ENT | Rent & Lease (Buildings) | Check 941 Check | 2,100.00 |
| 12/10/2020 | Expense | STONETRE E MULCH | Materials & Supplies | HICKORY BLV IN *STONETR 628 OLD HICKORY BLV IN *STONETR EE M 615-6462208 TN 120920 Card#2282 | 148.50 |
| 12/10/2020 | Expense | AT&T | Cell Phone | POINT PKW AT&T*BILL P 600 NORTH POINT PKW AT&T*BILL PAYME 8003310500 GA 120920 Card#2282 | 437.83 |
| 12/10/2020 | Expense | NASHVILLE NURSERY | Materials & Supplies | ASHLAND CITY HW NASHVILLE 4225 ASHLAND CITY HW NASHVILLE NURSE 615-2443478 TN 120920 Card#2282 | 135.20 |

| Date | Type | Name | Account | Memo | Amount |
|---|---|---|---|---|---|
| 12/10/2020 | Expense | Mobile Mini | Rent & Lease (Buildings) | MINI 8004561751 18607483 MOBILE MINI 8004561751 1860748362 JAMES LIVINGSTON | 113.84 |
| 12/09/2020 | Check | Reladyne Midsouth | Fuel | Check 937 Check | 2,280.04 |
| 12/09/2020 | Expense | | Local Taxes | AVE SOUTH # DAVIDSON CO 700 2ND AVE SOUTH # DAVIDSON CO CLE 8665145192 TN 120920 Card#2282 | 89.76 |
| 12/09/2020 | Expense | Shell | Fuel | SERVICE S NASHVILLE TN 12 SHELL SERVICE S NASHVILLE TN 120920 0344785636 42 Card#2282 | 15.59 |
| 12/09/2020 | Expense | QuickBooks Payments | Bank Charges & Fees | recorded fee for QuickBooks Payments. Fee-name: DiscountRateFee, fee-type: Daily. | 84.75 |
| 12/08/2020 | Check | | Wages (Hourly) - Regular Pay | Check 20110 Check | 530.62 |
| 12/08/2020 | Check | | Wages (Hourly) - Regular Pay | Check 20106 Check | 719.53 |
| 12/08/2020 | Expense | CCAD | Office Supplies & Software | CRAIGHEAD ST ST CCAD REPROG 480 CRAIGHEAD ST ST CCAD REPROGRAPH NASHVILLE TN 120720 Card#2282 | 5.46 |

| Date | Type | Name | Account | Memo/Description | Amount |
|---|---|---|---|---|---|
| 12/08/2020 | Expense | Waste Management | Dump & Waste Management | MANAGEMENT INTERNET 90490 WASTE MANAGEMENT INTERNET 9049038216 S LIVINGSTON JAMES | 161.52 |
| 12/08/2020 | Expense | Samara | Materials & Supplies | FARMS LLC SALE 921598620 SAMARA FARMS LLC SALE 9215986202 S JAMES LIVINGSTON | 175.00 |
| 12/08/2020 | Expense | Emissions | Local Taxes | RD OPUS INSPECTION EAS 7 KRIPES RD OPUS INSPECTION N EAST GRANBY CT 120720 Card#2282 | 9.00 |
| 12/08/2020 | Expense | QuickBooks Payments | Bank Charges & Fees | recorded fee for QuickBooks Payments. Fee-name: DiscountRateFee, fee-type: Daily. | 14.55 |
| 12/07/2020 | Check | | Wages (Hourly) – Regular Pay | Check 20109 Check | 479.07 |
| 12/07/2020 | Expense | Dutch Grown | Materials & Supplies | Ave. SP * DUTCHGROW 827 Lincoln Ave. SP * DUTCHGR OWN 8002770215 PA 120420 Card#2282 | 182.40 |

| | | | | |
|---|---|---|---|---|
| 12/07/2020 | Expense | HEATHER FARMS NURSERY | Materials & Supplies | RD HEATHER FARMS N MO 2961 KING RD HEATHER FARMS N MORRISON TN 120420 Card#2282 | 186.05 |
| 12/07/2020 | Expense | PLEASANT COVE NURSERY | Materials & Supplies | Rock Islan SQ *PLEASAN 2400 Old Rock Islan SQ *PLEASANT CO Rock Island TN 120420 Card#2282 | 112.00 |
| 12/07/2020 | Expense | BOBCAT OF NASHVILLE | Repairs & Maintenance | 149 INDUSTRIA L BLVD BOBCAT OF N 149 INDUSTRIA L BLVD BOBCAT OF NASHV LA VERGNE TN 120420 Card#2282 | 152.34 |
| 12/07/2020 | Expense | EVINS MILL NURSERY | Materials & Supplies | LN EVINS MILL NURS S 292 CRIPPS LN EVINS MILL NURS SMITHVILL E TN 120420 Card#2282 | 114.50 |
| 12/07/2020 | Expense | QuickBooks Payments | Bank Charges & Fees | recorded fee for QuickBooks Payments. Fee-name: DiscountRat eFee, fee-type: Daily. | 5.95 |
| 12/06/2020 | Expense | QuickBooks Payments | Bank Charges & Fees | recorded fee for QuickBooks Payments. Fee-name: DiscountRat eFee, fee-type: Daily. | 10.00 |

