THE UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

IN RE: Livingscapes, LLC, Debtor(s).　　　　　　　　　Case No. 20-03561 MH3
　　　　PO Box 91047　　　　　　　　　　　　　　　　Chapter 11
　　　　Nashville, TN 37209　　　　　　　　　　　　　Judge Harrison
　　　　XXX-XX-

## Notice of Appearance and Request for Notice

　　Pursuant to Bankruptcy Rule 2002(g) the Tennessee Attorney General's Office requests that all notices or orders sent in this case in accordance with Title 11 U.S.C., any order of the Court, Bankruptcy Rules 2002, 3017, and 9013, and any other Bankruptcy Rules or local rules governing notice be sent to the TN Dept of Revenue.

Notices should be addressed to:
TN Dept of Revenue
c/o TN Attorney General's Office, Bankruptcy Division
PO Box 20207
Nashville, Tennessee 37202-0207

　　The TN Dept of Revenue hereby reserves and does not waive its sovereign immunity and its rights under the Eleventh Amendment to the United States Constitution.

　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　　　　　　Herbert H. Slatery III
　　　　　　　　　　　　　　　　　　　　　　　　Attorney General and Reporter

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Stephen R. Butler
　　　　　　　　　　　　　　　　　　　　　　　　Stephen R. Butler
　　　　　　　　　　　　　　　　　　　　　　　　Senior Assistant Attorney General
　　　　　　　　　　　　　　　　　　　　　　　　BPR No. 014772
　　　　　　　　　　　　　　　　　　　　　　　　OFFICE OF THE ATTORNEY GENERAL
　　　　　　　　　　　　　　　　　　　　　　　　BANKRUPTCY DIVISION
　　　　　　　　　　　　　　　　　　　　　　　　P O BOX 20207
　　　　　　　　　　　　　　　　　　　　　　　　Nashville, TN 37202-0207
　　　　　　　　　　　　　　　　　　　　　　　　Phone: (615) 532-8718　　Fax: 615-741-3334
　　　　　　　　　　　　　　　　　　　　　　　　Email: steve.butler@ag.tn.gov

CERTIFICATE OF SERVICE

I certify that on _____ February 4, 2021 _____ a copy of this pleading was deposited in the United States mail, first class, postage prepaid, or sent electronically (or both as required by local rules) to the parties set out below.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Stephen R. Butler
　　　　　　　　　　　　　　　　　　　　　　　　Stephen R. Butler
　　　　　　　　　　　　　　　　　　　　　　　　Senior Assistant Attorney General

Office of the U.S. Trustee　　　　　　　　　　　　　Lefkovitz and Lefkovitz PLLC
Customs House Ste 318　　　　　　　　　　　　　　Attorney for the Debtor(s)
701 Broadway　　　　　　　　　　　　　　　　　　618 Church St, STE 410
Nashville, Tennessee 37203　　　　　　　　　　　　Nashville, TN 37219