# Livingscapes Inc

## PROFIT AND LOSS
January 2021

|  | TOTAL |
|---|---:|
| **Income** | |
|    40100 Unapplied Cash Payment Income | -442.61 |
|    41000 Sales of Product Income | 4,604.19 |
|    42000 Services | 35,123.67 |
| **Total Income** | **$39,285.25** |
| **GROSS PROFIT** | **$39,285.25** |
| **Expenses** | |
|    60000 Advertising & Marketing | 402.75 |
|    60200 Bank Charges & Fees | 157.91 |
|    61100 Insurance | |
|       61110 General Liability Insurance | 1,667.47 |
| **Total 61100 Insurance** | **1,667.47** |
|    61400 Meals & Entertainment | |
|       61420 Meals - Officers Only | 4.37 |
|       61430 Meals - Employees (Meetings) | 261.09 |
|       61470 Entertainment - Officers Only | 52.25 |
| **Total 61400 Meals & Entertainment** | **317.71** |
|    61600 Office Expenses | 260.82 |
|    62000 Legal & Professional Services | |
|       62010 Accounting & Administrative | 350.00 |
| **Total 62000 Legal & Professional Services** | **350.00** |
|    62200 Rent & Lease (Buildings) | 2,510.93 |
|    62400 Repairs & Maintenance | 1,602.66 |
|    62500 Materials & Supplies | 13,530.96 |
|    62600 Telephone & Internet | 255.19 |
|       62620 Cell Phone | 115.07 |
| **Total 62600 Telephone & Internet** | **370.26** |
|    63000 Taxes Paid | |
|       63010 Local Taxes | 8.54 |
| **Total 63000 Taxes Paid** | **8.54** |
|    63210 Salaries & Wages | |
|       63221 Wages (Hourly) - Regular Pay | 24,696.28 |
| **Total 63210 Salaries & Wages** | **24,696.28** |
|    67010 Dump & Waste Management | 163.35 |
|    67300 Fuel | 2,170.57 |
|    69000 Uncategorized Expense | 561.49 |
| **Total Expenses** | **$48,771.70** |
| **NET OPERATING INCOME** | **$ -9,486.45** |
| **NET INCOME** | **$ -9,486.45** |