| **Livingscapes Exhibit C** | | |
|---|---|---|
| **Date** | **Type** | **Total** |
| 12/24/2020 | Payment | 315.00 |
| 12/23/2020 | Payment | 175.00 |
| 12/23/2020 | Payment | 405.00 |
| 12/22/2020 | Payment | 100.00 |
| 12/22/2020 | Payment | 1,775.00 |
| 12/22/2020 | Payment | 1,590.00 |
| 12/22/2020 | Payment | 1,420.00 |
| 12/22/2020 | Payment | 846.25 |
| 12/22/2020 | Payment | 745.00 |
| 12/22/2020 | Payment | 510.00 |
| 12/22/2020 | Payment | 345.00 |
| 12/19/2020 | Payment | 645.00 |
| 12/16/2020 | Payment | 342.00 |
| 12/15/2020 | Payment | 1,900.00 |
| 12/15/2020 | Payment | 6,550.00 |
| 12/15/2020 | Payment | 1,085.00 |
| 12/15/2020 | Payment | 721.25 |
| 12/15/2020 | Payment | 520.00 |
| 12/15/2020 | Payment | 50.00 |
| 12/13/2020 | Payment | 670.00 |
| 12/12/2020 | Payment | 440.00 |
| 12/12/2020 | Payment | 1,885.00 |
| 12/11/2020 | Payment | 945.00 |
| 12/10/2020 | Payment | 100.00 |
| 12/10/2020 | Payment | 950.00 |
| 12/10/2020 | Payment | 902.00 |
| 12/10/2020 | Payment | 360.00 |
| 12/09/2020 | Payment | 195.00 |
| 12/09/2020 | Payment | 3,705.00 |
| 12/09/2020 | Payment | 2,413.75 |
| 12/09/2020 | Payment | 925.00 |
| 12/09/2020 | Payment | 330.00 |
| 12/08/2020 | Payment | 4,055.00 |
| 12/07/2020 | Payment | 455.00 |
| 12/07/2020 | Payment | 595.00 |
| 12/06/2020 | Payment | 1,679.50 |
| 12/04/2020 | Payment | 1,430.00 |
| 12/02/2020 | Payment | 438.75 |
| 12/02/2020 | Payment | 685.00 |
| 12/02/2020 | Payment | 180.00 |
| 12/02/2020 | Payment | 400.00 |
| 12/02/2020 | Payment | 425.00 |
| 12/02/2020 | Payment | 481.25 |
| 12/02/2020 | Payment | 655.00 |
| 12/02/2020 | Payment | 920.00 |
| 12/02/2020 | Payment | 1,100.00 |
| 12/02/2020 | Payment | 2,977.00 |
| 12/02/2020 | Payment | 10,819.00 |