## Livingscapes Exhibit D

| Date | Type | Payee | Category | Memo | Total |
|---|---|---|---|---|---|
| 01/31/2021 | Expense | QuickBooks Payments | Bank Charges & Fees | System-recorded fee for QuickBooks Payments. Fee-name: DiscountRateFee, fee-type: Daily. | 3.25 |
| 01/29/2021 | Expense | Waffle House | Entertainment - Officers Only | 6930 CHARLOTTE PIKE WAFFLE HOUS 6930 CHARLOTTE PIKE WAFFLE HOUSE 03 NASHVILLE TN 12821 Card#2282 | 52.25 |
| 01/29/2021 | Expense | | Bank Charges & Fees | Service Charge | 15.50 |
| 01/29/2021 | Expense | Pinnacle Payroll *2655 | Payroll | OLB Transfer from *236 to *655 OLB Transfer from *236 to *655 Transfer | 7,000.00 |
| 01/29/2021 | Expense | STONETREE MULCH | Materials & Supplies | 628 OLD HICKORY BLV IN *STONETR 628 OLD HICKORY BLV IN *STONETREE M 615-6462208 TN 12821 Card#2282 | 441.00 |
| 01/29/2021 | Expense | Amazon | Materials & Supplies | 440 Terry Ave N Prime Video*RS1 440 Terry Ave N Prime Video*RS1 888-802-3080 WA 12821 Card#2282 | 3.27 |
| 01/28/2021 | Expense | Wilson | Materials & Supplies | 3500 N MOUNT JULIET WEST WILSON 3500 N MOUNT JULIET WEST WILSON FAM MOUNT JULIET TN 12621 Card#2282 | 123.63 |
| 01/28/2021 | Expense | Walgreens | Materials & Supplies | WALGREENS 5301 HARDING NASHVILL WALGREENS 5301 HARDING NASHVILLE TN 12721 012717404965 Card#2282 | 88.07 |

| Date | Type | Name | Account | Memo/Description | Amount |
|---|---|---|---|---|---|
| 01/27/2021 | Expense | Duck Welding Sales & Service | Repairs & Maintenance | DUCK WELD 311 WILHAGAN NASHVILL DUCK WELD 311 WILHAGAN NASHVILLE TN 12721 012716102404 Card#2282 | 49.16 |
| 01/27/2021 | Expense | Discount Tire | Repairs & Maintenance | 6214 CHARLOTTE PIKE DISCOUNT-TI 6214 CHARLOTTE PIKE DISCOUNT-TIRE-T NASHVILLE TN 12621 Card#2282 | 90.90 |
| 01/27/2021 | Expense | AUTOZONE | Repairs & Maintenance | AUTOZONE 1007 MURFREE NASHVILLE AUTOZONE 1007 MURFREE NASHVILLE TN 12721 012712518280 Card#2282 | 10.91 |
| 01/26/2021 | Check | Payroll | Wages (Hourly) - Regular Pay | Check 20146 Check | 687.49 |
| 01/26/2021 | Check | Payroll | Wages (Hourly) - Regular Pay | Check 20145 Check | 708.11 |
| 01/26/2021 | Check | Payroll | Wages (Hourly) - Regular Pay | Check 20144 Check | 651.64 |
| 01/26/2021 | Expense | Verizon | Telephone & Internet | 899 Heathrow Park Ln VZWRLSS*MY 899 Heathrow Park Ln VZWRLSS*MY VZ V 800-922-0204 FL 12621 Card#2282 | 255.19 |
| 01/26/2021 | Expense | Texaco | Repairs & Maintenance | 3901 CLARKSVILLE PIK TEXACO XPR 3901 CLARKSVILLE PIK TEXACO XPRESS L NASHVILLE TN 12521 Card#2282 | 37.15 |

