| Date | Transaction | Due Date | Property | Amount | Open Balance | Balance |
|---|---|---|---|---|---|---|
| 08/02/2020 | Invoice | 08/17/2020 | A-M | 495.00 | 495.00 | 495.00 |
| 12/07/2020 | Invoice | 12/22/2020 | | 345.00 | 345.00 | 840.00 |
| | | | | $ 840.00 | $ 840.00 | |
| 11/18/2020 | Invoice | 12/03/2020 | A-M | 570.00 | 570.00 | 570.00 |
| | | | | $ 570.00 | $ 570.00 | |
| 01/21/2021 | Invoice | 02/05/2021 | C-I | 3,705.00 | 3,705.00 | 3,705.00 |
| 01/21/2021 | Invoice | 02/05/2021 | | 19,055.25 | 19,055.25 | 22,760.25 |
| | | | | $ 22,760.25 | $ 22,760.25 | |
| 11/07/2020 | Invoice | 11/22/2020 | A-M | 525.00 | 525.00 | 525.00 |
| | | | | $ 525.00 | $ 525.00 | |
| 11/08/2020 | Invoice | 11/23/2020 | A-M | 398.00 | 398.00 | 398.00 |
| 11/18/2020 | Invoice | 12/03/2020 | | 2,173.50 | 2,173.50 | 2,571.50 |
| 12/06/2020 | Invoice | 12/21/2020 | | 895.00 | 895.00 | 3,466.50 |
| | | | | $ 3,466.50 | $ 3,466.50 | |
| 01/28/2021 | Invoice | 02/12/2021 | A-M | 879.00 | 879.00 | 879.00 |
| | | | | $ 879.00 | $ 879.00 | |
| 01/16/2021 | Invoice | 01/31/2021 | A-M | 919.04 | 447.79 | 447.79 |
| | | | | $ 919.04 | $ 447.79 | |
| 06/07/2020 | Invoice | 06/07/2020 | A-M | 2,097.00 | 2,097.00 | 2,097.00 |
| | | | | $ 2,097.00 | $ 2,097.00 | |
| 01/12/2021 | Invoice | 01/27/2021 | A-M | 50.00 | 50.00 | 50.00 |
| | | | | $ 50.00 | $ 50.00 | |
| 01/17/2021 | Invoice | 02/01/2021 | A-M | 80.00 | 80.00 | 80.00 |
| | | | | $ 80.00 | $ 80.00 | |
| 08/02/2020 | Invoice | 08/17/2020 | A-M | 80.00 | 80.00 | 80.00 |
| 08/24/2020 | Invoice | 09/08/2020 | | 160.00 | 160.00 | 240.00 |
| 09/27/2020 | Invoice | 10/12/2020 | | 644.50 | 644.50 | 884.50 |
| 11/08/2020 | Invoice | 11/23/2020 | | 200.00 | 200.00 | 1,084.50 |
| 12/09/2020 | Invoice | 12/24/2020 | | 80.00 | 80.00 | 1,164.50 |
| 01/12/2021 | Invoice | 01/27/2021 | | 40.00 | 40.00 | 1,204.50 |
| 01/28/2021 | Invoice | 02/12/2021 | | 40.00 | 40.00 | 1,244.50 |
| | | | | $ 1,244.50 | $ 1,244.50 | |

| Date | Type | Due Date | Class | Amount | Open Balance | Running |
|---|---|---|---|---|---|---|
| 08/24/2020 | Invoice | 09/08/2020 | A-M | 160.00 | 160.00 | 160.00 |
| 09/27/2020 | Invoice | 10/12/2020 | | 265.00 | 265.00 | 425.00 |
| | | | | **$ 425.00** | **$ 425.00** | |
| 11/08/2020 | Invoice | 11/23/2020 | A-M | 263.00 | 263.00 | 263.00 |
| 12/09/2020 | Invoice | 12/24/2020 | | 343.00 | 343.00 | 606.00 |
| 01/12/2021 | Invoice | 01/27/2021 | | 80.00 | 80.00 | 686.00 |
| | | | | **$ 686.00** | **$ 686.00** | |
| 01/12/2021 | Invoice | 01/27/2021 | A-M | 550.00 | 541.00 | 541.00 |
| | | | | **$ 550.00** | **$ 541.00** | |
| 09/27/2020 | Invoice | 10/12/2020 | A-M | 290.00 | 290.00 | 290.00 |
| | | | | **$ 290.00** | **$ 290.00** | |
| 04/08/2019 | Invoice | 04/23/2019 | A-M | 379.00 | 379.00 | 379.00 |
| 12/16/2019 | Invoice | 12/31/2019 | | 80.00 | 80.00 | 459.00 |
| 06/14/2020 | Invoice | 06/29/2020 | | 40.00 | 40.00 | 499.00 |
| | | | | **$ 499.00** | **$ 499.00** | |
| 09/27/2020 | Invoice | 10/12/2020 | A-M | 325.00 | 325.00 | 325.00 |
| | | | | **$ 325.00** | **$ 325.00** | |
| 01/28/2021 | Invoice | 02/12/2021 | A-M | 1,165.00 | 1,165.00 | 1,165.00 |
| | | | | **$ 1,165.00** | **$ 1,165.00** | |
| 08/02/2020 | Invoice | 08/17/2020 | A-M | 438.75 | 438.75 | 438.75 |
| 12/09/2020 | Invoice | 12/24/2020 | | 508.75 | 508.75 | 947.50 |
| | | | | **$ 947.50** | **$ 947.50** | |
| 01/28/2021 | Invoice | 02/12/2021 | A-M | 1,899.00 | 1,899.00 | 1,899.00 |
| | | | | **$ 1,899.00** | **$ 1,899.00** | |
| 11/08/2020 | Invoice | 11/23/2020 | A-M | 378.50 | 378.50 | 378.50 |
| | | | | **$ 378.50** | **$ 378.50** | |
| | | | | **$ 40,596.29** | **$ 40,116.04** | |