**Pinnacle**

150 Third Avenue South
Suite 900
Nashville, TN 37201

www.pnfp.com
Phone 800-264-3613

Account
Livingscapes LLC
XXXXXXXX1236

RETURN SERVICE REQUESTED

Livingscapes LLC
Debtor In Possession
148 Stonecrest Drive
Nashville, TN 37209-5236

## Statement of Account

Horizon 75

| Balance 1/01/21 | Summary | |
|---|---|---|
| $ 53,498.22 | Credits | +$39,365.25 |
| Balance 1/31/21 | Interest | +$.00 |
| $ 35,041.89 | Debits | - $57,821.58 |



### Credit Transactions

**Declutter Your Desk with eStatements**

Paper statements take up space and use natural resources. If you're still getting statements in the mail, you can go green and reduce clutter when you sign up for "online with email" delivery in Pinnacle's Online Banking. Statements are readily accessible in Online Banking for 24 months. If you need to keep statements for a longer period of time, you can save them to your computer. To learn how to set up online delivery, visit PNFP.com/eStatements.

#### Deposits

| Date | Description | Amount |
|---|---|---|
| 1/05 | INTUIT PYMT SOLN  DEPOSIT 524771992494446 9215986202 LIVINGSCAPES INC | 80.00 |
| 1/05 | Regular Deposit | 15,425.50 |
| 1/14 | INTUIT PYMT SOLN  DEPOSIT 524771992494446 9215986202 LIVINGSCAPES INC | 6,018.25 |
| 1/15 | INTUIT PYMT SOLN  DEPOSIT 524771992494446 9215986202 LIVINGSCAPES INC | 1,416.00 |
| 1/19 | INTUIT PYMT SOLN  DEPOSIT 524771992494446 9215986202 LIVINGSCAPES INC | 55.00 |
| 1/19 | INTUIT PYMT SOLN  DEPOSIT 524771992494446 9215986202 LIVINGSCAPES INC | 960.00 |
| 1/19 | INTUIT PYMT SOLN  DEPOSIT 524771992494446 9215986202 LIVINGSCAPES INC | 1,867.50 |
| 1/19 | INTUIT PYMT SOLN  DEPOSIT 524771992494446 9215986202 LIVINGSCAPES INC | 1,929.00 |
| 1/20 | INTUIT PYMT SOLN  DEPOSIT 524771992494446 9215986202 LIVINGSCAPES INC | 630.00 |
| 1/22 | INTUIT PYMT SOLN  DEPOSIT 524771992494446 9215986202 LIVINGSCAPES INC | 305.00 |
| 1/25 | INTUIT PYMT SOLN  DEPOSIT 524771992494446 9215986202 LIVINGSCAPES INC | 90.00 |



## ELECTRONIC TRANSFER ERROR RESOLUTION

This Electronic Transfer Error Resolution only applies to accounts held for personal, family or household purposes and is therefore not applicable to business, trust accounts, or any such account held for non-personal purposes.

In case of errors or questions about your electronic transfers, call or write us at the telephone number or address listed at the end of this disclosure, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt.

- Tell us your name and account number (if any).

- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

- Tell us the dollar amount of the suspected error.

We must hear from you no later than 60 days after we send the FIRST statement on which the problem or error appeared.

We will provide provisional credit for the amount that you think is in error within 10 business days of your complaint and begin an investigation of the transaction(s). In most cases, we will disclose the results of the investigation within 10 business days of your complaint and correct any error promptly. If we need more time to investigate the complaint, we may take up to 45 days (90 days if the transfer involved a point-of-sale transaction or a foreign initiated transfer) to complete our investigation. However, you will have use of the funds in question during our investigation.

