![Pinnacle]

150 Third Avenue South  
Suite 900  
Nashville, TN 37201

www.pnfp.com  
Phone 800-264-3613

Account  
Livingscapes LLC  
XXXXXXXX2655

RETURN SERVICE REQUESTED

Livingscapes LLC  
Debtor In Possession  
148 Stonecrest Drive  
Nashville, TN 37209-5236

## Statement of Account

Horizon 75

| Balance 1/01/21 | Summary | | |
|---|---|---|---|
| $ 377.02- | Credits | +$33,600.00 | |
| Balance 1/31/21 | Interest | +$.00 | |
| $ 7,965.21 | Debits | - $25,257.77 | |



### Credit Transactions

#### Deposits

| | | |
|---|---|---:|
| 1/04 | OLB Transfer from *236 to *655 Transfer | 1,000.00 |
| 1/07 | OLB Transfer from *236 to *655 Transfer | 5,600.00 |
| 1/13 | OLB Transfer from *236 to *655 Transfer | 9,400.00 |
| 1/21 | OLB Transfer from *236 to *655 Transfer | 10,600.00 |
| 1/29 | OLB Transfer from *236 to *655 Transfer | 7,000.00 |
| **Total Credits** | | **$33,600.00** |

### Declutter Your Desk with eStatements

Paper statements take up space and use natural resources. If you're still getting statements in the mail, you can go green and reduce clutter when you sign up for "online with email" delivery in Pinnacle's Online Banking. Statements are readily accessible in Online Banking for 24 months. If you need to keep statements for a longer period of time, you can save them to your computer. To learn how to set up online delivery, visit PNFP.com/eStatements.

### Debit Transactions

#### Other Debits

| | | |
|---|---|---:|
| 1/08 | 0190AWWV LIVINGS PAYROLL 0190AWWV 1582663830 LIVINGSCAPES | 81.00 |
| 1/08 | 0190AWWV LIVINGS PAYROLL 0190AWWV 1582663830 LIVINGSCAPES | 1,054.83 |
| 1/08 | 0190AWWV LIVINGS PAYROLL 0190AWWV 1582663830 LIVINGSCAPES | 1,915.23 |



## ELECTRONIC TRANSFER ERROR RESOLUTION

This Electronic Transfer Error Resolution only applies to accounts held for personal, family or household purposes and is therefore not applicable to business, trust accounts, or any such account held for non-personal purposes.

In case of errors or questions about your electronic transfers, call or write us at the telephone number or address listed at the end of this disclosure, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt.

- Tell us your name and account number (if any).

- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

- Tell us the dollar amount of the suspected error.

We must hear from you no later than 60 days after we send the FIRST statement on which the problem or error appeared.

We will provide provisional credit for the amount that you think is in error within 10 business days of your complaint and begin an investigation of the transaction(s). In most cases, we will disclose the results of the investigation within 10 business days of your complaint and correct any error promptly. If we need more time to investigate the complaint, we may take up to 45 days (90 days if the transfer involved a point-of-sale transaction or a foreign initiated transfer) to complete our investigation. However, you will have use of the funds in question during our investigation.

**Pinnacle Bank**
150 3rd Avenue South, Suite 900
Nashville, TN 37201
(800) 264-3613

Account Number: XXXXXXXX2655

| Date | Description | Reference | Amount |
|---|---|---|---|
| 1/15 | 0190AWWV LIVINGS PAYROLL 0190AWWV | 1582663830 LIVINGSCAPES | 81.00 |
| 1/15 | 0190AWWV LIVINGS PAYROLL 0190AWWV | 1582663830 LIVINGSCAPES | 1,943.79 |
| 1/15 | 0190AWWV LIVINGS PAYROLL 0190AWWV | 1582663830 LIVINGSCAPES | 2,941.10 |
| 1/22 | 0190AWWV LIVINGS PAYROLL 0190AWWV | 1582663830 LIVINGSCAPES | 82.50 |
| 1/22 | 0190AWWV LIVINGS PAYROLL 0190AWWV | 1582663830 LIVINGSCAPES | 2,174.29 |
| 1/22 | 0190AWWV LIVINGS PAYROLL 0190AWWV | 1582663830 LIVINGSCAPES | 3,264.67 |

