# Livingscapes Inc

PROFIT AND LOSS

December 2020

|  | TOTAL |
|---|---:|
| **Income** | |
|   41000 Sales of Product Income | 10,048.68 |
|   42000 Services | 51,107.07 |
| **Total Income** | **$61,155.75** |
| **GROSS PROFIT** | **$61,155.75** |
| **Expenses** | |
|   60200 Bank Charges & Fees | 234.36 |
|   61100 Insurance | |
|     61110 General Liability Insurance | 1,667.47 |
|   **Total 61100 Insurance** | **1,667.47** |
|   61400 Meals & Entertainment | |
|     61430 Meals - Employees (Meetings) | 41.56 |
|   **Total 61400 Meals & Entertainment** | **41.56** |
|   61600 Office Expenses | 18.66 |
|   61700 Office Supplies & Software | 49.15 |
|   62000 Legal & Professional Services | |
|     62010 Accounting & Administrative | 350.00 |
|     62030 Attorneys & Legal Fees | 1,625.00 |
|   **Total 62000 Legal & Professional Services** | **1,975.00** |
|   62200 Rent & Lease (Buildings) | 4,860.93 |
|   62300 Rent & Leased Equipment | 2,200.00 |
|   62400 Repairs & Maintenance | 297.49 |
|   62500 Materials & Supplies | 19,831.43 |
|   62600 Telephone & Internet | |
|     62620 Cell Phone | 502.03 |
|   **Total 62600 Telephone & Internet** | **502.03** |
|   62700 Tools | 238.60 |
|   63000 Taxes Paid | |
|     63010 Local Taxes | 1,626.76 |
|   **Total 63000 Taxes Paid** | **1,626.76** |
|   63100 Utilities | 49.36 |
|   63210 Salaries & Wages | |
|     63221 Wages (Hourly) - Regular Pay | 54,735.36 |
|   **Total 63210 Salaries & Wages** | **54,735.36** |
|   67010 Dump & Waste Management | 161.52 |
|   67300 Fuel | 2,562.51 |
| **Total Expenses** | **$91,052.19** |
| **NET OPERATING INCOME** | **$ -29,896.44** |
| **Other Expenses** | |
|   67200 Reconciliation Discrepancies | -40.00 |
| **Total Other Expenses** | **$ -40.00** |
| **NET OTHER INCOME** | **$40.00** |
| **NET INCOME** | **$ -29,856.44** |