| Livingscapes Exhibit D | | | | | |
|---|---|---|---|---|---|
| Date | Type | Payee | Category | Memo | Total |
| 12/31/2020 | Expense | | Bank Charges & Fees | Service Charge | 9.50 |
| 12/30/2020 | Check | | Bank Charges & Fees | NSF Fee | 38.00 |
| 12/30/2020 | Check | | Wages (Hourly) - Regular Pay | Check 20122 Check | 667.00 |
| 12/30/2020 | Check | | Wages (Hourly) - Regular Pay | Check 2007 Check | 616.60 |
| 12/30/2020 | Expense | Pilot | Fuel | #0413 NASHVILLE TN 123020 PILOT #0413 NASHVILLE TN 123020 036599846351 Card#2282 | 3.71 |
| 12/30/2020 | Expense | Penn | General Liability Insurance | NATIONAL IN RECUR PMTS 310 PENN NATIONAL IN RECUR PMTS 3100193796 C230961349 LIVINGSCAPES INC | 1,549.97 |
| 12/29/2020 | Check | | Wages (Hourly) - Regular Pay | Check 2017 Check | 300.00 |
| 12/29/2020 | Check | | Wages (Hourly) - Regular Pay | Check 2015 Check | 515.09 |
| 12/29/2020 | Check | | Wages (Hourly) - Regular Pay | Check 20125 Check | 428.50 |
| 12/29/2020 | Check | | Wages (Hourly) - Regular Pay | Check 2009 Check | 300.00 |
| 12/29/2020 | Expense | BP | Fuel | 6MAPCO NASHVILLE TN 12 BP#877460 6MAPCO NASHVILLE TN 122920 036486677574 Card#2282 | 30.01 |
| 12/28/2020 | Check | | Wages (Hourly) - Regular Pay | Check 2019 Check | 300.00 |
| 12/28/2020 | Check | | Wages (Hourly) - Regular Pay | Check 2018 Check | 561.49 |

| Date | Type | | Category | Description | Amount |
|---|---|---|---|---|---|
| 12/28/2020 | Check | | Wages (Hourly) - Regular Pay | Check 20126 Check | 609.37 |
| 12/28/2020 | Check | | Wages (Hourly) - Regular Pay | Check 2006 Check | 300.00 |
| 12/28/2020 | Check | | Wages (Hourly) - Regular Pay | Check 2003 Check | 597.97 |
| 12/28/2020 | Expense | BP | Fuel | 6MAPCO NASHVILLE TN 12 BP#877460 6MAPCO NASHVILLE TN 122820 036386673164 Card#2282 | 15.28 |
| 12/25/2020 | Expense | QuickBooks Payments | Bank Charges & Fees | System-recorded fee for QuickBooks Payments. Fee-name: DiscountRateFee, fee-type: Daily. | 3.15 |
| 12/24/2020 | Check | | Wages (Hourly) - Regular Pay | Check 2014 Check | 75.00 |
| 12/24/2020 | Check | | Wages (Hourly) - Regular Pay | Check 2013 Check | 492.78 |
| 12/24/2020 | Check | | Wages (Hourly) - Regular Pay | Check 2011 Check | 300.00 |
| 12/24/2020 | Check | | Wages (Hourly) - Regular Pay | Check 2010 Check | 536.68 |
| 12/24/2020 | Expense | | Wages (Hourly) - Regular Pay | LIVINGS PAYROLL 190AWWV 190AWWV LIVINGS PAYROLL 190AWWV 1582663830 LIVINGSCAPES | 94.50 |
| 12/24/2020 | Expense | | Wages (Hourly) - Regular Pay | LIVINGS PAYROLL 190AWWV 190AWWV LIVINGS PAYROLL 190AWWV 1582663830 LIVINGSCAPES | 1,060.34 |

