| Date | Transaction Type | Terms | Property | Due Date | Open Balance | |
|---|---|---|---|---|---|---|
| 01/12/2021 | Invoice | Net 15 | A-M | 01/27/2021 | | 1,105.00 |
| | | | | | $ | 1,105.00 |
| 01/12/2021 | Invoice | Net 15 | A-M | 01/27/2021 | | 175.00 |
| | | | | | $ | 175.00 |
| 01/12/2021 | Invoice | Net 15 | A-M | 01/27/2021 | | 330.00 |
| | | | | | $ | 330.00 |
| 08/02/2020 | Invoice | Net 15 | A-M | 08/17/2020 | | 495.00 |
| 12/07/2020 | Invoice | Net 15 | | 12/22/2020 | | 345.00 |
| 01/12/2021 | Invoice | Net 15 | | 01/27/2021 | | 630.00 |
| | | | | | $ | 1,470.00 |
| 11/18/2020 | Invoice | Net 15 | A-M | 12/03/2020 | | 570.00 |
| | | | | | $ | 570.00 |
| 01/12/2021 | Invoice | Net 15 | A-M | 01/27/2021 | | 780.00 |
| | | | | | $ | 780.00 |
| 01/12/2021 | Invoice | Net 15 | A-M | 01/27/2021 | | 130.00 |
| | | | | | $ | 130.00 |
| 01/12/2021 | Invoice | Net 15 | A-M | 01/27/2021 | | 90.00 |
| | | | | | $ | 90.00 |
| 11/07/2020 | Invoice | Net 15 | A-M | 11/22/2020 | | 525.00 |
| | | | | | $ | 525.00 |
| 01/12/2021 | Invoice | Net 15 | A-M | 01/27/2021 | | 240.00 |
| | | | | | $ | 240.00 |
| 01/12/2021 | Invoice | Net 15 | A-M | 01/27/2021 | | 90.00 |
| | | | | | $ | 90.00 |
| 11/21/2020 | Invoice | Net 15 | A-M | 12/06/2020 | | 1,010.00 |
| | | | | | $ | 1,010.00 |
| 11/08/2020 | Invoice | Net 15 | A-M | 11/23/2020 | | 398.00 |
| 11/18/2020 | Invoice | Net 15 | | 12/03/2020 | | 2,173.50 |
| 12/06/2020 | Invoice | Net 15 | | 12/21/2020 | | 895.00 |
| | | | | | $ | 3,466.50 |

| Date | Type | Terms | | Due Date | Amount | | |
|---|---|---|---|---|---|---|---|
| 01/12/2021 | Invoice | Net 15 | A-M | 01/27/2021 | 710.00 | | |
| | | | | | | $ | 710.00 |
| 08/01/2020 | Invoice | Net 15 | A-M | 08/16/2020 | 1,737.50 | | |
| | | | | | | $ | 1,737.50 |
| 01/12/2021 | Invoice | Net 15 | A-M | 01/27/2021 | 395.00 | | |
| | | | | | | $ | 395.00 |
| 12/06/2020 | Invoice | Net 15 | A-M | 12/21/2020 | 1,078.75 | | |
| 01/12/2021 | Invoice | Net 15 | | 01/27/2021 | 423.75 | | |
| | | | | | | $ | 1,502.50 |
| 01/12/2021 | Invoice | Net 15 | A-M | 01/27/2021 | 130.00 | | |
| | | | | | | $ | 130.00 |
| 01/12/2021 | Invoice | Net 15 | A-M | 01/27/2021 | 1,602.50 | | |
| | | | | | | $ | 1,602.50 |
| 12/06/2020 | Invoice | Net 15 | A-M | 12/21/2020 | 325.00 | | |
| | | | | | | $ | 325.00 |
| 01/12/2021 | Invoice | Net 15 | A-M | 01/27/2021 | 241.25 | | |
| | | | | | | $ | 241.25 |
| 06/07/2020 | Invoice | Due on receipt | A-M | 06/07/2020 | 2,097.00 | | |
| | | | | | | $ | 2,097.00 |
| 01/12/2021 | Invoice | Net 15 | A-M | 01/27/2021 | 280.00 | | |
| | | | | | | $ | 280.00 |
| 01/12/2021 | Invoice | Net 15 | A-M | 01/27/2021 | 575.00 | | |
| | | | | | | $ | 575.00 |
| 01/12/2021 | Invoice | Net 15 | A-M | 01/27/2021 | 50.00 | | |
| | | | | | | $ | 50.00 |
| 01/12/2021 | Invoice | Net 15 | A-M | 01/27/2021 | 392.50 | | |
| | | | | | | $ | 392.50 |
| 08/02/2020 | Invoice | Net 15 | A-M | 08/17/2020 | 80.00 | | |
| 08/24/2020 | Invoice | Net 15 | | 09/08/2020 | 160.00 | | |
| 09/27/2020 | Invoice | Net 15 | | 10/12/2020 | 644.50 | | |
| 11/08/2020 | Invoice | Net 15 | | 11/23/2020 | 200.00 | | |
| 12/09/2020 | Invoice | Net 15 | | 12/24/2020 | 80.00 | | |
| 01/12/2021 | Invoice | Net 15 | | 01/27/2021 | 40.00 | | |
| | | | | | | $ | 1,204.50 |

