![Pinnacle] 150 Third Avenue South  
Suite 900  
Nashville, TN 37201

www.pnfp.com  
Phone 800-264-3613

Account  
Livingscapes LLC  
XXXXXXXX1236

RETURN SERVICE REQUESTED

Livingscapes LLC  
Debtor In Possession  
148 Stonecrest Drive  
Nashville, TN 37209-5236

## Statement of Account

Horizon 75

| Balance 12/01/20 | Summary | |
|---|---|---|
| $ 60,401.73 | | |
| | Credits | +$61,195.75 |
| Balance 12/31/20 | Interest | +$.00 |
| $ 53,498.22 | Debits | - $68,099.26 |



### Credit Transactions

**Deposits**

| Date | Description | Amount |
|---|---|---|
| 12/03 | INTUIT PYMT SOLN  DEPOSIT 524771992494446 9215986202 LIVINGSCAPES INC | 1,123.75 |
| 12/04 | Regular Deposit | 19,427.25 |
| 12/07 | INTUIT PYMT SOLN  DEPOSIT 524771992494446 9215986202 LIVINGSCAPES INC | 1,679.50 |
| 12/08 | INTUIT PYMT SOLN  DEPOSIT 524771992494446 9215986202 LIVINGSCAPES INC | 595.00 |
| 12/09 | INTUIT PYMT SOLN  DEPOSIT 524771992494446 9215986202 LIVINGSCAPES INC | 4,510.00 |
| 12/09 | Regular Deposit | 3,705.00 |
| 12/10 | INTUIT PYMT SOLN  DEPOSIT 524771992494446 9215986202 LIVINGSCAPES INC | 3,863.75 |
| 12/14 | INTUIT PYMT SOLN  DEPOSIT 524771992494446 9215986202 LIVINGSCAPES INC | 1,045.00 |
| 12/14 | INTUIT PYMT SOLN  DEPOSIT 524771992494446 9215986202 LIVINGSCAPES INC | 1,110.00 |
| 12/14 | INTUIT PYMT SOLN  DEPOSIT 524771992494446 9215986202 LIVINGSCAPES INC | 1,885.00 |
| 12/15 | Regular Deposit | 11,138.25 |

**Declutter Your Desk with eStatements**

Paper statements take up space and use natural resources. If you're still getting statements in the mail, you can go green and reduce clutter when you sign up for "online with email" delivery in Pinnacle's Online Banking. Statements are readily accessible in Online Banking for 24 months. If you need to keep statements for a longer period of time, you can save them to your computer. To learn how to set up online delivery, visit PNFP.com/eStatements.



ELECTRONIC TRANSFER ERROR RESOLUTION

This Electronic Transfer Error Resolution only applies to accounts held for personal, family or household purposes and is therefore not applicable to business, trust accounts, or any such account held for non-personal purposes.

In case of errors or questions about your electronic transfers, call or write us at the telephone number or address listed at the end of this disclosure, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt.

- Tell us your name and account number (if any).

- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

- Tell us the dollar amount of the suspected error.

We must hear from you no later than 60 days after we send the FIRST statement on which the problem or error appeared.

We will provide provisional credit for the amount that you think is in error within 10 business days of your complaint and begin an investigation of the transaction(s). In most cases, we will disclose the results of the investigation within 10 business days of your complaint and correct any error promptly. If we need more time to investigate the complaint, we may take up to 45 days (90 days if the transfer involved a point-of-sale transaction or a foreign initiated transfer) to complete our investigation. However, you will have use of the funds in question during our investigation.

