150 Third Avenue South
Suite 900
Nashville, TN 37201

www.pnfp.com
Phone 800-264-3613

Account
Livingscapes LLC
XXXXXXXX2655

RETURN SERVICE REQUESTED

Livingscapes LLC
Debtor In Possession
148 Stonecrest Drive
Nashville, TN 37209-5236

## Statement of Account

Horizon 75

Balance 12/01/20
$ 22,575.91

Balance 12/31/20
$ 377.02-

Summary

| | |
|---|---|
| Credits | +$31,820.43 |
| Interest | +$.00 |
| Debits | - $54,773.36 |



### Credit Transactions

#### Deposits

| | | |
|---|---|---|
| 12/03 | OLB Transfer from *236 to *655 Transfer | 8,300.00 |
| 12/10 | OLB Transfer from *236 to *655 Transfer | 8,635.43 |
| 12/18 | OLB Transfer from *236 to *655 Transfer | 6,985.00 |
| 12/22 | OLB Transfer from *236 to *655 Transfer | 7,900.00 |
| **Total Credits** | | $31,820.43 |

**Declutter Your Desk with eStatements**

Paper statements take up space and use natural resources. If you're still getting statements in the mail, you can go green and reduce clutter when you sign up for "online with email" delivery in Pinnacle's Online Banking. Statements are readily accessible in Online Banking for 24 months. If you need to keep statements for a longer period of time, you can save them to your computer. To learn how to set up online delivery, visit PNFP.com/eStatements.

### Debit Transactions

#### Other Debits

| | | |
|---|---|---|
| 12/04 | 0190AWWV LIVINGS PAYROLL 0190AWWV 1582663830 LIVINGSCAPES | 79.50 |
| 12/04 | 0190AWWV LIVINGS PAYROLL 0190AWWV 1582663830 LIVINGSCAPES | 1,689.32 |
| 12/04 | 0190AWWV LIVINGS PAYROLL 0190AWWV 1582663830 LIVINGSCAPES | 3,434.96 |
| 12/11 | 0190AWWV LIVINGS PAYROLL 0190AWWV 1582663830 LIVINGSCAPES | 81.00 |



## ELECTRONIC TRANSFER ERROR RESOLUTION

This Electronic Transfer Error Resolution only applies to accounts held for personal, family or household purposes and is therefore not applicable to business, trust accounts, or any such account held for non-personal purposes.

In case of errors or questions about your electronic transfers, call or write us at the telephone number or address listed at the end of this disclosure, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt.

- Tell us your name and account number (if any).

- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

- Tell us the dollar amount of the suspected error.

We must hear from you no later than 60 days after we send the FIRST statement on which the problem or error appeared.

We will provide provisional credit for the amount that you think is in error within 10 business days of your complaint and begin an investigation of the transaction(s). In most cases, we will disclose the results of the investigation within 10 business days of your complaint and correct any error promptly. If we need more time to investigate the complaint, we may take up to 45 days (90 days if the transfer involved a point-of-sale transaction or a foreign initiated transfer) to complete our investigation. However, you will have use of the funds in question during our investigation.

**Pinnacle Bank**
150 3rd Avenue South, Suite 900
Nashville, TN 37201
(800) 264-3613

Account Number: XXXXXXXX2655

| Date | Description | Reference | Amount |
|---|---|---|---|
| 12/11 | 0190AWWV LIVINGS  PAYROLL 0190AWWV | 1582663830 LIVINGSCAPES | 1,599.58 |
| 12/11 | 0190AWWV LIVINGS  PAYROLL 0190AWWV | 1582663830 LIVINGSCAPES | 2,725.20 |
| 12/18 | 0190AWWV LIVINGS  PAYROLL 0190AWWV | 1582663830 LIVINGSCAPES | 79.50 |
| 12/18 | 0190AWWV LIVINGS  PAYROLL 0190AWWV | 1582663830 LIVINGSCAPES | 1,256.68 |
| 12/18 | 0190AWWV LIVINGS  PAYROLL 0190AWWV | 1582663830 LIVINGSCAPES | 2,446.90 |
| 12/24 | 0190AWWV LIVINGS  PAYROLL 0190AWWV | 1582663830 LIVINGSCAPES | 94.50 |
| 12/24 | 0190AWWV LIVINGS  PAYROLL 0190AWWV | 1582663830 LIVINGSCAPES | 1,060.34 |
| 12/24 | 0190AWWV LIVINGS  PAYROLL 0190AWWV | 1582663830 LIVINGSCAPES | 1,756.43 |
| 12/30 | NSF Fee | | 38.00 |

