IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:

LIVINGSCAPES, LLC

**Debtor(s)**

} Case No. 3:20-bk-03561
}
} Chapter 11
}
}

## NOTICE OF AMENDMENT TO SUMMARY OF ASSETS AND LIABILITIES

**NOW COMES** the Debtor(s), through counsel, and hereby gives notice that the Summary of Assets and Liabilities been amended (Docket No. 37) to reflect the changes incorporated in the amended Schedule B (Docket No. 32).

Respectfully submitted,

**LEFKOVITZ & LEFKOVITZ**

By: */s/ Steven L. Lefkovitz*
Steven L. Lefkovitz, No. 5953
Attorney for the Debtor(s)
618 Church St., #410
Nashville, TN 37219
(615) 256-8300    fax (615) 255-4516
slefkovitz@lefkovitz.com

## CERTIFICATE OF SERVICE

A copy of the foregoing has been sent to the U.S. Trustee, and all creditors and parties-in-interest to receive notice electronically via the Court's ECF filing system on March 9, 2021.

**/s/ Steven L. Lefkovitz**
Steven L. Lefkovitz