Fill in this information to identify the case:

Debtor Name **Livingscapes LLC**

United States Bankruptcy Court for the: **Middle District of Tennessee**

Case number: **3:20bk-03561**

☐ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11    12/17

Month: **February**

Line of business: **Landscape Construction**

Date report filed: **03/16/2021**
MM / DD / YYYY

NAISC code: _____

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party:    James Livingston

Original signature of responsible party    *[signature]*

Printed name of responsible party    *James Livingston*

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.**

| | | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.**

| | | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

17. Have you paid any bills you owed before you filed bankruptcy?  ☐  ☑  ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☑  ☐  ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.  $ 43,329.00

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.  $ 92,058.00

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.  – $ 61,795.00

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.  + $ 30,263.00

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.  = $ 73,592.00

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**  $ _____

    *(Exhibit E)*

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                                                                      $ ___21,235.00

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                                                                        8
27. What is the number of employees as of the date of this monthly report?                                                          9

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?                      $ _____
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?      $ _____
30. How much have you paid this month in other professional fees?                                                              $ ___350.00
31. How much have you paid in total other professional fees since filing the case?                                        $ ___2,800.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | — | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 40,960.00 | — | $ 92,058.00 | = | $ 51,098.00 |
| 33. **Cash disbursements** | $ 85,538.00 | — | $ 61,795.00 | = | $ -23,743.00 |
| 34. **Net cash flow** | $ -44,578.00 | — | $ 30,263.00 | = | $ 74,841.00 |

35. Total projected cash receipts for the next month:                                                                          $ 21,235.00
36. Total projected cash disbursements for the next month:                                                                  - $ 87,126.00
37. Total projected net cash flow for the next month:                                                                          = $ 65,891.00

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- ☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

- ☐ 39. Bank reconciliation reports for each account.

- ☑ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

- ☐ 41. Budget, projection, or forecast reports.

- ☐ 42. Project, job costing, or work-in-progress reports.

# Livingscapes Inc

## Profit and Loss

### February 2021

|  | TOTAL |
|---|---:|
| **Income** | |
| 40100 Unapplied Cash Payment Income | 1,416.25 |
| 41000 Sales of Product Income | 28,767.86 |
| 42000 Services | 61,874.37 |
| **Total Income** | **$92,058.48** |
| **GROSS PROFIT** | **$92,058.48** |
| **Expenses** | |
| 60000 Advertising & Marketing | 99.00 |
| 60100 Car & Truck | |
| 60130 Auto Repair | 3,925.18 |
| **Total 60100 Car & Truck** | **3,925.18** |
| 60200 Bank Charges & Fees | 570.24 |
| 60600 Contractors | 8,848.90 |
| 61100 Insurance | |
| 61110 General Liability Insurance | 1,667.47 |
| 61170 Medical / Health Insurance | 637.00 |
| **Total 61100 Insurance** | **2,304.47** |
| 61400 Meals & Entertainment | |
| 61420 Meals - Officers Only | 49.42 |
| 61430 Meals - Employees (Meetings) | 89.98 |
| **Total 61400 Meals & Entertainment** | **139.40** |
| 61600 Office Expenses | 774.99 |
| 61700 Office Supplies & Software | 46.55 |
| 62000 Legal & Professional Services | |
| 62010 Accounting & Administrative | 350.00 |
| 62030 Attorneys & Legal Fees | 2,586.50 |
| **Total 62000 Legal & Professional Services** | **2,936.50** |
| 62100 Shipping, Freight & Delivery | 281.12 |
| 62200 Rent & Lease (Buildings) | 2,510.93 |
| 62400 Repairs & Maintenance | 1,748.57 |
| 62500 Materials & Supplies | 7,268.64 |
| 62600 Telephone & Internet | |
| 62620 Cell Phone | 76.33 |
| **Total 62600 Telephone & Internet** | **76.33** |
| 63100 Utilities | 130.14 |
| 63210 Salaries & Wages | |
| 63221 Wages (Hourly) - Regular Pay | 29,714.67 |
| **Total 63210 Salaries & Wages** | **29,714.67** |
| 67010 Dump & Waste Management | 164.47 |
| 67300 Fuel | 254.97 |
| **Total Expenses** | **$61,795.07** |
| **NET OPERATING INCOME** | **$30,263.41** |
| **NET INCOME** | **$30,263.41** |

| **Livingscapes Exhibit C** | | |
|---|---|---|
| **Date** | **Type** | **Total** |
| 12/24/2020 | Payment | 315.00 |
| 12/23/2020 | Payment | 175.00 |
| 12/23/2020 | Payment | 405.00 |
| 12/22/2020 | Payment | 100.00 |
| 12/22/2020 | Payment | 1,775.00 |
| 12/22/2020 | Payment | 1,590.00 |
| 12/22/2020 | Payment | 1,420.00 |
| 12/22/2020 | Payment | 846.25 |
| 12/22/2020 | Payment | 745.00 |
| 12/22/2020 | Payment | 510.00 |
| 12/22/2020 | Payment | 345.00 |
| 12/19/2020 | Payment | 645.00 |
| 12/16/2020 | Payment | 342.00 |
| 12/15/2020 | Payment | 1,900.00 |
| 12/15/2020 | Payment | 6,550.00 |
| 12/15/2020 | Payment | 1,085.00 |
| 12/15/2020 | Payment | 721.25 |
| 12/15/2020 | Payment | 520.00 |
| 12/15/2020 | Payment | 50.00 |
| 12/13/2020 | Payment | 670.00 |
| 12/12/2020 | Payment | 440.00 |
| 12/12/2020 | Payment | 1,885.00 |
| 12/11/2020 | Payment | 945.00 |
| 12/10/2020 | Payment | 100.00 |
| 12/10/2020 | Payment | 950.00 |
| 12/10/2020 | Payment | 902.00 |
| 12/10/2020 | Payment | 360.00 |
| 12/09/2020 | Payment | 195.00 |
| 12/09/2020 | Payment | 3,705.00 |
| 12/09/2020 | Payment | 2,413.75 |
| 12/09/2020 | Payment | 925.00 |
| 12/09/2020 | Payment | 330.00 |
| 12/08/2020 | Payment | 4,055.00 |
| 12/07/2020 | Payment | 455.00 |
| 12/07/2020 | Payment | 595.00 |
| 12/06/2020 | Payment | 1,679.50 |
| 12/04/2020 | Payment | 1,430.00 |
| 12/02/2020 | Payment | 438.75 |
| 12/02/2020 | Payment | 685.00 |
| 12/02/2020 | Payment | 180.00 |
| 12/02/2020 | Payment | 400.00 |
| 12/02/2020 | Payment | 425.00 |
| 12/02/2020 | Payment | 481.25 |
| 12/02/2020 | Payment | 655.00 |
| 12/02/2020 | Payment | 920.00 |
| 12/02/2020 | Payment | 1,100.00 |
| 12/02/2020 | Payment | 2,977.00 |
| 12/02/2020 | Payment | 10,819.00 |

| Date | Type | Payee | Category | Memo | Total | Attachments |
|------|------|-------|----------|------|-------|-------------|
| 02/26/2021 | Expense | | Wages (Hourly) - Regular Pay | LIVINGS PAYROLL 190AWWV 190AWWV LIVINGS PAYROLL 190AWWV 1582663830 LIVINGSCAPES | 84.00 | |
| 02/26/2021 | Expense | | Repairs & Maintenance | CHARLOTTE PIKE AQUAJET AUT 7008 CHARLOTTE PIKE AQUAJET AUTO WA NASHVILLE TN 22521 Card#2282 | 10.00 | |
| 02/26/2021 | Expense | | Fuel | S BROWNSVILLE TN SHELL SERVICE S BROWNSVILLE TN 22621 105737319910 Card#2282 | 7.10 | |
| 02/26/2021 | Expense | | Fuel | S BROWNSVILLE TN SHELL SERVICE S BROWNSVILLE TN 22621 105737315207 Card#2282 | 18.10 | |
| 02/26/2021 | Expense | | Bank Charges & Fees | Service Charge | 14.75 | |
| 02/26/2021 | Expense | Penn National Insurance | General Liability Insurance | IN RECUR PMTS 310 PENN NATIONAL IN RECUR PMTS 3100193796 C230961349 LIVINGSCAPES INC | 1,549.97 | |
| 02/26/2021 | Expense | NASHVILLE NURSERY | Materials & Supplies | CITY HW NASHVILLE 4225 ASHLAND CITY HW NASHVILLE NURSE 615-2443478 TN 11421 Card#2282 | 65.55 | |
| 02/26/2021 | Expense | | Bank Charges & Fees | Paid Item Fee | 38.00 | |
| 02/26/2021 | Expense | | Bank Charges & Fees | PaidReturn Item Fee | 38.00 | |

