☐ Check if this is an
amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11                   12/17

Month: __April__

Date report filed: __05/17/2021__
MM / DD / YYYY

Line of business: __Landscape Construction__

NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: _____ James Livingston _____

Original signature of responsible party _____

Printed name of responsible party _____

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  |  | Yes | No | N/A |
|---|---|---|---|---|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.*** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.*** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

17. Have you paid any bills you owed before you filed bankruptcy?  ☐ ☑ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.  $ 40,835.00

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.  $ 66,300.00

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.  − $ 52,116.00

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.  + $ 14,184.00

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.  = $ 55,019.00

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**  $ _____

    *(Exhibit E)*

Case 3:20-bk-03561    Doc 53    Filed 05/20/21    Entered 05/20/21 10:35:47    Desc Main
Document    Page 2 of 38

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                    $  23,551.00

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                                         8
27. What is the number of employees as of the date of this monthly report?                            9

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?      $ _____
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ _____
30. How much have you paid this month in other professional fees?                                $      350.00
31. How much have you paid in total other professional fees since filing the case?               $    3,500.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A **Projected** Copy lines 35-37 from the previous month's report. | − | Column B **Actual** Copy lines 20-22 of this report. | = | Column C **Difference** Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ 21,235.00 | − | $ 66,300.00 | = | $ 45,065.00 |
| 33. **Cash disbursements** | $ 87,126.00 | − | $ 52,116.00 | = | $ -35,010.00 |
| 34. **Net cash flow** | $ -65,891.00 | − | $ 14,184.00 | = | $ -51,707.00 |

35. Total projected cash receipts for the next month:                                           $  66,300.00
36. Total projected cash disbursements for the next month:                                     − $  52,116.00
37. Total projected net cash flow for the next month:                                          = $  14,184.00

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39. Bank reconciliation reports for each account.

☑ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41. Budget, projection, or forecast reports.

☐ 42. Project, job costing, or work-in-progress reports.

| | Exhibit C | |
|---|---|---|
| **Date** | **Type** | **Total** |
| 04/30/2021 | Payment | 320.00 |
| 04/30/2021 | Payment | 836.00 |
| 04/29/2021 | Payment | 530.00 |
| 04/29/2021 | Payment | 3,592.50 |
| 04/29/2021 | Payment | 3,317.50 |
| 04/29/2021 | Payment | 315.00 |
| 04/27/2021 | Payment | 365.00 |
| 04/26/2021 | Payment | 65.00 |
| 04/26/2021 | Payment | 2,771.50 |
| 04/26/2021 | Payment | 1,248.75 |
| 04/26/2021 | Payment | 1,120.00 |
| 04/26/2021 | Payment | 185.00 |
| 04/25/2021 | Payment | 135.00 |
| 04/25/2021 | Payment | 450.00 |
| 04/25/2021 | Payment | 1,596.50 |
| 04/25/2021 | Payment | 965.50 |
| 04/25/2021 | Payment | 879.00 |
| 04/25/2021 | Payment | 830.00 |
| 04/25/2021 | Payment | 378.50 |
| 04/24/2021 | Payment | 1,966.54 |
| 04/20/2021 | Payment | 2,309.00 |
| 04/17/2021 | Payment | 4,291.00 |
| 04/15/2021 | Payment | 6,018.50 |
| 04/12/2021 | Payment | 542.50 |
| 04/10/2021 | Payment | 1,279.00 |
| 04/09/2021 | Payment | 1,563.50 |
| 04/09/2021 | Payment | 6,954.00 |
| 04/08/2021 | Payment | 75.00 |
| 04/07/2021 | Payment | 763.00 |
| 04/07/2021 | Payment | 3,040.00 |
| 04/07/2021 | Payment | 2,256.00 |
| 04/07/2021 | Payment | 2,239.00 |
| 04/07/2021 | Payment | 1,125.00 |
| 04/07/2021 | Payment | 311.75 |
| 04/07/2021 | Payment | 228.00 |
| 04/07/2021 | Payment | 1,425.00 |
| 04/05/2021 | Payment | 589.54 |
| 04/05/2021 | Payment | 1,140.00 |
| 04/03/2021 | Payment | 793.00 |
| 04/02/2021 | Payment | 2,089.50 |
| 04/01/2021 | Payment | 95.00 |
| 04/01/2021 | Payment | 202.54 |
| 04/01/2021 | Payment | 895.54 |
| 04/01/2021 | Payment | 2,417.54 |

## Exhibit D

| Date | Type | Payee | Category | Memo | Total |
|---|---|---|---|---|---|
| 04/30/2021 | Expense | QuickBooks Payments | Bank Charges & Fees | recorded fee for QuickBooks Payments. Fee-name: DiscountRateFee, fee-type: Daily. | 11.56 |
| 04/29/2021 | Expense | MOBILE MINI | Rent & Lease (Buildings) | MINI 8004561751 18607483 MOBILE MINI 8004561751 1860748362 JAMES LIVINGSTON | 113.84 |
| 04/29/2021 | Expense | QuickBooks Payments | Bank Charges & Fees | recorded fee for QuickBooks Payments. Fee-name: DiscountRateFee, fee-type: Daily. | 5.30 |
| 04/27/2021 | Expense | QuickBooks Payments | Bank Charges & Fees | recorded fee for QuickBooks Payments. Fee-name: DiscountRateFee, fee-type: Daily. | 3.65 |
| 04/26/2021 | Expense | QuickBooks Payments | Bank Charges & Fees | recorded fee for QuickBooks Payments. Fee-name: DiscountRateFee, fee-type: Daily. | 64.10 |
| 04/25/2021 | Expense | QuickBooks Payments | Bank Charges & Fees | recorded fee for QuickBooks Payments. Fee-name: DiscountRateFee, fee-type: Daily. | 36.75 |
| 04/23/2021 | Check | | Wages (Hourly) - Regular Pay | Check 151 Check | 737.88 |

| Date | Type | Name | Account | Memo/Description | Amount |
|---|---|---|---|---|---|
| 04/23/2021 | Expense | Heartland Payroll | Wages (Hourly) - Regular Pay | LIVINGS PAYROLL 190AWWV 190AWWV LIVINGS PAYROLL 190AWWV 1582663830 LIVINGSCA PES | 2,609.22 |
| 04/23/2021 | Expense | Heartland Payroll | Payroll Processing Expense | LIVINGS PAYROLL 190AWWV 190AWWV LIVINGS PAYROLL 190AWWV 1582663830 LIVINGSCA PES | 79.50 |
| 04/23/2021 | Expense | C & G TURF MANAGEMENT | Wages (Hourly) - Regular Pay | LIVINGS PAYROLL 190AWWV 190AWWV LIVINGS PAYROLL 190AWWV 1582663830 LIVINGSCA PES | 1,611.88 |
| 04/22/2021 | Check | C & G TURF MANAGEMENT | Rent & Lease (Buildings) | Check 962 Check | 2,100.00 |
| 04/21/2021 | Expense | NASHVILLE NURSERY | Materials & Supplies | ASHLAND CITY HW NASHVILLE 4225 ASHLAND CITY HW NASHVILLE NURSE 615-2443478 TN 42021 Card#2282 | 235.98 |
| 04/20/2021 | Check | | Wages (Hourly) - Regular Pay | Check 20226 Check | 414.97 |
| 04/20/2021 | Check | | Wages (Hourly) - Regular Pay | Check 20227 Check | 576.73 |
| 04/20/2021 | Check | | Wages (Hourly) - Regular Pay | Check 20228 Check | 737.50 |
| 04/20/2021 | Expense | | Bank Charges & Fees | Paid Item Fee | 38.00 |

