| | | |
|---|---|---|
| Label Matrix for local noticing<br>0650-3<br>Case 3:20-bk-03561<br>MIDDLE DISTRICT OF TENNESSEE<br>Nashville<br>Tue Jul 27 09:11:06 CDT 2021 | LEFKOVITZ AND LEFKOVITZ, PLLC +<br>618 CHURCH ST STE 410<br>NASHVILLE, TN 37219-2452 | LIVINGSCAPES, LLC<br>PO BOX 91047<br>Nashville, TN 37209-9047 |
| SYNOVUS BANK<br>1148 Broadway<br>Columbus, GA 31901-2429 | TN Dept of Revenue<br>c/o TN Attorney General's Office<br>Bankruptcy Division<br>PO Box 20207<br>Nashville, TN 37202-4015 | 701 Broadway Room 170<br>Nashville, TN 37203-3979 |
| AMERICAN EXPRESS<br>ATTN: BANKRUPTCY DEPT<br>PO BOX 981535<br>El PASO TX 79998-1535 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Cassie Burton<br>c/o Sherwood Litigation<br>201 4th Ave N S 1130<br>Nashville TN 37219 |
| Deere & Company dba John Deere Financial<br>PO Box 6600<br>Johnston, IA 50131-6600 | IRS<br>CNTRLZD INSOLVENCY OPRTN<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | (p)DEERE CREDIT SERVICES INC<br>ATTN LITIGATION & RECOVERY DEPARTMENT<br>PO BOX 6600<br>JOHNSTON IA 50131-6600 |
| Milessa Thomas<br>c/o Christopher Boiano Esq.<br>115 Shivel Dr.<br>Hendersonville TN 37075-3536 | (p)PNC BANK RETAIL LENDING<br>P O BOX 94982<br>CLEVELAND OH 44101-4982 | SBA- SMALL BUSINESS ADMIN<br>C/O US ATTY OFFICE<br>110 9TH AVE SO #A-961<br>NASHVILLE TN 37203-3870 |
| (p)STEARNS BANK NATIONAL ASSOCIATION<br>ATTN LEGAL DEPARTMENT<br>4191 2ND STREET SOUTH<br>ST CLOUD MN 56301-3761 | (p)TENNESSEE DEPARTMENT OF REVENUE<br>ATTN COLLECTION SERVICES DIVISION BANKRUPTCY UNIT<br>P O BOX 190665<br>NASHVILLE TN 37219-0665 | TORO EXMARK<br>PO BOX 790449<br>Saint Louis MO 63179-0449 |
| Tennessee Department of Revenue<br>c/o Attorney General<br>PO Box 20207<br>Nashville, TN 37202-4015 | U.S. Small Business Administration<br>2 International Plaza Suite 500<br>Nashville, TN 37217-2021 | US TRUSTEE +<br>OFFICE OF THE UNITED STATES TRUSTEE<br>701 BROADWAY STE 318<br>NASHVILLE, TN 37203-3966 |
| Cassie Burton<br>3833 Saunders Ave.<br>Nashville, TN 37216-2021 | Milessa Thomas<br>404 Westview Dr.<br>Franklin, KY 42134-1557 | Robert H. Waldschmidt<br>P.O. Box 2828<br>Brentwood, TN 37024-2828 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| JOHN DEERE FINANCIAL<br>ATTN: BANKRUPTCY DEPT<br>PO BOX 6600<br>JOHNSTON IA 50131 | PNC BANK<br>PO BOX 856177<br>LOUISVILLE KY 40285 | STEARNS BANK<br>PO BOX 750<br>Albany MN 56307 |

(d) Stearns Bank National Association  
c/o Hannah C. Gilbert  
4191 2nd Street South  
St. Cloud, MN 56301

TENNESSEE DEPARTMENT OF REVENUE  
500 DEADERICK STREET  
ANDREW JACKSON STATE OFFICE BUILDING  
Nashville TN 37242

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d) Synovus Bank  
1148 Broadway  
Columbus, GA 31901-2429

End of Label Matrix  
Mailable recipients    23  
Bypassed recipients     1  
Total                  24