


Dated: 7/27/2021

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| LIVINGSCAPES, LLC } | Case No. 3:20-bk-03561 |
| 3941 STEWARTS LANE } | Chapter 11 |
| Nashville, TN 37218 } | Judge Harrison |
| SSN: 47-4773861 } | |
| Debtor | |

### EXPEDITED ORDER SETTING HEARING ON EXPEDITED MOTION FOR AUTHORITY TO PAY FOR A MEDIATOR

Upon the Motion of the Debtor for an expedited hearing and for good cause shown unto me, it is hereby **ORDERED** that the Debtor's Expedited Motion for Authority to Pay for a Mediator is set for August 3, 2021, at 9:00 a.m., via AT&T conference line. The call-in information is: Phone Number 1-888-363-4749, Access Code 4511038.

**THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY
AS INDICATED AT THE TOP OF THE FIRST PAGE.**

APPROVED FOR ENTRY:

LEFKOVITZ & LEFKOVITZ

**/S/ STEVEN L. LEFKOVITZ**
Steven L. Lefkovitz, No. 5953
Attorney for Debtor
618 Church Street, Suite 410
Nashville, Tennessee 37219
Phone: (615) 256-8300
Fax: (615) 255-4516
Email: slefkovitz@lefkovitz.com

## CERTIFICATE OF SERVICE

I hereby certify that I have sent a true and exact copy of the foregoing to the Assistant United States Trustee, Chapter 7 Trustee, Matthew Murphy attorney for Cassie Burton and Milessa Thomas, and all other parties of record to receive notice electronically via the U.S. Bankruptcy Court's CM/ECF filing system on July 27, 2021.

I further certify that I have sent a true and exact copy of the foregoing to the Debtor and all other creditors and parties-in-interest, by U.S. Mail, postage prepaid on July 27, 2021.

/S/ STEVEN L. LEFKOVITZ
Steven L. Lefkovitz

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.

Case 3:20-bk-03561    Doc 63    Filed 07/27/21    Entered 07/27/21 11:24:55    Desc Main Document    Page 2 of 2