*Marian F. Harrison*
Marian F. Harrison
US Bankruptcy Judge



Dated: 8/25/2021

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 3:20-bk-03561 |
| LIVINGSCAPES, LLC. ) | Chapter 11 |
| ) | Judge Harrison |
| Debtor. ) | |

### ~~EXPEDITED~~ ORDER CONDITIONALLY APPROVING DEBTOR'S DISCLOSURE STATEMENT, SETTING HEARING ON DISCLOSURE STATEMENT AND PLAN, AND FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS OF PLAN, COMBINED WITH NOTICE THEREOF

Livingscapes, LLC the Chapter 11 Debtor, has filed its Plan and Disclosure Statement pursuant to 11 U.S.C. §1123 & §1125 of the Bankruptcy Code. Upon application of the Debtor to conditionally approve the Disclosure Statement and to combine the hearings on the Disclosure Statement and Plan, and good cause having been shown,

IT IS THEREFORE ORDERED AND NOTICE IS HEREBY GIVEN THAT:

1. The Debtor's Disclosure Statement is hereby conditionally approved as containing adequate information as required by 11 U.S.C. § 1125, subject to final approval after notice and a hearing.

2. The Court by this conditional approval in no way limits any creditor or party in interest from filing their objection to the adequacy of the information contained in the Disclosure Statement.

3. Acceptances and rejections of the Plan may be solicited based upon the conditional approval.

4. The notice period as set forth in 11 U.S.C. § 1125 (f)(3)(B) is as required, however usual hearing periods after such notice, is shortened.

5. ___9/20/2021___, is fixed as the last day for filing and serving in accordance with Fed.R.Bankr.P. 3017(c) written objections to the Disclosure Statement. A copy of any such objection must be served on counsel for the Debtor at the address set forth below and on the United States Trustee, 701 Broadway, Suite 318, Nashville, Tennessee 37203.

6. ___9/20/2021___, is fixed as the last day for filing and serving written objections to confirmation of the Plan, pursuant to Fed.R.Bankr.P. 3020(b)(1).

7. ___9/20/2021___, is fixed as the last day for filing written acceptances or rejections of the Plan.

8. The hearing on confirmation of the Plan and approval of the Disclosure Statement shall be held at 9:00 o'clock a.m. on ___9/28/2021___, at the U.S. Bankruptcy Court for the Middle District of Tennessee, Courtroom 3, 2nd Floor Customs House, 701 Broadway, Nashville, TN 37203.

9. Within three business days after entry of this Order, copies of this Order, the Plan, and the Disclosure Statement shall be served by Debtor's counsel in accordance with Fed.R.Bankr.P. 3017(d) and Local Bankruptcy Rule 3017-1(a).

It is so ORDERED.

<u>THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INTICATED AT THE TOP OF THE FIRST PAGE</u>

Approved for Entry:

<u>/s/ STEVEN L. LEFKOVITZ</u>
Steven L. Lefkovitz, No. 5953
Attorney for Debtor-in-possession
618 Church Street, Suite 410
Nashville, Tennessee 37219
Phone: (615)256-8300

Fax: (615) 255-4516
Email: slefkovitz@lefkovitz.com

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.

Case 3:20-bk-03561    Doc 79    Filed 08/25/21    Entered 08/25/21 14:05:01    Desc Main Document    Page 3 of 3