IN THE UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE

|  |  |  |
|---|---|---|
| IN RE: | ) | |
| | ) | Chapter 11 Proceeding |
| LIVINGSCAPES, LLC, | ) | Case No. 320-03561 |
| | ) | Marian F. Harrison, Judge |
| Debtor. | ) | |
| | ) | |

# CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2021, my office sent a true and exact copy of the executed Order Conditionally Approving Disclosure Statement, Setting Hearing on Disclosure Statement and Plan, and Fixing Time for Filing Acceptances or Rejections of Plan, Combined With Notice Thereof (Docket No. 79), Chapter 11 Small Business Plan of Reorganization (Docket No. 73), and Chapter 11 Small Business Disclosure Statement (Docket No. 74), and a blank Ballot, to the Debtor-in-possession and all creditors and parties-in-interest pursuant to the attached mailing matrix, by U.S. Mail, postage prepaid.

Respectfully submitted,

LEFKOVITZ & LEFKOVITZ, PLLC

**/S/ STEVEN L. LEFKOVITZ**
Steven L. Lefkovitz, No. 5953
Attorney for Debtor-in-possession
618 Church Street, Suite 410
Nashville, Tennessee 37219
Phone: (615) 256-8300
Fax: (615) 255-4516
Email: slefkovitz@lefkovitz.com

Marian F. Harrison
US Bankruptcy Judge

Dated: 8/25/2021



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 3:20-bk-03561 |
| LIVINGSCAPES, LLC. ) | Chapter 11 |
| ) | Judge Harrison |
| Debtor. ) | |

**~~EXPEDITED~~ ORDER CONDITIONALLY APPROVING DEBTOR'S DISCLOSURE STATEMENT, SETTING HEARING ON DISCLOSURE STATEMENT AND PLAN, AND FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS OF PLAN, COMBINED WITH NOTICE THEREOF**

Livingscapes, LLC the Chapter 11 Debtor, has filed its Plan and Disclosure Statement pursuant to 11 U.S.C. §1123 & §1125 of the Bankruptcy Code. Upon application of the Debtor to conditionally approve the Disclosure Statement and to combine the hearings on the Disclosure Statement and Plan, and good cause having been shown,

IT IS THEREFORE ORDERED AND NOTICE IS HEREBY GIVEN THAT:

1. The Debtor's Disclosure Statement is hereby conditionally approved as containing adequate information as required by 11 U.S.C. § 1125, subject to final approval after notice and a hearing.

2. The Court by this conditional approval in no way limits any creditor or party in interest from filing their objection to the adequacy of the information contained in the Disclosure Statement.

3. Acceptances and rejections of the Plan may be solicited based upon the conditional approval.

4. The notice period as set forth in 11 U.S.C. § 1125 (f)(3)(B) is as required, however usual hearing periods after such notice, is shortened.

5. ___9/20/2021___, is fixed as the last day for filing and serving in accordance with Fed.R.Bankr.P. 3017(c) written objections to the Disclosure Statement. A copy of any such objection must be served on counsel for the Debtor at the address set forth below and on the United States Trustee, 701 Broadway, Suite 318, Nashville, Tennessee 37203.

6. ___9/20/2021___, is fixed as the last day for filing and serving written objections to confirmation of the Plan, pursuant to Fed.R.Bankr.P. 3020(b)(1).

7. ___9/20/2021___, is fixed as the last day for filing written acceptances or rejections of the Plan.

8. The hearing on confirmation of the Plan and approval of the Disclosure Statement shall be held at 9:00 o'clock a.m. on ___9/28/2021___, at the U.S. Bankruptcy Court for the Middle District of Tennessee, Courtroom 3, 2nd Floor Customs House, 701 Broadway, Nashville, TN 37203.

9. Within three business days after entry of this Order, copies of this Order, the Plan, and the Disclosure Statement shall be served by Debtor's counsel in accordance with Fed.R.Bankr.P. 3017(d) and Local Bankruptcy Rule 3017-1(a).

It is so ORDERED.

THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INTICATED AT THE TOP OF THE FIRST PAGE

Approved for Entry:

/s/ STEVEN L. LEFKOVITZ
Steven L. Lefkovitz, No. 5953
Attorney for Debtor-in-possession
618 Church Street, Suite 410
Nashville, Tennessee 37219
Phone: (615)256-8300

Fax: (615) 255-4516
Email: slefkovitz@lefkovitz.com

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0650-3<br>Case 3:20-bk-03561<br>MIDDLE DISTRICT OF TENNESSEE<br>Nashville<br>Mon Aug 23 15:23:46 CDT 2021 | LEFKOVITZ AND LEFKOVITZ, PLLC +<br>618 CHURCH ST STE 410<br>NASHVILLE, TN 37219-2452 | LIVINGSCAPES, LLC<br>PO BOX 91047<br>Nashville, TN 37209-9047 |
| SYNOVUS BANK<br>1148 Broadway<br>Columbus, GA 31901-2429 | TN Dept of Revenue<br>c/o TN Attorney General's Office<br>Bankruptcy Division<br>PO Box 20207<br>Nashville, TN 37202-4015 | 701 Broadway Room 170<br>Nashville, TN 37203-3979 |
| AMERICAN EXPRESS<br>ATTN: BANKRUPTCY DEPT<br>PO BOX 981535<br>El PASO TX 79998-1535 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Cassie Burton<br>c/o Sherwood Litigation<br>201 4th Ave N S 1130<br>Nashville TN 37219 |
| Deere & Company dba John Deere Financial<br>PO Box 6600<br>Johnston, IA 50131-6600 | IRS<br>CNTRLZD INSOLVENCY OPRTN<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | (p)DEERE CREDIT SERVICES INC<br>ATTN LITIGATION & RECOVERY DEPARTMENT<br>PO BOX 6600<br>JOHNSTON IA 50131-6600 |
| Milessa Thomas<br>c/o Christopher Boiano Esq.<br>115 Shivel Dr.<br>Hendersonville TN 37075-3536 | (p)PNC BANK RETAIL LENDING<br>P O BOX 94982<br>CLEVELAND OH 44101-4982 | SBA- SMALL BUSINESS ADMIN<br>C/O US ATTY OFFICE<br>110 9TH AVE SO #A-961<br>NASHVILLE TN 37203-3870 |
| (p)STEARNS BANK NATIONAL ASSOCIATION<br>ATTN LEGAL DEPARTMENT<br>4191 2ND STREET SOUTH<br>ST CLOUD MN 56301-3761 | (p)TENNESSEE DEPARTMENT OF REVENUE<br>ATTN COLLECTION SERVICES DIVISION BANKRUPTCY UNIT<br>P O BOX 190665<br>NASHVILLE TN 37219-0665 | TORO EXMARK<br>PO BOX 790449<br>Saint Louis MO 63179-0449 |
| Tennessee Department of Revenue<br>c/o Attorney General<br>PO Box 20207<br>Nashville, TN 37202-4015 | U.S. Small Business Administration<br>2 International Plaza Suite 500<br>Nashville, TN 37217-2021 | US TRUSTEE +<br>OFFICE OF THE UNITED STATES TRUSTEE<br>701 BROADWAY STE 318<br>NASHVILLE, TN 37203-3966 |
| Cassie Burton<br>3833 Saunders Ave.<br>Nashville, TN 37216-2021 | Milessa Thomas<br>404 Westview Dr.<br>Franklin, KY 42134-1557 | Robert H. Waldschmidt<br>P.O. Box 2828<br>Brentwood, TN 37024-2828 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| JOHN DEERE FINANCIAL<br>ATTN: BANKRUPTCY DEPT<br>PO BOX 6600<br>JOHNSTON IA 50131 | PNC BANK<br>PO BOX 856177<br>LOUISVILLE KY 40285 | STEARNS BANK<br>PO BOX 750<br>Albany MN 56307 |

| | |
|---|---|
| (d)Stearns Bank National Association<br>c/o Hannah C. Gilbert<br>4191 2nd Street South<br>St. Cloud, MN 56301 | TENNESSEE DEPARTMENT OF REVENUE<br>500 DEADERICK STREET<br>ANDREW JACKSON STATE OFFICE BUILDING<br>Nashville TN 37242 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Synovus Bank
1148 Broadway
Columbus, GA 31901-2429

End of Label Matrix
Mailable recipients   23
Bypassed recipients    1
Total                 24