IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:

LIVINGSCAPES, LLC

**Debtor(s)**

} Case No. 3:20-bk-03561
} Chapter 11
} Judge Harrison

## NOTICE OF WITHDRAWAL OF DEBTOR'S OBJECTION TO CLAIM OF MILESSA THOMAS & CASSIE BURTON

Comes the Debtor, through counsel, and hereby withdraws the Debtor's Objection to Claim 7 by Claimant Milessa Thomas (Docket Entry No. 78), and to Claim 8 by claimant Cassie Burton (Docket Entry No. 77) previously filed herein on August 20, 2021.

Respectfully submitted,

LEFKOVITZ & LEFKOVITZ

**/S/ STEVEN L. LEFKOVITZ**
Steven L. Lefkovitz, No. 5953
Attorney for Debtors
618 Church Street, Suite 410
Nashville, Tennessee 37219
Phone: (615) 256-8300
Fax: (615) 255-4516
Email: slefkovitz@lefkovitz.com

### CERTIFICATE OF SERVICE

I hereby certify that I have sent a true and exact copy of the foregoing to the Office of the United States Trustee, and all other parties of record to receive notice electronically via the United States Bankruptcy Court's CM/ECF system on August 27, 2021.

**/S/ STEVEN L. LEFKOVITZ**
Steven L. Lefkovitz