| | |
|---|---|
| In re: | Case No. 20-03561-MFH |
| LIVINGSCAPES, LLC | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0650-3      User: jtd0107      Page 1 of 2
Date Rcvd: Aug 25, 2021      Form ID: pdf001      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 27, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + LIVINGSCAPES, LLC, PO BOX 91047, Nashville, TN 37209-9047 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JEFFREY S GRASL | on behalf of U.S. Trustee US TRUSTEE jeffrey.s.grasl@usdoj.gov |
| LEFKOVITZ AND LEFKOVITZ, PLLC | on behalf of Debtor LIVINGSCAPES LLC slefkovitz@lefkovitz.com, sllbkecf@gmail.com;khancock@lefkovitz.com;lefkovitzcvlecf@lefkovitz.com;r52946@notify.bestcase.com;mspezia@lefkovitz.com |
| MATTHEW R MURPHY | on behalf of Creditor SYNOVUS BANK mmurphy@smythehuff.com |
| ROBERT H WALDSCHMIDT | on behalf of Interested Party Robert H. Waldschmidt rhw@rhwlawoffice.com rhw@trustesolutions.com;rhw@trustesolutions.net |
| STEPHEN RAY BUTLER | on behalf of Creditor TN Dept of Revenue agbankHarrison@ag.tn.gov steve.butler@ag.tn.gov |

US TRUSTEE  ustpregion08.na.ecf@usdoj.gov

TOTAL: 6

Marian F. Harrison
US Bankruptcy Judge

Dated: 8/25/2021

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 3:20-bk-03561 |
| LIVINGSCAPES, LLC. ) | Chapter 11 |
| ) | Judge Harrison |
| Debtor. ) | |

### ~~EXPEDITED~~ ORDER CONDITIONALLY APPROVING DEBTOR'S DISCLOSURE STATEMENT, SETTING HEARING ON DISCLOSURE STATEMENT AND PLAN, AND FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS OF PLAN, COMBINED WITH NOTICE THEREOF

Livingscapes, LLC the Chapter 11 Debtor, has filed its Plan and Disclosure Statement pursuant to 11 U.S.C. §1123 & §1125 of the Bankruptcy Code. Upon application of the Debtor to conditionally approve the Disclosure Statement and to combine the hearings on the Disclosure Statement and Plan, and good cause having been shown,

IT IS THEREFORE ORDERED AND NOTICE IS HEREBY GIVEN THAT:

1. The Debtor's Disclosure Statement is hereby conditionally approved as containing adequate information as required by 11 U.S.C. § 1125, subject to final approval after notice and a hearing.

2. The Court by this conditional approval in no way limits any creditor or party in interest from filing their objection to the adequacy of the information contained in the Disclosure Statement.

3. Acceptances and rejections of the Plan may be solicited based upon the conditional approval.

4. The notice period as set forth in 11 U.S.C. § 1125 (f)(3)(B) is as required, however usual hearing periods after such notice, is shortened.

5. 9/20/2021, is fixed as the last day for filing and serving in accordance with Fed.R.Bankr.P. 3017(c) written objections to the Disclosure Statement. A copy of any such objection must be served on counsel for the Debtor at the address set forth below and on the United States Trustee, 701 Broadway, Suite 318, Nashville, Tennessee 37203.

6. 9/20/2021, is fixed as the last day for filing and serving written objections to confirmation of the Plan, pursuant to Fed.R.Bankr.P. 3020(b)(1).

7. 9/20/2021, is fixed as the last day for filing written acceptances or rejections of the Plan.

8. The hearing on confirmation of the Plan and approval of the Disclosure Statement shall be held at 9:00 o'clock a.m. on 9/28/2021, at the U.S. Bankruptcy Court for the Middle District of Tennessee, Courtroom 3, 2nd Floor Customs House, 701 Broadway, Nashville, TN 37203.

9. Within three business days after entry of this Order, copies of this Order, the Plan, and the Disclosure Statement shall be served by Debtor's counsel in accordance with Fed.R.Bankr.P. 3017(d) and Local Bankruptcy Rule 3017-1(a).

It is so ORDERED.

THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INTICATED AT THE TOP OF THE FIRST PAGE

Approved for Entry:

/s/ STEVEN L. LEFKOVITZ
Steven L. Lefkovitz, No. 5953
Attorney for Debtor-in-possession
618 Church Street, Suite 410
Nashville, Tennessee 37219
Phone: (615)256-8300

Fax: (615) 255-4516
Email: slefkovitz@lefkovitz.com

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.