IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **LG ORNAMENTALS, LLC** | ) | **CASE NO. 20-03560-MH3-11** |
| **LIVINGSCAPES, LLC** | ) | **CASE NO. 20-03561-MH3-11** |
| | ) | |
| Debtors | ) | |

## MOTION TO APPEAR VIA ZOOM
## AT CONFIRMATION HEARINGS ON SEPTEMBER 28, 2021

Comes now Robert H. Waldschmidt, Trustee for the Bankruptcy Estate of James Whitfield Livingston ("Trustee") and moves that he be permitted to attend the confirmation hearings scheduled in both Chapter 11 matters above on September 28, 2021, via Zoom.

For cause the Trustee would state health concerns relating to the COVID crisis.

The Trustee would further state that his participation in the hearing should be limited, based on representations from counsel for the Debtor that the suggested amendments to the Plans will be incorporated into an Amended Plan, such that there should be no dispute as to those issues.

          RESPECTFULLY SUBMITTED:

          */s/ Robert H. Waldschmidt*
          **ROBERT H. WALDSCHMIDT**  #4657
            Attorney for Trustee for James Livingston
          P.O. Box 2828
          Brentwood, TN 37024-2828
          615-468-1020    Fax: 615-259-2179
          rhw@rhwlawoffice.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE: )
)
**LG ORNAMENTALS, LLC** ) **CASE NO. 20-03560-MH3-11**
**LIVINGSCAPES, LLC** ) **CASE NO. 20-03561-MH3-11**
)
Debtors )

### ORDER AUTHORIZING ROBERT H. WALDSCHMIDT TO APPEAR VIA ZOOM AT CONFIRMATION HEARINGS ON SEPTEMBER 28, 2021

Upon the Motion of Robert H. Waldschmidt, Trustee for the Bankruptcy Estate of James Whitfield Livingston ("Trustee"), and for other cause to the Court shown;

IT IS HEREBY ORDERED that Robert H. Waldschmidt, Trustee for the Bankruptcy Estate of James Whitfield Livingston ("Trustee") be, and is hereby permitted to attend the confirmation hearings scheduled in both Chapter 11 matters above on September 28, 2021, via Zoom, using the Zoom call-in number listed on the Court's website.

*This order was signed and entered electronically as indicated at the top of the first page.*

APPROVED FOR ENTRY:

*/s/Robert H Waldschmidt*
**ROBERT H. WALDSCHMIDT** (#4657)
  Attorney for Trustee for James Livingston
P.O. Box 2828
Brentwood, TN 37024-2828
(615) 468-1020; (615) 259-2179  (fax)
rhw@rhwlawoffice.com