# Livingscapes Inc
## Exhibit C
**August 2021**

| | Date | Transaction Type | Num | Amount | Balance |
|---|---|---|---|---:|---:|
| **Unapplied Cash Payment Income** | | | | | |
| | 08/13/2021 | Deposit | | 20,000.00 | 20,000.00 |
| | 08/15/2021 | Invoice | 2727-A | -200.00 | 19,800.00 |
| **Total for Unapplied Cash Payment Income** | | | | **$ 19,800.00** | |
| **Sales of Product Income** | | | | | |
| | 08/06/2021 | Invoice | 2633-A | 17.63 | 17.63 |
| | 08/06/2021 | Invoice | 2633-A | 24.00 | 41.63 |
| | 08/06/2021 | Invoice | 2633-A | 48.00 | 89.63 |
| | 08/06/2021 | Invoice | 2633-A | 300.00 | 389.63 |
| | 08/09/2021 | Invoice | 2703-A | 285.00 | 674.63 |
| | 08/09/2021 | Invoice | 2703-A | 530.00 | 1,204.63 |
| | 08/31/2021 | Invoice | 2700-A | 250.00 | 1,454.63 |
| **Total for Sales of Product Income** | | | | **$ 1,454.63** | |
| **Services** | | | | | |
| | 08/03/2021 | Invoice | 2697-A | 160.00 | 160.00 |
| | 08/03/2021 | Invoice | 2696-A | 160.00 | 320.00 |
| | 08/03/2021 | Invoice | 2695-A | 80.00 | 400.00 |
| | 08/06/2021 | Invoice | 2633-A | 265.00 | 665.00 |
| | 08/06/2021 | Invoice | 2633-A | 300.00 | 965.00 |
| | 08/06/2021 | Invoice | 2633-A | 500.00 | 1,465.00 |
| | 08/06/2021 | Invoice | 2633-A | 400.00 | 1,865.00 |
| | 08/09/2021 | Invoice | 2703-A | 480.00 | 2,345.00 |
| | 08/09/2021 | Invoice | 2703-A | 145.00 | 2,490.00 |
| | 08/09/2021 | Invoice | 2703-A | 275.00 | 2,765.00 |
| | 08/09/2021 | Invoice | 2703-A | 375.00 | 3,140.00 |
| | 08/09/2021 | Invoice | 2674-A | 40.00 | 3,180.00 |
| | 08/09/2021 | Invoice | 2674-A | 160.00 | 3,340.00 |
| | 08/09/2021 | Invoice | 2674-A | 65.00 | 3,405.00 |
| | 08/09/2021 | Deposit | | 750.00 | 4,155.00 |
| | 08/11/2021 | Invoice | 2704-A | 340.00 | 4,495.00 |
| | 08/11/2021 | Invoice | 2704-A | 275.00 | 4,770.00 |
| | 08/11/2021 | Invoice | 2704-A | 260.00 | 5,030.00 |
| | 08/12/2021 | Invoice | 2706-A | 460.00 | 5,490.00 |
| | 08/12/2021 | Invoice | 2706-A | 450.00 | 5,940.00 |
| | 08/12/2021 | Invoice | 2707-A | 1,140.00 | 7,080.00 |
| | 08/12/2021 | Invoice | 2707-A | 450.00 | 7,530.00 |
| | 08/12/2021 | Invoice | 2707-A | 385.00 | 7,915.00 |
| | 08/12/2021 | Invoice | 2706-A | 568.75 | 8,483.75 |
| | 08/15/2021 | Invoice | 2727-A | 200.00 | 8,683.75 |
| | 08/15/2021 | Invoice | 2748-A | 40.00 | 8,723.75 |

