# Livingscapes Inc
## Exhibit D
### August 2021

| | Date | Num | Name | Amount | Balance |
|---|---|---|---|---:|---:|
| **Advertising & Marketing** | | | | | |
| | 08/02/2021 | | Snark Media | 99.00 | 99.00 |
| | 08/12/2021 | | Craigslist | 5.00 | 104.00 |
| **Total for Advertising & Marketing** | | | | **$ 104.00** | |
| **CAR AND TRUCK** | | | | | |
|   Auto Repair | | | | | |
| | 08/09/2021 | | Mitchells W Nashville | 500.28 | 500.28 |
| | 08/11/2021 | 1028 | Joker Mechanic | 3,064.68 | 3,564.96 |
| | 08/16/2021 | 1032 | TD's Cars | 1,172.00 | 4,736.96 |
|   **Total for Auto Repair** | | | | **$ 4,736.96** | |
|   Parking | | | | | |
| | 08/02/2021 | | | 25.00 | 25.00 |
| | 08/03/2021 | | Premier Parking | 28.00 | 53.00 |
|   **Total for Parking** | | | | **$ 53.00** | |
| **Total for CAR AND TRUCK** | | | | **$ 4,789.96** | |
| **Bank Charges & Fees** | | | | | |
| | 08/06/2021 | | QuickBooks Payments | 10.00 | 10.00 |
| | 08/09/2021 | | QuickBooks Payments | 12.69 | 22.69 |
| | 08/09/2021 | | QuickBooks Payments | 10.00 | 32.69 |
| | 08/10/2021 | | QuickBooks Payments | 12.69 | 45.38 |
| | 08/11/2021 | | QuickBooks Payments | 8.75 | 54.13 |
| | 08/12/2021 | | QuickBooks Payments | 10.00 | 64.13 |
| | 08/12/2021 | | QuickBooks Payments | 8.75 | 72.88 |
| | 08/13/2021 | | QuickBooks Payments | 43.13 | 116.01 |
| | 08/13/2021 | | QuickBooks Payments | 10.00 | 126.01 |
| | 08/16/2021 | | QuickBooks Payments | 87.40 | 213.41 |
| | 08/16/2021 | | QuickBooks Payments | 13.15 | 226.56 |
| | 08/17/2021 | | QuickBooks Payments | 23.25 | 249.81 |
| | 08/18/2021 | | QuickBooks Payments | 2.00 | 251.81 |

| | | | | |
|---|---|---|---|---|
| | 08/22/2021 | QuickBooks Payments | 4.50 | 256.31 |
| | 08/27/2021 | QuickBooks Payments | 9.45 | 265.76 |
| | 08/30/2021 | QuickBooks Payments | 12.72 | 278.48 |
| | 08/31/2021 | | 9.10 | 287.58 |
| | 08/31/2021 | QuickBooks Payments | 4.55 | 292.13 |
| **Total for Bank Charges & Fees** | | | **$ 292.13** | |
| **INSURANCE** | | | | |
|   **General Liability Insurance** | | | | |
| | 08/03/2021 | Penn National Insurance | 181.50 | 181.50 |
| | 08/24/2021 | Penn National Insurance | 1,625.97 | 1,807.47 |
|   **Total for General Liability Insurance** | | | **$ 1,807.47** | |
|   **Medical / Health Insurance** | | | | |
| | 08/02/2021 | Farm Bureau | 74.75 | 74.75 |
| | 08/06/2021 | Cigna | 1,061.94 | 1,136.69 |
|   **Total for Medical / Health Insurance** | | | **$ 1,136.69** | |
| **Total for INSURANCE** | | | **$ 2,944.16** | |
| **MEALS AND ENTERTAINMENT** | | | | |
|   **Meals - With Clients** | | | | |
| | 08/30/2021 | COLtin steak house and grill | 88.29 | 88.29 |
|   **Total for Meals - With Clients** | | | **$ 88.29** | |
|   **Meals - Officers Only** | | | | |
| | 08/02/2021 | Hardees | 11.61 | 11.61 |
|   **Total for Meals - Officers Only** | | | **$ 11.61** | |
|   **Entertainment - With Clients** | | | | |
| | 08/10/2021 | Uber Eats | 18.49 | 18.49 |
|   **Total for Entertainment - With Clients** | | | **$ 18.49** | |
| **Total for MEALS AND ENTERTAINMENT** | | | **$ 118.39** | |
| **Office Expenses** | | | | |
| | 08/03/2021 | GOOGLE | 6.56 | 6.56 |
| | 08/16/2021 | AMAZON | 15.30 | 21.86 |
| | 08/23/2021 | AMAZON | 44.73 | 66.59 |
| | 08/23/2021 | AMAZON | 29.37 | 95.96 |
| | 08/27/2021 | AMAZON | 130.31 | 226.27 |
| | 08/27/2021 | AMAZON | 26.10 | 252.37 |

