| Current | 1 - 30 | 31 - 60 | 61 - 90 | 91 and over | Total |
|---:|---:|---:|---:|---:|---:|
| 160.00 | | | | | 160.00 |
| 170.00 | | | | | 170.00 |
| 460.00 | | | | | 460.00 |
| 351.25 | | | | | 351.25 |
| 970.00 | | | | | 970.00 |
| 565.00 | | | | | 565.00 |
| 270.00 | | | | | 270.00 |
| | | | | 300.00 | 300.00 |
| 42,625.25 | | | | | 42,625.25 |
| 650.00 | | | | | 650.00 |
| 310.00 | 264.26 | | 185.94 | 80.00 | 840.20 |
| 300.00 | | | | | 300.00 |
| | | | | 347.19 | 347.19 |
| 565.00 | | | | | 565.00 |
| 335.00 | | | | | 335.00 |
| 100.00 | | | | | 100.00 |
| | | | | -471.25 | -471.25 |
| 400.00 | 442.12 | | | | 842.12 |
| 160.00 | | | | | 160.00 |
| 490.00 | 686.06 | | | | 1,176.06 |
| | -225.00 | | | | -225.00 |
| 282.62 | | | | | 282.62 |
| | | | | 265.00 | 265.00 |
| 1,495.00 | | | | | 1,495.00 |
| 1,800.00 | | | | | 1,800.00 |
| | | | | 761.22 | 761.22 |
| 800.00 | | | | | 800.00 |
| 501.25 | | | | | 501.25 |
| 388.00 | | | | | 388.00 |
| 925.00 | | | | | 925.00 |
| 1,185.00 | | | | | 1,185.00 |
| 555.00 | | | | | 555.00 |
| | | | | 425.50 | 425.50 |
| | -150.00 | | | | -150.00 |
| 535.00 | | | | | 535.00 |
| 400.00 | | | | | 400.00 |
| 750.00 | | | | | 750.00 |
| | 71.15 | | | 75.00 | 146.15 |
| 160.00 | | | | | 160.00 |
| 860.00 | | | | | 860.00 |
| 428.75 | | | 453.25 | | 882.00 |

|  |  |  |  |  |  |
|---:|---:|---:|---:|---:|---:|
| 405.00 |  |  |  |  | 405.00 |
| 930.00 |  |  |  |  | 930.00 |
| 380.00 |  |  |  |  | 380.00 |
| 100.00 |  |  |  |  | 100.00 |
| 750.00 |  |  |  |  | 750.00 |
| 575.00 |  |  |  |  | 575.00 |
| 120.00 |  |  |  |  | 120.00 |
| 775.00 |  |  |  |  | 775.00 |
| 220.00 |  |  |  |  | 220.00 |
| 725.00 |  |  |  |  | 725.00 |
| 1,390.00 | 4,136.69 |  |  | 931.54 | 6,458.23 |
| 70.00 |  |  | 3.50 |  | 73.50 |
| 360.00 |  |  |  |  | 360.00 |
| **$ 66,747.12** | **$ 5,225.28** | **$ 0.00** | **$ 642.69** | **$ 2,714.20** | **$ 75,329.29** |