# Livingscapes Inc

## Profit and Loss
January 1 - September 20, 2021

|  | TOTAL |
|---|---:|
| **Income** | |
|    40100 Unapplied Cash Payment Income | 1,542.14 |
|    41000 Sales of Product Income | 174,082.47 |
|    42000 Services | 490,863.56 |
| **Total Income** | **$666,488.17** |
| **Cost of Goods Sold** | |
|    50000 Cost of Goods Sold | 6,239.19 |
|    52200 Shipping | 3.09 |
| **Total Cost of Goods Sold** | **$6,242.28** |
| **GROSS PROFIT** | **$660,245.89** |
| **Expenses** | |
|    60000 Advertising & Marketing | 1,343.66 |
|    60100 CAR AND TRUCK | |
|       60110 Fuel | 19.26 |
|       60130 Auto Repair | 16,098.05 |
|       60140 Parking | 53.00 |
|       60150 Auto Insurance | 117.50 |
|    **Total 60100 CAR AND TRUCK** | **16,287.81** |
|    60200 Bank Charges & Fees | 3,203.17 |
|    60500 Charitable Contributions | 20.00 |
|    61100 INSURANCE | |
|       61110 General Liability Insurance | 13,543.76 |
|       61170 Medical / Health Insurance | 8,880.64 |
|    **Total 61100 INSURANCE** | **22,424.40** |
|    61300 License & Permits | 1,038.08 |
|    61400 MEALS AND ENTERTAINMENT | |
|       61410 Meals - With Clients | 88.29 |
|       61420 Meals - Officers Only | 634.41 |
|       61430 Meals - Employees (Meetings) | 746.49 |
|       61460 Entertainment - With Clients | 68.78 |
|       61470 Entertainment - Officers Only | 52.25 |
|    **Total 61400 MEALS AND ENTERTAINMENT** | **1,590.22** |
|    61600 Office Expenses | 2,980.48 |
|    61700 Office Supplies & Software | 2,255.76 |
|    62000 LEGAL AND PROFESSIONAL SERVICES | |
|       62010 Accounting & Administrative | 8,139.34 |
|       62030 Attorneys & Legal Fees | 8,086.50 |
|    **Total 62000 LEGAL AND PROFESSIONAL SERVICES** | **16,225.84** |
|    62100 Shipping, Freight & Delivery | 4,046.78 |
|    62200 Rent & Lease (Buildings) | 23,673.71 |

# Livingscapes Inc

### Profit and Loss
January 1 - September 20, 2021

| | TOTAL |
|---|---:|
| 62300 Rent & Leased Equipment | 3,695.00 |
| 62400 Repairs & Maintenance | 6,886.09 |
| 62500 Materials & Supplies | 167,719.19 |
| 62600 TELEPHONE AND INTERNET | |
|   62620 Cell Phone | 1,826.14 |
| **Total 62600 TELEPHONE AND INTERNET** | **1,826.14** |
| 62700 Tools | 846.34 |
| 62800 TRAVEL | |
|   62820 Hotel & Lodging | 611.22 |
|   62860 Taxi - Bus - Uber - Lyft | 239.60 |
| **Total 62800 TRAVEL** | **850.82** |
| 63000 TAXES PAID | |
|   63010 Local Taxes | 8.54 |
|   63030 TN State Tax (Non Sales Tax) | 3,300.00 |
| **Total 63000 TAXES PAID** | **3,308.54** |
| 63100 Utilities | 1,533.08 |
| 63200 PERSONNEL EXPENSES | |
|   60600 Contractors | 80,724.92 |
|   63210 SALARIES AND WAGES | |
|     63221 Wages (Hourly) - Regular Pay | 260,673.47 |
|     63225 Wages (1099-Misc) - Contract Labor | 3,600.00 |
|   **Total 63210 SALARIES AND WAGES** | **264,273.47** |
|   67100 Payroll Processing Expense | 79.50 |
| **Total 63200 PERSONNEL EXPENSES** | **345,077.89** |
| 67010 Dump & Waste Management | 6,507.39 |
| 67020 Equipment Fuel | 30.00 |
| 67300 Fuel | 19,631.69 |
| **Total Expenses** | **$653,002.08** |
| NET OPERATING INCOME | $7,243.81 |
| Other Income | |
|   49902 Late Fee Income | 213.88 |
| **Total Other Income** | **$213.88** |
| NET OTHER INCOME | $213.88 |
| NET INCOME | $7,457.69 |