

150 Third Avenue South
Suite 900
Nashville, TN 37201
www.pnfp.com

Client Service Center 800-264-3613
Pinnacle Anytime 866-755-5428

Account
Livingscapes LLC
XXXXXXXX1236

RETURN SERVICE REQUESTED

Livingscapes LLC
Debtor In Possession
148 Stonecrest Drive
Nashville, TN 37209-5236

## Statement of Account

Horizon 75

Balance 8/02/21
$ 35,475.82

Balance 8/31/21
$ 14,748.29

Summary

Credits   +$61,766.16
Interest  +$.00
Debits    - $82,493.69



### Updates Coming to Fee Disclosure July 22

Every few years, Pinnacle reviews our Disclosure of Fees and Service Charges to ensure the prices listed are fair to clients and reflect the cost to provide services. We have decided to update our pricing for select items, such as check copies and cashier's checks at client request, effective July 22, 2021. You can find the updated disclosure at PNFP.com/JulyUpdate

### Credit Transactions

#### Deposits

| Date | Description | Amount |
|---|---|---|
| 8/03 | 2535 North First Str eBay O*22-07407 San Jose CA 080221  Card#2282 | 7.98 |
| 8/03 | Regular Deposit | 3,411.25 |
| 8/09 | INTUIT 12897685   DEPOSIT 524771992494446 9215986202 LIVINGSCAPES INC | 1,900.00 |
| 8/09 | Regular Deposit | 750.00 |
| 8/10 | INTUIT 26146635   DEPOSIT 524771992494446 9215986202 LIVINGSCAPES INC | 2,359.34 |
| 8/12 | INTUIT 41081915   DEPOSIT 524771992494446 9215986202 LIVINGSCAPES INC | 875.00 |
| 8/13 | INTUIT 44011375   DEPOSIT 524771992494446 9215986202 LIVINGSCAPES INC | 1,975.00 |
| 8/13 | Regular Deposit | 20,000.00 |
| 8/16 | INTUIT 48441295   DEPOSIT 524771992494446 9215986202 LIVINGSCAPES INC | 1,478.75 |
| 8/17 | INTUIT 61819635   DEPOSIT 524771992494446 9215986202 LIVINGSCAPES INC | 2,100.00 |
| 8/18 | INTUIT 67098825   DEPOSIT 524771992494446 9215986202 LIVINGSCAPES INC | 2,605.00 |



## ELECTRONIC TRANSFER ERROR RESOLUTION

This Electronic Transfer Error Resolution only applies to accounts held for personal, family or household purposes and is therefore not applicable to business, trust accounts, or any such account held for non-personal purposes.

In case of errors or questions about your electronic transfers, call or write us at the telephone number or address listed at the end of this disclosure, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt.

- Tell us your name and account number (if any).

- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

- Tell us the dollar amount of the suspected error.

We must hear from you no later than 60 days after we send the FIRST statement on which the problem or error appeared.

We will provide provisional credit for the amount that you think is in error within 10 business days of your complaint and begin an investigation of the transaction(s). In most cases, we will disclose the results of the investigation within 10 business days of your complaint and correct any error promptly. If we need more time to investigate the complaint, we may take up to 45 days (90 days if the transfer involved a point-of-sale transaction or a foreign initiated transfer) to complete our investigation. However, you will have use of the funds in question during our investigation.

**Pinnacle Bank**
150 3rd Avenue South, Suite 900
Nashville, TN 37201
(800) 264-3613

Account Number: XXXXXXXX1236

| Date | Description | Amount |
|---|---|---:|
| 8/19 | INTUIT 76455465   DEPOSIT 524771992494446  9215986202 LIVINGSCAPES INC | 200.00 |
| 8/23 | INTUIT 96665635   DEPOSIT 524771992494446  9215986202 LIVINGSCAPES INC | 450.00 |
| 8/23 | Regular Deposit | 21,349.01 |
| 8/24 | 440 Terry Ave N AMZN Mktp US Amzn.com/bill WA 082421  Card#2282 | 59.21 |
| 8/30 | 440 Terry Ave N Amazon.com Amzn.com/bill WA 082821  Card#2282 | 29.37 |
| 8/30 | INTUIT 18564555   DEPOSIT 524771992494446  9215986202 LIVINGSCAPES INC | 945.00 |
| 8/31 | INTUIT 32437555   DEPOSIT 524771992494446  9215986202 LIVINGSCAPES INC | 1,271.25 |
| **Total Credits** | | **$61,766.16** |

