

150 Third Avenue South
Suite 900
Nashville, TN 37201
www.pnfp.com

Client Service Center 800-264-3613
Pinnacle Anytime 866-755-5428

Account
Livingscapes LLC
XXXXXXXX2655

RETURN SERVICE REQUESTED

Livingscapes LLC
Debtor In Possession
148 Stonecrest Drive
Nashville, TN 37209-5236

## Statement of Account

Horizon 75

Balance 8/02/21
$ 5,688.05

Balance 8/31/21
$ 3,121.89

Summary

| | |
|---|---|
| Credits | +$36,050.00 |
| Interest | +$.00 |
| Debits | - $38,616.16 |



### Credit Transactions

#### Deposits

| Date | Description | Amount |
|---|---|---|
| 8/06 | OLB Transfer from *236 to *655 Transfer | 9,200.00 |
| 8/12 | OLB Transfer from *236 to *655 Transfer | 9,100.00 |
| 8/19 | OLB Transfer from *236 to *655 payroll | 9,000.00 |
| 8/27 | OLB Transfer from *236 to *655 payroll | 8,750.00 |
| **Total Credits** | | **$36,050.00** |

**Updates Coming to Fee Disclosure July 22**

Every few years, Pinnacle reviews our Disclosure of Fees and Service Charges to ensure the prices listed are fair to clients and reflect the cost to provide services. We have decided to update our pricing for select items, such as check copies and cashier's checks at client request, effective July 22, 2021. You can find the updated disclosure at PNFP.com/JulyUpdate

### Debit Transactions

#### Other Debits

| Date | Description | Amount |
|---|---|---|
| 8/06 | 0190AWWV LIVINGS  PAYROLL 0190AWWV 1582663830 LIVINGSCAPES | 105.50 |
| 8/06 | 0190AWWV LIVINGS  PAYROLL 0190AWWV 1582663830 LIVINGSCAPES | 1,771.78 |
| 8/06 | 0190AWWV LIVINGS  PAYROLL 0190AWWV 1582663830 LIVINGSCAPES | 2,917.61 |
| 8/13 | 0190AWWV LIVINGS  PAYROLL 0190AWWV 1582663830 LIVINGSCAPES | 105.50 |





## ELECTRONIC TRANSFER ERROR RESOLUTION

This Electronic Transfer Error Resolution only applies to accounts held for personal, family or household purposes and is therefore not applicable to business, trust accounts, or any such account held for non-personal purposes.

In case of errors or questions about your electronic transfers, call or write us at the telephone number or address listed at the end of this disclosure, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt.

- Tell us your name and account number (if any).

- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

- Tell us the dollar amount of the suspected error.

We must hear from you no later than 60 days after we send the FIRST statement on which the problem or error appeared.

We will provide provisional credit for the amount that you think is in error within 10 business days of your complaint and begin an investigation of the transaction(s). In most cases, we will disclose the results of the investigation within 10 business days of your complaint and correct any error promptly. If we need more time to investigate the complaint, we may take up to 45 days (90 days if the transfer involved a point-of-sale transaction or a foreign initiated transfer) to complete our investigation. However, you will have use of the funds in question during our investigation.

**Pinnacle Bank**
150 3rd Avenue South, Suite 900
Nashville, TN 37201
(800) 264-3613

Account Number: XXXXXXXX2655

| Date | Description | Reference | Amount |
|---|---|---|---|
| 8/13 | 0190AWWV LIVINGS PAYROLL 0190AWWV | 1582663830 LIVINGSCAPES | 1,783.23 |
| 8/13 | 0190AWWV LIVINGS PAYROLL 0190AWWV | 1582663830 LIVINGSCAPES | 3,023.20 |
| 8/20 | 0190AWWV LIVINGS PAYROLL 0190AWWV | 1582663830 LIVINGSCAPES | 105.50 |
| 8/20 | 0190AWWV LIVINGS PAYROLL 0190AWWV | 1582663830 LIVINGSCAPES | 1,773.35 |
| 8/20 | 0190AWWV LIVINGS PAYROLL 0190AWWV | 1582663830 LIVINGSCAPES | 2,562.01 |
| 8/27 | 0190AWWV LIVINGS PAYROLL 0190AWWV | 1582663830 LIVINGSCAPES | 79.00 |
| 8/27 | 0190AWWV LIVINGS PAYROLL 0190AWWV | 1582663830 LIVINGSCAPES | 1,666.87 |
| 8/27 | 0190AWWV LIVINGS PAYROLL 0190AWWV | 1582663830 LIVINGSCAPES | 2,264.57 |

