*Marian F. Harrison*
Marian F. Harrison
US Bankruptcy Judge

Dated: 9/22/2021



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| LG ORNAMENTALS, LLC | ) | CASE NO. 20-03560-MH3-11 |
| LIVINGSCAPES, LLC | ) | CASE NO. 20-03561-MH3-11 |
| | ) | |
| Debtors | ) | |

### ORDER AUTHORIZING ROBERT H. WALDSCHMIDT TO APPEAR VIA ZOOM AT CONFIRMATION HEARINGS ON SEPTEMBER 28, 2021

Upon the Motion of Robert H. Waldschmidt, Trustee for the Bankruptcy Estate of James Whitfield Livingston ("Trustee"), and for other cause to the Court shown;

IT IS HEREBY ORDERED that Robert H. Waldschmidt, Trustee for the Bankruptcy Estate of James Whitfield Livingston ("Trustee") be, and is hereby permitted to attend the confirmation hearings scheduled in both Chapter 11 matters above at 9am on September 28, 2021, via Zoom, using the Zoom call-in number listed on the Court's website.

*This order was signed and entered electronically as indicated at the top of the first page.*

APPROVED FOR ENTRY:

*/s/Robert H Waldschmidt*
**ROBERT H. WALDSCHMIDT** (#4657)
  Attorney for Trustee for James Livingston
P.O. Box 2828
Brentwood, TN 37024-2828
(615) 468-1020; (615) 259-2179 (fax)
rhw@rhwlawoffice.com

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.