# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

|  |  |  |
|---|---|---|
| LIVINGSCAPES, LLC | } | Case No. 3:20-bk-03561 |
| 3941 STEWARTS LANE | } | Chapter 11 |
| NASHVILLE, TN 37218 | } |  |
|  | } | Judge Harrison |

Debtor

## EXPEDITED ORDER SETTING HEARING ON DEBTOR'S
## EXPEDITED MOTION TO EXTEND DEADLINE TO CONFIRM CHAPTER 11 PLAN

Upon the Expedited Motion of the Debtor for an expedited hearing and for good cause shown unto me, it is hereby **ORDERED** that the Debtor's Expedited Motion to Extend Deadline to Confirm Chapter 11 Plan is set for _____

_____

_____.

## THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY
## AS INDICATED AT THE TOP OF THE FIRST PAGE.

APPROVED FOR ENTRY:

LEFKOVITZ & LEFKOVITZ

**/S/ STEVEN L. LEFKOVITZ**
Steven L. Lefkovitz, No. 5953
Attorneys for Debtor
618 Church Street, Suite 410
Nashville, Tennessee 37219
Phone: (615) 256-8300
Fax: (615) 255-4516
Email: slefkovitz@lefkovitz.com

## CERTIFICATE OF SERVICE

I hereby certify that I have sent a true and exact copy of the foregoing to the Assistant United States Trustee; and all other parties of record to receive notice electronically via the United States Bankruptcy Court's CM/ECF system, on September 23, 2021

I further certify that I have sent a true and exact copy of the foregoing to the Debtor and all other creditors and parties-in-interest pursuant to the attached mailing matrix, by U.S. Mail, postage prepaid, on September 23, 2021.

/S/ STEVEN L. LEFKOVITZ
Steven L. Lefkovitz