Label Matrix for local noticing
0650-3
Case 3:20-bk-03561
MIDDLE DISTRICT OF TENNESSEE
Nashville
Thu Sep 23 13:35:35 CDT 2021

LEFKOVITZ AND LEFKOVITZ, PLLC +
618 CHURCH ST STE 410
NASHVILLE, TN 37219-2452

LIVINGSCAPES, LLC
PO BOX 91047
Nashville, TN 37209-9047

SYNOVUS BANK
1148 Broadway
Columbus, GA 31901-2429

TN Dept of Revenue
c/o TN Attorney General's Office
Bankruptcy Division
PO Box 20207
Nashville, TN 37202-4015

701 Broadway Room 170
Nashville, TN 37203-3979

AMERICAN EXPRESS
ATTN: BANKRUPTCY DEPT
PO BOX 981535
El PASO TX 79998-1535

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

Cassie Burton
c/o Sherwood Litigation
201 4th Ave N S 1130
Nashville TN 37219

Deere & Company dba John Deere Financial
PO Box 6600
Johnston, IA 50131-6600

IRS
CNTRLZD INSOLVENCY OPRTN
PO BOX 7346
PHILADELPHIA PA 19101-7346

(p)DEERE CREDIT SERVICES  INC
ATTN LITIGATION & RECOVERY DEPARTMENT
PO BOX 6600
JOHNSTON IA 50131-6600

Milessa Thomas
c/o Christopher Boiano Esq.
115 Shivel Dr.
Hendersonville TN 37075-3536

(p)PNC BANK RETAIL LENDING
P O BOX 94982
CLEVELAND OH 44101-4982

SBA-  SMALL BUSINESS ADMIN
C/O US ATTY OFFICE
110 9TH AVE SO #A-961
NASHVILLE TN 37203-3870

(p)STEARNS BANK NATIONAL ASSOCIATION
ATTN LEGAL DEPARTMENT
4191 2ND STREET SOUTH
ST CLOUD MN 56301-3761

(p)TENNESSEE DEPARTMENT OF REVENUE
ATTN COLLECTION SERVICES DIVISION BANKRUPTCY UNIT
P O BOX 190665
NASHVILLE TN 37219-0665

TORO EXMARK
PO BOX 790449
Saint Louis MO 63179-0449

Tennessee Department of Revenue
c/o Attorney General
PO Box 20207
Nashville, TN 37202-4015

U.S. Small Business Administration
2 International Plaza Suite 500
Nashville, TN 37217-2021

US TRUSTEE +
OFFICE OF THE UNITED STATES TRUSTEE
701 BROADWAY STE 318
NASHVILLE, TN 37203-3966

Cassie Burton
3833 Saunders Ave.
Nashville, TN 37216-2021

Milessa Thomas
404 Westview Dr.
Franklin, KY 42134-1557

Robert H. Waldschmidt
P.O. Box 2828
Brentwood, TN 37024-2828

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

JOHN DEERE FINANCIAL
ATTN: BANKRUPTCY DEPT
PO BOX 6600
JOHNSTON IA 50131

PNC BANK
PO BOX 856177
LOUISVILLE KY 40285

STEARNS BANK
PO BOX 750
Albany MN 56307

```
(d)Stearns Bank National Association          TENNESSEE DEPARTMENT OF REVENUE
c/o Hannah C. Gilbert                         500 DEADERICK STREET
4191 2nd Street South                         ANDREW JACKSON STATE OFFICE BUILDING
St. Cloud, MN 56301                           Nashville TN 37242
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Synovus Bank                    End of Label Matrix
1148 Broadway                      Mailable recipients    23
Columbus, GA 31901-2429            Bypassed recipients     1
                                   Total                  24
```