
Marian F. Harrison
US Bankruptcy Judge



Dated: 9/23/2021

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

LIVINGSCAPES, LLC } Case No. 3:20-bk-03561
3941 STEWARTS LANE }
NASHVILLE, TN 37218 } Chapter 11
} 
} Judge Harrison

Debtor

## EXPEDITED ORDER SETTING HEARING ON DEBTOR'S
## EXPEDITED MOTION TO EXTEND DEADLINE TO CONFIRM CHAPTER 11 PLAN

Upon the Expedited Motion of the Debtor for an expedited hearing and for good cause shown unto me, it is hereby **ORDERED** that the Debtor's Expedited Motion to Extend Deadline to Confirm Chapter 11 Plan is set for September 28, 2021, at 9:00 a.m., via Zoom Audio: Call-In Number 833-568-8864 US Toll-free, Meeting ID 160 2983 9352.

### THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY
### AS INDICATED AT THE TOP OF THE FIRST PAGE.

APPROVED FOR ENTRY:

LEFKOVITZ & LEFKOVITZ

**/S/ STEVEN L. LEFKOVITZ**
Steven L. Lefkovitz, No. 5953
Attorneys for Debtor
618 Church Street, Suite 410
Nashville, Tennessee 37219
Phone: (615) 256-8300
Fax: (615) 255-4516
Email: slefkovitz@lefkovitz.com

## CERTIFICATE OF SERVICE

  I hereby certify that I have sent a true and exact copy of the foregoing to the Assistant United States Trustee; and all other parties of record to receive notice electronically via the United States Bankruptcy Court's CM/ECF system, on September 23, 2021

  I further certify that I have sent a true and exact copy of the foregoing to the Debtor and all other creditors and parties-in-interest pursuant to the attached mailing matrix, by U.S. Mail, postage prepaid, on September 23, 2021.

               **/S/ STEVEN L. LEFKOVITZ**
               Steven L. Lefkovitz

```
Label Matrix for local noticing           LEFKOVITZ AND LEFKOVITZ, PLLC  +        LIVINGSCAPES, LLC
0650-3                                    618 CHURCH ST STE 410                   PO BOX 91047
Case 3:20-bk-03561                        NASHVILLE, TN 37219-2452                Nashville, TN 37209-9047
MIDDLE DISTRICT OF TENNESSEE
Nashville
Thu Sep 23 13:35:35 CDT 2021

SYNOVUS BANK                              TN Dept of Revenue                      701 Broadway Room 170
1148 Broadway                             c/o TN Attorney General's Office        Nashville, TN 37203-3979
Columbus, GA 31901-2429                   Bankruptcy Division
                                          PO Box 20207
                                          Nashville, TN 37202-4015


AMERICAN EXPRESS                          American Express National Bank          Cassie Burton
ATTN: BANKRUPTCY DEPT                     c/o Becket and Lee LLP                  c/o Sherwood Litigation
PO BOX 981535                             PO Box 3001                             201 4th Ave N S 1130
El PASO TX 79998-1535                     Malvern  PA 19355-0701                  Nashville TN 37219


Deere & Company dba John Deere Financial  IRS                                     (p)DEERE CREDIT SERVICES  INC
PO Box 6600                               CNTRLZD INSOLVENCY OPRTN                ATTN LITIGATION & RECOVERY DEPARTMENT
Johnston, IA 50131-6600                   PO BOX 7346                             PO BOX 6600
                                          PHILADELPHIA PA 19101-7346              JOHNSTON IA 50131-6600


Milessa Thomas                            (p)PNC BANK RETAIL LENDING              SBA-  SMALL BUSINESS ADMIN
c/o Christopher Boiano Esq.               P O BOX 94982                           C/O US ATTY OFFICE
115 Shivel Dr.                            CLEVELAND OH 44101-4982                 110 9TH AVE SO #A-961
Hendersonville TN 37075-3536                                                      NASHVILLE TN 37203-3870


(p)STEARNS BANK NATIONAL ASSOCIATION      (p)TENNESSEE DEPARTMENT OF REVENUE      TORO EXMARK
ATTN LEGAL DEPARTMENT                     ATTN COLLECTION SERVICES DIVISION BANKRUPTCY UNIT   PO BOX 790449
4191 2ND STREET SOUTH                     P O BOX 190665                          Saint Louis MO 63179-0449
ST CLOUD MN 56301-3761                    NASHVILLE TN 37219-0665


Tennessee Department of Revenue           U.S. Small Business Administration      US TRUSTEE  +
c/o Attorney General                      2 International Plaza Suite 500         OFFICE OF THE UNITED STATES TRUSTEE
PO Box 20207                              Nashville, TN 37217-2021                701 BROADWAY STE 318
Nashville, TN 37202-4015                                                          NASHVILLE, TN 37203-3966


Cassie Burton                             Milessa Thomas                          Robert H. Waldschmidt
3833 Saunders Ave.                        404 Westview Dr.                        P.O. Box 2828
Nashville, TN 37216-2021                  Franklin, KY 42134-1557                 Brentwood, TN 37024-2828




             The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
             by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).



JOHN DEERE FINANCIAL                      PNC BANK                                STEARNS BANK
ATTN:  BANKRUPTCY DEPT                    PO BOX 856177                           PO BOX 750
PO BOX 6600                               LOUISVILLE KY 40285                     Albany MN 56307
JOHNSTON IA 50131
```

(d) Stearns Bank National Association  
c/o Hannah C. Gilbert  
4191 2nd Street South  
St. Cloud, MN 56301

TENNESSEE DEPARTMENT OF REVENUE  
500 DEADERICK STREET  
ANDREW JACKSON STATE OFFICE BUILDING  
Nashville TN 37242

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d) Synovus Bank  
1148 Broadway  
Columbus, GA 31901-2429

End of Label Matrix  
Mailable recipients  23  
Bypassed recipients   1  
Total                24

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.