IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| LIVINGSCAPES, LLC } | Case No. 3:20-bk-03561 |
| 3941 STEWARTS LANE } | Chapter 11 |
| Nashville, TN 37218 } | Judge Harrison |
| SSN: 47-4773861 } | |

Debtor.

## CERTIFICATE OF SERVICE

I hereby certify that on September 24, 2021, my office sent a true and exact copy of the:

Debtor's Expedited Motion to Extend the Deadline to Confirm a Chapter 11 Plan (Docket Entry No. 102) and the Order Setting Hearing Thereon (Docket Entry No. 104) to the Debtor and all other creditors and parties-in-interest pursuant to the attached mailing matrix; by U.S. Mail, postage prepaid.

Respectfully submitted,

**LEFKOVITZ & LEFKOVITZ**

By: **/s/ Steven L. Lefkovitz**
Steven L. Lefkovitz, No. 5953
Attorney for the Debtor(s)
618 Church St., #410
Nashville, TN 37219
(615) 256-8300    fax (615) 255-4516
slefkovitz@lefkovitz.com