| | | |
|---|---|---|
| Label Matrix for local noticing<br>0650-3<br>Case 3:20-bk-03561<br>MIDDLE DISTRICT OF TENNESSEE<br>Nashville<br>Thu Sep 23 13:35:35 CDT 2021 | LEFKOVITZ AND LEFKOVITZ, PLLC   +<br>618 CHURCH ST STE 410<br>NASHVILLE, TN 37219-2452 | LIVINGSCAPES, LLC<br>PO BOX 91047<br>Nashville, TN 37209-9047 |
| SYNOVUS BANK<br>1148 Broadway<br>Columbus, GA 31901-2429 | TN Dept of Revenue<br>c/o TN Attorney General's Office<br>Bankruptcy Division<br>PO Box 20207<br>Nashville, TN 37202-4015 | 701 Broadway Room 170<br>Nashville, TN 37203-3979 |
| AMERICAN EXPRESS<br>ATTN: BANKRUPTCY DEPT<br>PO BOX 981535<br>El PASO TX 79998-1535 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 | Cassie Burton<br>c/o Sherwood Litigation<br>201 4th Ave N S 1130<br>Nashville TN 37219 |
| Deere & Company dba John Deere Financial<br>PO Box 6600<br>Johnston, IA 50131-6600 | IRS<br>CNTRLZD INSOLVENCY OPRTN<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | (p)DEERE CREDIT SERVICES  INC<br>ATTN LITIGATION & RECOVERY DEPARTMENT<br>PO BOX 6600<br>JOHNSTON IA 50131-6600 |
| Milessa Thomas<br>c/o Christopher Boiano Esq.<br>115 Shivel Dr.<br>Hendersonville TN 37075-3536 | (p)PNC BANK RETAIL LENDING<br>P O BOX 94982<br>CLEVELAND OH 44101-4982 | SBA-  SMALL BUSINESS ADMIN<br>C/O US ATTY OFFICE<br>110 9TH AVE SO #A-961<br>NASHVILLE TN 37203-3870 |
| (p)STEARNS BANK NATIONAL ASSOCIATION<br>ATTN LEGAL DEPARTMENT<br>4191 2ND STREET SOUTH<br>ST CLOUD MN 56301-3761 | (p)TENNESSEE DEPARTMENT OF REVENUE<br>ATTN COLLECTION SERVICES DIVISION BANKRUPTCY UNIT<br>P O BOX 190665<br>NASHVILLE TN 37219-0665 | TORO EXMARK<br>PO BOX 790449<br>Saint Louis MO 63179-0449 |
| Tennessee Department of Revenue<br>c/o Attorney General<br>PO Box 20207<br>Nashville, TN 37202-4015 | U.S. Small Business Administration<br>2 International Plaza Suite 500<br>Nashville, TN 37217-2021 | US TRUSTEE  +<br>OFFICE OF THE UNITED STATES TRUSTEE<br>701 BROADWAY STE 318<br>NASHVILLE, TN 37203-3966 |
| Cassie Burton<br>3833 Saunders Ave.<br>Nashville, TN 37216-2021 | Milessa Thomas<br>404 Westview Dr.<br>Franklin, KY 42134-1557 | Robert H. Waldschmidt<br>P.O. Box 2828<br>Brentwood, TN 37024-2828 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| JOHN DEERE FINANCIAL<br>ATTN:  BANKRUPTCY DEPT<br>PO BOX 6600<br>JOHNSTON IA 50131 | PNC BANK<br>PO BOX 856177<br>LOUISVILLE KY 40285 | STEARNS BANK<br>PO BOX 750<br>Albany MN 56307 |

| | |
|---|---|
| (d)Stearns Bank National Association<br>c/o Hannah C. Gilbert<br>4191 2nd Street South<br>St. Cloud, MN 56301 | TENNESSEE DEPARTMENT OF REVENUE<br>500 DEADERICK STREET<br>ANDREW JACKSON STATE OFFICE BUILDING<br>Nashville TN 37242 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (d)Synovus Bank<br>1148 Broadway<br>Columbus, GA 31901-2429 | End of Label Matrix<br>Mailable recipients    23<br>Bypassed recipients     1<br>Total                  24 |