United States Bankruptcy Court

Middle District of Tennessee

In re:                                                                                    Case No. 20-03561-MFH

LIVINGSCAPES, LLC                                                            Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 25, 2021:**

| Recip ID | Recipient Name and Address |
| --- | --- |
| db | + LIVINGSCAPES, LLC, PO BOX 91047, Nashville, TN 37209-9047 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2021                    Signature:              /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 23, 2021 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| GREGORY ROBERT ATWOOD | on behalf of Creditor Cassie Burton gregatwoodlaw@gmail.com  ecf.amlaw@gmail.com |
| JEFFREY S GRASL | on behalf of U.S. Trustee US TRUSTEE jeffrey.s.grasl@usdoj.gov |
| LEFKOVITZ AND LEFKOVITZ, PLLC | on behalf of Debtor LIVINGSCAPES  LLC slefkovitz@lefkovitz.com, sllbkecf@gmail.com;khancock@lefkovitz.com;lefkovitzvlecf@lefkovitz.com;r52946@notify.bestcase.com;mspezia@lefkovitz.com |
| MATTHEW R MURPHY | on behalf of Creditor SYNOVUS BANK mmurphy@smythehuff.com |
| ROBERT H WALDSCHMIDT | on behalf of Interested Party Robert H. Waldschmidt rhw@rhwlawoffice.com  rhw@trustesolutions.com;rhw@trustesolutions.net |

STEPHEN RAY BUTLER
    on behalf of Creditor TN Dept of Revenue agbankHarrison@ag.tn.gov  steve.butler@ag.tn.gov

US TRUSTEE
    ustpregion08.na.ecf@usdoj.gov

TOTAL: 7

*Marian F. Harrison*
Marian F. Harrison
US Bankruptcy Judge

Dated: 9/22/2021

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **LG ORNAMENTALS, LLC** | ) | CASE NO. 20-03560-MH3-11 |
| **LIVINGSCAPES, LLC** | ) | CASE NO. 20-03561-MH3-11 |
| | ) | |
| Debtors | ) | |

### ORDER AUTHORIZING ROBERT H. WALDSCHMIDT
### TO APPEAR VIA ZOOM
### AT CONFIRMATION HEARINGS ON SEPTEMBER 28, 2021

Upon the Motion of Robert H. Waldschmidt, Trustee for the Bankruptcy Estate of James Whitfield Livingston ("Trustee"), and for other cause to the Court shown;

IT IS HEREBY ORDERED that Robert H. Waldschmidt, Trustee for the Bankruptcy Estate of James Whitfield Livingston ("Trustee") be, and is hereby permitted to attend the confirmation hearings scheduled in both Chapter 11 matters above at 9am on September 28, 2021, via Zoom, using the Zoom call-in number listed on the Court's website.

***This order was signed and entered electronically as indicated at the top of the first page.***

APPROVED FOR ENTRY:

*/s/Robert H Waldschmidt*
**ROBERT H. WALDSCHMIDT** (#4657)
   Attorney for Trustee for James Livingston
P.O. Box 2828
Brentwood, TN 37024-2828
(615) 468-1020; (615) 259-2179  (fax)
rhw@rhwlawoffice.com

This Order has been electronically
signed.  The Judge's signature and
Court's seal appear at the top of the
first page.
United States Bankruptcy Court.