| | | | | | |
|---|---|---|---|---|---|
| 12/04/2020 | Expense | Mobile Mini | Rent & Lease (Buildings) | MINI 8004561751 18607483 MOBILE MINI 8004561751 1860748362 JAMES LIVINGSTON | 250.00 |
| 12/04/2020 | Expense | | Materials & Supplies | HIGHWAY 70 PRO H2O COIN CH 320 HIGHWAY 70 PRO H2O COIN CH PEGRAM TN 120320 Card#2282 | 5.00 |
| 12/04/2020 | Expense | | Materials & Supplies | HIGHWAY 70 PRO H2O COIN CH 320 HIGHWAY 70 PRO H2O COIN CH PEGRAM TN 120320 Card#2282 | 5.00 |
| 12/04/2020 | Expense | THRIVE GARDEN CENTER | Materials & Supplies | 70 SQ *THRIVE GARD Ki 1115 U.S. 70 SQ *THRIVE GARD Kingston Spri TN 120320 Card#2282 | 127.82 |
| 12/04/2020 | Check | | Wages (Hourly) - Regular Pay | Check 20108 Check | 465.77 |
| 12/04/2020 | Expense | | Wages (Hourly) - Regular Pay | LIVINGS PAYROLL 190AWWV 190AWWV LIVINGS PAYROLL 190AWWV 1582663830 LIVINGSCA PES | 79.50 |

| Date | Type | Name | Account | Memo/Description | Amount |
|---|---|---|---|---|---|
| 12/04/2020 | Expense | | Wages (Hourly) - Regular Pay | LIVINGS PAYROLL 190AWWV 190AWWV LIVINGS PAYROLL 190AWWV 1582663830 LIVINGSCA PES | 1,689.32 |
| 12/04/2020 | Expense | | Wages (Hourly) - Regular Pay | LIVINGS PAYROLL 190AWWV 190AWWV LIVINGS PAYROLL 190AWWV 1582663830 LIVINGSCA PES | 3,434.96 |
| 12/03/2020 | Expense | Eddies Hardware | Materials & Supplies | HRDWARE N NASHVILLE TN 1 EDDIES HRDWARE N NASHVILLE TN 120320 916031 Card#2282 | 5.66 |
| 12/02/2020 | Expense | Shell | Fuel | SERVICE S NASHVILLE TN 12 SHELL SERVICE S NASHVILLE TN 120120 0336785648 36 Card#2282 | 15.00 |
| 12/02/2020 | Expense | Penn | General Liability Insurance | NATIONAL IN RECUR PMTS 800 PENN NATIONAL IN RECUR PMTS 8000271667 C230961349 LIVINGSTO N JAMES | 117.50 |
| 12/02/2020 | Check | | Wages (Hourly) - Regular Pay | Check 20105 Check | 741.53 |
| 12/02/2020 | Check | | Wages (Hourly) - Regular Pay | Check 20104 Check | 15,000.00 |

| Date | Type | | Account | Memo | Amount |
|------|------|--|---------|------|--------|
| | | | | System recorded fee for QuickBooks Payments. Fee-name: DiscountRat eFee, fee-type: Daily. | |
| 12/02/2020 | Expense | QuickBooks Payments | Bank Charges & Fees | | 11.24 |
| 12/01/2020 | Check | | Wages (Hourly) - Regular Pay | Check 20107 | 689.46 |
| 12/01/2020 | Check | | Wages (Hourly) - Regular Pay | Check 20103 | 758.98 |
| 12/01/2020 | Check | | Wages (Hourly) - Regular Pay | Check 20102 | 579.74 |
| 12/01/2020 | Check | | Wages (Hourly) - Regular Pay | Check 20091 | 3,800.00 |

.

## Livingscapes Exhibit F

| Date | Transaction Type | Terms | Property | Due Date | Open Balance |
|------|------------------|-------|----------|----------|--------------|
| 01/12/2021 | Invoice | Net 15 | A-M | 01/27/2021 | 1,105.00 |
| | | | | | **$ 1,105.00** |
| 01/12/2021 | Invoice | Net 15 | A-M | 01/27/2021 | 175.00 |
| | | | | | **$ 175.00** |
| 01/12/2021 | Invoice | Net 15 | A-M | 01/27/2021 | 330.00 |
| | | | | | **$ 330.00** |
| 08/02/2020 | Invoice | Net 15 | A-M | 08/17/2020 | 495.00 |
| 12/07/2020 | Invoice | Net 15 | | 12/22/2020 | 345.00 |
| 01/12/2021 | Invoice | Net 15 | | 01/27/2021 | 630.00 |
| | | | | | **$ 1,470.00** |
| 11/18/2020 | Invoice | Net 15 | A-M | 12/03/2020 | 570.00 |
| | | | | | **$ 570.00** |
| 01/12/2021 | Invoice | Net 15 | A-M | 01/27/2021 | 780.00 |
| | | | | | **$ 780.00** |
| 01/12/2021 | Invoice | Net 15 | A-M | 01/27/2021 | 130.00 |
| | | | | | **$ 130.00** |
| 01/12/2021 | Invoice | Net 15 | A-M | 01/27/2021 | 90.00 |
| | | | | | **$ 90.00** |
| 11/07/2020 | Invoice | Net 15 | A-M | 11/22/2020 | 525.00 |
| | | | | | **$ 525.00** |
| 01/12/2021 | Invoice | Net 15 | A-M | 01/27/2021 | 240.00 |
| | | | | | **$ 240.00** |
| 01/12/2021 | Invoice | Net 15 | A-M | 01/27/2021 | 90.00 |
| | | | | | **$ 90.00** |
| 11/21/2020 | Invoice | Net 15 | A-M | 12/06/2020 | 1,010.00 |
| | | | | | **$ 1,010.00** |
| 11/08/2020 | Invoice | Net 15 | A-M | 11/23/2020 | 398.00 |
| 11/18/2020 | Invoice | Net 15 | | 12/03/2020 | 2,173.50 |
| 12/06/2020 | Invoice | Net 15 | | 12/21/2020 | 895.00 |
| | | | | | **$ 3,466.50** |