| Date | Type | Payee | Category | Description | Amount |
|---|---|---|---|---|---|
| 01/26/2021 | Expense | Texaco | Repairs & Maintenance | 3901 CLARKSVILLE PIK TEXACO XPR 3901 CLARKSVILLE PIK TEXACO XPRESS L NASHVILLE TN 12521 Card#2282 | 53.53 |
| 01/26/2021 | Expense | Penn National Insurance | General Liability Insurance | PENN NATIONAL IN RECUR PMTS 310 PENN NATIONAL IN RECUR PMTS 3100193796 C230961349 LIVINGSCAPES INC | 1,549.97 |
| 01/26/2021 | Expense | NAPA | Repairs & Maintenance | 6000 CHARLOTTE PIKE NAPA STORE 6000 CHARLOTTE PIKE NAPA STORE 5120 NASHVILLE TN 12521 Card#2282 | 5.45 |
| 01/26/2021 | Expense | RICHLAND HARDWARE | Materials & Supplies | 6401 CHARLOTTE PIKE RICHLAND HA 6401 CHARLOTTE PIKE RICHLAND HARDWA NASHVILLE TN 12521 Card#2282 | 12.02 |
| 01/26/2021 | Expense | Oreilly | Repairs & Maintenance | 5714 CHARLOTTE PIKE O'REILLY AU 5714 CHARLOTTE PIKE O'REILLY AUTO P NASHVILLE TN 12521 Card#2282 | 30.57 |
| 01/26/2021 | Expense | Oreilly | Repairs & Maintenance | 5714 CHARLOTTE PIKE O'REILLY AU 5714 CHARLOTTE PIKE O'REILLY AUTO P NASHVILLE TN 12521 Card#2282 | 197.56 |

| Date | Type | Payee | Category | Description | Amount |
|---|---|---|---|---|---|
| 01/26/2021 | Expense | QuickBooks Payments | Bank Charges & Fees | System-recorded fee for QuickBooks Payments. Fee-name: DiscountRateFee, fee-type: Daily. | 10.00 |
| 01/25/2021 | Check | Payroll | Wages (Hourly) - Regular Pay | Check 20143 Check | 820.58 |
| 01/25/2021 | Check | Payroll | Wages (Hourly) - Regular Pay | Check 20142 Check | 747.98 |
| 01/25/2021 | Check | HUNTER TREES LLC | Materials & Supplies | Check 951 Check - Supplies | 1,300.00 |
| 01/25/2021 | Expense | Fabrication Services | Materials & Supplies | VENMO PAYMENT 3264681992 S JAME VENMO PAYMENT 3264681992 S JAMES LIVINGSTON | 215.00 |
| 01/25/2021 | Expense | Brit Parts | Materials & Supplies | 7700 EASTPORT PARKW BRITISH PAR 7700 EASTPORT PARKW BRITISH PARTS N 5038642001 OR 12921 Card#2282 | 326.56 |
| 01/25/2021 | Expense | LIVING EARTH | Materials & Supplies | 6401 CENTENNIAL BLV LIVING EART 6401 CENTENNIAL BLV LIVING EARTH CE NASHVILLE TN | 8.00 |
| 01/25/2021 | Expense | LIVING EARTH | Materials & Supplies | 6401 CENTENNIAL BLV LIVING EART 6401 CENTENNIAL BLV LIVING EARTH CE NASHVILLE TN | 15.36 |
| 01/25/2021 | Expense | LIVING EARTH | Materials & Supplies | 6401 CENTENNIAL BLV LIVING EART 6401 CENTENNIAL BLV LIVING EARTH CE NASHVILLE TN | 16.32 |

| Date | Type | Name | Category | Description | Amount |
|---|---|---|---|---|---|
| 01/25/2021 | Expense | All Brothers Truck Repair | Repairs & Maintenance | 3716 DICKERSON PIKE ALL BROTHER 3716 DICKERSON PIKE ALL BROTHERS TR NASHVILLE TN 12221 Card#2282 | 913.84 |
| 01/24/2021 | Expense | QuickBooks Payments | Bank Charges & Fees | System-recorded fee for QuickBooks Payments. Fee-name: DiscountRateFee, fee-type: Daily. | 1.30 |
| 01/22/2021 | Check | Payroll | Wages (Hourly) - Regular Pay | Check 20141 Check | 688.17 |
| 01/22/2021 | Expense | Payroll | Wages (Hourly) - Regular Pay | 190AWWV LIVINGS PAYROLL 190AWWV 190AWWV LIVINGS PAYROLL 190AWWV 1582663830 LIVINGSCAPES | 82.50 |
| 01/22/2021 | Expense | Payroll | Wages (Hourly) - Regular Pay | 190AWWV LIVINGS PAYROLL 190AWWV 190AWWV LIVINGS PAYROLL 190AWWV 1582663830 LIVINGSCAPES | 2,174.29 |
| 01/22/2021 | Expense | Payroll | Wages (Hourly) - Regular Pay | 190AWWV LIVINGS PAYROLL 190AWWV 190AWWV LIVINGS PAYROLL 190AWWV 1582663830 LIVINGSCAPES | 3,264.67 |
| 01/22/2021 | Expense | S NASHVILLERY | Fuel | SHELL SERVICE S NASHVILLE TN 12 SHELL SERVICE S NASHVILLE TN 12121 102178566006 Card#2282 | 22.18 |
| 01/22/2021 | Expense | SAMARA FARMS | Materials & Supplies | SAMARA FARMS LLC SALE 921598620 SAMARA FARMS LLC SALE 9215986202 S JAMES LIVINGSTON | 2,628.00 |