**Pinnacle Bank**
150 3rd Avenue South, Suite 900
Nashville, TN 37201
(800) 264-3613

Account Number: XXXXXXXX1236

| Date | Description | Amount |
|---|---|---:|
| 1/25 | INTUIT PYMT SOLN  DEPOSIT 524771992494446  9215986202 LIVINGSCAPES INC | 130.00 |
| 1/27 | INTUIT PYMT SOLN  DEPOSIT 524771992494446  9215986202 LIVINGSCAPES INC | 1,105.00 |
| 1/29 | Regular Deposit | 9,354.00 |
| **Total Credits** | | **$39,365.25** |

## Debit Transactions

### Other Debits

| Date | Description | Amount |
|---|---|---:|
| 1/04 | 1600 Amphitheatre P Google LLC GSUI Mountain View CA 010321  Card#2282 | 6.75 |
| 1/04 | FLYING J #720 FAIRVIEW TN 010121 100173890936 Card#2282 | 8.11 |
| 1/04 | SHELL SERVICE S NASHVILLE TN 010121 100108723391 Card#2282 | 9.01 |
| 1/04 | SHELL SERVICE S NASHVILLE TN 010321 100343804474 Card#2282 | 29.84 |
| 1/04 | Wal-Mart Super C NASHVILLE (W) TN 010221 820777 Card#2282 | 33.61 |
| 1/04 | 5600 CHARLOTTE PIKE WALGREENS #4707 NASHVILLE TN 123120  Card#2282 | 43.37 |
| 1/04 | 899 Heathrow Park L VERIZON*TELESAL 800-922-0204 FL 010321  Card#2282 | 50.87 |
| 1/04 | 2431 HIGHWAY 46 S COLTONS - DICKS DICKSON TN 010121  Card#2282 | 59.10 |
| 1/04 | DOLLAR GENERAL 1 NASHVILLE TN 010321 024209 Card#2282 | 66.85 |
| 1/04 | 22-24 Boulevard Roya eBay O*22-06329 Luxembourg LUX 123120  Card#2282 | 777.48 |
| 1/04 | OLB Transfer from *236 to *655 Transfer | 1,000.00 |
| 1/04 | 22-24 Boulevard Roya Luxembourg LUX 123120  Card#2282 | 1.55 |
| 1/04 | 22-24 Boulevard Roya Luxembourg LUX 123120  Card#2282 | 6.99 |
| 1/05 | SHELL SERVICE S NASHVILLE TN 010521 100578562857 Card#2282 | 15.70 |
| 1/05 | INTUIT PYMT SOLN  TRAN FEE 524771992494446  9215986202 LIVINGSCAPES INC | .80 |
| 1/06 | TROLLEY ROCK TRU BELVIDERE TN 010621 795269 Card#2282 | 12.85 |
| 1/06 | LOWE'S #629 7034 CHARL NASHVILLE TN 010521 046234 Card#2282 | 108.79 |
| 1/06 | PENN NATIONAL IN  RECUR PMTS 8000271667         C230961349 LIVINGSTON JAMES | 117.50 |
| 1/06 | WASTE MANAGEMENT  INTERNET 9049038216    S LIVINGSTON JAMES | 163.35 |
| 1/06 | SAMARA FARMS LLC   SALE 9215986202  S JAMES LIVINGSTON | 1,442.00 |
| 1/07 | OLB Transfer from *236 to *655 Transfer | 5,600.00 |
| 1/07 | MOBILE MINI       8004561751 1860748362 JAMES LIVINGSTON | 113.84 |
| 1/08 | 440 Terry Ave N Amazon.com*G69N Amzn.com/bill WA 010721  Card#2282 | 54.37 |
| 1/11 | THORNTONS #0608 - 7102 NASHVILLE TN 011121 000000587048 Card#2282 | 20.27 |
| 1/11 | 440 Terry Ave N AMZN Mktp US*LP Amzn.com/bill WA 010921  Card#2282 | 52.43 |
| 1/11 | 211 S Akard Rm 1210 ATT*BILL PAYMEN 800-288-2020 TX 010821  Card#2282 | 64.20 |
| 1/11 | 4225 ASHLAND CITY HW NASHVILLE NURSE 615-2443478 TN 010821  Card#2282 | 221.23 |
| 1/12 | 4225 ASHLAND CITY HW NASHVILLE NURSE 615-2443478 TN 011121  Card#2282 | 221.23 |
| 1/12 | MOBILE MINI       8004561751 1860748362 JAMES LIVINGSTON | 153.67 |
| 1/13 | 845 BELL RD IN *GLB FINANCI 615-5330817 TN 011221  Card#2282 | 350.00 |
| 1/13 | OLB Transfer from *236 to *655 Transfer | 9,400.00 |
| 1/14 | 5304 HARDING PIKE HART ACE HDWE NASHVILLE TN 011321  Card#2282 | 1.64 |
| 1/14 | INTUIT PYMT SOLN  TRAN FEE 524771992494446  9215986202 LIVINGSCAPES INC | 71.20 |
| 1/14 | MOBILE MINI       8004561751 1860748362 JAMES LIVINGSTON | 143.42 |
| 1/15 | 4225 ASHLAND CITY HW NASHVILLE NURSE 615-2443478 TN 011421  Card#2282 | 442.46 |
| 1/15 | 4225 ASHLAND CITY HW NASHVILLE NURSE 615-2443478 TN 011421  Card#2282 | 442.46 |