### Checks

| Date | Description | Amount |
|---|---|---|
| 1/05 | Check 2005 | 561.49 |
| 1/08 | Check 20127* | 411.95 |
| 1/11 | Check 20128 | 410.43 |
| 1/08 | Check 20129 | 469.70 |
| 1/12 | Check 20130 | 246.78 |
| 1/12 | Check 20131 | 270.66 |
| 1/12 | Check 20132 | 254.74 |
| 1/19 | Check 20133 | 411.92 |
| 1/15 | Check 20134 | 579.06 |
| 1/19 | Check 20135 | 588.31 |
| 1/15 | Check 20136 | 646.65 |
| 1/20 | Check 20137 | 628.46 |
| 1/20 | Check 20138 | 683.32 |
| 1/20 | Check 20139 | 663.60 |
| 1/19 | Check 20140 | 588.32 |
| 1/22 | Check 20141 | 688.17 |
| 1/25 | Check 20142 | 747.98 |
| 1/25 | Check 20143 | 820.58 |
| 1/26 | Check 20144 | 651.64 |
| 1/26 | Check 20145 | 708.11 |
| 1/26 | Check 20146 | 687.49 |

**Total Debits** $25,257.77

(*) Indicates gap in check number sequenece

| | | | |
|---|---|---|---|
| Average Balance This Statement | $3,352.64 | Annual Percentage Yield Earned | .00% |
| Interest Earned This Period | $.00 | Days in Period | 31 |
| Interest Paid Year to Date | $.00 | Interest Paid | $.00 |

### ITEMIZATION OF TOTAL NSF/OVERDRAFT AND RETURNED ITEM FEES

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Previous Year NSF/Overdraft Paid Item Fees | | $ 76.00 |
| Total Previous Year NSF/Overdraft Return Item Fees | | $ 76.00 |

Account Number: XXXXXXXX2655

## DAILY BALANCE INFORMATION

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 1/01 | 377.02- | 1/12 | 546.17 | 1/22 | 4,581.01 |
| 1/04 | 622.98 | 1/13 | 9,946.17 | 1/25 | 3,012.45 |
| 1/05 | 61.49 | 1/15 | 3,754.57 | 1/26 | 965.21 |
| 1/07 | 5,661.49 | 1/19 | 2,166.02 | 1/29 | 7,965.21 |
| 1/08 | 1,728.78 | 1/20 | 190.64 | | |
| 1/11 | 1,318.35 | 1/21 | 10,790.64 | | |

Account Number: XXXXXXXX2655              Date         1/29/21
                                          Primary Acct No.    XXXXXXXX2655



#2005        01/05/2021        $561.49



#20127       01/08/2021        $411.95



#20128       01/11/2021        $410.43



#20129       01/08/2021        $469.70



#20130       01/12/2021        $246.78



#20131       01/12/2021        $270.66



#20132       01/12/2021        $254.74



#20133       01/19/2021        $411.92



#20134       01/15/2021        $579.06



#20135       01/19/2021        $588.31



#20136       01/15/2021        $646.65



#20137       01/20/2021        $628.46




#20138　　　01/20/2021　　　$683.32　　　　#20139　　　01/20/2021　　　$663.60




#20140　　　01/19/2021　　　$588.32　　　　#20141　　　01/22/2021　　　$688.17




#20142　　　01/25/2021　　　$747.98　　　　#20143　　　01/25/2021　　　$820.58




#20144　　　01/26/2021　　　$651.64　　　　#20145　　　01/26/2021　　　$708.11



#20146　　　01/26/2021　　　$687.49