| Date | Type | Payee | Account | Memo | Amount |
|---|---|---|---|---|---|
| 12/24/2020 | Expense | | Wages (Hourly) - Regular Pay | LIVINGS PAYROLL 190AWWV 190AWWV LIVINGS PAYROLL 190AWWV 1582663830 LIVINGSCAPES | 1,756.43 |
| 12/24/2020 | Expense | | Repairs & Maintenance | TAKE 5 #247 NASHVILLE TN 122420 TAKE 5 #247 NASHVILLE TN 122420 007534 Card#2282 | 92.23 |
| 12/24/2020 | Expense | LOWE'S | Materials & Supplies | LOWE'S #629 7034 CHARL NASHVILL LOWE'S #629 7034 CHARL NASHVILLE TN 122420 036829 Card#2282 | 20.45 |
| 12/23/2020 | Check | | Wages (Hourly) - Regular Pay | Check 20124 Check | 453.23 |
| 12/23/2020 | Check | | Wages (Hourly) - Regular Pay | Check 20123 Check | 393.00 |
| 12/23/2020 | Expense | | Fuel | SHELL SERVICE S NASHVILLE TN 12 SHELL SERVICE S NASHVILLE TN 122220 035708728941 Card#2282 | 22.10 |
| 12/23/2020 | Expense | | Repairs & Maintenance | O'REILLY AUTO P NASHVILLE TN 12 O'REILLY AUTO P NASHVILLE TN 122220 035744541954 Card#2282 | 8.73 |
| 12/22/2020 | Check | | Wages (Hourly) - Regular Pay | Check 2002 Check | 300.00 |
| 12/22/2020 | Check | | Wages (Hourly) - Regular Pay | Check 2001 Check | 550.12 |

| Date | Type | Name | Category | Description | Amount |
|---|---|---|---|---|---|
| 12/22/2020 | Expense | | Office Supplies & Software | Ditmars Blvd 1 PADDLE.NET* 3811 Ditmars Blvd 1 PADDLE.NET* IMO ASTORIA NY 122120 Card#2282 | 43.69 |
| 12/22/2020 | Expense | Walmart | Office Expenses | Super C NASHVILLE TN 1 Wal-Mart Super C NASHVILLE TN 122120 001736 Card#2282 | 18.66 |
| 12/22/2020 | Expense | QuickBooks Payments | Bank Charges & Fees | System recorded fee for QuickBooks Payments. Fee-name: DiscountRateFee, fee-type: Daily. | 5.80 |
| 12/21/2020 | Check | | Wages (Hourly) - Regular Pay | Check 20121 Check | 601.06 |
| 12/21/2020 | Check | NATURE'S ELITE TREE | Materials & Supplies | Check 944 Check | 11,185.00 |
| 12/21/2020 | Expense | STONETREE MULCH | Materials & Supplies | HICKORY BLV IN *STONETR 628 OLD HICKORY BLV IN *STONETREE M 615-6462208 TN 121820 Card#2282 | 330.75 |
| 12/21/2020 | Expense | TENNESSEE CONTRACTORS EQUIPMENT | Tools | 600 51ST AVE N Tennessee Contr 600 51ST AVE N Tennessee Contr 615-292-2989 TN 121820 Card#2282 | 238.60 |

| Date | Type | Name | Account | Memo/Description | Amount |
|---|---|---|---|---|---|
| 12/21/2020 | Expense | Shell | Fuel | SERVICE S GALLATIN TN 121 SHELL SERVICE S GALLATIN TN 121920 035483860529 Card#2282 | 25.00 |
| 12/21/2020 | Expense | O'Reilly | Repairs & Maintenance | AUTO P NASHVILLE TN 12 O'REILLY AUTO P NASHVILLE TN 122020 035544548312 Card#2282 | 32.19 |
| 12/21/2020 | Expense | | Fuel | 18ATWALM BROWNSVILLE TN MURPHY73 18ATWALM BROWNSVILLE TN 121920 126506 Card#2282 | 53.31 |
| 12/20/2020 | Expense | QuickBooks Payments | Bank Charges & Fees | System-recorded fee for QuickBooks Payments. Fee-name: DiscountRateFee, fee-type: Daily. | 6.45 |
| 12/18/2020 | Expense | | Wages (Hourly) - Regular Pay | LIVINGS PAYROLL 190AWWV 190AWWV LIVINGS PAYROLL 190AWWV 1582663830 LIVINGSCAPES | 79.50 |
| 12/18/2020 | Expense | | Wages (Hourly) - Regular Pay | LIVINGS PAYROLL 190AWWV 190AWWV LIVINGS PAYROLL 190AWWV 1582663830 LIVINGSCAPES | 1,256.68 |