| Date | Type | Terms | | Code | Due Date | Amount |
|---|---|---|---|---|---|---:|
| 08/24/2020 | Invoice | Net 15 | | A-M | 09/08/2020 | 160.00 |
| 09/27/2020 | Invoice | Net 15 | | | 10/12/2020 | 265.00 |
| | | | | | **$** | **425.00** |
| 01/12/2021 | Invoice | Net 15 | | A-M | 01/27/2021 | 450.00 |
| | | | | | **$** | **450.00** |
| 01/12/2021 | Invoice | Net 15 | | A-M | 01/27/2021 | 485.00 |
| | | | | | **$** | **485.00** |
| 01/12/2021 | Invoice | Net 15 | | A-M | 01/27/2021 | 186.25 |
| | | | | | **$** | **186.25** |
| 11/08/2020 | Invoice | Net 15 | | A-M | 11/23/2020 | 263.00 |
| 12/09/2020 | Invoice | Net 15 | | | 12/24/2020 | 343.00 |
| 01/12/2021 | Invoice | Net 15 | | | 01/27/2021 | 80.00 |
| | | | | | **$** | **686.00** |
| 01/12/2021 | Invoice | Net 15 | | A-M | 01/27/2021 | 541.00 |
| | | | | | **$** | **541.00** |
| 01/12/2021 | Invoice | Net 15 | | A-M | 01/27/2021 | 225.00 |
| | | | | | **$** | **225.00** |
| 09/27/2020 | Invoice | Net 15 | | A-M | 10/12/2020 | 290.00 |
| | | | | | **$** | **290.00** |
| 01/12/2021 | Invoice | Net 15 | | A-M | 01/27/2021 | 1,230.00 |
| | | | | | **$** | **1,230.00** |
| 04/08/2019 | Invoice | Net 15 | | A-M | 04/23/2019 | 379.00 |
| 12/16/2019 | Invoice | Net 15 | | | 12/31/2019 | 80.00 |
| 06/14/2020 | Invoice | Net 15 | | | 06/29/2020 | 40.00 |
| | | | | | **$** | **499.00** |
| 01/12/2021 | Invoice | Net 15 | | A-M | 01/27/2021 | 130.00 |
| | | | | | **$** | **130.00** |
| 01/12/2021 | Invoice | Net 15 | | A-M | 01/27/2021 | 600.00 |
| | | | | | **$** | **600.00** |
| 09/27/2020 | Invoice | Net 15 | | A-M | 10/12/2020 | 325.00 |
| 01/12/2021 | Invoice | Net 15 | | | 01/27/2021 | 260.00 |
| | | | | | **$** | **585.00** |
| 01/12/2021 | Invoice | Net 15 | | A-M | 01/27/2021 | 524.00 |

|            |         |        |     |            |          |              |
|------------|---------|--------|-----|------------|----------|--------------|
|            |         |        |     |            | **$**    | **524.00**   |
| 01/12/2021 | Invoice | Net 15 | A-M | 01/27/2021 |          | 3,349.00     |
|            |         |        |     |            | **$**    | **3,349.00** |
| 08/02/2020 | Invoice | Net 15 | A-M | 08/17/2020 |          | 438.75       |
| 12/09/2020 | Invoice | Net 15 |     | 12/24/2020 |          | 508.75       |
| 01/12/2021 | Invoice | Net 15 |     | 01/27/2021 |          | 283.75       |
|            |         |        |     |            | **$**    | **1,231.25** |
| 01/12/2021 | Invoice | Net 15 | A-M | 01/27/2021 |          | 910.00       |
|            |         |        |     |            | **$**    | **910.00**   |
| 01/12/2021 | Invoice | Net 15 | A-M | 01/27/2021 |          | 240.00       |
|            |         |        |     |            | **$**    | **240.00**   |
| 01/12/2021 | Invoice | Net 15 | A-M | 01/27/2021 |          | 450.00       |
|            |         |        |     |            | **$**    | **450.00**   |
| 11/08/2020 | Invoice | Net 15 | A-M | 11/23/2020 |          | 378.50       |
|            |         |        |     |            | **$**    | **378.50**   |
| 06/14/2020 | Invoice | Net 15 | A-M | 06/29/2020 |          | 305.00       |
| 01/12/2021 | Invoice | Net 15 |     | 01/27/2021 |          | 55.00        |
|            |         |        |     |            | **$**    | **360.00**   |
| 01/12/2021 | Invoice | Net 15 | A-M | 01/27/2021 |          | 430.00       |
|            |         |        |     |            | **$**    | **430.00**   |
| 09/27/2020 | Invoice | Net 15 | A-M | 10/12/2020 |          | 140.00       |
| 11/08/2020 | Invoice | Net 15 |     | 11/23/2020 |          | 140.00       |
| 12/09/2020 | Invoice | Net 15 |     | 12/24/2020 |          | 140.00       |
| 01/12/2021 | Invoice | Net 15 |     | 01/27/2021 |          | 70.00        |
|            |         |        |     |            | **$**    | **490.00**   |
| 01/12/2021 | Invoice | Net 15 | A-M | 01/27/2021 |          | 180.00       |
|            |         |        |     |            | **$**    | **180.00**   |
|            |         |        |     |            | **$**    | **36,099.25**|