**Pinnacle Bank**
150 3rd Avenue South, Suite 900
Nashville, TN 37201
(800) 264-3613

| Date | Description | Amount |
|---|---|---:|
| 12/16 | INTUIT PYMT SOLN  DEPOSIT 524771992494446  9215986202 LIVINGSCAPES INC | 1,900.00 |
| 12/17 | INTUIT PYMT SOLN  DEPOSIT 524771992494446  9215986202 LIVINGSCAPES INC | 342.00 |
| 12/21 | INTUIT PYMT SOLN  DEPOSIT 524771992494446  9215986202 LIVINGSCAPES INC | 645.00 |
| 12/22 | Regular Deposit | 7,331.25 |
| 12/23 | INTUIT PYMT SOLN  DEPOSIT 524771992494446  9215986202 LIVINGSCAPES INC | 580.00 |
| 12/28 | INTUIT PYMT SOLN  DEPOSIT 524771992494446  9215986202 LIVINGSCAPES INC | 315.00 |
| **Total Credits** | | **$61,195.75** |

## Debit Transactions

### Other Debits

| Date | Description | Amount |
|---|---|---:|
| 12/02 | SHELL SERVICE S NASHVILLE TN 120120 033678564836 Card#2282 | 15.00 |
| 12/02 | PENN NATIONAL IN  RECUR PMTS 8000271667      C230961349 LIVINGSTON JAMES | 117.50 |
| 12/03 | EDDIES HRDWARE N NASHVILLE TN 120320 916031 Card#2282 | 5.66 |
| 12/03 | OLB Transfer from *236 to *655 Transfer | 8,300.00 |
| 12/03 | INTUIT PYMT SOLN  TRAN FEE 524771992494446  9215986202 LIVINGSCAPES INC | 11.24 |
| 12/04 | 320 HIGHWAY 70 PRO H2O COIN CH PEGRAM TN 120320  Card#2282 | 5.00 |
| 12/04 | 320 HIGHWAY 70 PRO H2O COIN CH PEGRAM TN 120320  Card#2282 | 5.00 |
| 12/04 | 1115 U.S. 70 SQ *THRIVE GARD Kingston Spri TN 120320  Card#2282 | 127.82 |
| 12/04 | MOBILE MINI       8004561751 1860748362 JAMES LIVINGSTON | 250.00 |
| 12/07 | 2400 Old Rock Islan SQ *PLEASANT CO Rock Island TN 120420  Card#2282 | 112.00 |
| 12/07 | 292 CRIPPS LN EVINS MILL NURS SMITHVILLE TN 120420  Card#2282 | 114.50 |
| 12/07 | 149 INDUSTRIAL BLVD BOBCAT OF NASHV LA VERGNE TN 120420  Card#2282 | 152.34 |
| 12/07 | 827 Lincoln Ave. SP * DUTCHGROWN 8002770215 PA 120420  Card#2282 | 182.40 |
| 12/07 | 2961 KING RD HEATHER FARMS N MORRISON TN 120420  Card#2282 | 186.05 |
| 12/07 | INTUIT PYMT SOLN  TRAN FEE 524771992494446  9215986202 LIVINGSCAPES INC | 10.00 |
| 12/08 | 480 CRAIGHEAD ST ST CCAD REPROGRAPH NASHVILLE TN 120720  Card#2282 | 5.46 |
| 12/08 | 7 KRIPES RD OPUS INSPECTION EAST GRANBY CT 120720  Card#2282 | 9.00 |
| 12/08 | INTUIT PYMT SOLN  TRAN FEE 524771992494446  9215986202 LIVINGSCAPES INC | 5.95 |
| 12/08 | WASTE MANAGEMENT   INTERNET 9049038216   S LIVINGSTON JAMES | 161.52 |
| 12/08 | SAMARA FARMS LLC   SALE 9215986202  S JAMES LIVINGSTON | 175.00 |
| 12/09 | SHELL SERVICE S NASHVILLE TN 120920 034478563642 Card#2282 | 15.59 |
| 12/09 | 700 2ND AVE SOUTH # DAVIDSON CO CLE 8665145192 TN 120920  Card#2282 | 89.76 |
| 12/09 | INTUIT PYMT SOLN  TRAN FEE 524771992494446  9215986202 LIVINGSCAPES INC | 14.55 |
| 12/10 | 4225 ASHLAND CITY HW NASHVILLE NURSE 615-2443478 TN 120920  Card#2282 | 135.20 |
| 12/10 | 628 OLD HICKORY BLV IN *STONETREE M 615-6462208 TN 120920  Card#2282 | 148.50 |
| 12/10 | 600 NORTH POINT PKW AT&T*BILL PAYME 8003310500 GA 120920  Card#2282 | 437.83 |
| 12/10 | OLB Transfer from *236 to *655 Transfer | 8,635.43 |
| 12/10 | INTUIT PYMT SOLN  TRAN FEE 524771992494446  9215986202 LIVINGSCAPES INC | 84.75 |
| 12/10 | MOBILE MINI       8004561751 1860748362 JAMES LIVINGSTON | 113.84 |
| 12/11 | DAILYS 8020 NASHVILLE TN 121020 940941 Card#2282 | 20.00 |
| 12/11 | 211 S Akard Rm 1210 ATT*BILL PAYMEN 800-288-2020 TX 121020  Card#2282 | 64.20 |
| 12/11 | QUARTERLY FEE    PAYMENT 0000          1501000502 JAMES LIVINGSTON | 1,625.00 |
| 12/14 | 7008 CHARLOTTE PIKE AQUAJET AUTO WA NASHVILLE TN 121320  Card#2282 | 12.00 |