### Checks

| Date | Description | Amount |
|---|---|---|
| 12/22 | Check 2001 | 550.12 |
| 12/22 | Check 2002 | 300.00 |
| 12/28 | Check 2003 | 597.97 |
| 12/28 | Check 2006* | 300.00 |
| 12/30 | Check 2007 | 616.60 |
| 12/29 | Check 2009* | 300.00 |
| 12/24 | Check 2010 | 536.68 |
| 12/24 | Check 2011 | 300.00 |
| 12/24 | Check 2013* | 492.78 |
| 12/24 | Check 2014 | 75.00 |
| 12/29 | Check 2015 | 515.09 |
| 12/29 | Check 2017* | 300.00 |
| 12/28 | Check 2018 | 561.49 |
| 12/28 | Check 2019 | 300.00 |
| 12/01 | Check 20091* | 3,800.00 |
| 12/01 | Check 20102* | 579.74 |
| 12/01 | Check 20103 | 758.98 |
| 12/02 | Check 20104 | 15,000.00 |
| 12/02 | Check 20105 | 741.53 |
| 12/08 | Check 20106 | 719.53 |
| 12/01 | Check 20107 | 689.46 |
| 12/04 | Check 20108 | 465.77 |
| 12/07 | Check 20109 | 479.07 |
| 12/08 | Check 20110 | 530.62 |
| 12/11 | Check 20111 | 540.74 |
| 12/15 | Check 20112 | 519.39 |
| 12/14 | Check 20113 | 479.08 |
| 12/11 | Check 20114 | 580.67 |
| 12/14 | Check 20115 | 589.22 |
| 12/14 | Check 20116 | 648.23 |
| 12/15 | Check 20117 | 516.28 |
| 12/15 | Check 20118 | 592.40 |
| 12/15 | Check 20119 | 573.90 |
| 12/14 | Check 20120 | 728.95 |

Account Number: XXXXXXXX2655

| | | |
|---|---|---:|
| 12/21 | Check 20121 | 601.06 |
| 12/30 | Check 20122 | 667.00 |
| 12/23 | Check 20123 | 393.00 |
| 12/23 | Check 20124 | 453.23 |
| 12/29 | Check 20125 | 428.50 |
| 12/28 | Check 20126 | 609.37 |
| **Total Debits** | | **$54,773.36** |

(*) Indicates gap in check number sequenece

| | | | |
|---|---:|---|---:|
| Average Balance This Statement | $4,167.26 | Annual Percentage Yield Earned | .00% |
| Interest Earned This Period | $.00 | Days in Period | 31 |
| Interest Paid Year to Date | $.00 | Interest Paid | $.00 |

### ITEMIZATION OF OVERDRAFT AND RETURNED ITEM FEES

| | Total For This Period | Total Year-to-Date |
|---|---:|---:|
| Total Overdraft and Bounce Protection PD Item Fees | $ 38.00 | $ 76.00 |
| Total NSF Item Fees | $ .00 | $ 76.00 |

### DAILY BALANCE INFORMATION

| | | | | | |
|---|---:|---|---:|---|---:|
| 12/01 | 16,747.73 | 12/10 | 10,542.86 | 12/22 | 10,018.96 |
| 12/02 | 1,006.20 | 12/11 | 5,015.67 | 12/23 | 9,172.73 |
| 12/03 | 9,306.20 | 12/14 | 2,570.19 | 12/24 | 4,857.00 |
| 12/04 | 3,636.65 | 12/15 | 368.22 | 12/28 | 2,488.17 |
| 12/07 | 3,157.58 | 12/18 | 3,570.14 | 12/29 | 944.58 |
| 12/08 | 1,907.43 | 12/21 | 2,969.08 | 12/30 | 377.02- |

| Check # | Date | Amount |
|---|---|---|
| #2001 | 12/22/2020 | $550.12 |
| #2002 | 12/22/2020 | $300.00 |
| #2003 | 12/28/2020 | $597.97 |
| #2006 | 12/28/2020 | $300.00 |
| #2007 | 12/30/2020 | $616.60 |
| #2009 | 12/29/2020 | $300.00 |
| #2010 | 12/24/2020 | $536.68 |
| #2011 | 12/24/2020 | $300.00 |
| #2013 | 12/24/2020 | $492.78 |
| #2014 | 12/24/2020 | $75.00 |
| #2015 | 12/29/2020 | $515.09 |
| #2017 | 12/29/2020 | $300.00 |




#2018　　　12/28/2020　　　$561.49　　　　#2019　　　12/28/2020　　　$300.00




#20091　　　12/01/2020　　　$3,800.00　　　#20102　　　12/01/2020　　　$579.74




#20103　　　12/01/2020　　　$758.98　　　#20104　　　12/02/2020　　　$15,000.00




#20105　　　12/02/2020　　　$741.53　　　#20106　　　12/08/2020　　　$719.53




#20107　　　12/01/2020　　　$689.46　　　#20108　　　12/04/2020　　　$465.77



#20109　　　12/07/2020　　　$479.07　　　#20110　　　12/08/2020　　　$530.62

Account Number: XXXXXXXX2655　　　　　　　　　　　　　　　　　　　　　　　　　Date　　　12/31/20
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Primary Acct No.　　XXXXXXXX2655





#20111　　12/11/2020　　$540.74　　　　#20112　　12/15/2020　　$519.39





#20113　　12/14/2020　　$479.08　　　　#20114　　12/11/2020　　$580.67





#20115　　12/14/2020　　$589.22　　　　#20116　　12/14/2020　　$648.23





#20117　　12/15/2020　　$516.28　　　　#20118　　12/15/2020　　$592.40





#20119　　12/15/2020　　$573.90　　　　#20120　　12/14/2020　　$728.95



#20121　　12/21/2020　　$601.06　　　　#20122　　12/30/2020　　$667.00



#20123   12/23/2020   $393.00



#20124   12/23/2020   $453.23



#20125   12/29/2020   $428.50



#20126   12/28/2020   $609.37