| Date | Type | Name | Category | Memo/Description | Amount |
|---|---|---|---|---|---|
| | | | | LIVINGS PAYROLL 190AWWV 190AWWV LIVINGS PAYROLL 190AWWV 1582663830 | |
| 02/26/2021 | Expense | | Wages (Hourly) - Regular Pay | LIVINGSCAPES | 1,094.30 |
| | | | | 628 OLD HICKORY BLV IN *STONETR 628 OLD HICKORY BLV IN *STONETREE M 615-6462208 TN | |
| 02/25/2021 | Expense | STONETRE E MULCH | Materials & Supplies | 12821 Card#2282 | 330.75 |
| | | | | 1551 W GATE CITY BL HENDRIX WIR 1551 W GATE CITY BL HENDRIX WIRE NC 22421 | |
| 02/25/2021 | Expense | | Repairs & Maintenance | Card#2282 | 875.00 |
| | | | | O&Z QUICK STOP BROWNSVILLE TN 1 O&Z QUICK STOP BROWNSVILLE TN 13121 103114963372 | |
| 02/24/2021 | Expense | Quick Stop | Fuel | Card#2282 | 4.46 |
| | | | | HARBOR FREIGHT T NASHVILLE TN 2 HARBOR FREIGHT T NASHVILLE TN 22421 002086 | |
| 02/24/2021 | Expense | | Materials & Supplies | Card#2282 | 17.46 |
| | | | | SUPERCENTER # BROWNSVILLE TN WM SUPERCENTER # BROWNSVILLE TN 22321 536393 | |
| 02/24/2021 | Expense | | Fuel | Card#2282 | 87.51 |
| | | | | O&Z QUICK STOP BROWNSVILLE TN 1 O&Z QUICK STOP BROWNSVILLE TN 13121 103114963372 | |
| 02/24/2021 | Expense | Quick Stop | Fuel | Card#2282 | 7.19 |

| Date | Type | Name | Category | Description | Amount |
|---|---|---|---|---|---|
| | | | | 440 Terry Ave N Amazon.com*NO 5J 440 Terry Ave N Amazon.com*NO 5J Amzn.combill WA 22221 | |
| 02/23/2021 | Expense | AMAZON | Office Expenses | Card#2282 | 18.55 |
| | | | | O&Z QUICK STOP BROWNSVILLE TN 1 O&Z QUICK STOP BROWNSVILLE TN 13121 103114963372 | |
| 02/23/2021 | Expense | Quick Stop | Food | Card#2282 | 7.42 |
| | | | | 73 WHITE BRIDGE PIKE THE UPS ST 73 WHITE BRIDGE PIKE THE UPS STORE 2 NASHVILLE TN | |
| 02/23/2021 | Expense | UPS STORE | Shipping, Freight & Delivery | 20421 Card#2282 | 40.92 |
| | | | | O&Z QUICK STOP BROWNSVILLE TN 1 O&Z QUICK STOP BROWNSVILLE TN 13121 103114963372 | |
| 02/23/2021 | Expense | Quick Stop | Fuel | Card#2282 | 10.31 |
| | | | | AUTOZONE 1007 MURFREE NASHVILLE AUTOZONE 1007 MURFREE NASHVILLE TN 12721 012712518280 | |
| 02/23/2021 | Expense | AUTOZONE | Repairs & Maintenance | Card#2282 | 87.62 |
| | | | | AUTOZONE 1007 MURFREE NASHVILLE AUTOZONE 1007 MURFREE NASHVILLE TN 12721 012712518280 | |
| 02/23/2021 | Expense | AUTOZONE | Repairs & Maintenance | Card#2282 | 180.28 |
| | | | | LIVINGS PAYROLL 190AWWV 190AWWV LIVINGS PAYROLL 190AWWV 1582663830 | |
| 02/22/2021 | Expense | | Wages (Hourly) - Regular Pay | LIVINGSCAPES | 1,310.78 |

| Date | Type | Name | Category | Memo | Amount |
|------|------|------|----------|------|--------|
| | | | | FARM BUREAU HEAL TN PAPER 63924 FARM BUREAU HEAL TN PAPER 6392463 0000063576 JAMES W | |
| 02/22/2021 | Expense | | Medical / Health Insurance | *LIVINGSTON | 637.00 |
| | | | | SHELL SERVICE S NASHVILLE TN 22 SHELL SERVICE S NASHVILLE TN 22021 105108727084 | |
| 02/22/2021 | Expense | | Fuel | Card#2282 | 30.42 |
| | | | | System-recorded fee for QuickBooks Payments. Fee-name: | |
| 02/19/2021 | Expense | QuickBooks Payments | Bank Charges & Fees | DiscountRateFee, fee-type: Daily. | 0.90 |
| | | | | NES POWER UTILITY 7041 S JAMES NES POWER UTILITY 7041 S JAMES | |
| 02/19/2021 | Expense | | Utilities | LIVINGSTON | 130.14 |
| 02/19/2021 | Expense | | Bank Charges & Fees | PaidReturn Item Fee | 38.00 |
| 02/19/2021 | Expense | | Bank Charges & Fees | Paid Item Fee | 38.00 |
| 02/19/2021 | Expense | | Bank Charges & Fees | Paid Item Fee | 38.00 |
| 02/19/2021 | Expense | | Bank Charges & Fees | Paid Item Fee | 38.00 |
| | | | | LIVINGS PAYROLL 190AWWV 190AWWV LIVINGS PAYROLL 190AWWV 1582663830 | |
| 02/19/2021 | Expense | | Wages (Hourly) - Regular Pay | LIVINGSCAPES | 67.50 |
| | | | | LIVINGS PAYROLL 190AWWV 190AWWV LIVINGS PAYROLL 190AWWV 1582663830 | |
| 02/19/2021 | Expense | | Wages (Hourly) - Regular Pay | LIVINGSCAPES | 188.74 |

| Date | Type | Name | Account | Memo | Amount |
|---|---|---|---|---|---|
| 02/19/2021 | Expense | | Wages (Hourly) - Regular Pay | LIVINGS PAYROLL 190AWWV 190AWWV LIVINGS PAYROLL 190AWWV 1582663830 LIVINGSCAPES | 238.46 |
| 02/19/2021 | Expense | | Wages (Hourly) - Regular Pay | LIVINGS PAYROLL 190AWWV 190AWWV LIVINGS PAYROLL 190AWWV 1582663830 LIVINGSCAPES | 345.36 |
| 02/18/2021 | Expense | LOWE'S | Materials & Supplies | LOWE'S #629 7034 CHARL NASHVILL LOWE'S #629 7034 CHARL NASHVILLE TN 21821 036694 Card#2282 | 85.13 |
| 02/18/2021 | Expense | HOME DEPOT | Materials & Supplies | THE HOME DEPOT # NASHVILLE TN 2 THE HOME DEPOT # NASHVILLE TN 21721 002336 Card#2282 | 87.59 |
| 02/18/2021 | Expense | | Office Expenses | WM SUPERCENTER # NASHVILLE TN 2 WM SUPERCENTER # NASHVILLE TN 21721 545900 Card#2282 | 38.01 |
| 02/18/2021 | Expense | MAPCO | Fuel | MAPCO 3219 NASHVILLE TN 12221 0 MAPCO 3219 NASHVILLE TN 12221 005607 Card#2282 | 23.06 |
| 02/17/2021 | Expense | | Attorneys & Legal Fees | 1230 W MOREHEAD ST HUSEBY LLC 7 1230 W MOREHEAD ST HUSEBY LLC 7049382119 NC 21721 Card#2282 | 1,286.50 |
| 02/16/2021 | Expense | | Auto Repair | 111 Dean St THE WEDGE SHOP TAUN 111 Dean St THE WEDGE SHOP TAUNTON MA 21521 Card#2282 | 1,649.99 |

| Date | Type | Name | Category | Memo | Amount |
|---|---|---|---|---|---|
| 02/16/2021 | Expense | Hardees | Meals - Officers Only | HARDEES 1501876 N 1000 ACORN DR HARDEES 1501876 NASHVILLE TN 21321 Card#2282 | 5.57 |
| 02/16/2021 | Expense | | Disputed Charge with bank | OKCUPID.COM 64 8300 DOUGLAS AVE OKCUPID.COM 646-450-7073 TX 21321 Card#2282 | 119.99 |
| 02/16/2021 | Expense | | Fuel | SHELL SERVICE S NASHVILLE TN 21 SHELL SERVICE S NASHVILLE TN 21621 104778664949 Card#2282 | 2.01 |
| 02/16/2021 | Expense | AMAZON | Office Expenses | Amazon.com*ZS6Y 440 Terry Ave N Amazon.com*ZS6Y Amzn.combill WA 21421 Card#2282 | 98.27 |
| 02/16/2021 | Expense | AMAZON | Tires | Amazon.com*XN7E 440 Terry Ave N Amazon.com*XN7E Amzn.combill WA 21521 Card#2282 | 532.65 |
| 02/16/2021 | Expense | STONETRE E MULCH | Materials & Supplies | HICKORY BLV IN *STONETR 628 OLD HICKORY BLV IN *STONETREE M 615-6462208 TN 12821 Card#2282 | 551.25 |
| 02/15/2021 | Expense | QuickBooks Payments | Bank Charges & Fees | System-recorded fee for QuickBooks Payments. Fee-name: DiscountRateFee, fee-type: Daily. | 5.02 |
| 02/12/2021 | Expense | | Wages (Hourly) - Regular Pay | LIVINGS PAYROLL 190AWWV 190AWWV LIVINGS PAYROLL 190AWWV 1582663830 LIVINGSCAPES | 2,784.35 |