| Date | Type | Name | Account | Memo/Description | Amount |
|---|---|---|---|---|---|
| 04/20/2021 | Expense | AMAZON | Office Expenses | 440 TERRY AVE N AMZN MKTP US*F2 440 TERRY AVE N AMZN MKTP US*F2 AMZN.COM BILL WA 41921 Card#2282 | 24.21 |
| 04/20/2021 | Expense | NASHVILLE NURSERY | Materials & Supplies | ASHLAND CITY HW NASHVILLE 4225 ASHLAND CITY HW NASHVILLE NURSE 615-2443478 TN 41921 Card#2282 | 62.93 |
| 04/20/2021 | Expense | QuickBooks Payments | Bank Charges & Fees | system recorded fee for QuickBooks Payments. Fee-name: DiscountRateFee, fee-type: Daily. | 15.25 |
| 04/19/2021 | Check | | Wages (Hourly) - Regular Pay | Check 20229 Check | 835.40 |
| 04/19/2021 | Check | | Wages (Hourly) - Regular Pay | Check 20225 Check | 677.30 |
| 04/19/2021 | Check | | Wages (Hourly) - Regular Pay | Check 20224 Check | 833.89 |
| 04/19/2021 | Check | JAMES ELAM | Shipping, Freight & Delivery | Check 965 Check | 375.00 |
| 04/19/2021 | Expense | NASHVILLE NURSERY | Materials & Supplies | ASHLAND CITY HW NASHVILLE 4225 ASHLAND CITY HW NASHVILLE NURSE 615-2443478 TN 41621 Card#2282 | 41.95 |

| Date | Type | Name | Category | Memo/Description | Amount |
|---|---|---|---|---|---|
| 04/19/2021 | Expense | Verizon | Telephone & Internet | Heathrow Park Ln VZWRLSS* MY 899 Heathrow Park Ln VZWRLSS* MY VZ V 800-922-0204 FL 12621 Card#2282 | 124.62 |
| 04/19/2021 | Expense | | Rent & Leased Equipment | JAMES CAMPBEL SUNBELT REN 121 E JAMES CAMPBEL SUNBELT RENTALS COLUMBIA TN 41621 Card#2282 | 63.38 |
| 04/18/2021 | Expense | QuickBooks Payments | Bank Charges & Fees | system recorded fee for QuickBooks Payments. Fee-name: DiscountRateFee, fee-type: Daily. | 10.00 |
| 04/16/2021 | Expense | Heartland Payroll | Wages (Hourly) - Regular Pay | LIVINGS PAYROLL 190AWWV 190AWWV LIVINGS PAYROLL 190AWWV 1582663830 LIVINGSCA PES | 2,186.72 |
| 04/16/2021 | Expense | Heartland Payroll | Wages (Hourly) - Regular Pay | LIVINGS PAYROLL 190AWWV 190AWWV LIVINGS PAYROLL 190AWWV 1582663830 LIVINGSCA PES | 104.50 |
| 04/16/2021 | Check | | Wages (Hourly) - Regular Pay | Check 20223 Check | 816.56 |
| 04/16/2021 | Check | | Wages (Hourly) - Regular Pay | Check 10 Check | 790.88 |

| Date | Type | Name | Account | Memo/Description | Amount |
|---|---|---|---|---|---|
| 04/16/2021 | Expense | | Wages (Hourly) - Regular Pay | LIVINGS PAYROLL 190AWWV 190AWWV LIVINGS PAYROLL 190AWWV 1582663830 LIVINGSCA PES | 1,600.56 |
| 04/15/2021 | Expense | USPS | Shipping, Freight & Delivery | 4501 CHARLOT NASHVILL USPS PO 4 4501 CHARLOT NASHVILLE TN 41521 0415104018 61 Card#2282 | 219.00 |
| 04/15/2021 | Expense | | Dump & Waste Managemen t | CENTENNI AL BLV LIVING EART 6401 CENTENNI AL BLV LIVING EARTH CE NASHVILLE TN 41321 Card#2282 | 5.00 |
| 04/15/2021 | Expense | LOWE'S | Materials & Supplies | #629 7034 CHARL NASHVILL LOWE'S #629 7034 CHARL NASHVILLE TN 41521 036541 Card#2282 | 93.87 |
| 04/15/2021 | Expense | QuickBooks Payments | Bank Charges & Fees | recorded fee for QuickBooks Payments. Fee-name: DiscountRat eFee, fee-type: Daily. | 10.00 |
| 04/14/2021 | Check | | Bank Charges & Fees | Returned Item Fee | 38.00 |

| Date | Type | Name | Category | Memo | Amount |
|---|---|---|---|---|---|
| 04/14/2021 | Expense | GIB FINANCIAL GROUP | Accounting & Administrative | Signature POS Debit 0201 TN 877- Signature POS Debit 0201 TN 877-417- 4551 SQ *GLB | 350.00 |
| 04/14/2021 | Expense | LOWE'S | Materials & Supplies | #629 7034 CHARL NASHVILL LOWE'S #629 7034 CHARL NASHVILLE TN 41421 004575 Card#2282 | 52.40 |
| 04/14/2021 | Expense | NES Power | Utilities | NES POWER UTILITY 7041 S JAMES NES POWER UTILITY 7041 S JAMES LIVINGSTON | 95.97 |
| 04/14/2021 | Expense | | Fuel | ROCK TRU BELVIDERE TN 4 TROLLEY ROCK TRU BELVIDERE TN 41421 919045 Card#2282 | 11.76 |
| 04/13/2021 | Check | | Wages (Hourly) - Regular Pay | Check 7 Check | 587.69 |
| 04/13/2021 | Expense | | Bank Charges & Fees | Paid Item Fee | 38.00 |
| 04/13/2021 | Check | | Bank Charges & Fees | PaidReturn Item Fee | 38.00 |
| 04/13/2021 | Check | | Wages (Hourly) - Regular Pay | Check 9 Check | 815.27 |
| 04/13/2021 | Check | Robinson | Auto Repair | Check 963 Check | 900.00 |
| 04/13/2021 | Expense | AMAZON | Office Expenses | Terry Ave N Amazon.co m*LP1B 440 Terry Ave N Amazon.co m*LP1B Amzn.combi ll WA 41221 Card#2282 | 18.83 |

| Date | Type | Name | Category | Memo/Description | Amount |
|---|---|---|---|---|---|
| 04/13/2021 | Expense | | Materials & Supplies | Columbus Hwy SQ *BOLD SPRI 1366 Columbus Hwy SQ *BOLD SPRING gosq.com GA 41221 Card#2282 | 3,137.05 |
| 04/13/2021 | Expense | | Rent & Leased Equipment | JAMES CAMPBEL SUNBELT REN 121 E JAMES CAMPBEL SUNBELT RENTALS COLUMBIA TN 41221 Card#2282 | 991.59 |
| 04/13/2021 | Expense | UPS STORE | Shipping, Freight & Delivery | BRIDGE PIKE THE UPS ST 73 WHITE BRIDGE PIKE THE UPS STORE 2 NASHVILLE TN 20421 Card#2282 | 6.65 |
| 04/13/2021 | Expense | | Charitable Contributions | CORPORATE POINTE DARE AMERI 400 CORPORATE POINTE DARE AMERICA 2 CULVER CITY CA 41221 Card#2282 | 20.00 |
| 04/12/2021 | Expense | Heartland Payroll | Wages (Hourly) - Regular Pay | LIVINGS PAYROLL 190AWWV 190AWWV LIVINGS PAYROLL 190AWWV 1582663830 LIVINGSCA PES | 106.00 |

| Date | Type | Name | Account | Memo/Description | Amount |
|---|---|---|---|---|---|
| 04/12/2021 | Expense | Heartland Payroll | Wages (Hourly) - Regular Pay | LIVINGS PAYROLL 190AWWV 190AWWV LIVINGS PAYROLL 190AWWV 1582663830 LIVINGSCA PES | 3,024.94 |
| 04/12/2021 | Check | | Wages (Hourly) - Regular Pay | Check 13 Check | 1,020.41 |
| 04/12/2021 | Check | | Wages (Hourly) - Regular Pay | Check 20222 Check | 707.83 |
| 04/12/2021 | Check | | Wages (Hourly) - Regular Pay | Check 5 Check | 748.94 |
| 04/12/2021 | Check | | Wages (Hourly) - Regular Pay | Check 3 Check | 680.37 |
| 04/12/2021 | Expense | Heartland Payroll | Wages (Hourly) - Regular Pay | LIVINGS PAYROLL 190AWWV 190AWWV LIVINGS PAYROLL 190AWWV 1582663830 LIVINGSCA PES | 1,886.50 |
| 04/12/2021 | Check | | Wages (Hourly) - Regular Pay | Check 11 Check | 680.37 |
| 04/12/2021 | Expense | AMAZON | Office Expenses | AVE N AMAZON.C OM*AF7B 440 TERRY AVE N AMAZON.C OM*AF7B AMZN.COM BILL WA 40921 Card#2282 | 46.86 |
| 04/12/2021 | Expense | | Repairs & Maintenance | CHARLOTT E PIKE O'REILLY AU 5714 CHARLOTT E PIKE O'REILLY AUTO P NASHVILLE TN 12521 Card#2282 | 15.09 |