| Date | Type | Num | Amount | Balance |
|---|---|---|---:|---:|
| 08/15/2021 | Invoice | 2748-A | 275.00 | 8,998.75 |
| 08/15/2021 | Invoice | 2662-A | 300.00 | 9,298.75 |
| 08/15/2021 | Invoice | 2662-A | 40.00 | 9,338.75 |
| 08/15/2021 | Invoice | 2662-A | 195.00 | 9,533.75 |
| 08/15/2021 | Invoice | 2717-A | 375.00 | 9,908.75 |
| 08/16/2021 | Invoice | 2750-A | 300.00 | 10,208.75 |
| 08/16/2021 | Invoice | 2750-A | 625.00 | 10,833.75 |
| 08/16/2021 | Invoice | 2733-A | 245.00 | 11,078.75 |
| 08/16/2021 | Invoice | 2733-A | 435.00 | 11,513.75 |
| 08/16/2021 | Invoice | 2705-A | 1,000.00 | 12,513.75 |
| 08/16/2021 | Invoice | 2705-A | 300.00 | 12,813.75 |
| 08/16/2021 | Invoice | 2705-A | 125.00 | 12,938.75 |
| 08/16/2021 | Invoice | 2705-A | 360.00 | 13,298.75 |
| 08/16/2021 | Invoice | 2733-A | 600.00 | 13,898.75 |
| 08/17/2021 | Invoice | 2738-A | 400.00 | 14,298.75 |
| 08/18/2021 | Invoice | 2708-A | 200.00 | 14,498.75 |
| 08/22/2021 | Invoice | 2751-A | 450.00 | 14,948.75 |
| 08/23/2021 | Deposit | | 1,375.00 | 16,323.75 |
| 08/26/2021 | Invoice | 2715-A | 80.00 | 16,403.75 |
| 08/26/2021 | Invoice | 2715-A | 65.00 | 16,468.75 |
| 08/26/2021 | Invoice | 2711-A | 325.00 | 16,793.75 |
| 08/26/2021 | Invoice | 2711-A | 150.00 | 16,943.75 |
| 08/26/2021 | Invoice | 2715-A | 225.00 | 17,168.75 |
| 08/27/2021 | Invoice | 2720-A | 100.00 | 17,268.75 |
| 08/30/2021 | Invoice | 2564-A | 60.00 | 17,328.75 |
| 08/30/2021 | Invoice | 2564-A | 32.50 | 17,361.25 |
| 08/30/2021 | Invoice | 2747-A | 30.00 | 17,391.25 |
| 08/30/2021 | Invoice | 2747-A | 150.00 | 17,541.25 |
| 08/30/2021 | Invoice | 2737-A | 260.00 | 17,801.25 |
| 08/30/2021 | Invoice | 2742-A | 193.75 | 17,995.00 |
| 08/30/2021 | Invoice | 2742-A | 225.00 | 18,220.00 |
| 08/30/2021 | Invoice | 2737-A | 120.00 | 18,340.00 |
| 08/30/2021 | Invoice | 2731-A | 200.00 | 18,540.00 |
| 08/31/2021 | Invoice | 2740-A | 454.01 | 18,994.01 |
| 08/31/2021 | Invoice | 2730-A | 95.00 | 19,089.01 |
| 08/31/2021 | Invoice | 2724-A | 75.00 | 19,164.01 |
| 08/31/2021 | Invoice | 2724-A | 75.00 | 19,239.01 |
| 08/31/2021 | Invoice | 2724-A | 75.00 | 19,314.01 |
| 08/31/2021 | Invoice | 2724-A | 75.00 | 19,389.01 |
| 08/31/2021 | Invoice | 2724-A | 75.00 | 19,464.01 |
| 08/31/2021 | Invoice | 2724-A | 150.00 | 19,614.01 |
| 08/31/2021 | Invoice | 2753-A | 440.00 | 20,054.01 |
| 08/31/2021 | Invoice | 2753-A | 225.00 | 20,279.01 |
| 08/31/2021 | Invoice | 2746-A | 65.00 | 20,344.01 |
| 08/31/2021 | Invoice | 2746-A | 150.00 | 20,494.01 |
| 08/31/2021 | Invoice | 2746-A | 600.00 | 21,094.01 |
| 08/31/2021 | Invoice | 2719-A | 90.00 | 21,184.01 |

| Date | Type | Num | Amount | Balance |
|---|---|---|---:|---:|
| 08/31/2021 | Invoice | 2719-A | 95.00 | 21,279.01 |
| 08/31/2021 | Invoice | 2719-A | 275.00 | 21,554.01 |
| 08/31/2021 | Invoice | 2739-A | 600.00 | 22,154.01 |
| 08/31/2021 | Invoice | 2739-A | 275.00 | 22,429.01 |
| 08/31/2021 | Invoice | 2700-A | 300.00 | 22,729.01 |
| 08/31/2021 | Invoice | 2700-A | 340.00 | 23,069.01 |
| 08/31/2021 | Invoice | 2700-A | 125.00 | 23,194.01 |
| 08/31/2021 | Invoice | 2736-A | 300.00 | 23,494.01 |
| 08/31/2021 | Invoice | 2736-A | 450.00 | 23,944.01 |
| 08/31/2021 | Invoice | 2736-A | 150.00 | 24,094.01 |
| 08/31/2021 | Invoice | 2734-A | 40.00 | 24,134.01 |
| 08/31/2021 | Invoice | 2734-A | 180.00 | 24,314.01 |
| 08/31/2021 | Invoice | 2728-A | 2,250.00 | 26,564.01 |
| 08/31/2021 | Invoice | 2718-A | 425.00 | 26,989.01 |
| 08/31/2021 | Invoice | 2718-A | 225.00 | 27,214.01 |
| 08/31/2021 | Invoice | 2718-A | 120.00 | 27,334.01 |
| 08/31/2021 | Invoice | 2709-A | 20.00 | 27,354.01 |
| 08/31/2021 | Invoice | 2709-A | 150.00 | 27,504.01 |
| 08/31/2021 | Invoice | 2741-A | 60.00 | 27,564.01 |
| 08/31/2021 | Invoice | 2741-A | 450.00 | 28,014.01 |
| 08/31/2021 | Invoice | 2745-A | 225.00 | 28,239.01 |
| 08/31/2021 | Invoice | 2745-A | 200.00 | 28,439.01 |
| 08/31/2021 | Invoice | 2722-A | 200.00 | 28,639.01 |
| 08/31/2021 | Invoice | 2710-A | 200.00 | 28,839.01 |
| 08/31/2021 | Invoice | 2710-A | 325.00 | 29,164.01 |
| 08/31/2021 | Invoice | 2710-A | 95.00 | 29,259.01 |
| 08/31/2021 | Invoice | 2730-A | 220.00 | 29,479.01 |
| 08/31/2021 | Invoice | 2730-A | 131.25 | 29,610.26 |
| 08/31/2021 | Invoice | 2724-A | 242.50 | 29,852.76 |

**Total for Services** $ 29,852.76

**TOTAL** $ 51,107.39

Monday, Sep 20, 2021 11:40:22 AM GMT-7 - Cash Basis