| | | | | | |
|---|---|---|---|---|---|
| **Total for Office Expenses** | | | | $ 252.37 | |
| **Office Supplies & Software** | | | | | |
| | 08/02/2021 | | Computer Revolution | 87.76 | 87.76 |
| | 08/02/2021 | | INDEED | 87.00 | 174.76 |
| | 08/09/2021 | | Radaris | 83.47 | 258.23 |
| | 08/11/2021 | | fintel | 74.25 | 332.48 |
| **Total for Office Supplies & Software** | | | | $ 332.48 | |
| **LEGAL AND PROFESSIONAL SERVICES** | | | | | |
|   Attorneys & Legal Fees | | | | | |
| | 08/20/2021 | 1033 | Robert H Waldschmidt | 1,000.00 | 1,000.00 |
| | 08/30/2021 | 1036 | Kay Griffin PLLC | 4,500.00 | 5,500.00 |
|   **Total for Attorneys & Legal Fees** | | | | $ 5,500.00 | |
| **Total for LEGAL AND PROFESSIONAL SERVICES** | | | | $ 5,500.00 | |
| **Shipping, Freight & Delivery** | | | | | |
| | 08/03/2021 | | | -7.98 | -7.98 |
| **Total for Shipping, Freight & Delivery** | | | | -$ 7.98 | |
| **Rent & Lease (Buildings)** | | | | | |
| | 08/19/2021 | | MOBILE MINI | 113.84 | 113.84 |
| | 08/24/2021 | | MOBILE MINI | 153.67 | 267.51 |
| | 08/26/2021 | 1035 | C&G Turf Managment | 2,100.00 | 2,367.51 |
| | 08/26/2021 | | MOBILE MINI | 153.67 | 2,521.18 |
| **Total for Rent & Lease (Buildings)** | | | | $ 2,521.18 | |
| **Rent & Leased Equipment** | | | | | |
| | 08/18/2021 | | TENNESSEE CONTRACTORS EQUIPMENT | 183.54 | 183.54 |
| **Total for Rent & Leased Equipment** | | | | $ 183.54 | |
| **Repairs & Maintenance** | | | | | |
| | 08/02/2021 | | O'Reilly Automotive Stores, Inc. | 54.02 | 54.02 |
| | 08/02/2021 | | AUTOZONE | 72.07 | 126.09 |
| | 08/19/2021 | | DICKENS TURF & LANDSCAPE SUPPLY | 178.37 | 304.46 |
| | 08/25/2021 | | COMMERCIAL LAWN EQUIPMENT | 68.60 | 373.06 |
| | 08/30/2021 | | O'Reilly Automotive Stores, Inc. | 147.19 | 520.25 |
| **Total for Repairs & Maintenance** | | | | $ 520.25 | |
| **Materials & Supplies** | | | | | |
| | 08/02/2021 | 1025 | Brooks Nursery | 7,955.00 | 7,955.00 |