## Debit Transactions

### Other Debits

| Date | Description | Amount |
|---|---|---:|
| 8/02 | BP#6631451ROCK LEWISBURG TN 073121 121242085182 Card#2282 | 8.75 |
| 8/02 | 508 WALDRON RD HARDEES 1501840 LA VERGNE TN 073121  Card#2282 | 11.61 |
| 8/02 | 204 3RD AVENUE NORT 52086 - 204 3RD NASHVILLE TN 073021  Card#2282 | 25.00 |
| 8/02 | O'REILLY AUTO P NASHVILLE TN 073021 121144543150 Card#2282 | 54.02 |
| 8/02 | 2535 North First Str eBay O*22-07407 San Jose CA 073121  Card#2282 | 58.34 |
| 8/02 | AUTOZONE  3712 CLARKSV NASHVILLE TN 073121 073109501010 Card#2282 | 72.07 |
| 8/02 | 177 BROAD ST 6TH FL INDEED 203-564-2400 CT 080121  Card#2282 | 87.00 |
| 8/02 | 6341 CHARLOTTE PIKE COMPUTER REVOLU NASHVILLE TN 073021  Card#2282 | 87.76 |
| 8/02 | 139 HUNTINGTON PL IN *SNARK MEDIA 615-6969119 TN 080121  Card#2282 | 99.00 |
| 8/02 | FB HEALTH PLANS    MONTHLY 1620450581 JAMES W LIVINGSTON | 74.75 |
| 8/03 | PILOT #0413 NASHVILLE TN 080221 121499846663 Card#2282 | 4.02 |
| 8/03 | 1600 AMPITHEATRE P GOOGLE *GSUITE_ cc@google.com CA 080221  Card#2282 | 6.56 |
| 8/03 | 905 20TH AVE SOUTH PREMIER PARKING NASHVILLE TN 080221  Card#2282 | 28.00 |
| 8/03 | 628 OLD HICKORY BLV IN *STONETREE M 615-6462208 TN 080221  Card#2282 | 82.80 |
| 8/03 | NES POWER         UTILITY 0000007041   S JAMES LIVINGSTON | 98.13 |
| 8/03 | PENN NATIONAL IN  RECUR PMTS 8000271667       C230961349 LIVINGSTON JAMES | 181.50 |
| 8/04 | SAMARA FARMS LLC   SALE 9215986202 JAMES LIVINGSTON | 750.00 |
| 8/06 | 6401 CENTENNIAL BLV LIVING EARTH CE NASHVILLE TN 080421  Card#2282 | 32.00 |
| 8/06 | 6401 CENTENNIAL BLV LIVING EARTH CE NASHVILLE TN 080421  Card#2282 | 32.00 |
| 8/06 | 6700 LAKEVIEW DRIVE CIGNA 877 484 5 8774845967 FL 080521  Card#2282 | 1,061.94 |
| 8/06 | OLB Transfer from *236 to *655 Transfer | 9,200.00 |
| 8/06 | WASTE MANAGEMENT   INTERNET 9049038216   S LIVINGSTON JAMES | 200.90 |
| 8/09 | 6401 CENTENNIAL BLV LIVING EARTH CE NASHVILLE TN 080621  Card#2282 | 32.00 |
| 8/09 | 831 BEACON ST # 129 RADARIS.COM 855 NEWTON CENTER MA 080721  Card#2282 | 83.47 |
| 8/09 | 6400 LOUISIANA AVE MITCHELLS W NAS 6153505800 TN 080721  Card#2282 | 500.28 |
| 8/09 | INTUIT 50240995   TRAN FEE 524771992494446  9215986202 LIVINGSCAPES INC | 10.00 |
| 8/10 | PEGRAMS PANTRY C PEGRAM TN 080921 944026 Card#2282 | 16.09 |
| 8/10 | 1455 MARKET ST UBER   EATS 8005928996 CA 080921  Card#2282 | 18.49 |
| 8/10 | CREEKSIDE GARDEN NASHVILLE TN 081021 001957 Card#2282 | 192.93 |
| 8/10 | INTUIT 63778675   TRAN FEE 524771992494446  9215986202 LIVINGSCAPES INC | 12.69 |
| 8/11 | 8 The GreenSuite 11657 FINTEL.IO DOVER DE 081021  Card#2282 | 74.25 |
| 8/12 | 222 Sutter St. Floor 9 CRAIGSLIST.ORG 415-399-5200 CA 081221  Card#2282 | 5.00 |