### Checks

| Date | Description | Amount |
|---|---|---|
| 8/20 | Check 165 | 732.50 |
| 8/24 | Check 166 | 620.18 |
| 8/20 | Check 167 | 751.43 |
| 8/24 | Check 168 | 782.38 |
| 8/20 | Check 169 | 952.93 |
| 8/20 | Check 170 | 784.87 |
| 8/06 | Check 20310* | 710.54 |
| 8/02 | Check 20312* | 648.84 |
| 8/03 | Check 20313 | 749.50 |
| 8/03 | Check 20314 | 727.42 |
| 8/02 | Check 20315 | 725.96 |
| 8/06 | Check 20316 | 749.84 |
| 8/06 | Check 20317 | 815.98 |
| 8/06 | Check 20318 | 683.11 |
| 8/10 | Check 20319 | 696.63 |
| 8/10 | Check 20320 | 676.44 |
| 8/10 | Check 20321 | 740.62 |
| 8/20 | Check 20322 | 739.32 |
| 8/16 | Check 20323 | 845.61 |
| 8/13 | Check 20324 | 673.13 |
| 8/17 | Check 20325 | 555.58 |
| 8/17 | Check 20326 | 707.66 |
| 8/17 | Check 20327 | 697.49 |
| 8/27 | Check 20335* | 916.98 |
| 8/27 | Check 20336 | 758.39 |
| 8/31 | Check 20337 | 548.03 |
| 8/31 | Check 20338 | 631.25 |
| 8/30 | Check 20339 | 835.43 |
| **Total Debits** | | **$38,616.16** |

(*) Indicates gap in check number sequenece

| | | | |
|---|---|---|---|
| Average Balance This Statement | $4,267.42 | Annual Percentage Yield Earned | .00% |
| Interest Earned This Period | $.00 | Days in Period | 30 |
| Interest Paid Year to Date | $.00 | Interest Paid | $.00 |

Account Number: XXXXXXXX2655

## ITEMIZATION OF TOTAL NSF/OVERDRAFT AND RETURNED ITEM FEES

|  | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total NSF/Overdraft Paid Item Fees | $ .00 | $ 1,178.00 |
| Total NSF/Overdraft Returned Item Fees | $ .00 | $ 38.00 |

## DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 8/02 | 4,313.25 | 8/13 | 5,683.22 | 8/24 | 2,072.41 |
| 8/03 | 2,836.33 | 8/16 | 4,837.61 | 8/27 | 5,136.60 |
| 8/06 | 4,281.97 | 8/17 | 2,876.88 | 8/30 | 4,301.17 |
| 8/10 | 2,168.28 | 8/19 | 11,876.88 | 8/31 | 3,121.89 |
| 8/12 | 11,268.28 | 8/20 | 3,474.97 | | |



#165         08/20/2021         $732.50



#166         08/24/2021         $620.18



#167         08/20/2021         $751.43



#168         08/24/2021         $782.38



#169         08/20/2021         $952.93



#170         08/20/2021         $784.87



#20310       08/06/2021         $710.54



#20312       08/02/2021         $648.84



#20313       08/03/2021         $749.50



#20314       08/03/2021         $727.42



#20315       08/02/2021         $725.96

#20316       08/06/2021         $749.84

| # | Date | Amount |
|---|---|---|
| #20317 | 08/06/2021 | $815.98 |
| #20318 | 08/06/2021 | $683.11 |
| #20319 | 08/10/2021 | $696.63 |
| #20320 | 08/10/2021 | $676.44 |
| #20321 | 08/10/2021 | $740.62 |
| #20322 | 08/20/2021 | $739.32 |
| #20323 | 08/16/2021 | $845.61 |
| #20324 | 08/13/2021 | $673.13 |
| #20325 | 08/17/2021 | $555.58 |
| #20326 | 08/17/2021 | $707.66 |
| #20327 | 08/17/2021 | $697.49 |
| #20335 | 08/27/2021 | $916.98 |

Account Number: XXXXXXXX2655                                    Date            8/31/21
                                                                Primary Acct No.  XXXXXXXX2655


#20336        08/27/2021              $758.39


#20337        08/31/2021              $548.03


#20338        08/31/2021              $631.25

#20339        08/30/2021              $835.43