| | | | | | | |
|---|---|---|---|---|---|---|
| 01/12/2021 | Invoice | Net 15 | A-M | 01/27/2021 | 710.00 | |
| | | | | | | $ 710.00 |
| 08/01/2020 | Invoice | Net 15 | A-M | 08/16/2020 | 1,737.50 | |
| | | | | | | $ 1,737.50 |
| 01/12/2021 | Invoice | Net 15 | A-M | 01/27/2021 | 395.00 | |
| | | | | | | $ 395.00 |
| 12/06/2020 | Invoice | Net 15 | A-M | 12/21/2020 | 1,078.75 | |
| 01/12/2021 | Invoice | Net 15 | | 01/27/2021 | 423.75 | |
| | | | | | | $ 1,502.50 |
| 01/12/2021 | Invoice | Net 15 | A-M | 01/27/2021 | 130.00 | |
| | | | | | | $ 130.00 |
| 01/12/2021 | Invoice | Net 15 | A-M | 01/27/2021 | 1,602.50 | |
| | | | | | | $ 1,602.50 |
| 12/06/2020 | Invoice | Net 15 | A-M | 12/21/2020 | 325.00 | |
| | | | | | | $ 325.00 |
| 01/12/2021 | Invoice | Net 15 | A-M | 01/27/2021 | 241.25 | |
| | | | | | | $ 241.25 |
| 06/07/2020 | Invoice | Due on receipt | A-M | 06/07/2020 | 2,097.00 | |
| | | | | | | $ 2,097.00 |
| 01/12/2021 | Invoice | Net 15 | A-M | 01/27/2021 | 280.00 | |
| | | | | | | $ 280.00 |
| 01/12/2021 | Invoice | Net 15 | A-M | 01/27/2021 | 575.00 | |
| | | | | | | $ 575.00 |
| 01/12/2021 | Invoice | Net 15 | A-M | 01/27/2021 | 50.00 | |
| | | | | | | $ 50.00 |
| 01/12/2021 | Invoice | Net 15 | A-M | 01/27/2021 | 392.50 | |
| | | | | | | $ 392.50 |
| 08/02/2020 | Invoice | Net 15 | A-M | 08/17/2020 | 80.00 | |
| 08/24/2020 | Invoice | Net 15 | | 09/08/2020 | 160.00 | |
| 09/27/2020 | Invoice | Net 15 | | 10/12/2020 | 644.50 | |
| 11/08/2020 | Invoice | Net 15 | | 11/23/2020 | 200.00 | |
| 12/09/2020 | Invoice | Net 15 | | 12/24/2020 | 80.00 | |
| 01/12/2021 | Invoice | Net 15 | | 01/27/2021 | 40.00 | |
| | | | | | | $ 1,204.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 08/24/2020 | Invoice | Net 15 | A-M | 09/08/2020 | 160.00 | |
| 09/27/2020 | Invoice | Net 15 | | 10/12/2020 | 265.00 | |
| | | | | | $ | 425.00 |
| 01/12/2021 | Invoice | Net 15 | A-M | 01/27/2021 | 450.00 | |
| | | | | | $ | 450.00 |
| 01/12/2021 | Invoice | Net 15 | A-M | 01/27/2021 | 485.00 | |
| | | | | | $ | 485.00 |
| 01/12/2021 | Invoice | Net 15 | A-M | 01/27/2021 | 186.25 | |
| | | | | | $ | 186.25 |
| 11/08/2020 | Invoice | Net 15 | A-M | 11/23/2020 | 263.00 | |
| 12/09/2020 | Invoice | Net 15 | | 12/24/2020 | 343.00 | |
| 01/12/2021 | Invoice | Net 15 | | 01/27/2021 | 80.00 | |
| | | | | | $ | 686.00 |
| 01/12/2021 | Invoice | Net 15 | A-M | 01/27/2021 | 541.00 | |
| | | | | | $ | 541.00 |
| 01/12/2021 | Invoice | Net 15 | A-M | 01/27/2021 | 225.00 | |
| | | | | | $ | 225.00 |
| 09/27/2020 | Invoice | Net 15 | A-M | 10/12/2020 | 290.00 | |
| | | | | | $ | 290.00 |
| 01/12/2021 | Invoice | Net 15 | A-M | 01/27/2021 | 1,230.00 | |
| | | | | | $ | 1,230.00 |
| 04/08/2019 | Invoice | Net 15 | A-M | 04/23/2019 | 379.00 | |
| 12/16/2019 | Invoice | Net 15 | | 12/31/2019 | 80.00 | |
| 06/14/2020 | Invoice | Net 15 | | 06/29/2020 | 40.00 | |
| | | | | | $ | 499.00 |
| 01/12/2021 | Invoice | Net 15 | A-M | 01/27/2021 | 130.00 | |
| | | | | | $ | 130.00 |
| 01/12/2021 | Invoice | Net 15 | A-M | 01/27/2021 | 600.00 | |
| | | | | | $ | 600.00 |
| 09/27/2020 | Invoice | Net 15 | A-M | 10/12/2020 | 325.00 | |
| 01/12/2021 | Invoice | Net 15 | | 01/27/2021 | 260.00 | |
| | | | | | $ | 585.00 |
| 01/12/2021 | Invoice | Net 15 | A-M | 01/27/2021 | 524.00 | |