| Date | Type | Payee | Account | Memo/Description | Amount |
|---|---|---|---|---|---|
| 01/22/2021 | Expense | MAPCO | Fuel | MAPCO 3219 NASHVILLE TN 12221 0 MAPCO 3219 NASHVILLE TN 12221 005607 Card#2282 | 24.30 |
| 01/22/2021 | Expense | Classic & Performance Parts | Repairs & Maintenance | 80 ROTECH DR CLASSIC & PERFO 71 80 ROTECH DR CLASSIC & PERFO 716-759-1800 NY 11921 Card#2282 | 28.79 |
| 01/22/2021 | Expense | QuickBooks Payments | Bank Charges & Fees | System-recorded fee for QuickBooks Payments. Fee-name: DiscountRateFee, fee-type: Daily. | 0.90 |
| 01/21/2021 | Expense | Payroll | Pinnacle Payroll *2655 | OLB Transfer from *236 to *655 OLB Transfer from *236 to *655 Transfer | 10,600.00 |
| 01/21/2021 | Expense | Classic & Performance Parts | Repairs & Maintenance | 80 ROTECH DR CLASSIC & PERFO 71 80 ROTECH DR CLASSIC & PERFO 716-759-1800 NY 11921 Card#2282 | 92.20 |
| 01/21/2021 | Expense | Tennessee Contractors | Machinery & Equipment - Original Cost | 600 51ST AVE N Tennessee Contr 600 51ST AVE N Tennessee Contr 615-292-2989 TN 11821 Card#2282 | 152.95 |
| 01/21/2021 | Expense | NASHVILLE NURSERY | Materials & Supplies | 4225 ASHLAND CITY HW NASHVILLE 4225 ASHLAND CITY HW NASHVILLE NURSE 615-2443478 TN 11421 Card#2282 | 24.58 |

| Date | Type | Payee | Category | Memo/Description | Amount |
|---|---|---|---|---|---|
| 01/21/2021 | Expense | NASHVILLE NURSERY | Materials & Supplies | 4225 ASHLAND CITY HW NASHVILLE 4225 ASHLAND CITY HW NASHVILLE NURSE 615-2443478 TN 11421 Card#2282 | 221.23 |
| 01/21/2021 | Expense | Martins | Meals - Employees (Meetings) | 2700 Belmont Boulev SQ *MARTIN' 2700 Belmont Boulev SQ *MARTIN'S BA Nashville TN 12021 Card#2282 | 129.65 |
| 01/21/2021 | Expense | QuickBooks Payments | Bank Charges & Fees | System-recorded fee for QuickBooks Payments. Fee-name: DiscountRateFee, fee-type: Daily. | 3.05 |
| 01/20/2021 | Check | Payroll | Wages (Hourly) - Regular Pay | Check 20139 Check | 663.60 |
| 01/20/2021 | Check | Payroll | Wages (Hourly) - Regular Pay | Check 20138 Check | 683.32 |
| 01/20/2021 | Check | Payroll | Wages (Hourly) - Regular Pay | Check 20137 Check | 628.46 |
| 01/20/2021 | Check | JB Donoho Nursery | Materials & Supplies | Check 948 Check - Materials | 504.00 |
| 01/20/2021 | Expense | Wendy's | Meals - Officers Only | WENDYS 607 NASHVILLE TN 12021 4 WENDYS 607 NASHVILLE TN 12021 425437 Card#2282 | 4.37 |
| 01/20/2021 | Expense | NAPA | Repairs & Maintenance | 6000 CHARLOTTE PIKE NAPA STORE 6000 CHARLOTTE PIKE NAPA STORE 5120 NASHVILLE TN 12521 Card#2282 | 183.28 |