Account Number: XXXXXXXX1236

| Date | Description | Amount |
|---|---|---:|
| 1/15 | 1883 Lewisburg Pike SQ *M & M LAWNC Franklin TN 011421  Card#2282 | 600.00 |
| 1/15 | INTUIT PYMT SOLN  TRAN FEE 524771992494446  9215986202 LIVINGSCAPES INC | 14.16 |
| 1/19 | 6401 CENTENNIAL BLV LIVING EARTH CE NASHVILLE TN 011421  Card#2282 | 6.08 |
| 1/19 | 5310 HARDING PIKE WHITTS BBQ HARD NASHVILLE TN 011821  Card#2282 | 7.70 |
| 1/19 | 6401 CENTENNIAL BLV LIVING EARTH CE NASHVILLE TN 011521  Card#2282 | 18.56 |
| 1/19 | 5304 HARDING PIKE HART ACE HDWE NASHVILLE TN 011821  Card#2282 | 124.40 |
| 1/19 | 600 51ST AVE N Tennessee Contr 615-292-2989 TN 011821  Card#2282 | 152.95 |
| 1/19 | DICKENS TURF AND NASHVILLE TN 011921 002455 Card#2282 | 182.08 |
| 1/19 | 139 HUNTINGTON PL IN *SNARK MEDIA 615-6969119 TN 011821  Card#2282 | 396.00 |
| 1/19 | 4225 ASHLAND CITY HW NASHVILLE NURSE 615-2443478 TN 011521  Card#2282 | 555.54 |
| 1/19 | INTUIT PYMT SOLN  TRAN FEE 524771992494446  9215986202 LIVINGSCAPES INC | .55 |
| 1/19 | INTUIT PYMT SOLN  TRAN FEE 524771992494446  9215986202 LIVINGSCAPES INC | 9.60 |
| 1/19 | INTUIT PYMT SOLN  TRAN FEE 524771992494446  9215986202 LIVINGSCAPES INC | 10.00 |
| 1/19 | INTUIT PYMT SOLN  TRAN FEE 524771992494446  9215986202 LIVINGSCAPES INC | 11.30 |
| 1/20 | WENDYS 607 NASHVILLE TN 012021 425437 Card#2282 | 4.37 |
| 1/20 | 6401 CENTENNIAL BLV LIVING EARTH CE NASHVILLE TN 011821  Card#2282 | 14.08 |
| 1/20 | 440 TERRY AVE N AMZN MKTP US*Z5 AMZN.COM/BILL WA 011921  Card#2282 | 53.56 |
| 1/20 | 4225 ASHLAND CITY HW NASHVILLE NURSE 615-2443478 TN 011921  Card#2282 | 61.45 |
| 1/20 | 4225 ASHLAND CITY HW NASHVILLE NURSE 615-2443478 TN 011921  Card#2282 | 81.94 |
| 1/20 | NAPA STORE 51200 NASHVILLE TN 012021 930250 Card#2282 | 183.28 |
| 1/20 | INTUIT PYMT SOLN  TRAN FEE 524771992494446  9215986202 LIVINGSCAPES INC | 6.30 |