| Date | Type | Name | Account | Memo/Description | Amount |
|---|---|---|---|---|---|
| 12/18/2020 | Expense | | Wages (Hourly) - Regular Pay | LIVINGS PAYROLL 190AWWV 190AWWV LIVINGS PAYROLL 190AWWV 1582663830 LIVINGSCAPES | 2,446.90 |
| 12/18/2020 | Expense | | Fuel | MARKET #15 FAIRVIEW TN 12 FLASH MARKET #15 FAIRVIEW TN 121820 953630 Card#2282 | 49.08 |
| 12/17/2020 | Expense | Mobile Mini | Rent & Lease (Buildings) | MINI 8004561751 18607483 MOBILE MINI 8004561751 1860748362 JAMES LIVINGSTON | 143.42 |
| 12/16/2020 | Expense | DOMINO'S PIZZA | Meals - Employees (Meetings) | ABBOTT MARTIN RD DOMINO'S 2109 ABBOTT MARTIN RD DOMINO'S 5420 210-590-1437 TN 121520 Card#2282 | 41.56 |
| 12/16/2020 | Expense | GLB | Accounting & Administrative | 845 Bell Rd SQ *GLB FINANCI gos 845 Bell Rd SQ *GLB FINANCI gosq.com TN 121520 Card#2282 | 350.00 |
| 12/16/2020 | Expense | QuickBooks Payments | Bank Charges & Fees | recorded fee for QuickBooks Payments. Fee-name: DiscountRateFee, fee-type: Daily. | 3.42 |

| Date | Type | Name | Account | Memo/Description | Amount |
|---|---|---|---|---|---|
| 12/16/2020 | Expense | QuickBooks Payments | Bank Charges & Fees | System-recorded fee for QuickBooks Payments. Fee-name: DiscountRateFee, fee-type: Daily. | 10.00 |
| 12/15/2020 | Check | | Wages (Hourly) - Regular Pay | Check 20119 Check | 573.90 |
| 12/15/2020 | Check | | Wages (Hourly) - Regular Pay | Check 20118 Check | 592.40 |
| 12/15/2020 | Check | | Wages (Hourly) - Regular Pay | Check 20117 Check | 516.28 |
| 12/15/2020 | Check | | Wages (Hourly) - Regular Pay | Check 20112 Check | 519.39 |
| 12/15/2020 | Check | Tony Smith | Rent & Leased Equipment | Check 942 Check TONY SMITH - EQUIPMENT RENTAL - TRACTOR | 2,200.00 |
| 12/15/2020 | Expense | | Fuel | 99 CJ GRACE NASHVILLE TN 121420 99 CJ GRACE NASHVILLE TN 121420 994870 Card#2282 | 20.00 |
| 12/15/2020 | Expense | Mobile Mini | Rent & Lease (Buildings) | MINI 8004561751 18607483 MOBILE MINI 8004561751 1860748362 JAMES LIVINGSTON | 153.67 |
| 12/14/2020 | Check | | Wages (Hourly) - Regular Pay | Check 20120 Check | 728.95 |
| 12/14/2020 | Check | | Wages (Hourly) - Regular Pay | Check 20116 Check | 648.23 |
| 12/14/2020 | Check | | Wages (Hourly) - Regular Pay | Check 20115 Check | 589.22 |
| 12/14/2020 | Check | | Wages (Hourly) - Regular Pay | Check 20113 Check | 479.08 |
| 12/14/2020 | Check | HUNTER TREES LLC | Materials & Supplies | Check 936 Check | 3,115.00 |