Account Number: XXXXXXXX1236

| Date | Description | Amount |
|---|---|---:|
| 12/14 | SHELL SERVICE S NASHVILLE TN 121320 034808720508 Card#2282 | 13.39 |
| 12/14 | 1214 Church St NES/EZ-PAY 615-736-6900 TN 121120  Card#2282 | 49.36 |
| 12/14 | 4225 ASHLAND CITY HW NASHVILLE NURSE 615-2443478 TN 121120  Card#2282 | 131.10 |
| 12/14 | INTUIT PYMT SOLN  TRAN FEE 524771992494446  9215986202 LIVINGSCAPES INC | 10.00 |
| 12/14 | INTUIT PYMT SOLN  TRAN FEE 524771992494446  9215986202 LIVINGSCAPES INC | 10.45 |
| 12/14 | INTUIT PYMT SOLN  TRAN FEE 524771992494446  9215986202 LIVINGSCAPES INC | 11.10 |
| 12/15 | CJ GRACE NASHVILLE TN 121420 994870 Card#2282 | 20.00 |
| 12/15 | MOBILE MINI       8004561751 1860748362 JAMES LIVINGSTON | 153.67 |
| 12/16 | 2109 ABBOTT MARTIN RD DOMINO'S 5420 210-590-1437 TN 121520  Card#2282 | 41.56 |
| 12/16 | 845 Bell Rd SQ *GLB FINANCI gosq.com TN 121520  Card#2282 | 350.00 |
| 12/17 | INTUIT PYMT SOLN  TRAN FEE 524771992494446  9215986202 LIVINGSCAPES INC | 3.42 |
| 12/17 | INTUIT PYMT SOLN  TRAN FEE 524771992494446  9215986202 LIVINGSCAPES INC | 10.00 |
| 12/17 | MOBILE MINI       8004561751 1860748362 JAMES LIVINGSTON | 143.42 |
| 12/18 | FLASH MARKET #15 FAIRVIEW TN 121820 953630 Card#2282 | 49.08 |
| 12/18 | OLB Transfer from *236 to *655 Transfer | 6,985.00 |
| 12/21 | SHELL SERVICE S GALLATIN TN 121920 035483860529 Card#2282 | 25.00 |
| 12/21 | O'REILLY AUTO P NASHVILLE TN 122020 035544548312 Card#2282 | 32.19 |
| 12/21 | MURPHY7318ATWALM BROWNSVILLE TN 121920 126506 Card#2282 | 53.31 |
| 12/21 | 600 51ST AVE N Tennessee Contr 615-292-2989 TN 121820  Card#2282 | 238.60 |
| 12/21 | 628 OLD HICKORY BLV IN *STONETREE M 615-6462208 TN 121820  Card#2282 | 330.75 |
| 12/21 | INTUIT PYMT SOLN  TRAN FEE 524771992494446  9215986202 LIVINGSCAPES INC | 6.45 |
| 12/22 | Wal-Mart Super C NASHVILLE TN 122120 001736 Card#2282 | 18.66 |
| 12/22 | 3811 Ditmars Blvd 1 PADDLE.NET* IMO ASTORIA NY 122120  Card#2282 | 43.69 |
| 12/22 | OLB Transfer from *236 to *655 Transfer | 7,900.00 |
| 12/23 | O'REILLY AUTO P NASHVILLE TN 122220 035744541954 Card#2282 | 8.73 |
| 12/23 | SHELL SERVICE S NASHVILLE TN 122220 035708728941 Card#2282 | 22.10 |
| 12/23 | INTUIT PYMT SOLN  TRAN FEE 524771992494446  9215986202 LIVINGSCAPES INC | 5.80 |
| 12/24 | LOWE'S #629 7034 CHARL NASHVILLE TN 122420 036829 Card#2282 | 20.45 |
| 12/24 | TAKE 5 #247 NASHVILLE TN 122420 007534 Card#2282 | 92.23 |
| 12/28 | BP#8774606MAPCO NASHVILLE TN 122820 036386673164 Card#2282 | 15.28 |
| 12/28 | INTUIT PYMT SOLN  TRAN FEE 524771992494446  9215986202 LIVINGSCAPES INC | 3.15 |
| 12/29 | BP#8774606MAPCO NASHVILLE TN 122920 036486677574 Card#2282 | 30.01 |
| 12/30 | PILOT #0413 NASHVILLE TN 123020 036599846351 Card#2282 | 3.71 |
| 12/30 | PENN NATIONAL IN  RECUR PMTS 3100193796      C230961349 LIVINGSCAPES INC | 1,549.97 |
| 12/31 | Service Charge | 9.50 |