| Date | Type | Name | Category | Memo/Description | Amount |
|------|------|------|----------|------------------|--------|
| | | | | LIVINGS PAYROLL 190AWWV 190AWWV LIVINGS PAYROLL 190AWWV | |
| 02/12/2021 | Expense | | Wages (Hourly) - Regular Pay | 1582663830 LIVINGSCAPES | 82.50 |
| | | | | LIVINGS PAYROLL 190AWWV 190AWWV LIVINGS PAYROLL 190AWWV | |
| 02/12/2021 | Expense | | Wages (Hourly) - Regular Pay | 1582663830 LIVINGSCAPES | 1,914.03 |
| | | | | 628 OLD HICKORY BLV IN *STONETR 628 OLD HICKORY BLV IN *STONETREE M | |
| 02/11/2021 | Expense | STONETRE E MULCH | Materials & Supplies | 615-6462208 TN 12821 Card#2282 | 490.00 |
| | | | | 401 401 49th Avenue SQ *HUGH-BA 401-451 49th Avenue SQ *HUGH-BABY'S Nashville | |
| 02/11/2021 | Expense | | Meals - Officers Only | TN 21021 Card#2282 | 10.44 |
| | | | | 8505 Gulana Ave, 6110 FINTEL.IO 8505 Gulana Ave, 6110 FINTEL.IO PLAYA DEL REY | |
| 02/11/2021 | Expense | | Materials & Supplies | CA 21021 Card#2282 | 74.25 |
| | | | | 205 E Riverside Dr USHIP.COM* I 205 E Riverside Dr USHIP.COM* | |
| 02/11/2021 | Expense | USHIP.COM | Shipping, Freight & Delivery | ID40 8006987447 TX 21021 Card#2282 | 216.99 |
| | | | | VENMO PAYMENT 3264681992 S JAME VENMO PAYMENT 3264681992 S JAMES | |
| 02/11/2021 | Expense | | Materials & Supplies | LIVINGSTON | 200.00 |
| | | | | MOBILE MINI 8004561751 18607483 MOBILE MINI 8004561751 | |
| 02/11/2021 | Expense | MOBILE MINI | Rent & Lease (Buildings) | 1860748362 JAMES LIVINGSTON | 143.42 |

| Date | Type | Name | Category | Description | Amount |
|---|---|---|---|---|---|
| | | | | CHARLOTTE PIKE O'REILLY AU 5714 CHARLOTTE PIKE O'REILLY AUTO P | |
| 02/10/2021 | Expense | | Repairs & Maintenance | NASHVILLE TN 12521 Card#2282 | 30.25 |
| | | | | QUARTERLY FEE PAYMENT 150100050 QUARTERLY FEE PAYMENT 1501000502 | |
| 02/10/2021 | Expense | | Attorneys & Legal Fees | JAMES LIVINGSTON | 1,300.00 |
| | | | | SHELL SERVICE S NASHVILLE TN 21 SHELL SERVICE S NASHVILLE TN 21021 104178515943 | |
| 02/10/2021 | Expense | | Fuel | Card#2282 | 5.40 |
| | | | | SHELL SERVICE S NASHVILLE TN 21 SHELL SERVICE S NASHVILLE TN 21021 104408725740 | |
| 02/10/2021 | Expense | | Fuel | Card#2282 | 5.58 |
| | | | | DICKENS TURF AND NASHVILLE TN 2 DICKENS TURF AND NASHVILLE TN | |
| 02/10/2021 | Expense | DICKENS TURF & LANDSCAPE SUPPLY | Materials & Supplies | 21021 002735 Card#2282 | 491.62 |
| | | | | BP#8774606MAP CO NASHVILLE TN 21 BP#8774606MAP CO NASHVILLE TN 21021 104186670567 | |
| 02/10/2021 | Expense | BP | Fuel | Card#2282 | 2.43 |
| | | | | 628 OLD HICKORY BLV IN *STONETR 628 OLD HICKORY BLV IN *STONETREE M 615-6462208 TN | |
| 02/10/2021 | Expense | STONETREE MULCH | Materials & Supplies | 12821 Card#2282 | 1,102.50 |
| | | | | 628 OLD HICKORY BLV IN *STONETR 628 OLD HICKORY BLV IN *STONETREE M 615-6462208 TN | |
| 02/09/2021 | Expense | STONETREE MULCH | Materials & Supplies | 12821 Card#2282 | 882.00 |

| Date | Type | Name | Account | Memo | Amount |
|---|---|---|---|---|---|
| | | | | ...1319 FOSTER AVENUE MID-TENN FOR 1319 FOSTER AVENUE MID-TENN FORD T NASHVILLE TN | |
| 02/09/2021 | Expense | MId-TENN FORD | Auto Repair | 20821 Card#2282 | 207.75 |
| | | | | 400 Rutherford St MOSS MOTORS 8 400 Rutherford St MOSS MOTORS 800-667-7872 CA | |
| 02/09/2021 | Expense | MOSS MOTORS | Auto Repair | 20921 Card#2282 | 230.09 |
| | | | | MOBILE MINI 8004561751 18607483 MOBILE MINI 8004561751 1860748362 JAMES | |
| 02/09/2021 | Expense | MOBILE MINI | Rent & Lease (Buildings) | LIVINGSTON | 153.67 |
| | | | | 7700 EASTPORT PARKW BRITISH PAR 7700 EASTPORT PARKW BRITISH PARTS N | |
| 02/09/2021 | Expense | British Parts | Materials & Supplies | 5038642001 OR 12921 Card#2282 | 44.00 |
| | | | | 211 S Akard Rm 1210 ATT*BILL PA 211 S Akard Rm 1210 ATT*BILL PAYMEN 800-288-2020 TX | |
| 02/09/2021 | Expense | AT&T | Cell Phone | 20821 Card#2282 | 76.33 |
| | | | | OLB Transfer from *236 to *655 OLB Transfer from *236 to *655 | |
| 02/08/2021 | Expense | Pinnacle Payroll *2655 | Transfer | | 8,800.00 |
| | | | | System-recorded fee for QuickBooks Payments. Fee-name: | |
| 02/08/2021 | Expense | QuickBooks Payments | Bank Charges & Fees | DiscountRateFee, fee-type: Daily. | 5.09 |
| | | | | 629 OLD HICKORY ATM Withdrawal 629 OLD HICKORY BLVD NASHVILLE TN 20621 | |
| 02/08/2021 | Expense | | Materials & Supplies | 020622109352 Card#2282 | 23.50 |

| Date | Type | Name | Category | Description | Amount |
|---|---|---|---|---|---|
| 02/08/2021 | Expense | All Brothers Truck Repair | Isuzu Brakes | DICKERSON PIKE ALL BROTHER 3716 DICKERSON PIKE ALL BROTHERS TR NASHVILLE TN 20421 Card#2282 | 336.87 |
| 02/08/2021 | Expense | | Wages (Hourly) - Regular Pay | LIVINGS PAYROLL 190AWWV 190AWWV LIVINGS PAYROLL 190AWWV 1582663830 LIVINGSCAPES | 1,710.60 |
| 02/08/2021 | Expense | | Wages (Hourly) - Regular Pay | LIVINGS PAYROLL 190AWWV 190AWWV LIVINGS PAYROLL 190AWWV 1582663830 LIVINGSCAPES | 2,834.98 |
| 02/08/2021 | Expense | SAMARA FARMS | Materials & Supplies | SAMARA FARMS LLC SALE 921598620 SAMARA FARMS LLC SALE 9215986202 JAMES LIVINGSTON | 210.00 |
| 02/07/2021 | Expense | QuickBooks Payments | Bank Charges & Fees | System recorded fee for QuickBooks Payments. Fee-name: DiscountRateFee, fee-type: Daily. | 5.48 |
| 02/05/2021 | Expense | | Wages (Hourly) - Regular Pay | LIVINGS PAYROLL 190AWWV 190AWWV LIVINGS PAYROLL 190AWWV 1582663830 LIVINGSCAPES | 287.50 |
| 02/05/2021 | Expense | HART ACE HARDWARE | Materials & Supplies | 5310 HARDING PIKE WHITTS BBQ HA 5310 HARDING PIKE WHITTS BBQ HARD NASHVILLE TN 20421 Card#2282 | 7.70 |