| Date | Type | Name | Category | Description | Amount |
|---|---|---|---|---|---|
| 04/12/2021 | Expense | SAMARA FARMS | Materials & Supplies | FARMS LLC SALE 921598620 SAMARA FARMS LLC SALE 9215986202 S JAMES LIVINGSTON | 312.00 |
| 04/12/2021 | Expense | | Dump & Waste Management | CENTENNIAL BLV LIVING EART 6401 CENTENNIAL BLV LIVING EARTH CE NASHVILLE TN 40821 Card#2282 | 18.24 |
| 04/12/2021 | Expense | AMAZON | Office Expenses | Ave N Amazon.com*JF0S 440 Terry Ave N Amazon.com*JF0S Amzn.combi ll WA 40921 Card#2282 | 46.86 |
| 04/12/2021 | Expense | AUTOZONE | Repairs & Maintenance | 1007 MURFREE NASHVILLE AUTOZONE 1007 MURFREE NASHVILLE TN 12721 0127125182 80 Card#2282 | 6.54 |
| 04/12/2021 | Expense | NASHVILLE NURSERY | Materials & Supplies | ASHLAND CITY HW NASHVILLE 4225 ASHLAND CITY HW NASHVILLE NURSE 615-2443478 TN 40921 Card#2282 | 301.53 |

| Date | Type | Name | Account | Memo/Description | Amount |
|---|---|---|---|---|---|
| 04/12/2021 | Expense | | Repairs & Maintenance | CHARLOTTE PIKE O'REILLY AU 5714 CHARLOTTE PIKE O'REILLY AUTO P NASHVILLE TN 12521 Card#2282 | 44.92 |
| 04/12/2021 | Expense | LOWE'S | Materials & Supplies | #629 7034 CHARL NASHVILL LOWE'S #629 7034 CHARL NASHVILLE TN 41021 040321 Card#2282 | 70.99 |
| 04/12/2021 | Expense | | Materials & Supplies | EESLLC PURCHASE COMPANY HUNTERTR EESLLC PURCHASE COMPANY 911925808 M COMPANY | 825.00 |
| 04/12/2021 | Expense | QuickBooks Payments | Bank Charges & Fees | system recorded fee for QuickBooks Payments. Fee-name: DiscountRateFee, fee-type: Daily. | 5.43 |
| 04/11/2021 | Expense | QuickBooks Payments | Bank Charges & Fees | recorded fee for QuickBooks Payments. Fee-name: DiscountRateFee, fee-type: Daily. | 10.00 |
| 04/09/2021 | Check | | Wages (Hourly) - Regular Pay | Check 1 Check | 670.66 |

| Date | Type | Name | Account | Description | Amount |
|------|------|------|---------|-------------|--------|
| 04/09/2021 | Expense | AT&T | Internet | AKARD RM 1210 ATT*BILL PA 211 S AKARD RM 1210 ATT*BILL PAYMEN 800-288-2020 TX 40821 Card#2282 | 74.90 |
| 04/09/2021 | Expense | QuickBooks Payments | Bank Charges & Fees | system recorded fee for QuickBooks Payments. Fee-name: DiscountRat eFee, fee-type: Daily. | 10.75 |
| 04/08/2021 | Expense | DAVIDSON COUNTY CLERK | License & Permits | AVE SOUTH # DAVIDSON CO 700 2ND AVE SOUTH # DAVIDSON CO CLE NASHVILLE TN 40721 Card#2282 | 85.68 |
| 04/08/2021 | Expense | DAVIDSON COUNTY CLERK | License & Permits | AVE SOUTH # DAVIDSON CO 700 2ND AVE SOUTH # DAVIDSON CO CLE NASHVILLE TN 40721 Card#2282 | 200.69 |
| 04/08/2021 | Expense | | Materials & Supplies | CENTENNI AL BLV LIVING EART 6401 CENTENNI AL BLV LIVING EARTH CE NASHVILLE TN 40621 Card#2282 | 5.00 |

| Date | Type | Name | Account | Memo/Description | Amount |
|---|---|---|---|---|---|
| 04/08/2021 | Expense | NASHVILLE NURSERY | Materials & Supplies | ASHLAND CITY HW NASHVILLE 4225 ASHLAND CITY HW NASHVILLE NURSE 615-2443478 TN 40721 Card#2282 | 258.10 |
| 04/08/2021 | Expense | MOBILE MINI | Rent & Lease (Buildings) | MINI 8004561751 18607483 MOBILE MINI 8004561751 1860748362 JAMES LIVINGSTON | 153.67 |
| 04/08/2021 | Expense | AMAZON | Office Expenses | 440 Terry Ave N Amazon.com*0P8O 440 Terry Ave N Amazon.com*0P8O Amzn.combill WA 40721 Card#2282 | 89.35 |
| 04/07/2021 | Expense | QuickBooks Payments | Bank Charges & Fees | system, recorded fee for QuickBooks Payments. Fee-name: DiscountRateFee, fee-type: Daily. | 17.63 |
| 04/06/2021 | Check | | Wages (Hourly) - Regular Pay | Check 20217 Check | 347.09 |
| 04/06/2021 | Check | | Wages (Hourly) - Regular Pay | Check 20221 Check | 566.80 |
| 04/06/2021 | Check | | Wages (Hourly) - Regular Pay | Check 20219 Check | 544.16 |
| 04/06/2021 | Check | | Wages (Hourly) - Regular Pay | Check 20220 Check | 164.84 |
| 04/06/2021 | Expense | | Materials & Supplies | 1883 Lewisburg Pike SQ *M & M L 1883 Lewisburg Pike SQ *M & M LAWNC Franklin TN 40521 Card#2282 | 3,420.00 |

| Date | Type | Name | Category | Description | Amount |
|---|---|---|---|---|---|
| 04/06/2021 | Expense | Waste Management | Dump & Waste Management | MANAGEMENT INTERNET 90490 WASTE MANAGEMENT INTERNET 9049038216 S LIVINGSTON JAMES | 380.57 |
| 04/06/2021 | Expense | STONETREE MULCH | Materials & Supplies | HICKORY BLV IN *STONETR 628 OLD HICKORY BLV IN *STONETR EE M 615-6462208 TN 40521 Card#2282 | 72.00 |
| 04/06/2021 | Expense | MOBILE MINI | Rent & Lease (Buildings) | MINI 8004561751 18607483 MOBILE MINI 8004561751 1860748362 JAMES LIVINGSTON | 153.67 |
| 04/06/2021 | Expense | | Office Supplies & Software | 83RD ST STE 198 SHORTSQU 3965 W 83RD ST STE 198 SHORTSQU EEZE.CO 816-9452244 KS 40521 Card#2282 | 39.99 |
| 04/05/2021 | Check | | Wages (Hourly) – Regular Pay | Check 20218 Check | 715.34 |
| 04/05/2021 | Expense | Penn National Insurance | Auto Insurance | NATIONAL IN RECUR PMTS 310 PENN NATIONAL IN RECUR PMTS 3100193796 C230961349 LIVINGSCAPES INC | 117.50 |