| Date | Num | Name | Amount | Balance |
|---|---|---|---:|---:|
| 08/02/2021 | | ebay | 58.34 | 8,013.34 |
| 08/03/2021 | 1027 | COLOR BURST LANDSCAPES | 3,500.00 | 11,513.34 |
| 08/03/2021 | | STONETREE MULCH | 82.80 | 11,596.14 |
| 08/04/2021 | | SAMARA FARMS | 750.00 | 12,346.14 |
| 08/10/2021 | | CREEKSIDE GARDEN CENTER | 192.93 | 12,539.07 |
| 08/16/2021 | 1030 | COLOR BURST LANDSCAPES | 111.60 | 12,650.67 |
| 08/16/2021 | 1029 | STEVE MARTIN NURSERY | 965.00 | 13,615.67 |
| 08/16/2021 | | Garden Garden Nashville | 70.44 | 13,686.11 |
| 08/16/2021 | | TIMBERLINE TREE LAWN CARE | 2,500.00 | 16,186.11 |
| 08/17/2021 | | RICHLAND HARDWARE | 81.90 | 16,268.01 |
| 08/17/2021 | | NASHVILLE NURSERY | 243.08 | 16,511.09 |
| 08/19/2021 | | NASHVILLE NURSERY | 259.47 | 16,770.56 |
| 08/23/2021 | | NASHVILLE NURSERY | 943.92 | 17,714.48 |
| 08/24/2021 | | | -59.21 | 17,655.27 |
| 08/30/2021 | | LOWE'S | 571.09 | 18,226.36 |
| 08/30/2021 | | AMAZON | -29.37 | 18,196.99 |

**Total for Materials & Supplies**     **$ 18,196.99**

**TELEPHONE AND INTERNET**

  **Cell Phone**

| Date | Num | Name | Amount | Balance |
|---|---|---|---:|---:|
| 08/17/2021 | | Verizon | 133.74 | 133.74 |
| 08/20/2021 | | AT&T | 74.90 | 208.64 |

  **Total for Cell Phone**     **$ 208.64**

**Total for TELEPHONE AND INTERNET**     **$ 208.64**

**TRAVEL**

  **Taxi - Bus - Uber - Lyft**

| Date | Num | Name | Amount | Balance |
|---|---|---|---:|---:|
| 08/27/2021 | | Lyft | 11.75 | 11.75 |

  **Total for Taxi - Bus - Uber - Lyft**     **$ 11.75**

**Total for TRAVEL**     **$ 11.75**

**Utilities**

| Date | Num | Name | Amount | Balance |
|---|---|---|---:|---:|
| 08/03/2021 | | NES Power | 98.13 | 98.13 |

**Total for Utilities**     **$ 98.13**

**PERSONNEL EXPENSES**

  **Contractors**

| Date | Num | Name | Amount | Balance |
|---|---|---|---:|---:|
| 08/02/2021 | 20312 | | 648.84 | 648.84 |

| Date | Num | Name | Amount | Balance |
|---|---|---|---:|---:|
| 08/02/2021 | 20315 | | 725.96 | 1,374.80 |
| 08/03/2021 | 20314 | | 727.42 | 2,102.22 |
| 08/03/2021 | 20313 | | 749.50 | 2,851.72 |
| 08/06/2021 | 20317 | | 815.98 | 3,667.70 |
| 08/06/2021 | 20318 | | 683.11 | 4,350.81 |
| 08/06/2021 | 20316 | | 749.84 | 5,100.65 |
| 08/06/2021 | 20310 | | 710.54 | 5,811.19 |
| 08/10/2021 | 20320 | | 676.44 | 6,487.63 |
| 08/10/2021 | 20319 | | 696.63 | 7,184.26 |
| 08/10/2021 | 20321 | | 740.62 | 7,924.88 |
| 08/13/2021 | 20324 | | 673.13 | 8,598.01 |
| 08/16/2021 | 20323 | | 845.61 | 9,443.62 |
| 08/17/2021 | 20326 | Danllo Arlaga Orellana | 707.66 | 10,151.28 |
| 08/17/2021 | 20327 | Domingo C. Rodriguez | 697.49 | 10,848.77 |
| 08/17/2021 | 20325 | XXFranklin Maradiaga | 555.58 | 11,404.35 |
| 08/20/2021 | 167 | Adalberto Ajualip Tista | 751.43 | 12,155.78 |
| 08/20/2021 | 169 | PEDRO Guadrrama | 952.93 | 13,108.71 |
| 08/20/2021 | 170 | ABRAham DeLa cruz | 784.87 | 13,893.58 |
| 08/20/2021 | 20322 | Adalberto Ajualip Tista | 739.32 | 14,632.90 |
| 08/20/2021 | 165 | XXFranklin Maradiaga | 732.50 | 15,365.40 |
| 08/24/2021 | 166 | Danilla Orellana | 620.18 | 15,985.58 |
| 08/24/2021 | 168 | Damino Ratrigcez | 782.38 | 16,767.96 |
| 08/27/2021 | 20335 | PEDRO Guadrrama | 916.98 | 17,684.94 |
| 08/27/2021 | 20336 | ABRAham DeLa cruz | 758.39 | 18,443.33 |
| 08/30/2021 | 20339 | Domingo C. Rodriguez | 835.43 | 19,278.76 |