| Date | Description | Amount |
|---|---|---:|
| 8/12 | OLB Transfer from *236 to *655 Transfer | 9,100.00 |
| 8/12 | INTUIT 78551675   TRAN FEE 524771992494446  9215986202 LIVINGSCAPES INC | 8.75 |
| 8/13 | SHELL SERVICE S NASHVILLE TN 081321 122543804450 Card#2282 | 14.40 |
| 8/13 | INTUIT 80829105   TRAN FEE 524771992494446  9215986202 LIVINGSCAPES INC | 10.00 |
| 8/16 | 440 TERRY AVE N AMAZON.COM*2D3R AMZN.COM/BILL WA 081521  Card#2282 | 15.30 |
| 8/16 | SHELL SERVICE S NASHVILLE TN 081421 122608721391 Card#2282 | 66.94 |
| 8/16 | CREEKSIDE GARDEN NASHVILLE TN 081621 002903 Card#2282 | 70.44 |
| 8/16 | 2535 Garcia Ave INTUIT * CL.INTUIT.COM CA 081421  Card#2282 | 87.40 |
| 8/16 | 222 W MERCHANDSE MR VENMO  *TIMBERL 8558124430 NY 081421  Card#2282 | 2,500.00 |
| 8/16 | INTUIT 85648475   TRAN FEE 524771992494446  9215986202 LIVINGSCAPES INC | 43.13 |
| 8/17 | RICHLAND HARDWAR NASHVILLE TN 081721 002516 Card#2282 | 81.90 |
| 8/17 | 899 HEATHROW PARK LN VZWRLSS*APOCC V 800-922-0204 FL 081721  Card#2282 | 133.74 |
| 8/17 | 4225 ASHLAND CITY HW NASHVILLE NURSE 615-2443478 TN 081621  Card#2282 | 243.08 |
| 8/17 | INTUIT 99270975   TRAN FEE 524771992494446  9215986202 LIVINGSCAPES INC | 13.15 |
| 8/18 | 600 51ST AVE N Tennessee Contr 615-292-2989 TN 081721  Card#2282 | 183.54 |
| 8/18 | INTUIT 04943555   TRAN FEE 524771992494446  9215986202 LIVINGSCAPES INC | 23.25 |
| 8/19 | USPS PO 4 4501 CHARLOT NASHVILLE TN 081921 081909302901 Card#2282 | 3.09 |
| 8/19 | DICKENS TURF AND NASHVILLE TN 081921 001387 Card#2282 | 178.37 |
| 8/19 | 4225 ASHLAND CITY HW NASHVILLE NURSE NASHVILLE TN 081821  Card#2282 | 259.47 |
| 8/19 | 4474 CLEECES FERRY IN *GRASSROOTS 615-2551777 TN 081821  Card#2282 | 1,638.40 |
| 8/19 | 2908 DELTA QUEEN DR IN *WATERSTONE 615-9738847 TN 081821  Card#2282 | 3,600.00 |
| 8/19 | OLB Transfer from *236 to *655 payroll | 9,000.00 |
| 8/19 | INTUIT 14370465   TRAN FEE 524771992494446  9215986202 LIVINGSCAPES INC | 2.00 |
| 8/19 | MOBILE MINI       8004561751 1860748362 JAMES LIVINGSTON | 113.84 |
| 8/20 | 211 S AKARD RM 1210 AT&T   *PAYMENT 800-288-2020 TX 081921  Card#2282 | 74.90 |
| 8/23 | 440 Terry Ave N Amazon.com*2D2O Amzn.com/bill WA 082121  Card#2282 | 29.37 |
| 8/23 | 6401 CENTENNIAL BLV LIVING EARTH CE NASHVILLE TN 082021  Card#2282 | 32.00 |
| 8/23 | 440 Terry Ave N AMZN Mktp US*2D Amzn.com/bill WA 082021  Card#2282 | 44.73 |
| 8/23 | 4225 ASHLAND CITY HW NASHVILLE NURSE 615-2443478 TN 082021  Card#2282 | 943.92 |
| 8/23 | INTUIT 34547115   TRAN FEE 524771992494446  9215986202 LIVINGSCAPES INC | 4.50 |
| 8/24 | MOBILE MINI       8004561751 1860748362 JAMES LIVINGSTON | 153.67 |
| 8/24 | PENN NATIONAL IN  RECUR PMTS 3100193796       C230961349 LIVINGSCAPES INC | 1,625.97 |
| 8/25 | 6401 CENTENNIAL BLV LIVING EARTH CE NASHVILLE TN 082321  Card#2282 | 32.00 |
| 8/25 | 2974 B SIDCO DR COMMERCIAL LAWN NASHVILLE TN 082321  Card#2282 | 68.60 |
| 8/26 | 1025 AIRPORT PARKWA MANSFIELD OIL C 8006956626 GA 082521  Card#2282 | 1,590.48 |
| 8/26 | MOBILE MINI       8004561751 1860748362 JAMES LIVINGSTON | 153.67 |
| 8/27 | 185 BERRY ST STE 50 LYFT   1 RIDE 0 8558659553 CA 082621  Card#2282 | 11.75 |
| 8/27 | MAPCO 1028 CROSS PLAINS TN 082621 002321 Card#2282 | 24.06 |
| 8/27 | 440 Terry Ave N Amazon.com*2D1K Amzn.com/bill WA 082621  Card#2282 | 26.10 |
| 8/27 | 440 Terry Ave N Amazon Prime*25 Amzn.com/bill WA 082621  Card#2282 | 130.31 |
| 8/27 | OLB Transfer from *236 to *655 payroll | 8,750.00 |
| 8/30 | 2431 HIGHWAY 46 S COLTONS - DICKS DICKSON TN 082721  Card#2282 | 88.29 |
| 8/30 | O'REILLY AUTO P NASHVILLE TN 082821 124044540657 Card#2282 | 147.19 |
| 8/30 | 7034 CHARLOTTE PIKE LOWES #00629* NASHVILLE TN 082721  Card#2282 | 571.09 |