| | | | | | | |
|---|---|---|---|---|---|---:|
| | | | | | $ | 524.00 |
| 01/12/2021 | Invoice | Net 15 | A-M | 01/27/2021 | | 3,349.00 |
| | | | | | $ | 3,349.00 |
| 08/02/2020 | Invoice | Net 15 | A-M | 08/17/2020 | | 438.75 |
| 12/09/2020 | Invoice | Net 15 | | 12/24/2020 | | 508.75 |
| 01/12/2021 | Invoice | Net 15 | | 01/27/2021 | | 283.75 |
| | | | | | $ | 1,231.25 |
| 01/12/2021 | Invoice | Net 15 | A-M | 01/27/2021 | | 910.00 |
| | | | | | $ | 910.00 |
| 01/12/2021 | Invoice | Net 15 | A-M | 01/27/2021 | | 240.00 |
| | | | | | $ | 240.00 |
| 01/12/2021 | Invoice | Net 15 | A-M | 01/27/2021 | | 450.00 |
| | | | | | $ | 450.00 |
| 11/08/2020 | Invoice | Net 15 | A-M | 11/23/2020 | | 378.50 |
| | | | | | $ | 378.50 |
| 06/14/2020 | Invoice | Net 15 | A-M | 06/29/2020 | | 305.00 |
| 01/12/2021 | Invoice | Net 15 | | 01/27/2021 | | 55.00 |
| | | | | | $ | 360.00 |
| 01/12/2021 | Invoice | Net 15 | A-M | 01/27/2021 | | 430.00 |
| | | | | | $ | 430.00 |
| 09/27/2020 | Invoice | Net 15 | A-M | 10/12/2020 | | 140.00 |
| 11/08/2020 | Invoice | Net 15 | | 11/23/2020 | | 140.00 |
| 12/09/2020 | Invoice | Net 15 | | 12/24/2020 | | 140.00 |
| 01/12/2021 | Invoice | Net 15 | | 01/27/2021 | | 70.00 |
| | | | | | $ | 490.00 |
| 01/12/2021 | Invoice | Net 15 | A-M | 01/27/2021 | | 180.00 |
| | | | | | $ | 180.00 |
| | | | | | $ | 36,099.25 |



150 Third Avenue South
Suite 900
Nashville, TN 37201

www.pnfp.com
Phone 800-264-3613

Account
Livingscapes LLC
XXXXXXXX2655

RETURN SERVICE REQUESTED

Livingscapes LLC
Debtor in Possession
148 Stonecrest Drive
Nashville, TN 37209-5236

## Statement of Account

Horizon 75



Balance 12/01/20
$22,575.91

Balance 12/31/20
$377.02

Summary

Credits        +$31,820.43
Interest       + $.00
Debits         -$54,773.36

### Credit Transactions

Deposits

| | | |
|---|---|---|
| 12/03 | OLB Transfer from *236 to *655 Transfer | 8,300.00 |
| 12/10 | OLB Transfer from *236 to *655 Transfer | 8,635.43 |
| 12/18 | OLB Transfer from *236 to *655 Transfer | 6,985.00 |
| 12/22 | OLB Transfer from *236 to *655 Transfer | 7,900.00 |
| **Total Credits** | | **$31,820.43** |

### Debit Transactions

Other Debits

| | | |
|---|---|---|
| 12/04 | 0190AWWV LIVINGS PAYROLL 0190AWWV 1582663830 LIVINGSCAPES | 79.50 |
| 12/04 | 0190AWWV LIVINGS PAYROLL 0190AWWV 1582663830 LIVINGSCAPES | 1,689.32 |
| 12/04 | 0190AWWV LIVINGS PAYROLL 0190AWWV 1582663830 LIVINGSCAPES | 3,434.96 |
| 12/11 | 0190AWWV LIVINGS PAYROLL 0190AWWV 1582663830 LIVINGSCAPES | 81.00 |

**Declutter Your Desk with eStatements**

Paper statements take up space and use natural resources. If you're still getting statements in the mail, you can go green and reduce clutter when you sign up for "online with email" delivery in Pinnacle's Online Banking. Statements are readily accessible in Online Banking for 24 months. If you need to keep statements for a longer period of time, you can save them to your computer. To learn how to set up online delivery, visit PNFP.com/eStatements.



Member
FDIC

EQUAL HOUSING
LENDER

Page 1 of 8



## ELECTRONIC TRANSFER ERROR RESOLUTION

This Electronic Transfer Error Resolution only applies to accounts held for personal, family or household purposes and is therefore not applicable to business, trust accounts, or any such account held for non-personal purposes.

In case of errors or questions about your electronic transfers, call or write us at the telephone number or address listed at the end of this disclosure, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt.

- Tell us your name and account number (if any).

- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

- Tell us the dollar amount of the suspected error.

We must hear from you no later than 60 days after we send the FIRST statement on which the problem or error appeared.

We will provide provisional credit for the amount that you think is in error within 10 business days of your complaint and begin an investigation of the transaction(s). In most cases, we will disclose the results of the investigation within 10 business days of your complaint and correct any error promptly. If we need more time to investigate the complaint, we may take up to 45 days (90 days if the transfer involved a point-of-sale transaction or a foreign initiated transfer) to complete our investigation. However, you will have use of the funds in question during our investigation.