| Date | Type | Payee | Category | Description | Amount |
|---|---|---|---|---|---|
| 01/20/2021 | Expense | AMAZON | Office Expenses | 440 TERRY AVE N AMZN MKTP US*Z5 440 TERRY AVE N AMZN MKTP US*Z5 AMZN.COMBILL WA 11921 Card#2282 | 53.56 |
| 01/20/2021 | Expense | LIVING EARTH | Materials & Supplies | 6401 CENTENNIAL BLV LIVING EART 6401 CENTENNIAL BLV LIVING EARTH CE NASHVILLE TN | 14.08 |
| 01/20/2021 | Expense | NASHVILLE NURSERY | Materials & Supplies | 4225 ASHLAND CITY HW NASHVILLE 4225 ASHLAND CITY HW NASHVILLE NURSE 615-2443478 TN 11421 Card#2282 | 61.45 |
| 01/20/2021 | Expense | NASHVILLE NURSERY | Materials & Supplies | 4225 ASHLAND CITY HW NASHVILLE 4225 ASHLAND CITY HW NASHVILLE NURSE 615-2443478 TN 11421 Card#2282 | 81.94 |
| 01/19/2021 | Check | Payroll | Wages (Hourly) - Regular Pay | Check 20140 Check | 588.32 |
| 01/19/2021 | Check | Payroll | Wages (Hourly) - Regular Pay | Check 20135 Check | 588.31 |
| 01/19/2021 | Check | Payroll | Wages (Hourly) - Regular Pay | Check 20133 Check | 411.92 |

| Date | Type | Payee | Category | Description | Amount |
|---|---|---|---|---|---|
| 01/19/2021 | Expense | HART ACE HARDWARE | Materials & Supplies | 5310 HARDING PIKE WHITTS BBQ HA 5310 HARDING PIKE WHITTS BBQ HARD NASHVILLE TN 11821 Card#2282 | 7.70 |
| 01/19/2021 | Expense | HART ACE HARDWARE | Materials & Supplies | 5304 HARDING PIKE HART ACE HDWE 5304 HARDING PIKE HART ACE HDWE NASHVILLE TN 11821 Card#2282 | 124.40 |
| 01/19/2021 | Expense | DICKENS TURF & LANDSCAPE SUPPLY | Materials & Supplies | DICKENS TURF AND NASHVILLE TN 1 DICKENS TURF AND NASHVILLE TN 11921 002455 Card#2282 | 182.08 |
| 01/19/2021 | Expense | LIVING EARTH | Materials & Supplies | 6401 CENTENNIAL BLV LIVING EART 6401 CENTENNIAL BLV LIVING EARTH CE NASHVILLE TN | 18.56 |
| 01/19/2021 | Expense | LIVING EARTH | Materials & Supplies | 6401 CENTENNIAL BLV LIVING EART 6401 CENTENNIAL BLV LIVING EARTH CE NASHVILLE TN | 6.08 |
| 01/19/2021 | Expense | Tennessee Contractors | Machinery & Equipment - Original Cost | 600 51ST AVE N Tennessee Contr 600 51ST AVE N Tennessee Contr 615-292-2989 TN 11821 Card#2282 | 152.95 |

| Date | Type | Name | Category | Description | Amount |
|---|---|---|---|---|---|
| 01/19/2021 | Expense | NASHVILLE NURSERY | Materials & Supplies | 4225 ASHLAND CITY HW NASHVILLE 4225 ASHLAND CITY HW NASHVILLE NURSE 615-2443478 TN 11421 Card#2282 | 555.54 |
| 01/19/2021 | Expense | Snark Media | Advertising & Marketing | 139 HUNTINGTON PL IN *SNARK MED 139 HUNTINGTON PL IN *SNARK MEDIA 615-6969119 TN 11821 Card#2282 | 396.00 |
| 01/19/2021 | Expense | QuickBooks Payments | Bank Charges & Fees | System-recorded fee for QuickBooks Payments. Fee-name: DiscountRateFee, fee-type: Daily. | 6.30 |
| 01/18/2021 | Expense | QuickBooks Payments | Bank Charges & Fees | System-recorded fee for QuickBooks Payments. Fee-name: DiscountRateFee, fee-type: Daily. | 11.30 |
| 01/17/2021 | Expense | QuickBooks Payments | Bank Charges & Fees | System-recorded fee for QuickBooks Payments. Fee-name: DiscountRateFee, fee-type: Daily. | 9.60 |
| 01/17/2021 | Expense | QuickBooks Payments | Bank Charges & Fees | System-recorded fee for QuickBooks Payments. Fee-name: DiscountRateFee, fee-type: Daily. | 0.55 |
| 01/15/2021 | Check | Payroll | Wages (Hourly) - Regular Pay | Check 20136 Check | 646.65 |
| 01/15/2021 | Check | Payroll | Wages (Hourly) - Regular Pay | Check 20134 Check | 579.06 |