| 1/21 | 4225 ASHLAND CITY HW NASHVILLE NURSE 615-2443478 TN 012021  Card#2282 | 24.58 |
| 1/21 | 80 ROTECH DR CLASSIC & PERFO 716-759-1800 NY 011921  Card#2282 | 92.20 |
| 1/21 | 2700 Belmont Boulev SQ *MARTIN'S BA Nashville TN 012021  Card#2282 | 129.65 |
| 1/21 | 600 51ST AVE N Tennessee Contr 615-292-2989 TN 012021  Card#2282 | 152.95 |
| 1/21 | 4225 ASHLAND CITY HW NASHVILLE NURSE 615-2443478 TN 012021  Card#2282 | 221.23 |
| 1/21 | OLB Transfer from *236 to *655 Transfer | 10,600.00 |
| 1/22 | SHELL SERVICE S NASHVILLE TN 012121 102178566006 Card#2282 | 22.18 |
| 1/22 | MAPCO 3219 NASHVILLE TN 012221 005607 Card#2282 | 24.30 |
| 1/22 | 80 ROTECH DR CLASSIC & PERFO 716-759-1800 NY 012021  Card#2282 | 28.79 |
| 1/22 | INTUIT PYMT SOLN  TRAN FEE 524771992494446  9215986202 LIVINGSCAPES INC | 3.05 |
| 1/22 | SAMARA FARMS LLC   SALE 9215986202  S JAMES LIVINGSTON | 2,628.00 |
| 1/25 | 6401 CENTENNIAL BLV LIVING EARTH CE NASHVILLE TN 012221  Card#2282 | 8.00 |
| 1/25 | 6401 CENTENNIAL BLV LIVING EARTH CE NASHVILLE TN 012221  Card#2282 | 15.36 |
| 1/25 | 6401 CENTENNIAL BLV LIVING EARTH CE NASHVILLE TN 012221  Card#2282 | 16.32 |
| 1/25 | 7700 EASTPORT PARKW PAYPAL *GOODPAR 4029357733 PA 012221  Card#2282 | 326.56 |
| 1/25 | 3716 DICKERSON PIKE ALL BROTHERS TR NASHVILLE TN 012221  Card#2282 | 913.84 |
| 1/25 | INTUIT PYMT SOLN  TRAN FEE 524771992494446  9215986202 LIVINGSCAPES INC | .90 |
| 1/25 | INTUIT PYMT SOLN  TRAN FEE 524771992494446  9215986202 LIVINGSCAPES INC | 1.30 |
| 1/25 | VENMO           PAYMENT 3264681992   S JAMES LIVINGSTON | 215.00 |
| 1/26 | 6000 CHARLOTTE PIKE NAPA STORE 5120 NASHVILLE TN 012521  Card#2282 | 5.45 |
| 1/26 | 6401 CHARLOTTE PIKE RICHLAND HARDWA NASHVILLE TN 012521  Card#2282 | 12.02 |
| 1/26 | 5714 CHARLOTTE PIKE O'REILLY AUTO P NASHVILLE TN 012521  Card#2282 | 30.57 |
| 1/26 | 3901 CLARKSVILLE PIK TEXACO XPRESS L NASHVILLE TN 012521  Card#2282 | 37.15 |