| Date | Type | Name | Category | Memo | Amount |
|---|---|---|---|---|---|
| 12/14/2020 | Expense | NASHVILLE NURSERY | Materials & Supplies | ASHLAND CITY HW NASHVILLE 4225 ASHLAND CITY HW NASHVILLE NURSE 615-2443478 TN 121120 Card#2282 | 131.10 |
| 12/14/2020 | Expense | NES Power | Utilities | 1214 Church St NESEZ-PAY 615-73 1214 Church St NESEZ-PAY 615-736-6900 TN 121120 Card#2282 | 49.36 |
| 12/14/2020 | Expense | Shell | Fuel | SERVICE S NASHVILLE TN 12 SHELL SERVICE S NASHVILLE TN 121320 034808720508 Card#2282 | 13.39 |
| 12/14/2020 | Expense | Aquq Jet | Repairs & Maintenance | CHARLOTTE PIKE AQUAJET AUT 7008 CHARLOTTE PIKE AQUAJET AUTO WA NASHVILLE TN 121320 Card#2282 | 12.00 |
| 12/13/2020 | Expense | QuickBooks Payments | Bank Charges & Fees | System recorded fee for QuickBooks Payments. Fee-name: DiscountRateFee, fee-type: Daily. | 11.10 |
| 12/13/2020 | Expense | QuickBooks Payments | Bank Charges & Fees | System recorded fee for QuickBooks Payments. Fee-name: DiscountRateFee, fee-type: Daily. | 10.00 |
| 12/11/2020 | Check | | Wages (Hourly) - Regular Pay | Check 20114 Check | 580.67 |

| Date | Type | Payee | Category | Description | Amount |
|---|---|---|---|---|---|
| 12/11/2020 | Check | | Wages (Hourly) - Regular Pay | Check 20111 Check | 540.74 |
| 12/11/2020 | Expense | | Wages (Hourly) - Regular Pay | LIVINGS PAYROLL 190AWWV 190AWWV LIVINGS PAYROLL 190AWWV 1582663830 LIVINGSCAPES | 81.00 |
| 12/11/2020 | Expense | | Wages (Hourly) - Regular Pay | LIVINGS PAYROLL 190AWWV 190AWWV LIVINGS PAYROLL 190AWWV 1582663830 LIVINGSCAPES | 1,599.58 |
| 12/11/2020 | Expense | | Wages (Hourly) - Regular Pay | LIVINGS PAYROLL 190AWWV 190AWWV LIVINGS PAYROLL 190AWWV 1582663830 LIVINGSCAPES | 2,725.20 |
| 12/11/2020 | Expense | | Attorneys & Legal Fees | Y FEE PAYMENT 150100050 QUARTERLY FEE PAYMENT 1501000502 JAMES LIVINGSTON | 1,625.00 |
| 12/11/2020 | Check | BLACKFOX FARMS | Materials & Supplies | Check 940 Check | 3,852.00 |
| 12/11/2020 | Expense | Dailys | Fuel | 8020 NASHVILLE TN 121020 DAILYS 8020 NASHVILLE TN 121020 940941 Card#2282 | 20.00 |

| Date | Type | Name | Category | Description | Amount |
|---|---|---|---|---|---|
| 12/11/2020 | Expense | AT&T | Cell Phone | Rm 1210 ATT*BILL PA 211 S Akard Rm 1210 ATT*BILL PAYMEN 800-288-2020 TX 121020 Card#2282 | 64.20 |
| 12/11/2020 | Expense | QuickBooks Payments | Bank Charges & Fees | System recorded fee for QuickBooks Payments. Fee-name: DiscountRateFee, fee-type: Daily. | 10.45 |
| 12/10/2020 | Check | C & G TURF MANAGEMENT | Rent & Lease (Buildings) | Check 935 Check | 2,100.00 |
| 12/10/2020 | Check | C & G TURF MANAGEMENT | Local Taxes | Check 938 Check Property Tax | 1,528.00 |
| 12/10/2020 | Check | C & G TURF MANAGEMENT | Rent & Lease (Buildings) | Check 941 Check | 2,100.00 |
| 12/10/2020 | Expense | STONETREE MULCH | Materials & Supplies | HICKORY BLV IN *STONETR 628 OLD HICKORY BLV IN *STONETREE M 615-6462208 TN 120920 Card#2282 | 148.50 |
| 12/10/2020 | Expense | AT&T | Cell Phone | POINT PKW AT&T*BILL P 600 NORTH POINT PKW AT&T*BILL PAYME 8003310500 GA 120920 Card#2282 | 437.83 |
| 12/10/2020 | Expense | NASHVILLE NURSERY | Materials & Supplies | ASHLAND CITY HW NASHVILLE 4225 ASHLAND CITY HW NASHVILLE NURSE 615-2443478 TN 120920 Card#2282 | 135.20 |