### Checks

| Date | Description | Amount |
|---|---|---:|
| 12/10 | Check 935 | 2,100.00 |
| 12/14 | Check 936 | 3,115.00 |
| 12/09 | Check 937 | 2,280.04 |
| 12/10 | Check 938 | 1,528.00 |
| 12/11 | Check 940* | 3,852.00 |
| 12/10 | Check 941 | 2,100.00 |
| 12/15 | Check 942 | 2,200.00 |
| 12/21 | Check 944* | 11,185.00 |
| **Total Debits** | | **$68,099.26** |

(*) Indicates gap in check number sequenece

Account Number: XXXXXXXX1236

| | | | |
|---|---:|---|---:|
| Average Balance This Statement | $62,885.91 | Annual Percentage Yield Earned | .00% |
| Interest Earned This Period | $.00 | Days in Period | 31 |
| Interest Paid Year to Date | $.00 | Interest Paid | $.00 |

## DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|---|---:|---|---:|---|---:|
| 12/01 | 60,401.73 | 12/11 | 62,109.85 | 12/23 | 54,907.52 |
| 12/02 | 60,269.23 | 12/14 | 62,797.45 | 12/24 | 54,794.84 |
| 12/03 | 53,076.08 | 12/15 | 71,562.03 | 12/28 | 55,091.41 |
| 12/04 | 72,115.51 | 12/16 | 73,070.47 | 12/29 | 55,061.40 |
| 12/07 | 73,037.72 | 12/17 | 73,255.63 | 12/30 | 53,507.72 |
| 12/08 | 73,275.79 | 12/18 | 66,221.55 | 12/31 | 53,498.22 |
| 12/09 | 79,090.85 | 12/21 | 54,995.25 | | |
| 12/10 | 67,671.05 | 12/22 | 54,364.15 | | |

Intentionally Left Blank

Account Number: XXXXXXXX1236  Date 12/31/20
Primary Acct No. XXXXXXXX1236



#0  12/04/2020  $19,427.25
#0  12/09/2020  $3,705.00
#0  12/15/2020  $11,138.25
#0  12/22/2020  $7,331.25
#935  12/10/2020  $2,100.00
#936  12/14/2020  $3,115.00
#937  12/09/2020  $2,280.04
#938  12/10/2020  $1,528.00
#940  12/11/2020  $3,852.00
#941  12/10/2020  $2,100.00
#942  12/15/2020  $2,200.00
#944  12/21/2020  $11,185.00