| Date | Type | Name | Category | Description | Amount |
|---|---|---|---|---|---|
| 02/05/2021 | Expense | Snark Media | Advertising & Marketing | 139 HUNTINGTON PL IN *SNARK MED 139 HUNTINGTON PL IN *SNARK MEDIA 615-6969119 TN 20421 Card#2282 | 99.00 |
| 02/05/2021 | Expense | ShortSqueeze.com | Office Supplies & Software | 3965 W 83RD ST STE 198 SHORTSQU 3965 W 83RD ST STE 198 SHORTSQUEEZE.CO 816-9452244 KS 20421 Card#2282 | 39.99 |
| 02/05/2021 | Expense | STONETREE MULCH | Materials & Supplies | 628 OLD HICKORY BLV IN *STONETR 628 OLD HICKORY BLV IN *STONETREE M 615-6462208 TN 12821 Card#2282 | 330.75 |
| 02/05/2021 | Expense | | Bank Charges & Fees | Paid Item Fee | 38.00 |
| 02/05/2021 | Expense | | Bank Charges & Fees | Paid Item Fee | 38.00 |
| 02/05/2021 | Expense | | Bank Charges & Fees | Paid Item Fee | 38.00 |
| 02/05/2021 | Expense | Waste Management | Dump & Waste Management | WASTE MANAGEMENT INTERNET 90490 WASTE MANAGEMENT INTERNET 9049038216 S LIVINGSTON JAMES | 164.47 |
| 02/05/2021 | Expense | UPS STORE | Shipping, Freight & Delivery | 73 WHITE BRIDGE PIKE THE UPS ST 73 WHITE BRIDGE PIKE THE UPS STORE 2 NASHVILLE TN 20421 Card#2282 | 23.21 |
| 02/05/2021 | Expense | | Fuel | 20 SHELL SERVICE S NASHVILLE TN 20 SHELL SERVICE S NASHVILLE TN 20421 103578569242 Card#2282 | 18.29 |

| Date | Type | Payee | Category | Memo | Amount |
|---|---|---|---|---|---|
| | | | | OLD OLD HICKORY BLV IN *STONETR 628 OLD HICKORY BLV IN *STONETREE M | |
| 02/04/2021 | Expense | STONETREE MULCH | Materials & Supplies | 615-6462208 TN 12821 Card#2282 | 275.62 |
| | | | | MOBILE MINI 8004561751 18607483 MOBILE MINI 8004561751 1860748362 JAMES | |
| 02/04/2021 | Expense | MOBILE MINI | Rent & Lease (Buildings) | LIVINGSTON | 113.84 |
| | | | | GOOGLE.COM GOOGLE*GSUIT E L I CC GOOGLE.COM GOOGLE*GSUIT E L INTERNET | |
| 02/03/2021 | Expense | GOOGLE | Office Supplies & Software | CA 20221 Card#2282 | 6.56 |
| | | | | 5310 HARDING PIKE WHITTS BBQ HA 5310 HARDING PIKE WHITTS BBQ HARD | |
| 02/03/2021 | Expense | HART ACE HARDWARE | Materials & Supplies | NASHVILLE TN 20221 Card#2282 | 7.70 |
| | | | | FARM BUREAU HEAL TN PAPER 21191 FARM BUREAU HEAL TN PAPER 2119179 | |
| 02/03/2021 | Expense | Farm Bureau | Medical / Health Insurance | 0000063576 JAMES W *LIVINGSTON | 74.75 |
| | | | | System-recorded fee for QuickBooks Payments. Fee-name: | |
| 02/03/2021 | Expense | QuickBooks Payments | Bank Charges & Fees | DiscountRateFee, fee-type: Daily. | 54.06 |
| | | | | OLD OLD HICKORY BLV IN *STONETR 628 OLD HICKORY BLV IN *STONETREE M | |
| 02/03/2021 | Expense | STONETREE MULCH | Materials & Supplies | 615-6462208 TN 12821 Card#2282 | 661.50 |
| | | | | System-recorded fee for QuickBooks Payments. Fee-name: | |
| 02/02/2021 | Expense | QuickBooks Payments | Bank Charges & Fees | DiscountRateFee, fee-type: Daily. | 94.94 |

| Date | Transaction Type | Name | Category | Memo/Description | Amount |
|---|---|---|---|---|---|
| 02/02/2021 | Expense | ADVANCE AUTO | Repairs & Maintenance | CHARLOTTE PIKE ADVANCE AUT 6399 CHARLOTTE PIKE ADVANCE AUTO PA NASHVILLE TN 20121 Card#2282 | 44.22 |
| 02/02/2021 | Expense | ADVANCE AUTO | Repairs & Maintenance | CHARLOTTE PIKE ADVANCE AUT 6399 CHARLOTTE PIKE ADVANCE AUTO PA NASHVILLE TN 20121 Card#2282 | 107.05 |
| 02/02/2021 | Expense | GIB FINANCIAL GROUP | Accounting & Administrative | Signature POS Debit 0201 TN 877- Signature POS Debit 0201 TN 877-417-4551 SQ *GLB FINANCIAL G SEQ | 350.00 |
| 02/02/2021 | Expense | JIM'N NICKS BBQ | Meals - Officers Only | 7004 Charlotte Pike 4007 JNN CH 7004 Charlotte Pike 4007 JNN CHARLO NASHVILLE TN 20121 Card#2282 | 22.48 |
| 02/02/2021 | Expense | | Repairs & Maintenance | CHARLOTTE PIKE O'REILLY AU 5714 CHARLOTTE PIKE O'REILLY AUTO P NASHVILLE TN 12521 Card#2282 | 8.18 |
| 02/02/2021 | Expense | Penn National Insurance | General Liability Insurance | PENN NATIONAL IN RECUR PMTS 310 PENN NATIONAL IN RECUR PMTS 3100193796 C230961349 LIVINGSCAPES INC | 117.50 |
| 02/01/2021 | Expense | QuickBooks Payments | Bank Charges & Fees | System-recorded fee for QuickBooks Payments. Fee-name: DiscountRateFee, fee-type: Daily. | 10.00 |

| Date | Type | Name | Account | Memo/Description | Amount |
|---|---|---|---|---|---|
| | | | | CHARLOTTE PIKE O'REILLY AU 5714 CHARLOTTE PIKE O'REILLY | |
| 02/01/2021 | Expense | | Repairs & Maintenance Equipment | AUTO P NASHVILLE TN 12521 Card#2282 | 97.81 |
| | | | | CHARLOTTE PIKE O'REILLY AU 5714 CHARLOTTE PIKE O'REILLY | |
| 02/01/2021 | Expense | | Repairs & Maintenance Equipment | AUTO P NASHVILLE TN 12521 Card#2282 | 50.36 |
| | | | | PARKW BRITISH PAR 7700 EASTPORT PARKW BRITISH PARTS N | |
| 02/01/2021 | Expense | British Parts | Materials & Supplies | 5038642001 OR 12921 Card#2282 | 179.00 |
| | | | | STOP BROWNSVILLE TN 1 O&Z QUICK STOP BROWNSVILLE TN 13121 103114963372 | |
| 02/01/2021 | Expense | Quick Stop | Fuel | Card#2282 | 9.03 |
| | | | | STOP BROWNSVILLE TN 1 O&Z QUICK STOP BROWNSVILLE TN 13121 103114963372 | |
| 02/01/2021 | Expense | Quick Stop | Fuel | Card#2282 | 8.19 |
| | | | | S NASHVILLE TN 20 SHELL SERVICE S NASHVILLE TN 20121 103208725622 | |
| 02/01/2021 | Expense | | Fuel | Card#2282 | 21.23 |
| | | | | LIVINGS PAYROLL 190AWWV 190AWWV LIVINGS PAYROLL | |
| 02/01/2021 | Expense | | Wages (Hourly) - Regular Pay | 190AWWV 1582663830 LIVINGSCAPES | 1,336.05 |

| Date | Type | Name | Account | Memo/Description | Amount |
|---|---|---|---|---|---|
| | | | | LIVINGS PAYROLL 190AWWV 190AWWV LIVINGS PAYROLL 190AWWV | |
| 02/01/2021 | Expense | | Wages (Hourly) - Regular Pay | 1582663830 LIVINGSCAPES | 1,310.76 |
| | | | | LIVINGS PAYROLL 190AWWV 190AWWV LIVINGS PAYROLL 190AWWV | |
| 02/01/2021 | Expense | | Wages (Hourly) - Regular Pay | 1582663830 LIVINGSCAPES | 82.50 |
| | | | | CHARLOTTE PK. TACO BELL #0 6540 CHARLOTTE PK. TACO BELL #0201 | |
| 02/01/2021 | Expense | Taco Bell | Meals - Officers Only | NASHVILLE TN 13021 Card#2282 | 6.54 |
| | | | | CHARLOTTE PIKE WALGREENS # 5600 CHARLOTTE PIKE WALGREENS #4707 | |
| 02/01/2021 | Expense | Walgreens | Meals - Employees (Meetings) | NASHVILLE TN 13021 Card#2282 | 89.98 |
| | | | | MCDONALD'S F1420 HURRICANE MIL MCDONALD'S F1420 | |
| 02/01/2021 | Expense | MCDONALD 'S | Meals - Officers Only | HURRICANE MIL TN 13121 579723 Card#2282 | 4.39 |
| | | | | 628 OLD HICKORY BLV IN *STONETR 628 OLD HICKORY BLV IN *STONETREE M | |
| 02/01/2021 | Expense | STONETRE E MULCH | Materials & Supplies | 615-6462208 TN 12821 Card#2282 | 661.50 |
| | | | | 600 51ST AVE N Tennessee Contr 600 51ST AVE N Tennessee Contr | |
| 02/01/2021 | Expense | | Machinery & Equipment - Rental | 615-292-2989 TN 11821 Card#2282 | 238.60 |