| Date | Type | Name | Account | Memo/Description | Amount |
|---|---|---|---|---|---|
| 04/05/2021 | Expense | HOME DEPOT | Materials & Supplies | POWELL AVE THE HOME DEPOT 2535 POWELL AVE THE HOME DEPOT NASHVILLE TN 40121 Card#2282 | 443.23 |
| 04/05/2021 | Expense | STONETREE MULCH | Materials & Supplies | HICKORY BLV IN *STONETR 628 OLD HICKORY BLV IN *STONETR EE M 615-6462208 TN 40221 Card#2282 | 108.00 |
| 04/04/2021 | Expense | QuickBooks Payments | Bank Charges & Fees | recorded fee for QuickBooks Payments. Fee-name: DiscountRateFee, fee-type: Daily. | 7.93 |
| 04/02/2021 | Check | | Wages (Hourly) - Regular Pay | Check 20216 Check | 638.08 |
| 04/02/2021 | Expense | | Wages (Hourly) - Regular Pay | LIVINGS PAYROLL 190AWWV 190AWWV LIVINGS PAYROLL 190AWWV 1582663830 LIVINGSCA PES | 1,493.05 |
| 04/02/2021 | Expense | | Wages (Hourly) - Regular Pay | LIVINGS PAYROLL 190AWWV 190AWWV LIVINGS PAYROLL 190AWWV 1582663830 LIVINGSCA PES | 81.00 |

| Date | Type | | Account | Description | Amount |
|---|---|---|---|---|---|
| 04/02/2021 | Expense | | Wages (Hourly) - Regular Pay | LIVINGS PAYROLL 190AWWV 190AWWV LIVINGS PAYROLL 190AWWV 1582663830 LIVINGSCA PES Check | 2,759.64 |
| 04/02/2021 | Check | | Wages (Hourly) - Regular Pay | Check 20209 Check | 682.33 |
| 04/02/2021 | Expense | AMAZON | Office Expenses | Ave N Amazon.co m*7Z40 440 Terry Ave N Amazon.co m*7Z40 Amzn.combi ll WA 40121 Card#2282 | 57.12 |
| 04/02/2021 | Expense | | Advertising & Marketing | HUNTINGT ON PL IN *SNARK MED 139 HUNTINGT ON PL IN *SNARK MEDIA 615-6969119 TN 40121 Card#2282 | 99.00 |
| 04/02/2021 | Expense | | Materials & Supplies | CENTENNI AL BLV ENGLAND ERO 6100 CENTENNI AL BLV ENGLAND EROSION NASHVILLE TN 40121 Card#2282 | 165.21 |
| 04/02/2021 | Expense | | Materials & Supplies | CENTENNI AL BLV ENGLAND ERO 6100 CENTENNI AL BLV ENGLAND EROSION NASHVILLE TN 40121 Card#2282 | 195.44 |

| Date | Type | Name | Account | Memo/Description | Amount |
|---|---|---|---|---|---|
| 04/02/2021 | Expense | GOOGLE | Office Supplies & Software | Amphitheatre P Google LLC 1600 Amphitheatre P Google LLC GSUI Mountain View CA 40121 Card#2282 | 6.56 |
| 04/02/2021 | Expense | AMAZON | Office Expenses | Ave N Amazon.com*3K1R 440 Terry Ave N Amazon.com*3K1R Amzn.combi ll WA 40221 Card#2282 | 165.32 |
| 04/02/2021 | Expense | | Materials & Supplies | HICKORY BLV DICKENS TUR 600 OLD HICKORY BLV DICKENS TURF AN NASHVILLE TN 33121 Card#2282 | 311.29 |
| 04/02/2021 | Expense | QuickBooks Payments | Bank Charges & Fees | recorded fee for QuickBooks Payments. Fee-name: DiscountRat eFee, fee-type: Daily. | 10.00 |
| 04/01/2021 | Expense | | Fuel | SERVICE S NASHVILLE TN 40 SHELL SERVICE S NASHVILLE TN 40121 1091087294 59 Card#2282 | 30.72 |
| 04/01/2021 | Expense | | Medical / Health Insurance | PLANS MONTHLY 1620450 FB HEALTH PLANS MONTHLY 1620450581 JAMES W LIVINGSTO N | 74.75 |

| Date | Type | Name | Account | Memo/Description | Amount |
|---|---|---|---|---|---|
| 04/01/2021 | Expense | | Medical / Health Insurance | PLANS MONTHLY 1620450 FB HEALTH PLANS MONTHLY 1620450581 JAMES W LIVINGSTON | 637.00 |
| 04/01/2021 | Expense | | Office Supplies & Software | Oaks Ave SPK*SPOK EO 556 S. Fair Oaks Ave SPK*SPOK EO SEAR 800-6994264 CA 33021 Card#2282 | 19.95 |
| 04/01/2021 | Expense | MOBILE MINI | Rent & Lease (Buildings) | MINI 8004561751 18607483 MOBILE MINI 8004561751 1860748362 JAMES LIVINGSTON | 113.84 |
| 04/01/2021 | Expense | QuickBooks Payments | Bank Charges & Fees | recorded fee for QuickBooks Payments. Fee-name: DiscountRateFee, fee-type: Daily. | 0.95 |

| Date | Property | Due date | Aging | Balance | Total | Status |
|---|---|---|---|---|---|---|
| | | | | **Exhibit F** | | |
| 04/25/2021 | A-M | 05/10/2021 | 7 | 155.00 | 155.00 | overdue |
| 04/25/2021 | A-M | 05/10/2021 | 7 | 70.00 | 70.00 | overdue |
| 04/25/2021 | A-M | 05/10/2021 | 7 | 92.50 | 92.50 | overdue |
| 04/25/2021 | A-M | 05/10/2021 | 7 | 355.00 | 355.00 | overdue |
| 04/25/2021 | A-M | 05/10/2021 | 7 | 1,932.00 | 1,932.00 | overdue |
| 04/25/2021 | A-M | 05/10/2021 | 7 | 348.75 | 348.75 | overdue |
| 04/25/2021 | A-M | 05/10/2021 | 7 | 1,585.00 | 1,585.00 | overdue |
| 04/25/2021 | A-M | 05/10/2021 | 7 | 75.00 | 75.00 | overdue |
| 04/25/2021 | A-M | 05/10/2021 | 7 | 297.00 | 297.00 | overdue |
| 04/25/2021 | A-M | 05/10/2021 | 7 | 605.00 | 605.00 | overdue |
| 04/25/2021 | A-M | 05/10/2021 | 7 | 450.00 | 450.00 | overdue |
| 04/25/2021 | A-M | 05/10/2021 | 7 | 115.00 | 115.00 | overdue |
| 04/25/2021 | A-M | 05/10/2021 | 7 | 326.25 | 326.25 | overdue |
| 04/25/2021 | A-M | 05/10/2021 | 7 | 1,634.00 | 1,634.00 | overdue |
| 04/21/2021 | A-M | 05/06/2021 | 11 | 300.00 | 300.00 | overdue |
| 04/10/2021 | A-M | 04/25/2021 | 22 | 2,869.00 | 2,869.00 | overdue |
| 04/10/2021 | A-M | 04/25/2021 | 22 | 1,266.00 | 1,266.00 | overdue |
| 03/28/2021 | A-M | 04/12/2021 | 35 | 903.00 | 1,371.75 | overdue |
| 03/28/2021 | A-M | 04/12/2021 | 35 | 354.54 | 354.54 | overdue |
| 03/28/2021 | A-M | 04/12/2021 | 35 | 1,406.00 | 1,406.00 | overdue |
| 03/17/2021 | A-M | 04/01/2021 | 46 | 266.00 | 266.00 | overdue |
| 02/01/2021 | A-M | 02/16/2021 | 90 | 931.54 | 931.54 | overdue |
| 02/01/2021 | A-M | 02/16/2021 | 90 | 270.50 | 270.50 | overdue |
| 02/01/2021 | A-M | 02/16/2021 | 90 | 50.00 | 50.00 | overdue |
| 02/01/2021 | A-M | 02/16/2021 | 90 | 850.00 | 850.00 | overdue |
| 01/28/2021 | A-M | 02/12/2021 | 94 | 1,165.00 | 1,165.00 | overdue |
| 01/16/2021 | A-M | 01/31/2021 | 106 | 447.79 | 919.04 | overdue |
| 01/12/2021 | A-M | 01/27/2021 | 110 | 50.00 | 50.00 | overdue |
| 12/07/2020 | A-M | 12/22/2020 | 146 | 345.00 | 345.00 | overdue |
| 12/06/2020 | A-M | 12/21/2020 | 147 | 895.00 | 895.00 | overdue |
| 11/18/2020 | A-M | 12/03/2020 | 165 | 570.00 | 570.00 | overdue |
| 11/18/2020 | A-M | 12/03/2020 | 165 | 2,173.50 | 2,173.50 | overdue |
| 11/08/2020 | A-M | 11/23/2020 | 175 | 398.00 | 398.00 | overdue |