**Total for Contractors**   $ **19,278.76**

**SALARIES AND WAGES**

  **Wages (Hourly) - Regular Pay**

| Date | | Name | Amount | Balance |
|---|---|---|---:|---:|
| 08/06/2021 | | Heartland Payroll | 1,771.78 | 1,771.78 |
| 08/06/2021 | | Heartland Payroll | 105.50 | 1,877.28 |
| 08/06/2021 | | Heartland Payroll | 2,917.61 | 4,794.89 |
| 08/13/2021 | | Heartland Payroll | 1,783.23 | 6,578.12 |
| 08/13/2021 | | Heartland Payroll | 3,023.20 | 9,601.32 |
| 08/13/2021 | | Heartland Payroll | 105.50 | 9,706.82 |

| Date | Num | Name | Amount | Balance |
|---|---|---|---:|---:|
| 08/20/2021 | | Heartland Payroll | 105.50 | 9,812.32 |
| 08/20/2021 | | Heartland Payroll | 1,773.35 | 11,585.67 |
| 08/20/2021 | | Heartland Payroll | 2,562.01 | 14,147.68 |
| 08/27/2021 | | Heartland Payroll | 79.00 | 14,226.68 |
| 08/27/2021 | | Heartland Payroll | 1,666.87 | 15,893.55 |
| 08/27/2021 | | Heartland Payroll | 2,264.57 | 18,158.12 |
| 08/31/2021 | 20338 | Danllo Arlaga Orellana | 631.25 | 18,789.37 |
| 08/31/2021 | 20337 | XXFranklin Maradiaga | 548.03 | 19,337.40 |

**Total for Wages (Hourly) - Regular Pay**      $ 19,337.40

**Wages (1099-Misc) - Contract Labor**

| Date | | Name | Amount | Balance |
|---|---|---|---:|---:|
| 08/19/2021 | | WATERSTONE IRRIGATION* | 3,600.00 | 3,600.00 |

**Total for Wages (1099-Misc) - Contract Labor**      $ 3,600.00

**Total for SALARIES AND WAGES**      $ 22,937.40

**Total for PERSONNEL EXPENSES**      $ 42,216.16

**Dump & Waste Management**

| Date | | Name | Amount | Balance |
|---|---|---|---:|---:|
| 08/06/2021 | | LIVING EARTH | 32.00 | 32.00 |
| 08/06/2021 | | Waste Management | 200.90 | 232.90 |
| 08/06/2021 | | LIVING EARTH | 32.00 | 264.90 |
| 08/09/2021 | | LIVING EARTH | 32.00 | 296.90 |
| 08/23/2021 | | LIVING EARTH | 32.00 | 328.90 |
| 08/25/2021 | | LIVING EARTH | 32.00 | 360.90 |

**Total for Dump & Waste Management**      $ 360.90

**Fuel**

| Date | | Name | Amount | Balance |
|---|---|---|---:|---:|
| 08/02/2021 | | BP | 8.75 | 8.75 |
| 08/03/2021 | | PILOT | 4.02 | 12.77 |
| 08/10/2021 | | Pantry | 16.09 | 28.86 |
| 08/13/2021 | | SHELL OIL | 14.40 | 43.26 |
| 08/16/2021 | | SHELL OIL | 66.94 | 110.20 |
| 08/26/2021 | | RelaDyne (Mid-State Industrial Supply) | 1,590.48 | 1,700.68 |
| 08/27/2021 | | MAPCO | 24.06 | 1,724.74 |

**Total for Fuel**      $ 1,724.74

**TOTAL**      $ 80,367.79

Monday, Sep 20, 2021 11:49:27 AM GMT-7 - Cash Basis