| Date | Description | Amount |
|---|---|---|
| 8/30 | INTUIT 56724225  TRAN FEE 524771992494446  9215986202 LIVINGSCAPES INC | 9.45 |
| 8/31 | INTUIT 70264605  TRAN FEE 524771992494446  9215986202 LIVINGSCAPES INC | 12.72 |
| 8/31 | Service Charge | 9.10 |

### Checks

| Date | Description | Amount |
|---|---|---|
| 8/02 | Check 1025 | 7,955.00 |
| 8/03 | Check 1027* | 3,500.00 |
| 8/11 | Check 1028 | 3,064.68 |
| 8/16 | Check 1029 | 965.00 |
| 8/16 | Check 1030 | 111.60 |
| 8/31 | Check 1031 | 3,000.00 |
| 8/16 | Check 1032 | 1,172.00 |
| 8/20 | Check 1033 | 1,000.00 |
| 8/26 | Check 1035* | 2,100.00 |
| 8/30 | Check 1036 | 4,500.00 |
| **Total Debits** | | **$82,493.69** |

(*) Indicates gap in check number sequenece

| | | | |
|---|---|---|---|
| Average Balance This Statement | $22,389.92 | Annual Percentage Yield Earned | .00% |
| Interest Earned This Period | $.00 | Days in Period | 30 |
| Interest Paid Year to Date | $.00 | Interest Paid | $.00 |

## DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 8/02 | 26,942.52 | 8/12 | 7,949.61 | 8/23 | 35,447.91 |
| 8/03 | 26,460.74 | 8/13 | 29,900.21 | 8/24 | 33,727.48 |
| 8/04 | 25,710.74 | 8/16 | 26,347.15 | 8/25 | 33,626.88 |
| 8/06 | 15,183.90 | 8/17 | 27,975.28 | 8/26 | 29,782.73 |
| 8/09 | 17,208.15 | 8/18 | 30,373.49 | 8/27 | 20,840.51 |
| 8/10 | 19,327.29 | 8/19 | 15,778.32 | 8/30 | 16,498.86 |
| 8/11 | 16,188.36 | 8/20 | 14,703.42 | 8/31 | 14,748.29 |

Intentionally Left Blank

| | | |
|---|---|---|
| #0 | 08/03/2021 | $3,411.25 |
| #0 | 08/09/2021 | $750.00 |
| #0 | 08/13/2021 | $20,000.00 |
| #0 | 08/23/2021 | $21,349.01 |
| #1025 | 08/02/2021 | $7,955.00 |
| #1027 | 08/03/2021 | $3,500.00 |
| #1028 | 08/11/2021 | $3,064.68 |
| #1029 | 08/16/2021 | $965.00 |
| #1030 | 08/16/2021 | $111.60 |
| #1031 | 08/31/2021 | $3,000.00 |
| #1032 | 08/16/2021 | $1,172.00 |
| #1033 | 08/20/2021 | $1,000.00 |

Account Number: XXXXXXXX1236    Date 8/31/21
Primary Acct No. XXXXXXXX1236

#1035    08/26/2021    $2,100.00        #1036    08/30/2021    $4,500.00