**Pinnacle Bank**
150 3rd Avenue South, Suite 900
Nashville, TN 37201
(800) 264-3613

| 12/11 | 0190AWWV LIVINGS PAYROLL 0190AWWV | 1582663830 LIVINGSCAPES | 1,599.58 |
| 12/11 | 0190AWWV LIVINGS PAYROLL 0190AWWV | 1582663830 LIVINGSCAPES | 2,725.20 |
| 12/18 | 0190AWWV LIVINGS PAYROLL 0190AWWV | 1582663830 LIVINGSCAPES | 79.50 |
| 12/18 | 0190AWWV LIVINGS PAYROLL 0190AWWV | 1582663830 LIVINGSCAPES | 1,256.68 |
| 12/18 | 0190AWWV LIVINGS PAYROLL 0190AWWV | 1582663830 LIVINGSCAPES | 2,446.90 |
| 12/24 | 0190AWWV LIVINGS PAYROLL 0190AWWV | 1582663830 LIVINGSCAPES | 94.50 |
| 12/24 | 0190AWWV LIVINGS PAYROLL 0190AWWV | 1582663830 LIVINGSCAPES | 1,060.34 |
| 12/24 | 0190AWWV LIVINGS PAYROLL 0190AWWV | 1582663830 LIVINGSCAPES | 1,756.43 |
| 12/30 | NSF Fee | | 38.00 |

Checks

| 12/22 | Check 2001 | 550.12 |
| 12/22 | Check 2002 | 300.00 |
| 12/28 | Check 2003 | 597.97 |
| 12/28 | Check 2006* | 300.00 |
| 12/30 | Check 2007 | 616.60 |
| 12/29 | Check 2009* | 300.00 |
| 12/24 | Check 2010 | 536.68 |
| 12/24 | Check 2011 | 300.00 |
| 12/24 | Check 2013* | 492.78 |
| 12/24 | Check 2014 | 75.00 |
| 12/29 | Check 2015 | 515.09 |
| 12/29 | Check 2017* | 300.00 |
| 12/28 | Check 2018 | 561.49 |
| 12/28 | Check 2019 | 300.00 |
| 12/01 | Check 20091* | 3,800.00 |
| 12/01 | Check 20102* | 579.74 |
| 12/01 | Check 20103 | 758.98 |
| 12/02 | Check 20104 | 15,000.00 |
| 12/02 | Check 20105 | 741.53 |
| 12/08 | Check 20106 | 719.53 |
| 12/01 | Check 20107 | 689.46 |
| 12/04 | Check 20108 | 465.77 |
| 12/07 | Check 20109 | 479.07 |
| 12/08 | Check 20110 | 530.62 |
| 12/11 | Check 20111 | 540.74 |
| 12/15 | Check 20112 | 519.39 |
| 12/14 | Check 20113 | 479.08 |
| 12/11 | Check 20114 | 580.67 |
| 12/14 | Check 20115 | 589.22 |
| 12/14 | Check 20116 | 648.23 |
| 12/15 | Check 20117 | 516.28 |
| 12/15 | Check 20118 | 592.40 |
| 12/15 | Check 20119 | 573.90 |
| 12/14 | Check 20120 | 728.95 |

| | | |
|---|---|---|
| 12/21 | Check 20121 | 601.06 |
| 12/30 | Check 20122 | 667.00 |
| 12/23 | Check 20123 | 393.00 |
| 12/23 | Check 20124 | 453.23 |
| 12/29 | Check 20125 | 428.50 |
| 12/28 | Check 20126 | 609.37 |
| **Total Debits** | | **$54,773.36** |

(*) Indicates gap in check number sequenece

| | | | |
|---|---|---|---|
| Average Balance This Statement | $4,167.26 | Annual Percentage Yield Earned | .00% |
| Interest Earned This Period | $.00 | Days In Period | 31 |
| Interest Paid Year to Date | $.00 | Interest Paid | $.00 |

## ITEMIZATION OF OVERDRAFT AND RETURNED ITEM FEES

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft and Bounce Protection PD Item Fees | $ 38.00 | $ 76.00 |
| Total NSF Item Fees | $ .00 | $ 76.00 |

## DAILY BALANCE INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| 12/01 | 16,747.73 | 12/10 | 10,542.86 | 12/22 | 10,018.96 |
| 12/02 | 1,006.20 | 12/11 | 5,015.67 | 12/23 | 9,172.73 |
| 12/03 | 9,306.20 | 12/14 | 2,570.19 | 12/24 | 4,857.00 |
| 12/04 | 3,636.65 | 12/15 | 368.22 | 12/28 | 2,488.17 |
| 12/07 | 3,157.58 | 12/18 | 3,570.14 | 12/29 | 944.58 |
| 12/08 | 1,907.43 | 12/21 | 2,969.08 | 12/30 | 377.02- |

#2001 12/22/2020 $550.12



#2002 12/22/2020 $300.00



#2003 12/28/2020 $597.97



#2006 12/28/2020 $300.00



#2007 12/30/2020 $616.60



#2009 12/29/2020 $300.00



#2010 12/24/2020 $536.68



#2011 12/24/2020 $300.00



#2013 12/24/2020 $492.78



#2014 12/24/2020 $75.00



#2015 12/29/2020 $515.09



#2017 12/29/2020 $300.00



| #2018 | 12/28/2020 | $561.49 |
|---|---|---|
| #2019 | 12/28/2020 | $300.00 |



| #20091 | 12/01/2020 | $3,800.00 |
|---|---|---|
| #20102 | 12/01/2020 | $579.74 |
| #20103 | 12/01/2020 | $758.98 |
| #20104 | 12/02/2020 | $15,000.00 |
| #20105 | 12/02/2020 | $741.53 |
| #20106 | 12/08/2020 | $719.53 |
| #20107 | 12/01/2020 | $689.46 |
| #20108 | 12/04/2020 | $465.77 |
| #20109 | 12/07/2020 | $479.07 |
| #20110 | 12/08/2020 | $530.62 |