| Date | Type | Account | Category | Description | Amount |
|---|---|---|---|---|---|
| 01/15/2021 | Expense | Payroll | Wages (Hourly) - Regular Pay | LIVINGS PAYROLL 190AWWV 190AWWV LIVINGS PAYROLL 190AWWV 1582663830 LIVINGSCAPES | 81.00 |
| 01/15/2021 | Expense | Payroll | Wages (Hourly) - Regular Pay | LIVINGS PAYROLL 190AWWV 190AWWV LIVINGS PAYROLL 190AWWV 1582663830 LIVINGSCAPES | 1,943.79 |
| 01/15/2021 | Expense | Payroll | Wages (Hourly) - Regular Pay | LIVINGS PAYROLL 190AWWV 190AWWV LIVINGS PAYROLL 190AWWV 1582663830 LIVINGSCAPES | 2,941.10 |
| 01/15/2021 | Expense | NASHVILLE NURSERY | Materials & Supplies | 4225 ASHLAND CITY HW NASHVILLE 4225 ASHLAND CITY HW NASHVILLE NURSE 615-2443478 TN 11421 Card#2282 | 442.46 |
| 01/15/2021 | Expense | NASHVILLE NURSERY | Materials & Supplies | 4225 ASHLAND CITY HW NASHVILLE 4225 ASHLAND CITY HW NASHVILLE NURSE 615-2443478 TN 11421 Card#2282 | 442.46 |
| 01/15/2021 | Expense | M & M Lawncare | Materials & Supplies | 1883 Lewisburg Pike SQ *M & M L 1883 Lewisburg Pike SQ *M & M LAWNC Franklin TN 11421 Card#2282 | 600.00 |

| Date | Type | Name | Account | Memo/Description | Amount |
|---|---|---|---|---|---|
| 01/15/2021 | Expense | QuickBooks Payments | Bank Charges & Fees | System-recorded fee for QuickBooks Payments. Fee-name: DiscountRateFee, fee-type: Daily. | 10.00 |
| 01/14/2021 | Expense | MOBILE MINI | Rent & Lease (Buildings) | MOBILE MINI 8004561751 18607483 MOBILE MINI 8004561751 1860748362 JAMES LIVINGSTON | 143.42 |
| 01/14/2021 | Expense | HART ACE HARDWARE | Materials & Supplies | 5304 HARDING PIKE HART ACE HDWE 5304 HARDING PIKE HART ACE HDWE NASHVILLE TN 11321 Card#2282 | 1.64 |
| 01/14/2021 | Expense | QuickBooks Payments | Bank Charges & Fees | System-recorded fee for QuickBooks Payments. Fee-name: DiscountRateFee, fee-type: Daily. | 14.16 |
| 01/13/2021 | Check | Donnie Christian | Materials & Supplies | Check 947 Check - Materials | 675.00 |
| 01/13/2021 | Check | Reladyne Midsouth | Fuel | Check 950 Check - equipment fuel | 1,716.40 |
| 01/13/2021 | Expense | | Pinnacle Payroll *2655 | OLB Transfer from *236 to *655 OLB Transfer from *236 to *655 Transfer | 9,400.00 |
| 01/13/2021 | Expense | GIB FINANCIAL GROUP | Accounting & Administrative | Signature POS Debit 0201 TN 877- Signature POS Debit 0201 TN 877- 417-4551 SQ *GLB FINANCIAL G SEQ | 350.00 |