| Date | Description | Amount |
|---|---|---|
| 1/26 | 3901 CLARKSVILLE PIK TEXACO XPRESS L NASHVILLE TN 012521  Card#2282 | 53.53 |
| 1/26 | 5714 CHARLOTTE PIKE O'REILLY AUTO P NASHVILLE TN 012521  Card#2282 | 197.56 |
| 1/26 | 899 Heathrow Park Ln VZWRLSS*MY VZ V 800-922-0204 FL 012621  Card#2282 | 255.19 |
| 1/26 | PENN NATIONAL IN  RECUR PMTS 3100193796      C230961349 LIVINGSCAPES INC | 1,549.97 |
| 1/27 | AUTOZONE  1007 MURFREE NASHVILLE TN 012721 012712518280 Card#2282 | 10.91 |
| 1/27 | DUCK WELD 311 WILHAGAN NASHVILLE TN 012721 012716102404 Card#2282 | 49.16 |
| 1/27 | 6214 CHARLOTTE PIKE DISCOUNT-TIRE-T NASHVILLE TN 012621  Card#2282 | 90.90 |
| 1/27 | INTUIT PYMT SOLN  TRAN FEE 524771992494446  9215986202 LIVINGSCAPES INC | 10.00 |
| 1/28 | WALGREENS 5301 HARDING NASHVILLE TN 012721 012717404965 Card#2282 | 88.07 |
| 1/28 | 3500 N MOUNT JULIET WEST WILSON FAM MOUNT JULIET TN 012621  Card#2282 | 123.63 |
| 1/29 | 440 Terry Ave N Prime Video*RS1 888-802-3080 WA 012821  Card#2282 | 3.27 |
| 1/29 | 6930 CHARLOTTE PIKE WAFFLE HOUSE 03 NASHVILLE TN 012821  Card#2282 | 52.25 |
| 1/29 | 628 OLD HICKORY BLV IN *STONETREE M 615-6462208 TN 012821  Card#2282 | 441.00 |
| 1/29 | OLB Transfer from *236 to *655 Transfer | 7,000.00 |
| 1/29 | Service Charge | 15.50 |

### Checks

| Date | Description | Amount |
|---|---|---|
| 1/08 | Check 945 | 1,175.00 |
| 1/11 | Check 946 | 1,100.00 |
| 1/13 | Check 947 | 675.00 |
| 1/20 | Check 948 | 504.00 |
| 1/08 | Check 949 | 2,100.00 |
| 1/13 | Check 950 | 1,716.40 |
| 1/25 | Check 951 | 1,300.00 |
| **Total Debits** | | **$57,821.58** |

(*) Indicates gap in check number sequenece

| | | | | |
|---|---|---|---|---|
| Average Balance This Statement | $46,860.82 | Annual Percentage Yield Earned | | .00% |
| Interest Earned This Period | $.00 | Days in Period | | 31 |
| Interest Paid Year to Date | $.00 | Interest Paid | | $.00 |

### DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 1/01 | 53,498.22 | 1/12 | 54,172.96 | 1/22 | 37,186.30 |
| 1/04 | 51,404.69 | 1/13 | 42,031.56 | 1/25 | 34,609.02 |
| 1/05 | 66,893.69 | 1/14 | 47,833.55 | 1/26 | 32,467.58 |
| 1/06 | 65,049.20 | 1/15 | 47,750.47 | 1/27 | 33,411.61 |
| 1/07 | 59,335.36 | 1/19 | 51,087.21 | 1/28 | 33,199.91 |
| 1/08 | 56,005.99 | 1/20 | 50,808.23 | 1/29 | 35,041.89 |
| 1/11 | 54,547.86 | 1/21 | 39,587.62 | | |

Intentionally Left Blank

#0          01/05/2021      $15,425.50

#0          01/29/2021      $9,354.00

#945        01/08/2021      $1,175.00

#946        01/11/2021      $1,100.00

#947        01/13/2021      $675.00

#948        01/20/2021      $504.00

#949        01/08/2021      $2,100.00

#950        01/13/2021      $1,716.40

#951        01/25/2021      $1,300.00