| Date | Type | Payee | Category | Description | Amount |
|---|---|---|---|---|---|
| 12/10/2020 | Expense | Mobile Mini | Rent & Lease (Buildings) | MINI 8004561751 18607483 MOBILE MINI 8004561751 1860748362 JAMES LIVINGSTON | 113.84 |
| 12/09/2020 | Check | Reladyne Midsouth | Fuel | Check 937 Check | 2,280.04 |
| 12/09/2020 | Expense | | Local Taxes | AVE SOUTH # DAVIDSON CO 700 2ND AVE SOUTH # DAVIDSON CO CLE 8665145192 TN 120920 Card#2282 | 89.76 |
| 12/09/2020 | Expense | Shell | Fuel | SERVICE S NASHVILLE TN 12 SHELL SERVICE S NASHVILLE TN 120920 034478563642 Card#2282 | 15.59 |
| 12/09/2020 | Expense | QuickBooks Payments | Bank Charges & Fees | System recorded fee for QuickBooks Payments. Fee-name: DiscountRateFee, fee-type: Daily. | 84.75 |
| 12/08/2020 | Check | | Wages (Hourly) - Regular Pay | Check 20110 Check | 530.62 |
| 12/08/2020 | Check | | Wages (Hourly) - Regular Pay | Check 20106 Check | 719.53 |
| 12/08/2020 | Expense | CCAD | Office Supplies & Software | CRAIGHEAD ST ST CCAD REPROG 480 CRAIGHEAD ST ST CCAD REPROGRAPH NASHVILLE TN 120720 Card#2282 | 5.46 |

| Date | Type | Name | Category | Description | Amount |
|---|---|---|---|---|---|
| 12/08/2020 | Expense | Waste Management | Dump & Waste Management | MANAGEMENT INTERNET 90490 WASTE MANAGEMENT INTERNET 9049038216 S LIVINGSTON JAMES | 161.52 |
| 12/08/2020 | Expense | Samara | Materials & Supplies | FARMS LLC SALE 921598620 SAMARA FARMS LLC SALE 9215986202 S JAMES LIVINGSTON | 175.00 |
| 12/08/2020 | Expense | Emissions | Local Taxes | RD OPUS INSPECTION EAS 7 KRIPES RD OPUS INSPECTION EAST GRANBY CT 120720 Card#2282 | 9.00 |
| 12/08/2020 | Expense | QuickBooks Payments | Bank Charges & Fees | System recorded fee for QuickBooks Payments. Fee-name: DiscountRateFee, fee-type: Daily. | 14.55 |
| 12/07/2020 | Check | | Wages (Hourly) - Regular Pay | Check 20109 Check | 479.07 |
| 12/07/2020 | Expense | Dutch Grown | Materials & Supplies | Ave. SP * DUTCHGROW 827 Lincoln Ave. SP * DUTCHGROWN 8002770215 PA 120420 Card#2282 | 182.40 |

| Date | Type | Payee | Category | Description | Amount |
|---|---|---|---|---|---|
| 12/07/2020 | Expense | HEATHER FARMS NURSERY | Materials & Supplies | RD HEATHER FARMS N MO 2961 KING RD HEATHER FARMS N MORRISON TN 120420 Card#2282 | 186.05 |
| 12/07/2020 | Expense | PLEASANT COVE NURSERY | Materials & Supplies | Rock Islan SQ *PLEASAN 2400 Old Rock Islan SQ *PLEASANT CO Rock Island TN 120420 Card#2282 | 112.00 |
| 12/07/2020 | Expense | BOBCAT OF NASHVILLE | Repairs & Maintenance | 149 INDUSTRIAL BLVD BOBCAT OF N 149 INDUSTRIAL BLVD BOBCAT OF NASHV LA VERGNE TN 120420 Card#2282 | 152.34 |
| 12/07/2020 | Expense | EVINS MILL NURSERY | Materials & Supplies | LN EVINS MILL NURS S 292 CRIPPS LN EVINS MILL NURS SMITHVILLE TN 120420 Card#2282 | 114.50 |
| 12/07/2020 | Expense | QuickBooks Payments | Bank Charges & Fees | System recorded fee for QuickBooks Payments. Fee-name: DiscountRateFee, fee-type: Daily. | 5.95 |
| 12/06/2020 | Expense | QuickBooks Payments | Bank Charges & Fees | System recorded fee for QuickBooks Payments. Fee-name: DiscountRateFee, fee-type: Daily. | 10.00 |