| | | | | | |
|---|---|---|---|---|---|
| 02/01/2021 | Expense | ADVANCE AUTO | Repairs & Maintenance Batteries | 6396 CHARLOTTE PIKE ADVANCE AUT 6399 CHARLOTTE PIKE ADVANCE AUTO PA NASHVILLE TN 20121 Card#2282 | 257.80 |
| 02/01/2021 | Expense | | Materials & Supplies | 2535 North First Str eBay O*10-2535 North First Str eBay O*10-06504 San Jose CA 20121 Card#2282 | 152.40 |

| Date | Transaction Type | Terms | Property | Due Date | Open Balance |
|------|------------------|-------|----------|----------|--------------|
| 02/01/2021 | Invoice | Net 15 | A-M | 02/16/2021 | 126.00 |
| | | | | | **$ 126.00** |
| 08/02/2020 | Invoice | Net 15 | A_M | 08/17/2020 | 495.00 |
| 12/07/2020 | Invoice | Net 15 | | 12/22/2020 | 345.00 |
| | | | | | **$ 840.00** |
| 11/18/2020 | Invoice | Net 15 | AM | 12/03/2020 | 570.00 |
| | | | | | **$ 570.00** |
| 11/07/2020 | Invoice | Net 15 | A-M | 11/22/2020 | 525.00 |
| | | | | | **$ 525.00** |
| 11/08/2020 | Invoice | Net 15 | A-M | 11/23/2020 | 398.00 |
| 11/18/2020 | Invoice | Net 15 | | 12/03/2020 | 2,173.50 |
| 12/06/2020 | Invoice | Net 15 | | 12/21/2020 | 895.00 |
| 02/01/2021 | Invoice | Net 15 | | 02/16/2021 | 850.00 |
| | | | | | **$ 4,316.50** |
| 01/28/2021 | Invoice | Net 15 | A-M | 02/12/2021 | 879.00 |
| 02/01/2021 | Invoice | Net 15 | | 02/16/2021 | 1,596.50 |
| | | | | | **$ 2,475.50** |
| 02/01/2021 | Invoice | Net 15 | A-M | 02/16/2021 | 50.00 |
| | | | | | **$ 50.00** |
| 01/16/2021 | Invoice | Net 15 | A-M | 01/31/2021 | 447.79 |
| | | | | | **$ 447.79** |
| 06/07/2020 | Invoice | Due on receipt | A-M | 06/07/2020 | 2,097.00 |
| | | | | | **$ 2,097.00** |
| 02/01/2021 | Invoice | Net 15 | A-M | 02/16/2021 | 846.50 |
| | | | | | **$ 846.50** |
| 01/12/2021 | Invoice | Net 15 | A-M | 01/27/2021 | 50.00 |
| | | | | | **$ 50.00** |
| 01/17/2021 | Invoice | Net 15 | A-M | 02/01/2021 | 80.00 |
| | | | | | **$ 80.00** |

| Date | Type | Terms | | Class | Due Date | Amount |
|------|------|-------|---|-------|----------|-------:|
| 02/01/2021 | Invoice | Net 15 | A-M | | 02/16/2021 | 392.50 |
| | | | | | **$** | **392.50** |
| | | | | | | |
| 08/02/2020 | Invoice | Net 15 | A-M | | 08/17/2020 | 80.00 |
| 08/24/2020 | Invoice | Net 15 | | | 09/08/2020 | 160.00 |
| 09/27/2020 | Invoice | Net 15 | | | 10/12/2020 | 644.50 |
| 11/08/2020 | Invoice | Net 15 | | | 11/23/2020 | 200.00 |
| 12/09/2020 | Invoice | Net 15 | | | 12/24/2020 | 80.00 |
| 01/12/2021 | Invoice | Net 15 | | | 01/27/2021 | 40.00 |
| 01/28/2021 | Invoice | Net 15 | | | 02/12/2021 | 40.00 |
| | | | | | **$** | **1,244.50** |
| | | | | | | |
| 08/24/2020 | Invoice | Net 15 | A-M | | 09/08/2020 | 160.00 |
| 09/27/2020 | Invoice | Net 15 | | | 10/12/2020 | 265.00 |
| | | | | | **$** | **425.00** |
| | | | | | | |
| 11/08/2020 | Invoice | Net 15 | A-M | | 11/23/2020 | 263.00 |
| 12/09/2020 | Invoice | Net 15 | | | 12/24/2020 | 343.00 |
| 01/12/2021 | Invoice | Net 15 | | | 01/27/2021 | 80.00 |
| 02/01/2021 | Invoice | Net 15 | | | 02/16/2021 | 232.00 |
| | | | | | **$** | **918.00** |
| | | | | | | |
| 01/12/2021 | Invoice | Net 15 | A-M | | 01/27/2021 | 541.00 |
| | | | | | **$** | **541.00** |
| | | | | | | |
| 09/27/2020 | Invoice | Net 15 | A-M | | 10/12/2020 | 290.00 |
| 02/01/2021 | Invoice | Net 15 | | | 02/16/2021 | 270.50 |
| | | | | | **$** | **560.50** |
| | | | | | | |
| 04/08/2019 | Invoice | Net 15 | A-M | | 04/23/2019 | 379.00 |
| 12/16/2019 | Invoice | Net 15 | | | 12/31/2019 | 80.00 |
| 06/14/2020 | Invoice | Net 15 | | | 06/29/2020 | 40.00 |
| | | | | | **$** | **499.00** |
| | | | | | | |
| 09/27/2020 | Invoice | Net 15 | A-M | | 10/12/2020 | 325.00 |
| | | | | | **$** | **325.00** |
| | | | | | | |
| 01/28/2021 | Invoice | Net 15 | A-M | | 02/12/2021 | 1,165.00 |
| | | | | | **$** | **1,165.00** |
| | | | | | | |
| 08/02/2020 | Invoice | Net 15 | A-M | | 08/17/2020 | 438.75 |
| 12/09/2020 | Invoice | Net 15 | | | 12/24/2020 | 508.75 |
| 02/01/2021 | Payment | | | | 02/01/2021 | -1,416.25 |
| | | | | | **-$** | **468.75** |
| | | | | | | |
| 01/28/2021 | Invoice | Net 15 | A-M | | 02/12/2021 | 1,899.00 |

| | | | | | $ | 1,899.00 |
|---|---|---|---|---|---|---|---|
| 11/08/2020 | Invoice | Net 15 | A-M | 11/23/2020 | | | 378.50 |
| | | | | | $ | 378.50 |
| 02/01/2021 | Invoice | Net 15 | A-M | 02/16/2021 | | | 931.54 |
| | | | | | $ | 931.54 |
| | | | | | $ | 21,235.08 |



**150 Third Avenue South**
Suite 900
Nashville, TN 37201
www.pnfp.com

Client Service Center 800-264-3613
Pinnacle Anytime 866-755-5428

RETURN SERVICE REQUESTED

Account
Livingscapes LLC
XXXXXXXX1236

Livingscapes LLC
Debtor In Possession
148 Stonecrest Drive
Nashville, TN 37209-5236

# Statement of Account

Horizon 75



| | |
|---|---|
| **Balance 2/01/21** | **Summary** |
| $ 35,041.89 | |
| | Credits +$91,966.48 |
| | Interest +$.00 |
| **Balance 2/28/21** | Debits - $53,963.34 |
| $ 73,045.03 | |

## Credit Transactions

**Deposits**

| | | |
|---|---|---|
| 2/01 | INTUIT PYMT SOLN  DEPOSIT 524771992494446 9215986202 LIVINGSCAPES INC | 325.00 |
| 2/02 | INTUIT PYMT SOLN  DEPOSIT 524771992494446 9215986202 LIVINGSCAPES INC | 10,193.32 |
| 2/03 | INTUIT PYMT SOLN  DEPOSIT 524771992494446 9215986202 LIVINGSCAPES INC | 13,183.83 |
| 2/03 | Regular Deposit | 7,870.25 |
| 2/04 | INTUIT PYMT SOLN  DEPOSIT 524771992494446 9215986202 LIVINGSCAPES INC | 16,558.25 |
| 2/08 | INTUIT PYMT SOLN  DEPOSIT 524771992494446 9215986202 LIVINGSCAPES INC | 548.00 |
| 2/09 | INTUIT PYMT SOLN  DEPOSIT 524771992494446 9215986202 LIVINGSCAPES INC | 509.00 |
| 2/16 | INTUIT PYMT SOLN  DEPOSIT 524771992494446 9215986202 LIVINGSCAPES INC | 502.00 |
| 2/22 | INTUIT PYMT SOLN  DEPOSIT 524771992494446 9215986202 LIVINGSCAPES INC | 90.00 |
| 2/22 | Regular Deposit | 42,186.83 |
| **Total Credits** | | **$91,966.48** |

**Declutter Your Desk with eStatements**

Paper statements take up space and use natural resources. If you're still getting statements in the mail, you can go green and reduce clutter when you sign up for "online with email" delivery in Pinnacle's Online Banking. Statements are readily accessible in Online Banking for 24 months. If you need to keep statements for a longer period of time, you can save them to your computer. To learn how to set up online delivery, visit PNFP.com/eStatements.