150 Third Avenue South
Suite 900
Nashville, TN 37201
www.pnfp.com

Client Service Center 800-264-3613
Pinnacle Anytime 866-755-5428

RETURN SERVICE REQUESTED

Account
Livingscapes LLC
XXXXXXXX2655

Livingscapes LLC
Debtor In Possession
148 Stonecrest Drive
Nashville, TN 37209-5236

## Statement of Account

Horizon 75

| | | |
|---|---|---|
| Balance 4/01/21 | Summary | |
| $ 799.11- | | |
| | Credits | + $47,428.00 |
| Balance 5/02/21 | Interest | + $.00 |
| $ 3,679.98 | Debits | - $42,948.91 |

### Credit Transactions

Pinnacle Recognized Nationally for Brand and Service Excellence

Deposits

| Date | Description | Amount |
|---|---|---|
| 4/01 | OLB Transfer from *236 to *655 Transfer | 9,000.00 |
| 4/07 | OLB Transfer from *236 to *655 Transfer | 1,000.00 |
| 4/12 | OLB Transfer from *236 to *655 Transfer | 9,000.00 |
| 4/15 | OLB Transfer from *236 to *655 Transfer | 10,000.00 |
| 4/23 | OLB Transfer from *236 to *655 Transfer | 9,500.00 |
| 4/26 | 0190AWWV LIVINGS PAYROLL 1582663830 LIVINGSCAPES | 228.00 |
| 4/28 | OLB Transfer from *236 to *655 Transfer | 8,700.00 |
| **Total Credits** | | **$47,428.00** |

Pinnacle brought home 27 Greenwich Excellence and Greenwich Best Brand Awards for 2020. Only one bank in the nation won more, and Pinnacle is the only one in the Southeast to earn more than 20. These awards are national and regional honors earned by banks who have measurably distinctive brands and service quality. Thank you for continuing to trust Pinnacle to help your business reach new heights. For more information, visit PNFP.com/Greenwich

### Debit Transactions

Other Debits

| Date | Description | Amount |
|---|---|---|
| 4/02 | 0190AWWV LIVINGS PAYROLL 0190AWWV 1582663830 LIVINGSCAPES | 81.00 |


Member
FDIC



## ELECTRONIC TRANSFER ERROR RESOLUTION

This Electronic Transfer Error Resolution only applies to accounts held for personal, family or household purposes and is therefore not applicable to business, trust accounts, or any such account held for non-personal purposes.

In case of errors or questions about your electronic transfers, call or write us at the telephone number or address listed at the end of this disclosure, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt.

- Tell us your name and account number (if any).

- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

- Tell us the dollar amount of the suspected error.

We must hear from you no later than 60 days after we send the FIRST statement on which the problem or error appeared.

We will provide provisional credit for the amount that you think is in error within 10 business days of your complaint and begin an investigation of the transaction(s). In most cases, we will disclose the results of the investigation within 10 business days of your complaint and correct any error promptly. If we need more time to investigate the complaint, we may take up to 45 days (90 days if the transfer involved a point-of-sale transaction or a foreign initiated transfer) to complete our investigation. However, you will have use of the funds in question during our investigation.

**Pinnacle Bank**
150 3rd Avenue South, Suite 900
Nashville, TN 37201
(800) 264-3613

Case 3:20-bk-03561   Doc 53   Filed 05/20/21   Entered 05/20/21 10:35:47   Desc Main
                Document      Page 25 of 38

| Date | Description | | Amount |
|------|-------------|---|--------|
| 4/02 | 0190AWWV LIVINGS PAYROLL 0190AWWV | 1582663830 LIVINGSCAPES | 1,493.05 |
| 4/02 | 0190AWWV LIVINGS PAYROLL 0190AWWV | 1582663830 LIVINGSCAPES | 2,759.64 |
| 4/12 | 0190AWWV LIVINGS PAYROLL 0190AWWV | 1582663830 LIVINGSCAPES | 106.00 |
| 4/12 | 0190AWWV LIVINGS PAYROLL 0190AWWV | 1582663830 LIVINGSCAPES | 1,886.50 |
| 4/12 | 0190AWWV LIVINGS PAYROLL 0190AWWV | 1582663830 LIVINGSCAPES | 3,024.94 |
| 4/13 | Paid Item Fee | | 38.00 |
| 4/14 | Returned Item Fee | | 38.00 |
| 4/16 | 0190AWWV LIVINGS PAYROLL 0190AWWV | 1582663830 LIVINGSCAPES | 104.50 |
| 4/16 | 0190AWWV LIVINGS PAYROLL 0190AWWV | 1582663830 LIVINGSCAPES | 1,600.56 |
| 4/16 | 0190AWWV LIVINGS PAYROLL 0190AWWV | 1582663830 LIVINGSCAPES | 2,186.72 |
| 4/20 | Paid Item Fee | | 38.00 |
| 4/23 | 0190AWWV LIVINGS PAYROLL 0190AWWV | 1582663830 LIVINGSCAPES | 79.50 |
| 4/23 | 0190AWWV LIVINGS PAYROLL 0190AWWV | 1582663830 LIVINGSCAPES | 1,611.88 |
| 4/23 | 0190AWWV LIVINGS PAYROLL 0190AWWV | 1582663830 LIVINGSCAPES | 2,609.22 |
| 4/30 | 0190AWWV LIVINGS PAYROLL 0190AWWV | 1582663830 LIVINGSCAPES | 1,554.15 |
| 4/30 | 0190AWWV LIVINGS PAYROLL 0190AWWV | 1582663830 LIVINGSCAPES | 2,677.44 |

Checks

| Date | Description | Amount |
|------|-------------|--------|
| 4/09 | Check 1 | 670.66 |
| 4/12 | Check 3* | 680.37 |
| 4/12 | Check 5* | 748.94 |
| 4/13 | Check 7* | 587.69 |
| 4/13 | Check 9* | 815.27 |
| 4/16 | Check 10 | 790.88 |
| 4/12 | Check 11 | 680.37 |
| 4/12 | Check 13* | 1,020.41 |
| 4/23 | Check 151* | 737.88 |
| 4/26 | Check 153* | 824.52 |
| 4/27 | Check 154 | 690.69 |
| 4/27 | Check 155 | 670.71 |
| 4/26 | Check 156 | 751.23 |
| 4/02 | Check 20209* | 682.33 |
| 4/02 | Check 20216* | 638.08 |
| 4/06 | Check 20217 | 347.09 |
| 4/05 | Check 20218 | 715.34 |
| 4/06 | Check 20219 | 544.16 |
| 4/06 | Check 20220 | 164.84 |
| 4/06 | Check 20221 | 566.80 |
| 4/12 | Check 20222 | 707.83 |
| 4/16 | Check 20223 | 816.56 |
| 4/19 | Check 20224 | 833.89 |
| 4/19 | Check 20225 | 677.30 |
| 4/20 | Check 20226 | 414.97 |
| 4/20 | Check 20227 | 576.73 |
| 4/20 | Check 20228 | 737.50 |

| 4/19 | Check 20229 | 835.40 |
| 4/30 | Check 20236* | 647.52 |
| 4/30 | Check 20239* | 737.40 |
| 4/26 | Check 106722655* | 746.45 |
| Total Debits | | $42,948.91 |