#20111        12/11/2020        $540.74

#20112        12/15/2020        $519.39

#20113        12/14/2020        $479.08

#20114        12/11/2020        $580.67

#20115        12/14/2020        $589.22

#20116        12/14/2020        $648.23

#20117        12/15/2020        $516.28

#20118        12/15/2020        $592.40

#20119        12/15/2020        $573.90

#20120        12/14/2020        $728.95

#20121        12/21/2020        $601.06

#20122        12/30/2020        $667.00

Account Number: XXXXXXXX2655



#20123     12/23/2020     $393.00



#20124     12/23/2020     $453.23



#20125     12/29/2020     $428.50



#20126     12/28/2020     $609.37

 **Pinnacle**™

150 Third Avenue South
Suite 900
Nashville, TN 37201

www.pnfp.com
Phone 800-264-3613

Account
Livingscapes LLC
XXXXXXXX1236

RETURN SERVICE REQUESTED

Livingscapes LLC
Debtor In Possession
148 Stonecrest Drive
Nashville, TN 37209-5236

## Statement of Account

Horizon 75

| Balance 12/01/20 | Summary | |
|---|---|---|
| $ 60,401.73 | | |
| | Credits | +$61,195.75 |
| Balance 12/31/20 | Interest | + $.00 |
| $ 53,498.22 | Debits | -$68,099.26 |

### Credit Transactions

Deposits

| | | |
|---|---|---|
| 12/03 | INTUIT PYMT SOLN DEPOSIT 524771992494446 9215986202 LIVINGSCAPES INC | 1,123.75 |
| 12/04 | Regular Deposit | 19,427.25 |
| 12/07 | INTUIT PYMT SOLN DEPOSIT 524771992494446 9215986202 LIVINGSCAPES INC | 1,679.50 |
| 12/08 | INTUIT PYMT SOLN DEPOSIT 524771992494446 9215986202 LIVINGSCAPES INC | 595.00 |
| 12/09 | INTUIT PYMT SOLN DEPOSIT 524771992494446 9215986202 LIVINGSCAPES INC | 4,510.00 |
| 12/09 | Regular Deposit | 3,705.00 |
| 12/10 | INTUIT PYMT SOLN DEPOSIT 524771992494446 9215986202 LIVINGSCAPES INC | 3,863.75 |
| 12/14 | INTUIT PYMT SOLN DEPOSIT 524771992494446 9215986202 LIVINGSCAPES INC | 1,045.00 |
| 12/14 | INTUIT PYMT SOLN DEPOSIT 524771992494446 9215986202 LIVINGSCAPES INC | 1,110.00 |
| 12/14 | INTUIT PYMT SOLN DEPOSIT 524771992494446 9215986202 LIVINGSCAPES INC | 1,885.00 |
| 12/15 | Regular Deposit | 11,138.25 |

**Declutter Your Desk with eStatements**

Paper statements take up space and use natural resources. If you're still getting statements in the mail, you can go green and reduce clutter when you sign up for "online with email" delivery in Pinnacle's Online Banking. Statements are readily accessible in Online Banking for 24 months. If you need to keep statements for a longer period of time, you can save them to your computer. To learn how to set up online delivery, visit PNFP.com/eStatements.

 **Member FDIC** EQUAL HOUSING LENDER



## ELECTRONIC TRANSFER ERROR RESOLUTION

This Electronic Transfer Error Resolution only applies to accounts held for personal, family or household purposes and is therefore not applicable to business, trust accounts, or any such account held for non-personal purposes.

In case of errors or questions about your electronic transfers, call or write us at the telephone number or address listed at the end of this disclosure, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt.

- Tell us your name and account number (if any).

- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

- Tell us the dollar amount of the suspected error.

We must hear from you no later than 60 days after we send the FIRST statement on which the problem or error appeared.

We will provide provisional credit for the amount that you think is in error within 10 business days of your complaint and begin an investigation of the transaction(s). In most cases, we will disclose the results of the investigation within 10 business days of your complaint and correct any error promptly. If we need more time to investigate the complaint, we may take up to 45 days (90 days if the transfer involved a point-of-sale transaction or a foreign initiated transfer) to complete our investigation. However, you will have use of the funds in question during our investigation.

**Pinnacle Bank**
150 3rd Avenue South, Suite 900
Nashville, TN 37201
(800) 264-3613

Case 3:20-bk-03561   Doc 29   Filed 01/19/21   Entered 01/19/21 14:29:51   Desc Main
Document   Page 36 of 41

| 12/16 | INTUIT PYMT SOLN  DEPOSIT 524771992494446  9215986202 LIVINGSCAPES INC | 1,900.00 |
| 12/17 | INTUIT PYMT SOLN  DEPOSIT 524771992494446  9215986202 LIVINGSCAPES INC | 342.00 |
| 12/21 | INTUIT PYMT SOLN  DEPOSIT 524771992494446  9215986202 LIVINGSCAPES INC | 645.00 |
| 12/22 | Regular Deposit | 7,331.25 |
| 12/23 | INTUIT PYMT SOLN  DEPOSIT 524771992494446  9215986202 LIVINGSCAPES INC | 580.00 |
| 12/28 | INTUIT PYMT SOLN  DEPOSIT 524771992494446  9215986202 LIVINGSCAPES INC | 315.00 |
| **Total Credits** | | **$61,195.75** |