| Date | Type | Payee | Category | Description | Amount |
|---|---|---|---|---|---|
| 01/13/2021 | Expense | QuickBooks Payments | Bank Charges & Fees | System-recorded fee for QuickBooks Payments. Fee-name: DiscountRateFee, fee-type: Daily. | 71.20 |
| 01/12/2021 | Check | Payroll | Wages (Hourly) - Regular Pay | Check 20132 Check | 254.74 |
| 01/12/2021 | Check | Payroll | Wages (Hourly) - Regular Pay | Check 20131 Check | 270.66 |
| 01/12/2021 | Check | Payroll | Wages (Hourly) - Regular Pay | Check 20130 Check | 246.78 |
| 01/12/2021 | Expense | MINI 8004561751 1860748362 JAMESentleases | Rent & Lease (Buildings) | MOBILE MINI 8004561751 18607483 MOBILE MINI 8004561751 1860748362 JAMES LIVINGSTON | 153.67 |
| 01/12/2021 | Expense | NASHVILLE NURSERY | Fuel | 4225 ASHLAND CITY HW NASHVILLE 4225 ASHLAND CITY HW NASHVILLE NURSE 615-2443478 TN 11121 Card#2282 | 221.23 |
| 01/11/2021 | Check | Payroll | Wages (Hourly) - Regular Pay | Check 20128 Check | 410.43 |
| 01/11/2021 | Check | POSEY & SON NURSERY | Materials & Supplies | Check 946 Check | 1,100.00 |
| 01/11/2021 | Expense | NASHVILLE NURSERY | Materials & Supplies | 4225 ASHLAND CITY HW NASHVILLE 4225 ASHLAND CITY HW NASHVILLE NURSE 615-2443478 TN 10821 Card#2282 | 221.23 |
| 01/11/2021 | Expense | Thorntons | Fuel | THORNTONS #0608 - 7102 NASHVILL THORNTONS #0608 - 7102 NASHVILLE TN 11121 000000587048 Card#2282 | 20.27 |
| 01/11/2021 | Expense | AT&T | Internet | 211 S Akard Rm 1210 ATT*BILL PA 211 S Akard Rm 1210 ATT*BILL PAYMEN 800-288-2020 TX 10821 Card#2282 | 64.20 |

| Date | Type | Name | Account | Memo/Description | Amount |
|---|---|---|---|---|---|
| 01/11/2021 | Expense | AMAZON | Office Expenses | 440 Terry Ave N AMZN Mktp US*LP 440 Terry Ave N AMZN Mktp US*LP Amzn.combill WA 10921 Card#2282 | 52.43 |
| 01/08/2021 | Check | Payroll | Wages (Hourly) - Regular Pay | Check 20129 Check | 469.70 |
| 01/08/2021 | Check | Payroll | Wages (Hourly) - Regular Pay | Check 20127 Check | 411.95 |
| 01/08/2021 | Expense | Payroll | Wages (Hourly) - Regular Pay | 190AWWV LIVINGS PAYROLL 190AWWV 190AWWV LIVINGS PAYROLL 190AWWV 1582663830 LIVINGSCAPES | 81.00 |
| 01/08/2021 | Expense | Payroll | Wages (Hourly) - Regular Pay | 190AWWV LIVINGS PAYROLL 190AWWV 190AWWV LIVINGS PAYROLL 190AWWV 1582663830 LIVINGSCAPES | 1,054.83 |
| 01/08/2021 | Expense | Payroll | Wages (Hourly) - Regular Pay | 190AWWV LIVINGS PAYROLL 190AWWV 190AWWV LIVINGS PAYROLL 190AWWV 1582663830 LIVINGSCAPES | 1,915.23 |
| 01/08/2021 | Check | Eller Trees | Materials & Supplies | Check 945 Check | 1,175.00 |
| 01/08/2021 | Check | L & G TURF MANAGEMENT | Rent & Lease (Buildings) | Check 949 Check | 2,100.00 |
| 01/08/2021 | Expense | AMAZON | Office Expenses | 440 Terry Ave N Amazon.com*G69N 440 Terry Ave N Amazon.com*G69N Amzn.combill WA 10721 Card#2282 | 54.37 |
| 01/07/2021 | Expense | MINI 8004561751 1860748362 JAMESentleases | Rent & Lease (Buildings) | MOBILE MINI 8004561751 18607483 MOBILE MINI 8004561751 1860748362 JAMES LIVINGSTON | 113.84 |