| Date | Type | Payee | Account | Description | Amount |
|---|---|---|---|---|---|
| 12/04/2020 | Expense | Mobile Mini | Rent & Lease (Buildings) | MINI 8004561751 18607483 MOBILE MINI 8004561751 1860748362 JAMES LIVINGSTON | 250.00 |
| 12/04/2020 | Expense | | Materials & Supplies | HIGHWAY 70 PRO H2O COIN CH 320 HIGHWAY 70 PRO H2O COIN CH PEGRAM TN 120320 Card#2282 | 5.00 |
| 12/04/2020 | Expense | | Materials & Supplies | HIGHWAY 70 PRO H2O COIN CH 320 HIGHWAY 70 PRO H2O COIN CH PEGRAM TN 120320 Card#2282 | 5.00 |
| 12/04/2020 | Expense | THRIVE GARDEN CENTER | Materials & Supplies | 70 SQ *THRIVE GARD Ki 1115 U.S. 70 SQ *THRIVE GARD Kingston Spri TN 120320 Card#2282 | 127.82 |
| 12/04/2020 | Check | | Wages (Hourly) - Regular Pay | Check 20108 Check | 465.77 |
| 12/04/2020 | Expense | | Wages (Hourly) - Regular Pay | LIVINGS PAYROLL 190AWWV 190AWWV LIVINGS PAYROLL 190AWWV 1582663830 LIVINGSCAPES | 79.50 |

| Date | Type | Name | Account | Memo/Description | Amount |
|---|---|---|---|---|---|
| 12/04/2020 | Expense | | Wages (Hourly) - Regular Pay | LIVINGS PAYROLL 190AWWV 190AWWV LIVINGS PAYROLL 190AWWV 1582663830 LIVINGSCAPES | 1,689.32 |
| 12/04/2020 | Expense | | Wages (Hourly) - Regular Pay | LIVINGS PAYROLL 190AWWV 190AWWV LIVINGS PAYROLL 190AWWV 1582663830 LIVINGSCAPES | 3,434.96 |
| 12/03/2020 | Expense | Eddies Hardware | Materials & Supplies | HRDWARE N NASHVILLE TN 1 EDDIES HRDWARE N NASHVILLE TN 120320 916031 Card#2282 | 5.66 |
| 12/02/2020 | Expense | Shell | Fuel | SERVICE S NASHVILLE TN 12 SHELL SERVICE S NASHVILLE TN 120120 033678564836 Card#2282 | 15.00 |
| 12/02/2020 | Expense | Penn | General Liability Insurance | NATIONAL IN RECUR PMTS 800 PENN NATIONAL IN RECUR PMTS 8000271667 C230961349 LIVINGSTON JAMES | 117.50 |
| 12/02/2020 | Check | | Wages (Hourly) - Regular Pay | Check 20105 Check | 741.53 |
| 12/02/2020 | Check | | Wages (Hourly) - Regular Pay | Check 20104 Check | 15,000.00 |

| Date | Type | Account | Category | Memo/Description | Amount |
|---|---|---|---|---|---|
| 12/02/2020 | Expense | QuickBooks Payments | Bank Charges & Fees | System-recorded fee for QuickBooks Payments. Fee-name: DiscountRateFee, fee-type: Daily. | 11.24 |
| 12/01/2020 | Check | | Wages (Hourly) - Regular Pay | Check Check 20107 | 689.46 |
| 12/01/2020 | Check | | Wages (Hourly) - Regular Pay | Check Check 20103 | 758.98 |
| 12/01/2020 | Check | | Wages (Hourly) - Regular Pay | Check Check 20102 | 579.74 |
| 12/01/2020 | Check | | Wages (Hourly) - Regular Pay | Check Check 20091 | 3,800.00 |