Member **FDIC**
EQUAL HOUSING LENDER



## ELECTRONIC TRANSFER ERROR RESOLUTION

This Electronic Transfer Error Resolution only applies to accounts held for personal, family or household purposes and is therefore not applicable to business, trust accounts, or any such account held for non-personal purposes.

In case of errors or questions about your electronic transfers, call or write us at the telephone number or address listed at the end of this disclosure, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt.

- Tell us your name and account number (if any).

- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

- Tell us the dollar amount of the suspected error.

We must hear from you no later than 60 days after we send the FIRST statement on which the problem or error appeared.

We will provide provisional credit for the amount that you think is in error within 10 business days of your complaint and begin an investigation of the transaction(s). In most cases, we will disclose the results of the investigation within 10 business days of your complaint and correct any error promptly. If we need more time to investigate the complaint, we may take up to 45 days (90 days if the transfer involved a point-of-sale transaction or a foreign initiated transfer) to complete our investigation. However, you will have use of the funds in question during our investigation.

**Pinnacle Bank**
150 3rd Avenue South, Suite 900
Nashville, TN 37201
(800) 264-3613

## Debit Transactions

### Other Debits

| | | |
|---|---|---|
| 2/01 | MCDONALD'S F1420 HURRICANE MIL TN 013121 579723 Card#2282 | 4.39 |
| 2/01 | 6540 CHARLOTTE PK. TACO BELL #0201 NASHVILLE TN 013021 Card#2282 | 6.54 |
| 2/01 | O&Z QUICK STOP BROWNSVILLE TN 013121 103114960978 Card#2282 | 8.19 |
| 2/01 | O&Z QUICK STOP BROWNSVILLE TN 013121 103114963372 Card#2282 | 9.03 |
| 2/01 | SHELL SERVICE S NASHVILLE TN 020121 103208725622 Card#2282 | 21.23 |
| 2/01 | O'REILLY AUTO P NASHVILLE TN 013021 103044542326 Card#2282 | 50.36 |
| 2/01 | 5600 CHARLOTTE PIKE WALGREENS #4707 NASHVILLE TN 013021 Card#2282 | 89.98 |
| 2/01 | O'REILLY AUTO P NASHVILLE TN 013021 103044548147 Card#2282 | 97.81 |
| 2/01 | 2535 North First Str eBay O*10-06504 San Jose CA 020121 Card#2282 | 152.40 |
| 2/01 | 7700 EASTPORT PARKW BRITISH PARTS N 5038642001 OR 012921 Card#2282 | 179.00 |
| 2/01 | 600 51ST AVE N Tennessee Contr 615-292-2989 TN 012921 Card#2282 | 238.60 |
| 2/01 | ADVANCE AUTO PAR NASHVILLE TN 013121 501833 Card#2282 | 257.80 |
| 2/01 | 628 OLD HICKORY BLV IN *STONETREE M 615-6462208 TN 012921 Card#2282 | 661.50 |
| 2/01 | INTUIT PYMT SOLN  TRAN FEE 524771992494446  9215986202 LIVINGSCAPES INC | 3.25 |
| 2/02 | 5714 CHARLOTTE PIKE O'REILLY AUTO P NASHVILLE TN 020121 Card#2282 | 8.18 |
| 2/02 | 7004 Charlotte Pike 4007 JNN CHARLO NASHVILLE TN 020121 Card#2282 | 22.48 |
| 2/02 | 6399 CHARLOTTE PIKE ADVANCE AUTO PA NASHVILLE TN 020121 Card#2282 | 44.22 |
| 2/02 | 6399 CHARLOTTE PIKE ADVANCE AUTO PA NASHVILLE TN 020121 Card#2282 | 107.05 |
| 2/02 | 845 BELL RD IN *GLB FINANCI 615-5330817 TN 020121 Card#2282 | 350.00 |
| 2/02 | INTUIT PYMT SOLN  TRAN FEE 524771992494446  9215986202 LIVINGSCAPES INC | 10.00 |
| 2/02 | PENN NATIONAL IN  RECUR PMTS 8000271667      C230961349 LIVINGSTON JAMES | 117.50 |
| 2/03 | CC GOOGLE.COM GOOGLE*GSUITE L INTERNET CA 020221 Card#2282 | 6.56 |
| 2/03 | 5310 HARDING PIKE WHITTS BBQ HARD NASHVILLE TN 020221 Card#2282 | 7.70 |
| 2/03 | 628 OLD HICKORY BLV IN *STONETREE M 615-6462208 TN 020221 Card#2282 | 661.50 |
| 2/03 | FARM BUREAU HEAL TN PAPER 2119179        0000063576 JAMES W *LIVINGSTON | 74.75 |
| 2/03 | INTUIT PYMT SOLN  TRAN FEE 524771992494446  9215986202 LIVINGSCAPES INC | 94.94 |
| 2/04 | 628 OLD HICKORY BLV IN *STONETREE M 615-6462208 TN 020321 Card#2282 | 275.62 |
| 2/04 | INTUIT PYMT SOLN  TRAN FEE 524771992494446  9215986202 LIVINGSCAPES INC | 54.06 |
| 2/04 | MOBILE MINI        8004561751 1860748362 JAMES LIVINGSTON | 113.84 |
| 2/05 | 5310 HARDING PIKE WHITTS BBQ HARD NASHVILLE TN 020421 Card#2282 | 7.70 |
| 2/05 | SHELL SERVICE S NASHVILLE TN 020421 103578569242 Card#2282 | 18.29 |
| 2/05 | 73 WHITE BRIDGE PIKE THE UPS STORE 2 NASHVILLE TN 020421 Card#2282 | 23.21 |
| 2/05 | 3965 W 83RD ST STE 198 SHORTSQUEEZE.CO 816-9452244 KS 020421 Card#2282 | 39.99 |
| 2/05 | 139 HUNTINGTON PL IN *SNARK MEDIA 615-6969119 TN 020421 Card#2282 | 99.00 |
| 2/05 | 628 OLD HICKORY BLV IN *STONETREE M 615-6462208 TN 020421 Card#2282 | 330.75 |
| 2/05 | WASTE MANAGEMENT  INTERNET 9049038216  S LIVINGSTON JAMES | 164.47 |
| 2/08 | ATM Withdrawal 629 OLD HICKORY BLVD NASHVILLE TN 020621 020622109352 Card#2282 | 23.50 |
| 2/08 | 3716 DICKERSON PIKE ALL BROTHERS TR NASHVILLE TN 020421 Card#2282 | 336.87 |
| 2/08 | OLB Transfer from *236 to *655 Transfer | 8,800.00 |
| 2/08 | INTUIT PYMT SOLN  TRAN FEE 524771992494446  9215986202 LIVINGSCAPES INC | 5.48 |