(*) Indicates gap in check number sequenece

| Average Balance This Statement | $2,680.98 | Annual Percentage Yield Earned | .00% |
| Interest Earned This Period | $.00 | Days in Period | 32 |
| Interest Paid Year to Date | $.00 | Interest Paid | $.00 |

## ITEMIZATION OF TOTAL NSF/OVERDRAFT AND RETURNED ITEM FEES

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total NSF/Overdraft Paid Item Fees | $ 76.00 | $ 912.00 |
| Total NSF/Overdraft Returned Item Fees | $ 38.00 | $ 38.00 |

## DAILY BALANCE INFORMATION

| 4/01 | 8,200.89 | 4/12 | 682.54 | 4/20 | 409.43- |
| 4/02 | 2,546.79 | 4/13 | 758.42- | 4/23 | 4,052.09 |
| 4/05 | 1,831.45 | 4/14 | 796.42- | 4/26 | 1,957.89 |
| 4/06 | 208.56 | 4/15 | 9,203.58 | 4/27 | 596.49 |
| 4/07 | 1,208.56 | 4/16 | 3,704.36 | 4/28 | 9,296.49 |
| 4/09 | 537.90 | 4/19 | 1,357.77 | 4/30 | 3,679.98 |

#1          04/09/2021          $670.66



#3          04/12/2021          $680.37



#5          04/12/2021          $748.94



#7          04/13/2021          $587.69



#9          04/13/2021          $815.27



#10         04/16/2021          $790.88



#11         04/12/2021          $680.37



#13         04/12/2021          $1,020.41



60900       04/23/2021          $737.88



#153        04/26/2021          $824.52



#154        04/27/2021          $690.69



#155        04/27/2021          $670.71

| Check | Date | Amount |
|---|---|---|
| #156 | 04/26/2021 | $751.23 |
| #20209 | 04/02/2021 | $682.33 |
| #20216 | 04/02/2021 | $638.08 |
| #20217 | 04/06/2021 | $347.09 |
| #20218 | 04/05/2021 | $715.34 |
| #20219 | 04/06/2021 | $544.16 |
| #20220 | 04/06/2021 | $164.84 |
| #20221 | 04/06/2021 | $566.80 |
| #20222 | 04/12/2021 | $707.83 |
| #20223 | 04/16/2021 | $816.56 |
| #20224 | 04/19/2021 | $833.89 |
| #20225 | 04/19/2021 | $677.30 |

Date                4/30/21
Primary Acct No.    XXXXXXXX2655

#20226    04/20/2021    $414.97



#20227    04/20/2021    $576.73

#20228    04/20/2021    $737.50



#20229    04/19/2021    $835.40

#20236    04/30/2021    $647.52



#20239    04/30/2021    $737.40

#106722655    04/26/2021    $746.45



**Pinnacle**

150 Third Avenue South
Suite 900
Nashville, TN 37201
www.pnfp.com

RETURN SERVICE REQUESTED

Client Service Center 800-264-3613
Pinnacle Anytime 866-755-5428

Account
Livingscapes LLC
XXXXXXXX1236

Livingscapes LLC
Debtor In Possession
148 Stonecrest Drive
Nashville, TN 37209-5236

## Statement of Account

Horizon 75

| | |
|---|---|
| Balance 4/01/21 | Summary |
| $ 40,835.52 | |
| | Credits +$61,726.97 |
| Balance 5/02/21 | Interest +$.00 |
| $ 26,214.01 | Debits -$76,348.48 |

### Credit Transactions

Pinnacle Recognized Nationally for Brand and Service Excellence

Deposits

| | | |
|---|---|---|
| 4/01 | INTUIT PYMT SOLN  DEPOSIT 524771992494446 9215986202 LIVINGSCAPES INC | 1,274.04 |
| 4/02 | INTUIT PYMT SOLN  DEPOSIT 524771992494446 9215986202 LIVINGSCAPES INC | 95.00 |
| 4/05 | INTUIT PYMT SOLN  DEPOSIT 524771992494446 9215986202 LIVINGSCAPES INC | 793.00 |
| 4/05 | INTUIT PYMT SOLN  DEPOSIT 524771992494446 9215986202 LIVINGSCAPES INC | 2,089.50 |
| 4/07 | Regular Deposit | 10,929.29 |
| 4/08 | INTUIT PYMT SOLN  DEPOSIT 524771992494446 9215986202 LIVINGSCAPES INC | 2,188.00 |
| 4/09 | Regular Deposit | 6,954.00 |
| 4/12 | INTUIT PYMT SOLN  DEPOSIT 524771992494446 9215986202 LIVINGSCAPES INC | 1,279.00 |
| 4/12 | INTUIT PYMT SOLN  DEPOSIT 524771992494446 9215986202 LIVINGSCAPES INC | 1,638.50 |
| 4/13 | INTUIT PYMT SOLN  DEPOSIT 524771992494446 9215986202 LIVINGSCAPES INC | 542.50 |
| 4/15 | 440 Terry Ave N Amazon.com Amzn.com/bill WA 041421 Card#2282 | 89.35 |

Pinnacle brought home 27 Greenwich Excellence and Greenwich Best Brand Awards for 2020. Only one bank in the nation won more, and Pinnacle is the only one in the Southeast to earn more than 20. These awards are national and regional honors earned by banks who have measurably distinctive brands and service quality. Thank you for continuing to trust Pinnacle to help your business reach new heights. For more information, visit PNFP.com/Greenwich



Member
**FDIC**

# Pinnacle℠

## ELECTRONIC TRANSFER ERROR RESOLUTION

This Electronic Transfer Error Resolution only applies to accounts held for personal, family or household purposes and is therefore not applicable to business, trust accounts, or any such account held for non-personal purposes.

In case of errors or questions about your electronic transfers, call or write us at the telephone number or address listed at the end of this disclosure, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt.

- Tell us your name and account number (if any).

- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

- Tell us the dollar amount of the suspected error.

We must hear from you no later than 60 days after we send the FIRST statement on which the problem or error appeared.

We will provide provisional credit for the amount that you think is in error within 10 business days of your complaint and begin an investigation of the transaction(s). In most cases, we will disclose the results of the investigation within 10 business days of your complaint and correct any error promptly. If we need more time to investigate the complaint, we may take up to 45 days (90 days if the transfer involved a point-of-sale transaction or a foreign initiated transfer) to complete our investigation. However, you will have use of the funds in question during our investigation.

**Pinnacle Bank**
150 3rd Avenue South, Suite 900
Nashville, TN 37201
(800) 264-3613

| 4/16 | INTUIT PYMT SOLN DEPOSIT 524771992494446 9215986202 LIVINGSCAPES INC | 6,018.50 |
| 4/19 | INTUIT PYMT SOLN DEPOSIT 524771992494446 9215986202 LIVINGSCAPES INC | 4,291.00 |
| 4/21 | INTUIT PYMT SOLN DEPOSIT 524771992494446 9215986202 LIVINGSCAPES INC | 2,834.00 |
| 4/26 | INTUIT PYMT SOLN DEPOSIT 524771992494446 9215986202 LIVINGSCAPES INC | 4,271.00 |
| 4/27 | INTUIT PYMT SOLN DEPOSIT 524771992494446 9215986202 LIVINGSCAPES INC | 5,903.75 |
| 4/28 | INTUIT PYMT SOLN DEPOSIT 524771992494446 9215986202 LIVINGSCAPES INC | 365.00 |
| 4/29 | Regular Deposit | 9,641.54 |
| 4/30 | INTUIT PYMT SOLN DEPOSIT 524771992494446 9215986202 LIVINGSCAPES INC | 530.00 |
| **Total Credits** | | |
| | | $61,726.97 |