## Debit Transactions

### Other Debits

| 12/02 | SHELL SERVICE S NASHVILLE TN 120120 033678564836 Card#2282 | 15.00 |
| 12/02 | PENN NATIONAL IN  RECUR PMTS 8000271667    C230961349 LIVINGSTON JAMES | 117.50 |
| 12/03 | EDDIES HRDWARE N NASHVILLE TN 120320 916031 Card#2282 | 5.66 |
| 12/03 | OLB Transfer from *236 to *655 Transfer | 8,300.00 |
| 12/03 | INTUIT PYMT SOLN  TRAN FEE 524771992494446  9215986202 LIVINGSCAPES INC | 11.24 |
| 12/04 | 320 HIGHWAY 70 PRO H2O COIN CH PEGRAM TN 120320  Card#2282 | 5.00 |
| 12/04 | 320 HIGHWAY 70 PRO H2O COIN CH PEGRAM TN 120320  Card#2282 | 5.00 |
| 12/04 | 1115 U.S. 70 SQ *THRIVE GARD Kingston Spri TN 120320  Card#2282 | 127.82 |
| 12/04 | MOBILE MINI     8004561751 1860748362 JAMES LIVINGSTON | 250.00 |
| 12/07 | 2400 Old Rock Islan SQ *PLEASANT CO Rock Island TN 120420  Card#2282 | 112.00 |
| 12/07 | 292 CRIPPS LN EVINS MILL NURS SMITHVILLE TN 120420  Card#2282 | 114.50 |
| 12/07 | 149 INDUSTRIAL BLVD BOBCAT OF NASHV LA VERGNE TN 120420  Card#2282 | 152.34 |
| 12/07 | 827 Lincoln Ave. SP * DUTCHGROWN 8002770215 PA 120420  Card#2282 | 182.40 |
| 12/07 | 2961 KING RD HEATHER FARMS N MORRISON TN 120420  Card#2282 | 186.05 |
| 12/07 | INTUIT PYMT SOLN  TRAN FEE 524771992494446  9215986202 LIVINGSCAPES INC | 10.00 |
| 12/08 | 480 CRAIGHEAD ST ST CCAD REPROGRAPH NASHVILLE TN 120720  Card#2282 | 5.46 |
| 12/08 | 7 KRIPES RD OPUS INSPECTION EAST GRANBY CT 120720  Card#2282 | 9.00 |
| 12/08 | INTUIT PYMT SOLN  TRAN FEE 524771992494446  9215986202 LIVINGSCAPES INC | 5.95 |
| 12/08 | WASTE MANAGEMENT  INTERNET 9049038216  S LIVINGSTON JAMES | 161.52 |
| 12/08 | SAMARA FARMS LLC  SALE 9215986202  S JAMES LIVINGSTON | 175.00 |
| 12/09 | SHELL SERVICE S NASHVILLE TN 120920 034478563642 Card#2282 | 15.59 |
| 12/09 | 700 2ND AVE SOUTH # DAVIDSON CO CLE 8665145192 TN 120920  Card#2282 | 89.76 |
| 12/09 | INTUIT PYMT SOLN  TRAN FEE 524771992494446  9215986202 LIVINGSCAPES INC | 14.55 |
| 12/10 | 4225 ASHLAND CITY HW NASHVILLE NURSE 615-2443478 TN 120920  Card#2282 | 135.20 |
| 12/10 | 628 OLD HICKORY BLV IN *STONETREE M 615-6462208 TN 120920  Card#2282 | 148.50 |
| 12/10 | 600 NORTH POINT PKW AT&T*BILL PAYME 8003310500 GA 120920  Card#2282 | 437.83 |
| 12/10 | OLB Transfer from *236 to *655 Transfer | 8,635.43 |
| 12/10 | INTUIT PYMT SOLN  TRAN FEE 524771992494446  9215986202 LIVINGSCAPES INC | 84.75 |
| 12/10 | MOBILE MINI     8004561751 1860748362 JAMES LIVINGSTON | 113.84 |
| 12/11 | DAILYS 8020 NASHVILLE TN 121020 940941 Card#2282 | 20.00 |
| 12/11 | 211 S Akard Rm 1210 ATT*BILL PAYMEN 800-288-2020 TX 121020  Card#2282 | 64.20 |
| 12/11 | QUARTERLY FEE    PAYMENT 0000      1501000502 JAMES LIVINGSTON | 1,625.00 |
| 12/14 | 7008 CHARLOTTE PIKE AQUAJET AUTO WA NASHVILLE TN 121320  Card#2282 | 12.00 |