| Date | Type | Payee | Category | Description | Amount |
|---|---|---|---|---|---|
| 01/06/2021 | Expense | LOWE'S | Materials & Supplies | LOWE'S #629 7034 CHARL NASHVILL LOWE'S #629 7034 CHARL NASHVILLE TN 10521 046234 Card#2282 | 108.79 |
| 01/06/2021 | Expense | TRU BELVIDERERY | Fuel | TROLLEY ROCK TRU BELVIDERE TN 1 TROLLEY ROCK TRU BELVIDERE TN 10621 795269 Card#2282 | 12.85 |
| 01/06/2021 | Expense | Waste Management | Dump & Waste Management | WASTE MANAGEMENT INTERNET 90490 WASTE MANAGEMENT INTERNET 9049038216 S LIVINGSTON JAMES | 163.35 |
| 01/06/2021 | Expense | SALE 921598620 SAMARAattmaterialss | Materials & Supplies | SAMARA FARMS LLC SALE 921598620 SAMARA FARMS LLC SALE 9215986202 S JAMES LIVINGSTON | 1,442.00 |
| 01/06/2021 | Expense | Penn National Insurance | General Liability Insurance | PENN NATIONAL IN RECUR PMTS 800 PENN NATIONAL IN RECUR PMTS 8000271667 C230961349 LIVINGSTON JAMES | 117.50 |
| 01/05/2021 | Check | TN VALLEY NURSERY | Uncategorized Expense | Check 2005 Check | 561.49 |
| 01/05/2021 | Expense | S NASHVILLERY | Fuel | SHELL SERVICE S NASHVILLE TN 10 SHELL SERVICE S NASHVILLE TN 10521 100578562857 Card#2282 | 15.70 |

| Date | Type | Payee | Category | Description | Amount |
|---|---|---|---|---|---|
| 01/04/2021 | Expense | GOOGLE | Advertising & Marketing | 1600 Amphitheatre P Google LLC 1600 Amphitheatre P Google LLC GSUI Mountain View CA 10321 Card#2282 | 6.75 |
| 01/04/2021 | Expense | Coltons | Materials & Supplies | 2431 HIGHWAY 46 S COLTONS - DIC 2431 HIGHWAY 46 S COLTONS - DICKS DICKSON TN 10121 Card#2282 | 59.10 |
| 01/04/2021 | Expense | | Local Taxes | 22-24 Boulevard Roya Luxembourg 22-24 Boulevard Roya Luxembourg LUX 123120 Card#2282 | 6.99 |
| 01/04/2021 | Expense | | Local Taxes | 22-24 Boulevard Roya Luxembourg 22-24 Boulevard Roya Luxembourg LUX 123120 Card#2282 | 1.55 |
| 01/04/2021 | Expense | Walgreens | Meals - Employees (Meetings) | 5600 CHARLOTTE PIKE WALGREENS # 5600 CHARLOTTE PIKE WALGREENS #4707 NASHVILLE TN 123120 Card#2282 | 43.37 |
| 01/04/2021 | Expense | | Office Expenses | Wal-Mart Super C NASHVILLE (W) Wal-Mart Super C NASHVILLE (W) TN 10221 820777 Card#2282 | 33.61 |
| 01/04/2021 | Expense | | Cell Phone | 899 Heathrow Park L VERIZON*TEL 899 Heathrow Park L VERIZON*TELESA L 800-922-0204 FL 10321 Card#2282 | 50.87 |
| 01/04/2021 | Expense | S NASHVILLERY | Fuel | SHELL SERVICE S NASHVILLE TN 10 SHELL SERVICE S NASHVILLE TN 10121 100108723391 Card#2282 | 9.01 |

| Date | Type | Name | Category | Description | Amount |
|---|---|---|---|---|---|
| 01/04/2021 | Expense | S NASHVILLERY | Fuel | SHELL SERVICE S NASHVILLE TN 10 SHELL SERVICE S NASHVILLE TN 10321 100343804474 Card#2282 | 29.84 |
| 01/04/2021 | Expense | Flying J | Fuel | FLYING J #720 FAIRVIEW TN 10121 FLYING J #720 FAIRVIEW TN 10121 100173890936 Card#2282 | 8.11 |
| 01/04/2021 | Expense | Boulevard Mate | Materials & Supplies | 22-24 Boulevard Roya eBay O*22-22-24 Boulevard Roya eBay O*22-06329 Luxembourg LUX 123120 Card#2282 | 777.48 |
| 01/04/2021 | Expense | Dollar General | Office Expenses | DOLLAR GENERAL 1 NASHVILLE TN 1 DOLLAR GENERAL 1 NASHVILLE TN 10321 024209 Card#2282 | 66.85 |
| 01/04/2021 | Expense | QuickBooks Payments | Bank Charges & Fees | System-recorded fee for QuickBooks Payments. Fee-name: DiscountRateFee, fee-type: Daily. | 0.80 |