| 2/08 | SAMARA FARMS LLC   SALE 9215986202 JAMES LIVINGSTON | 210.00 |
| 2/09 | 7700 EASTPORT PARKW GOODPARTSIN 6107774457 PA 020821  Card#2282 | 44.00 |
| 2/09 | 211 S Akard Rm 1210 ATT*BILL PAYMEN 800-288-2020 TX 020821  Card#2282 | 76.33 |
| 2/09 | 1319 FOSTER AVENUE MID-TENN FORD T NASHVILLE TN 020821  Card#2282 | 207.75 |
| 2/09 | 400 Rutherford St MOSS MOTORS 800-667-7872 CA 020921  Card#2282 | 230.09 |
| 2/09 | 628 OLD HICKORY BLV IN *STONETREE M 615-6462208 TN 020821  Card#2282 | 882.00 |
| 2/09 | INTUIT PYMT SOLN  TRAN FEE 524771992494446  9215986202 LIVINGSCAPES INC | 5.09 |
| 2/09 | MOBILE MINI     8004561751 1860748362 JAMES LIVINGSTON | 153.67 |
| 2/10 | BP#8774606MAPCO NASHVILLE TN 021021 104186670567 Card#2282 | 2.43 |
| 2/10 | SHELL SERVICE S NASHVILLE TN 021021 104178515943 Card#2282 | 5.40 |
| 2/10 | SHELL SERVICE S NASHVILLE TN 021021 104108725740 Card#2282 | 5.58 |
| 2/10 | 5714 CHARLOTTE PIKE O'REILLY AUTO P NASHVILLE TN 020921  Card#2282 | 30.25 |
| 2/10 | DICKENS TURF AND NASHVILLE TN 021021 002735 Card#2282 | 491.62 |
| 2/10 | 628 OLD HICKORY BLV IN *STONETREE M 615-6462208 TN 020921  Card#2282 | 1,102.50 |
| 2/10 | OLB Transfer from *236 to *655 Transfer | 9,700.00 |
| 2/10 | QUARTERLY FEE    PAYMENT 0000        1501000502 JAMES LIVINGSTON | 1,300.00 |
| 2/11 | 401-451 49th Avenue SQ *HUGH-BABY'S Nashville TN 021021  Card#2282 | 10.44 |
| 2/11 | 8505 Gulana Ave, 6110 FINTEL.IO PLAYA DEL REY CA 021021  Card#2282 | 74.25 |
| 2/11 | 205 E Riverside Dr USHIP.COM* ID40 8006987447 TX 021021  Card#2282 | 216.99 |
| 2/11 | 628 OLD HICKORY BLV IN *STONETREE M 615-6462208 TN 021021  Card#2282 | 490.00 |
| 2/11 | MOBILE MINI     8004561751 1860748362 JAMES LIVINGSTON | 143.42 |
| 2/11 | VENMO        PAYMENT 3264681992   S JAMES LIVINGSTON | 200.00 |
| 2/16 | SHELL SERVICE S NASHVILLE TN 021621 104778664949 Card#2282 | 2.01 |
| 2/16 | 1000 ACORN DR HARDEES 1501876 NASHVILLE TN 021321  Card#2282 | 5.57 |
| 2/16 | 440 Terry Ave N Amazon.com*ZS6Y Amzn.com/bill WA 021421  Card#2282 | 98.27 |
| 2/16 | 8300 DOUGLAS AVE OKCUPID.COM 646-450-7073 TX 021421  Card#2282 | 119.99 |
| 2/16 | 440 Terry Ave N Amazon.com*XN7E Amzn.com/bill WA 021521  Card#2282 | 532.65 |
| 2/16 | 628 OLD HICKORY BLV IN *STONETREE M 615-6462208 TN 021221  Card#2282 | 551.25 |
| 2/16 | 111 Dean St THE WEDGE SHOP TAUNTON MA 021521  Card#2282 | 1,649.99 |
| 2/16 | INTUIT PYMT SOLN  TRAN FEE 524771992494446  9215986202 LIVINGSCAPES INC | 5.02 |
| 2/17 | 1230 W MOREHEAD ST HUSEBY LLC 7049382119 NC 021721  Card#2282 | 1,286.50 |
| 2/18 | MAPCO 3065 NASHVILLE TN 021721 005019 Card#2282 | 23.06 |
| 2/18 | WM SUPERCENTER # NASHVILLE TN 021721 545900 Card#2282 | 38.01 |
| 2/18 | LOWE'S #629 7034 CHARL NASHVILLE TN 021821 036694 Card#2282 | 85.13 |
| 2/18 | THE HOME DEPOT # NASHVILLE TN 021721 002336 Card#2282 | 87.59 |
| 2/19 | NES POWER      UTILITY 0000007041   S JAMES LIVINGSTON | 130.14 |
| 2/22 | SHELL SERVICE S NASHVILLE TN 022021 105108727084 Card#2282 | 30.42 |
| 2/22 | OLB Transfer from *236 to *655 Transfer | 3,500.00 |
| 2/22 | INTUIT PYMT SOLN  TRAN FEE 524771992494446  9215986202 LIVINGSCAPES INC | .90 |
| 2/22 | FARM BUREAU HEAL  TN PAPER 6392463        0000063576 JAMES W *LIVINGSTON | 637.00 |
| 2/23 | O&Z QUICK STOP BROWNSVILLE TN 022321 105414968338 Card#2282 | 7.42 |
| 2/23 | O&Z QUICK STOP BROWNSVILLE TN 022321 105414962802 Card#2282 | 10.31 |
| 2/23 | 440 Terry Ave N Amazon.com*NO5J Amzn.com/bill WA 022221  Card#2282 | 18.55 |
| 2/23 | 73 WHITE BRIDGE PIKE THE UPS STORE 2 NASHVILLE TN 022221  Card#2282 | 40.92 |

| 2/23 | AUTOZONE  333 E MAIN S BROWNSVILLE TN 022321 022312400542 Card#2282 | 87.62 |
|---|---|---|
| 2/23 | AUTOZONE  333 E MAIN S BROWNSVILLE TN 022321 022314200546 Card#2282 | 180.28 |
| 2/24 | O&Z QUICK STOP BROWNSVILLE TN 022321 105414964272 Card#2282 | 4.46 |
| 2/24 | O&Z QUICK STOP BROWNSVILLE TN 022321 105414964576 Card#2282 | 7.19 |
| 2/24 | HARBOR FREIGHT T NASHVILLE TN 022421 002086 Card#2282 | 17.46 |
| 2/24 | WM SUPERCENTER # BROWNSVILLE TN 022321 536393 Card#2282 | 87.51 |
| 2/25 | 628 OLD HICKORY BLV IN *STONETREE M 615-6462208 TN 022421  Card#2282 | 330.75 |
| 2/25 | 1551 W GATE CITY BL HENDRIX WIRE  W GREENSBORO NC 022421  Card#2282 | 875.00 |
| 2/25 | Transfer via Bank Representative | 8,750.00 |
| 2/26 | SHELL SERVICE S BROWNSVILLE TN 022621 105737319910 Card#2282 | 7.10 |
| 2/26 | 7008 CHARLOTTE PIKE AQUAJET AUTO WA NASHVILLE TN 022521  Card#2282 | 10.00 |
| 2/26 | SHELL SERVICE S BROWNSVILLE TN 022621 105737315207 Card#2282 | 18.10 |
| 2/26 | 4225 ASHLAND CITY HW NASHVILLE NURSE 615-2443478 TN 022521  Card#2282 | 65.55 |
| 2/26 | PENN NATIONAL IN  RECUR PMTS 3100193796        C230961349 LIVINGSCAPES INC | 1,549.97 |
| 2/26 | Service Charge | 14.75 |

### Checks

| 2/08 | Check 952 | 1,837.35 |
|---|---|---|
| 2/05 | Check 953 | 2,100.00 |
| **Total Debits** | | **$53,963.34** |

(*) Indicates gap in check number sequenece

| | | | |
|---|---|---|---|
| Average Balance This Statement | $61,465.10 | Annual Percentage Yield Earned | .00% |
| Interest Earned This Period | $.00 | Days in Period | 28 |
| Interest Paid Year to Date | $.00 | Interest Paid | $.00 |

## DAILY BALANCE INFORMATION

| 2/01 | 33,586.81 | 2/09 | 64,905.52 | 2/19 | 47,019.46 |
|---|---|---|---|---|---|
| 2/02 | 43,120.70 | 2/10 | 52,267.74 | 2/22 | 85,127.97 |
| 2/03 | 63,329.33 | 2/11 | 51,132.64 | 2/23 | 84,782.87 |
| 2/04 | 79,444.06 | 2/16 | 48,669.89 | 2/24 | 84,666.25 |
| 2/05 | 76,660.65 | 2/17 | 47,383.39 | 2/25 | 74,710.50 |
| 2/08 | 65,995.45 | 2/18 | 47,149.60 | 2/26 | 73,045.03 |

Intentionally Left Blank



| Credit | | DDA Deposit | |
|---|---|---|---|
| Bank: PINNACL BANK | | Bank: PINNACL BANK | |
| Branch #: 447 | | Branch #: 447 | |
| Branch Name: Nashville Belle Meade | | Branch Name: Nashville Belle Meade | |
| Teller ID: PBB WIN | | Teller ID: PBBIGI R | |
| Drawer #: 44/05 | | Drawer #: 44/02 | |
| Trans #: 10 | | Trans #: 137 | |
| Misc: | | Misc: | |

SUBSTITUTE IMAGE / VIRTUAL DOCUMENT

| AUXILIARY | R/T 5000-0011 | ACCOUNT 800106721238 | PC/TC 39 | AMOUNT $7,870.25 |
|---|---|---|---|---|

SUBSTITUTE IMAGE / VIRTUAL DOCUMENT

| AUXILIARY | R/T 5000-0011 | ACCOUNT 800106721238 | PC/TC 39 | AMOUNT $42,186.83 |
|---|---|---|---|---|

#0       02/03/2021      $7,870.25       #0      02/22/2021      $42,186.83

#952      02/08/2021      $1,837.35       #953      02/05/2021      $2,100.00

# Pinnacle

150 Third Avenue South
Suite 900
Nashville, TN 37201
www.pnfp.com

Client Service Center 800-264-3613
Pinnacle Anytime 866-755-5428

RETURN SERVICE REQUESTED

Account
Livingscapes LLC
XXXXXXXX2655

Livingscapes LLC
Debtor In Possession
148 Stonecrest Drive
Nashville, TN 37209-5236

## Statement of Account

Horizon 75

| Balance 2/01/21 | Summary | | |
|---|---|---|---|
| $ 7,965.21 | | | |
| | Credits | +$30,788.00 | |
| Balance 2/28/21 | Interest | +$.00 | |
| $ 228.36- | Debits | - $38,981.57 | |



### Credit Transactions

Declutter Your Desk with eStatements

Deposits

| | | |
|---|---|---|
| 2/08 | OLB Transfer from *236 to *655 Transfer | 8,800.00 |
| 2/10 | OLB Transfer from *236 to *655 Transfer | 9,700.00 |
| 2/22 | OLB Transfer from *236 to *655 Transfer | 3,500.00 |
| 2/25 | Transfer via Bank Representative | 8,750.00 |
| 2/25 | Reverse Paid/Return Item Fee | 38.00 |
| **Total Credits** | | $30,788.00 |

Paper statements take up space and use natural resources. If you're still getting statements in the mail, you can go green and reduce clutter when you sign up for "online with email" delivery in Pinnacle's Online Banking. Statements are readily accessible in Online Banking for 24 months. If you need to keep statements for a longer period of time, you can save them to your computer. To learn how to set up online delivery, visit PNFP.com/eStatements.