## Debit Transactions

Other Debits

| 4/01 | 556 S. Fair Oaks Ave SPK*SPOKEO SEAR 800-6994264 CA 033021  Card#2282 | 19.95 |
| 4/01 | SHELL SERVICE S NASHVILLE TN 040121 109108729459 Card#2282 | 30.72 |
| 4/01 | OLB Transfer from *236 to *655 Transfer | 9,000.00 |
| 4/01 | INTUIT PYMT SOLN TRAN FEE 524771992494446 9215986202 LIVINGSCAPES INC | 10.00 |
| 4/01 | FB HEALTH PLANS MONTHLY 1620450581 JAMES W LIVINGSTON | 74.75 |
| 4/01 | MOBILE MINI 8004561751 1860748362 JAMES LIVINGSTON | 113.84 |
| 4/01 | FB HEALTH PLANS MONTHLY 1620450581 JAMES W LIVINGSTON | 637.00 |
| 4/02 | 1600 Amphitheatre P Google LLC GSUI Mountain View CA 040121  Card#2282 | 6.56 |
| 4/02 | 440 Terry Ave N Amazon.com*7Z40 Amzn.com/bill WA 040121 Card#2282 | 57.12 |
| 4/02 | 139 HUNTINGTON PL IN *SNARK MEDIA 615-6969119 TN 040121  Card#2282 | 99.00 |
| 4/02 | 6100 CENTENNIAL BLV ENGLAND EROSION NASHVILLE TN 040121  Card#2282 | 165.21 |
| 4/02 | 440 Terry Ave N Amazon.com*3K1R Amzn.com/bill WA 040121 Card#2282 | 165.32 |
| 4/02 | 6100 CENTENNIAL BLV ENGLAND EROSION NASHVILLE TN 040121  Card#2282 | 195.44 |
| 4/02 | 600 OLD HICKORY BLV DICKENS TURF AN NASHVILLE TN 033121 Card#2282 | 311.29 |
| 4/02 | INTUIT PYMT SOLN TRAN FEE 524771992494446 9215986202 LIVINGSCAPES INC | .95 |
| 4/05 | 628 OLD HICKORY BLV IN *STONETREE M 615-6462208 TN 040121  Card#2282 | 108.00 |
| 4/05 | 2535 POWELL AVE THE HOME DEPOT NASHVILLE TN 040121  Card#2282 | 443.23 |
| 4/05 | INTUIT PYMT SOLN TRAN FEE 524771992494446 9215986202 LIVINGSCAPES INC | 7.93 |
| 4/05 | INTUIT PYMT SOLN TRAN FEE 524771992494446 9215986202 LIVINGSCAPES INC | 10.00 |
| 4/05 | PENN NATIONAL IN RECUR PMTS 8000271667 C230961349 LIVINGSTON JAMES | 117.50 |
| 4/06 | 3965 W 83RD ST STE 198 SHORTSQUEEZE.CO 816-9452244 KS 040521 Card#2282 | 39.99 |
| 4/06 | 628 OLD HICKORY BLV IN *STONETREE M 615-6462208 TN 040521  Card#2282 | 72.00 |
| 4/06 | 1883 Lewisburg Pike SQ *M & M LAWNC Franklin TN 040521  Card#2282 | 3,420.00 |
| 4/06 | MOBILE MINI 8004561751 1860748362 JAMES LIVINGSTON | 153.67 |
| 4/06 | WASTE MANAGEMENT INTERNET 9049038216 S LIVINGSTON JAMES | 380.57 |
| 4/07 | OLB Transfer from *236 to *655 Transfer | 1,000.00 |
| 4/08 | 6401 CENTENNIAL BLV LIVING EARTH CE NASHVILLE TN 040621  Card#2282 | 5.00 |
| 4/08 | 700 2ND AVE SOUTH * DAVIDSON CO CLE NASHVILLE TN 040721  Card#2282 | 85.68 |
| 4/08 | 440 Terry Ave N Amazon.com*0P8O Amzn.com/bill WA 040721  Card#2282 | 89.35 |
| 4/08 | 700 2ND AVE SOUTH * DAVIDSON CO CLE NASHVILLE TN 040721  Card#2282 | 200.69 |
| 4/08 | 4225 ASHLAND CITY HW NASHVILLE NURSE 615-2443478 TN 040721  Card#2282 | 258.10 |

| Date | Description | Amount |
|------|-------------|--------|
| 4/08 | INTUIT PYMT SOLN TRAN FEE 524771992494446 9215986202 LIVINGSCAPES INC | 17.63 |
| 4/08 | MOBILE MINI 8004561751 1860748362 JAMES LIVINGSTON | 153.67 |
| 4/09 | 211 S AKARD RM 1210 ATT*BILL PAYMEN 800-288-2020 TX 040821 Card#2282 | 74.90 |
| 4/12 | AUTOZONE 6217 CHARLOT NASHVILLE TN 041121 041108500193 Card#2282 | 6.54 |
| 4/12 | O'REILLY AUTO P NASHVILLE TN 041121 110144548703 Card#2282 | 15.09 |
| 4/12 | 6401 CENTENNIAL BLV LIVING EARTH CE NASHVILLE TN 040821 Card#2282 | 18.24 |
| 4/12 | O'REILLY AUTO P NASHVILLE TN 041121 110144543926 Card#2282 | 44.92 |
| 4/12 | 440 Terry Ave N Amazon.com*JF0S Amzn.com/bill WA 040921 Card#2282 | 46.86 |
| 4/12 | 440 TERRY AVE N AMAZON.COM*AF7B AMZN.COM/BILL WA 040921 Card#2282 | 46.86 |
| 4/12 | LOWE'S #629 7034 CHARL NASHVILLE TN 041021 040321 Card#2282 | 70.99 |
| 4/12 | 4225 ASHLAND CITY HW NASHVILLE NURSE 615-2443478 TN 040921 Card#2282 | 301.53 |
| 4/12 | OLB Transfer from *236 to *655 Transfer | 9,000.00 |
| 4/12 | INTUIT PYMT SOLN TRAN FEE 524771992494446 9215986202 LIVINGSCAPES INC | 10.00 |
| 4/12 | INTUIT PYMT SOLN TRAN FEE 524771992494446 9215986202 LIVINGSCAPES INC | 10.75 |
| 4/12 | SAMARA FARMS LLC SALE 9215986202 S JAMES LIVINGSTON | 312.00 |
| 4/12 | HUNTERTREESLLC PURCHASE COMPANY 911925808M COMPANY | 825.00 |
| 4/13 | 73 WHITE BRIDGE PIKE THE UPS STORE 2 NASHVILLE TN 041221 Card#2282 | 6.65 |
| 4/13 | 440 Terry Ave N Amazon.com*LP1B Amzn.com/bill WA 041221 Card#2282 | 18.83 |
| 4/13 | 400 CORPORATE POINTE DARE AMERICA 2 CULVER CITY CA 041221 Card#2282 | 20.00 |
| 4/13 | 121 E JAMES CAMPBEL SUNBELT RENTALS COLUMBIA TN 041221 Card#2282 | 991.59 |
| 4/13 | 1366 Columbus Hwy SQ *BOLD SPRING gosq.com GA 041221 Card#2282 | 3,137.05 |
| 4/13 | INTUIT PYMT SOLN TRAN FEE 524771992494446 9215986202 LIVINGSCAPES INC | 5.43 |
| 4/14 | TROLLEY ROCK TRU BELVIDERE TN 041421 919045 Card#2282 | 11.76 |
| 4/14 | LOWE'S #629 7034 CHARL NASHVILLE TN 041421 004575 Card#2282 | 52.40 |
| 4/14 | 845 BELL RD IN *GLB FINANCI 615-5330817 TN 041321 Card#2282 | 350.00 |
| 4/14 | NES POWER UTILITY 0000007041 S JAMES LIVINGSTON | 95.97 |
| 4/15 | 6401 CENTENNIAL BLV LIVING EARTH CE NASHVILLE TN 041321 Card#2282 | 5.00 |
| 4/15 | LOWE'S #629 7034 CHARL NASHVILLE TN 041521 036541 Card#2282 | 93.87 |
| 4/15 | USPS PO 4 4501 CHARLOT NASHVILLE TN 041521 041510401861 Card#2282 | 219.00 |
| 4/15 | OLB Transfer from *236 to *655 Transfer | 10,000.00 |
| 4/16 | INTUIT PYMT SOLN TRAN FEE 524771992494446 9215986202 LIVINGSCAPES INC | 10.00 |
| 4/19 | 4225 ASHLAND CITY HW NASHVILLE NURSE 615-2443478 TN 041621 Card#2282 | 41.95 |
| 4/19 | 121 E JAMES CAMPBEL SUNBELT RENTALS COLUMBIA TN 041621 Card#2282 | 63.38 |
| 4/19 | 899 HEATHROW PARK LN VZWRLSS*APOCC V 800-922-0204 FL 041721 Card#2282 | 124.62 |
| 4/19 | INTUIT PYMT SOLN TRAN FEE 524771992494446 9215986202 LIVINGSCAPES INC | 10.00 |
| 4/20 | 440 TERRY AVE N AMZN MKTP US*F2 AMZN.COM/BILL WA 041921 Card#2282 | 24.21 |
| 4/20 | 4225 ASHLAND CITY HW NASHVILLE NURSE 615-2443478 TN 041921 Card#2282 | 62.93 |
| 4/21 | 4225 ASHLAND CITY HW NASHVILLE NURSE 615-2443478 TN 042021 Card#2282 | 235.98 |
| 4/21 | INTUIT PYMT SOLN TRAN FEE 524771992494446 9215986202 LIVINGSCAPES INC | 15.25 |
| 4/23 | OLB Transfer from *236 to *655 Transfer | 9,500.00 |
| 4/26 | 440 TERRY AVE N AMAZON.COM*FY46 AMZN.COM/BILL WA 042421 Card#2282 | 15.30 |
| 4/26 | INTUIT PYMT SOLN TRAN FEE 524771992494446 9215986202 LIVINGSCAPES INC | 36.75 |
| 4/26 | PENN NATIONAL IN RECUR PMTS 3100193796 C230961349 LIVINGSCAPES INC | 1,549.97 |
| 4/27 | 4225 ASHLAND CITY HW NASHVILLE NURSE 615-2443478 TN 042621 Card#2282 | 491.63 |