| 12/14 | SHELL SERVICE S NASHVILLE TN 121320 034808720508 Card#2282 | 13.39 |
| 12/14 | 1214 Church St NES/EZ-PAY 615-736-6900 TN 121120 Card#2282 | 49.36 |
| 12/14 | 4225 ASHLAND CITY HW NASHVILLE NURSE 615-2443478 TN 121120 Card#2282 | 131.10 |
| 12/14 | INTUIT PYMT SOLN TRAN FEE 524771992494446 9215986202 LIVINGSCAPES INC | 10.00 |
| 12/14 | INTUIT PYMT SOLN TRAN FEE 524771992494446 9215986202 LIVINGSCAPES INC | 10.45 |
| 12/14 | INTUIT PYMT SOLN TRAN FEE 524771992494446 9215986202 LIVINGSCAPES INC | 11.10 |
| 12/15 | CJ GRACE NASHVILLE TN 121420 994870 Card#2282 | 20.00 |
| 12/15 | MOBILE MINI 8004561751 1860748362 JAMES LIVINGSTON | 153.67 |
| 12/16 | 2109 ABBOTT MARTIN RD DOMINO'S 5420 210-590-1437 TN 121520 Card#2282 | 41.56 |
| 12/16 | 845 Bell Rd SQ *GLB FINANCI gosq.com TN 121520 Card#2282 | 350.00 |
| 12/17 | INTUIT PYMT SOLN TRAN FEE 524771992494446 9215986202 LIVINGSCAPES INC | 3.42 |
| 12/17 | INTUIT PYMT SOLN TRAN FEE 524771992494446 9215986202 LIVINGSCAPES INC | 10.00 |
| 12/17 | MOBILE MINI 8004561751 1860748362 JAMES LIVINGSTON | 143.42 |
| 12/18 | FLASH MARKET #15 FAIRVIEW TN 121820 953630 Card#2282 | 49.08 |
| 12/18 | OLB Transfer from *236 to *655 Transfer | 6,985.00 |
| 12/21 | SHELL SERVICE S GALLATIN TN 121920 035483860529 Card#2282 | 25.00 |
| 12/21 | O'REILLY AUTO P NASHVILLE TN 122020 035544548312 Card#2282 | 32.19 |
| 12/21 | MURPHY7318ATWALM BROWNSVILLE TN 121920 126506 Card#2282 | 53.31 |
| 12/21 | 600 51ST AVE N Tennessee Contr 615-292-2989 TN 121820 Card#2282 | 238.60 |
| 12/21 | 628 OLD HICKORY BLV IN *STONETREE M 615-6462208 TN 121820 Card#2282 | 330.75 |
| 12/21 | INTUIT PYMT SOLN TRAN FEE 524771992494446 9215986202 LIVINGSCAPES INC | 6.45 |
| 12/22 | Wal-Mart Super C NASHVILLE TN 122120 001736 Card#2282 | 18.66 |
| 12/22 | 3811 Ditmars Blvd 1 PADDLE.NET* IMO ASTORIA NY 122120 Card#2282 | 43.69 |
| 12/22 | OLB Transfer from *236 to *655 Transfer | 7,900.00 |
| 12/23 | O'REILLY AUTO P NASHVILLE TN 122220 035744541954 Card#2282 | 8.73 |
| 12/23 | SHELL SERVICE S NASHVILLE TN 122220 035708728941 Card#2282 | 22.10 |
| 12/23 | INTUIT PYMT SOLN TRAN FEE 524771992494446 9215986202 LIVINGSCAPES INC | 5.80 |
| 12/24 | LOWE'S #629 7034 CHARL NASHVILLE TN 122420 036829 Card#2282 | 20.45 |
| 12/24 | TAKE 5 #247 NASHVILLE TN 122420 007534 Card#2282 | 92.23 |
| 12/28 | BP#8774606MAPCO NASHVILLE TN 122820 036386673164 Card#2282 | 15.28 |
| 12/28 | INTUIT PYMT SOLN TRAN FEE 524771992494446 9215986202 LIVINGSCAPES INC | 3.15 |
| 12/29 | BP#8774606MAPCO NASHVILLE TN 122920 036486677574 Card#2282 | 30.01 |
| 12/30 | PILOT #0413 NASHVILLE TN 123020 036599846351 Card#2282 | 3.71 |
| 12/30 | PENN NATIONAL IN RECUR PMTS 3100193796 C230961349 LIVINGSCAPES INC | 1,549.97 |
| 12/31 | Service Charge | 9.50 |

Checks

| 12/10 | Check 935 | 2,100.00 |
| 12/14 | Check 936 | 3,115.00 |
| 12/09 | Check 937 | 2,280.04 |
| 12/10 | Check 938 | 1,528.00 |
| 12/11 | Check 940* | 3,852.00 |
| 12/10 | Check 941 | 2,100.00 |
| 12/15 | Check 942 | 2,200.00 |
| 12/21 | Check 944* | 11,185.00 |
| **Total Debits** | | **$68,099.26** |

(*) Indicates gap in check number sequence

| | | | |
|---|---|---|---|
| Average Balance This Statement | $62,885.91 | Annual Percentage Yield Earned | .00% |
| Interest Earned This Period | $.00 | Days in Period | 31 |
| Interest Paid Year to Date | $.00 | Interest Paid | $.00 |

## DAILY BALANCE INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| 12/01 | 60,401.73 | 12/11 | 62,109.85 | 12/23 | 54,907.52 |
| 12/02 | 60,269.23 | 12/14 | 62,797.45 | 12/24 | 54,794.84 |
| 12/03 | 53,076.08 | 12/15 | 71,562.03 | 12/28 | 55,091.41 |
| 12/04 | 72,115.51 | 12/16 | 73,070.47 | 12/29 | 55,061.40 |
| 12/07 | 73,037.72 | 12/17 | 73,255.63 | 12/30 | 53,507.72 |
| 12/08 | 73,275.79 | 12/18 | 66,221.55 | 12/31 | 53,498.22 |
| 12/09 | 79,090.85 | 12/21 | 54,995.25 | | |
| 12/10 | 67,671.05 | 12/22 | 54,364.15 | | |

Intentionally Left Blank

Date 12/31/20

Primary Acct No. XXXXXXXX1236



#0     12/04/2020     $19,427.25

#0     12/09/2020     $3,705.00

#0     12/15/2020     $11,138.25

#0     12/22/2020     $7,331.25

#935     12/10/2020     $2,100.00

#936     12/14/2020     $3,115.00

#937     12/09/2020     $2,280.04

#938     12/10/2020     $1,528.00

#940     12/11/2020     $3,852.00

#941     12/10/2020     $2,100.00

#942     12/15/2020     $2,200.00

#944     12/21/2020     $11,185.00