### Debit Transactions

Other Debits

| | | |
|---|---|---|
| 2/01 | 0190AWWV LIVINGS  PAYROLL 0190AWWV 1582663830 LIVINGSCAPES | 82.50 |
| 2/01 | 0190AWWV LIVINGS  PAYROLL 0190AWWV 1582663830 LIVINGSCAPES | 1,310.76 |
| 2/01 | 0190AWWV LIVINGS  PAYROLL 0190AWWV 1582663830 LIVINGSCAPES | 1,336.05 |

Member FDIC
EQUAL HOUSING LENDER



## ELECTRONIC TRANSFER ERROR RESOLUTION

This Electronic Transfer Error Resolution only applies to accounts held for personal, family or household purposes and is therefore not applicable to business, trust accounts, or any such account held for non-personal purposes.

In case of errors or questions about your electronic transfers, call or write us at the telephone number or address listed at the end of this disclosure, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt.

- Tell us your name and account number (if any).

- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

- Tell us the dollar amount of the suspected error.

We must hear from you no later than 60 days after we send the FIRST statement on which the problem or error appeared.

We will provide provisional credit for the amount that you think is in error within 10 business days of your complaint and begin an investigation of the transaction(s). In most cases, we will disclose the results of the investigation within 10 business days of your complaint and correct any error promptly. If we need more time to investigate the complaint, we may take up to 45 days (90 days if the transfer involved a point-of-sale transaction or a foreign initiated transfer) to complete our investigation. However, you will have use of the funds in question during our investigation.

**Pinnacle Bank**
150 3rd Avenue South, Suite 900
Nashville, TN 37201
(800) 264-3613

| 2/05 | Paid Item Fee | | 38.00 |
| 2/05 | 0190AWWV LIVINGS  PAYROLL 0190AWWV | 1582663830 LIVINGSCAPES | 287.50 |
| 2/05 | Paid Item Fee | | 38.00 |
| 2/05 | Paid/Return Item Fee | | 38.00 |
| 2/05 | Paid/Return Item Fee | | 38.00 |
| 2/08 | 0190AWWV LIVINGS  PAYROLL 0190AWWV | 1582663830 LIVINGSCAPES | 1,710.60 |
| 2/08 | 0190AWWV LIVINGS  PAYROLL 0190AWWV | 1582663830 LIVINGSCAPES | 2,834.98 |
| 2/12 | 0190AWWV LIVINGS  PAYROLL 0190AWWV | 1582663830 LIVINGSCAPES | 82.50 |
| 2/12 | 0190AWWV LIVINGS  PAYROLL 0190AWWV | 1582663830 LIVINGSCAPES | 1,914.03 |
| 2/12 | 0190AWWV LIVINGS  PAYROLL 0190AWWV | 1582663830 LIVINGSCAPES | 2,784.35 |
| 2/19 | 0190AWWV LIVINGS  PAYROLL 0190AWWV | 1582663830 LIVINGSCAPES | 67.50 |
| 2/19 | 0190AWWV LIVINGS  PAYROLL 0190AWWV | 1582663830 LIVINGSCAPES | 188.74 |
| 2/19 | Paid Item Fee | | 38.00 |
| 2/19 | 0190AWWV LIVINGS  PAYROLL 0190AWWV | 1582663830 LIVINGSCAPES | 238.46 |
| 2/19 | Paid Item Fee | | 38.00 |
| 2/19 | 0190AWWV LIVINGS  PAYROLL 0190AWWV | 1582663830 LIVINGSCAPES | 345.36 |
| 2/19 | Paid Item Fee | | 38.00 |
| 2/19 | Paid/Return Item Fee | | 38.00 |
| 2/22 | 0190AWWV LIVINGS  PAYROLL 0190AWWV | 1582663830 LIVINGSCAPES | 1,310.78 |
| 2/24 | Paid/Return Item Fee | | 38.00 |
| 2/26 | 0190AWWV LIVINGS  PAYROLL 0190AWWV | 1582663830 LIVINGSCAPES | 84.00 |
| 2/26 | 0190AWWV LIVINGS  PAYROLL 0190AWWV | 1582663830 LIVINGSCAPES | 1,094.30 |
| 2/26 | Paid Item Fee | | 38.00 |
| 2/26 | Paid/Return Item Fee | | 38.00 |

### Checks

| 2/01 | Check 1001 | 593.96 |
| 2/02 | Check 1002 | 425.45 |
| 2/02 | Check 1003 | 398.95 |
| 2/01 | Check 1005* | 398.92 |
| 2/02 | Check 1006 | 387.92 |
| 2/01 | Check 1007 | 523.69 |
| 2/01 | Check 1009* | 387.87 |
| 2/02 | Check 1010 | 398.95 |
| 2/03 | Check 1011 | 529.90 |
| 2/01 | Check 1017* | 214.62 |
| 2/16 | Check 1018 | 177.66 |
| 2/25 | Check 1019 | 8,750.00 |
| 2/01 | Check 20147* | 747.98 |
| 2/08 | Check 20158* | 560.15 |
| 2/08 | Check 20159 | 574.68 |
| 2/05 | Check 20160 | 631.50 |
| 2/09 | Check 20161 | 542.13 |
| 2/09 | Check 20162 | 590.45 |
| 2/09 | Check 20163 | 571.53 |

| 2/08 | Check 20164 | 570.97 |
| 2/12 | Check 20165 | 620.94 |
| 2/16 | Check 20166 | 627.75 |
| 2/12 | Check 20167 | 690.64 |
| 2/17 | Check 20168 | 646.08 |
| 2/17 | Check 20169 | 702.16 |
| 2/17 | Check 20170 | 681.78 |
| 2/16 | Check 20171 | 630.86 |
| 2/24 | Check 20173* | 98.90 |
| 2/26 | Check 20174 | 101.74 |
| 2/25 | Check 20175 | 113.03 |
| **Total Debits** | | **$38,981.57** |

(*) Indicates gap in check number sequenece

| Average Balance This Statement | $519.56 | Annual Percentage Yield Earned | .00% |
| Interest Earned This Period | $.00 | Days in Period | 28 |
| Interest Paid Year to Date | $.00 | Interest Paid | $.00 |

## ITEMIZATION OF TOTAL NSF/OVERDRAFT AND RETURNED ITEM FEES

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total NSF/Overdraft Paid Item Fees | $ 380.00 | $ 380.00 |
| Total NSF/Overdraft Returned Item Fees | $ .00 | $ .00 |

## DAILY BALANCE INFORMATION

| 2/01 | 2,368.86 | 2/09 | 1.20 | 2/19 | 849.61- |
| 2/02 | 757.59 | 2/10 | 9,701.20 | 2/22 | 1,339.61 |
| 2/03 | 227.69 | 2/12 | 3,608.74 | 2/24 | 1,202.71 |
| 2/05 | 843.31- | 2/16 | 2,172.47 | 2/25 | 1,127.68 |
| 2/08 | 1,705.31 | 2/17 | 142.45 | 2/26 | 228.36- |



| #1001 | 02/01/2021 | $593.96 |
|---|---|---|



#1002    02/02/2021    $425.45



#1003    02/02/2021    $398.95



#1005    02/01/2021    $398.92



#1006    02/02/2021    $387.92



#1007    02/01/2021    $523.69



#1009    02/01/2021    $387.87



#1010    02/02/2021    $398.95



#1011    02/03/2021    $529.90



#1017    02/01/2021    $214.62

#1018    02/16/2021    $177.66

#1019    02/24/2021    $8,750.00



#20147        02/01/2021        $747.98



#20158        02/08/2021        $560.15



#20159        02/08/2021        $574.68



#20160        02/05/2021        $631.50



#20161        02/09/2021        $542.13



#20162        02/09/2021        $590.45



#20163        02/09/2021        $571.53



#20164        02/08/2021        $570.97



#20165        02/12/2021        $620.94



#20166        02/16/2021        $627.75



#20167        02/12/2021        $690.64



#20168        02/17/2021        $646.08





#20169     02/17/2021     $702.16          #20170     02/17/2021     $681.78






#20171     02/16/2021     $630.86          #20173     02/24/2021     $98.90





#20174     02/26/2021     $101.74          #20175     02/25/2021     $113.03