| 4/27 | INTUIT PYMT SOLN  TRAN FEE 524771992494446  9215986202 LIVINGSCAPES INC | 64.10 |
| 4/28 | CJ GRACE NASHVILLE TN 042821 919305 Card#2282 | 15.32 |
| 4/28 | SHELL SERVICE S WOODBURY TN 042821 111842561536 Card#2282 | 20.00 |
| 4/28 | 6400 LOUISIANA AVE MITCHELLS W NAS NASHVILLE TN 042621  Card#2282 | 274.30 |
| 4/28 | 4225 ASHLAND CITY HW NASHVILLE NURSE 615-2443478 TN 042721  Card#2282 | 288.42 |
| 4/28 | 754 PACK RD IN *PACKS NURSE 256-8784146 AL 042721  Card#2282 | 1,320.00 |
| 4/28 | OLB Transfer from *236 to *655 Transfer | 8,700.00 |
| 4/28 | INTUIT PYMT SOLN  TRAN FEE 524771992494446  9215986202 LIVINGSCAPES INC | 3.65 |
| 4/29 | 4225 ASHLAND CITY HW NASHVILLE NURSE 615-2443478 TN 042821 Card#2282 | 268.76 |
| 4/29 | MOBILE MINI    8004561751 1860748362 JAMES LIVINGSTON | 113.84 |
| 4/30 | CREEKSIDE GARDEN NASHVILLE TN 042921 002621 Card#2282 | 57.96 |
| 4/30 | 12955 FORD DRIVE ADVANCED TURF S FISHERS IN 042921 Card#2282 | 1,566.72 |
| 4/30 | 292 CRIPPS LN EVINS MILL NURS SMITHVILLE TN 042921  Card#2282 | 1,766.50 |
| 4/30 | INTUIT PYMT SOLN  TRAN FEE 524771992494446  9215986202 LIVINGSCAPES INC | 5.30 |
| 4/30 | Service Charge | 10.25 |

| Checks | | |
| 4/22 | Check 962 | 2,100.00 |
| 4/13 | Check 963 | 900.00 |
| 4/27 | Check 964 | 3,075.00 |
| 4/19 | Check 965 | 375.00 |
| **Total Debits** | | **$76,348.48** |

(*) Indicates gap in check number sequence

| Average Balance This Statement | $32,473.28 | Annual Percentage Yield Earned | .00% |
| Interest Earned This Period | $.00 | Days in Period | 32 |
| Interest Paid Year to Date | $.00 | Interest Paid | $.00 |

## DAILY BALANCE INFORMATION

| 4/01 | 32,223.30 | 4/13 | 35,304.96 | 4/23 | 25,146.49 |
| 4/02 | 31,317.41 | 4/14 | 34,794.83 | 4/26 | 27,815.47 |
| 4/05 | 33,513.25 | 4/15 | 24,566.31 | 4/27 | 30,088.49 |
| 4/06 | 29,447.02 | 4/16 | 30,574.81 | 4/28 | 19,831.80 |
| 4/07 | 39,376.31 | 4/19 | 34,250.86 | 4/29 | 29,090.74 |
| 4/08 | 40,754.19 | 4/20 | 34,163.72 | 4/30 | 26,214.01 |
| 4/09 | 47,633.29 | 4/21 | 36,746.49 | | |
| 4/12 | 39,842.01 | 4/22 | 34,646.49 | | |

Intentionally Left Blank

Date      4/30/21
Primary Acct No.      XXXXXXXX1236



#0      04/07/2021      $10,929.29



#0      04/09/2021      $6,954.00



#0      04/29/2021      $9,641.54



#962      04/22/2021      $2,100.00



#963      04/13/2021      $900.00



#964      04/27/2021      $3,075.00



#965      04/19/2021      $375.00

# Livingscapes Inc

## Profit and Loss

### April 2021

| | TOTAL |
|---|---|
| Income | |
|   40200 Uncategorized Income | |
|   41000 Sales of Product Income | 27,524.83 |
|   42000 Services | 13,787.45 |
| **Total Income** | 51,247.75 |
| Cost of Goods Sold | $92,560.03 |
|   51000 Purchases | |
| **Total Cost of Goods Sold** | 3,349.30 |
| **GROSS PROFIT** | $3,349.30 |
| Expenses | $89,210.73 |
|   60000 Advertising & Marketing | |
|   60100 Car & Truck | 99.00 |
|     60110 Fuel | |
|     60130 Auto Repair | 11.76 |
|     60150 Auto Insurance | 900.00 |
|   **Total 60100 Car & Truck** | 117.50 |
|   60200 Bank Charges & Fees | 1,029.26 |
|   60500 Charitable Contributions | 343.55 |
|   61100 Insurance | 20.00 |
|     61110 General Liability Insurance | |
|     61170 Medical / Health Insurance | 1,549.97 |
|   **Total 61100 Insurance** | 711.75 |
|   61300 License & Permits | 2,261.72 |
|   61600 Office Expenses | 286.37 |
|   61700 Office Supplies & Software | 463.85 |
|   62000 Legal & Professional Services | 66.50 |
|     62010 Accounting & Administrative | |
|   **Total 62000 Legal & Professional Services** | 350.00 |
|   62100 Shipping, Freight & Delivery | 350.00 |
|   62200 Rent & Lease (Buildings) | 600.65 |
|   62300 Rent & Leased Equipment | 2,635.02 |
|   62400 Repairs & Maintenance | 1,054.97 |
|   62500 Materials & Supplies | 81.87 |
|   62600 Telephone & Internet | 15,782.61 |
|     62620 Cell Phone | 124.62 |
|   **Total 62600 Telephone & Internet** | 74.90 |
|   63100 Utilities | 199.52 |
|   63210 Salaries & Wages | 95.97 |
|     63221 Wages (Hourly) - Regular Pay | |
|   **Total 63210 Salaries & Wages** | 33,455.30 |
|   67010 Dump & Waste Management | 33,455.30 |
|   67100 Payroll Processing Expense | 403.81 |
|   67300 Fuel | 79.50 |
| **Total Expenses** | 50.72 |
| **NET OPERATING INCOME** | $59,360.19 |
| **NET INCOME** | $29,850.54 |
| | $29,850.54 |