In re:                                                                                     Case No. 20-03561-MFH
LIVINGSCAPES, LLC                                                                          Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0650-3      User: rww2574      Page 1 of 2
Date Rcvd: Sep 23, 2021      Form ID: pdf001      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 25, 2021:**

**Recip ID     Recipient Name and Address**
db          + LIVINGSCAPES, LLC, PO BOX 91047, Nashville, TN 37209-9047

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2021      Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 23, 2021 at the address(es) listed below:

**Name      Email Address**

GREGORY ROBERT ATWOOD
     on behalf of Creditor Cassie Burton gregatwoodlaw@gmail.com ecf.amlaw@gmail.com

JEFFREY S GRASL
     on behalf of U.S. Trustee US TRUSTEE jeffrey.s.grasl@usdoj.gov

LEFKOVITZ AND LEFKOVITZ, PLLC
     on behalf of Debtor LIVINGSCAPES LLC slefkovitz@lefkovitz.com, sllbkecf@gmail.com;khancock@lefkovitz.com;lefkovitzcvlecf@lefkovitz.com;r52946@notify.bestcase.com;mspezia@lefkovitz.com

MATTHEW R MURPHY
     on behalf of Creditor SYNOVUS BANK mmurphy@smythehuff.com

ROBERT H WALDSCHMIDT
     on behalf of Interested Party Robert H. Waldschmidt rhw@rhwlawoffice.com rhw@trustesolutions.com;rhw@trustesolutions.net

| | | |
|---|---|---|
| STEPHEN RAY BUTLER | | on behalf of Creditor TN Dept of Revenue agbankHarrison@ag.tn.gov steve.butler@ag.tn.gov |
| US TRUSTEE | | ustpregion08.na.ecf@usdoj.gov |

TOTAL: 7




Marian F. Harrison
US Bankruptcy Judge

Dated: 9/23/2021

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| LIVINGSCAPES, LLC<br>3941 STEWARTS LANE<br>NASHVILLE, TN 37218 | } } } } } | Case No. 3:20-bk-03561<br><br>Chapter 11<br><br>Judge Harrison |

Debtor

### EXPEDITED ORDER SETTING HEARING ON DEBTOR'S
### EXPEDITED MOTION TO EXTEND DEADLINE TO CONFIRM CHAPTER 11 PLAN

Upon the Expedited Motion of the Debtor for an expedited hearing and for good cause shown unto me, it is hereby **ORDERED** that the Debtor's Expedited Motion to Extend Deadline to Confirm Chapter 11 Plan is set for September 28, 2021, at 9:00 a.m., via Zoom Audio: Call-In Number 833-568-8864 US Toll-free, Meeting ID 160 2983 9352.

### THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY
### AS INDICATED AT THE TOP OF THE FIRST PAGE.

APPROVED FOR ENTRY:

LEFKOVITZ & LEFKOVITZ

**/S/ STEVEN L. LEFKOVITZ**
Steven L. Lefkovitz, No. 5953
Attorneys for Debtor
618 Church Street, Suite 410
Nashville, Tennessee 37219
Phone: (615) 256-8300
Fax: (615) 255-4516
Email: slefkovitz@lefkovitz.com

## CERTIFICATE OF SERVICE

      I hereby certify that I have sent a true and exact copy of the foregoing to the Assistant United States Trustee; and all other parties of record to receive notice electronically via the United States Bankruptcy Court's CM/ECF system, on September 23, 2021

      I further certify that I have sent a true and exact copy of the foregoing to the Debtor and all other creditors and parties-in-interest pursuant to the attached mailing matrix, by U.S. Mail, postage prepaid, on September 23, 2021.

      /S/ STEVEN L. LEFKOVITZ
      Steven L. Lefkovitz

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0650-3<br>Case 3:20-bk-03561<br>MIDDLE DISTRICT OF TENNESSEE<br>Nashville<br>Thu Sep 23 13:35:35 CDT 2021 | LEFKOVITZ AND LEFKOVITZ, PLLC +<br>618 CHURCH ST STE 410<br>NASHVILLE, TN 37219-2452 | LIVINGSCAPES, LLC<br>PO BOX 91047<br>Nashville, TN 37209-9047 |
| SYNOVUS BANK<br>1148 Broadway<br>Columbus, GA 31901-2429 | TN Dept of Revenue<br>c/o TN Attorney General's Office<br>Bankruptcy Division<br>PO Box 20207<br>Nashville, TN 37202-4015 | 701 Broadway Room 170<br>Nashville, TN 37203-3979 |
| AMERICAN EXPRESS<br>ATTN: BANKRUPTCY DEPT<br>PO BOX 981535<br>El PASO TX 79998-1535 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Cassie Burton<br>c/o Sherwood Litigation<br>201 4th Ave N S 1130<br>Nashville TN 37219 |
| Deere & Company dba John Deere Financial<br>PO Box 6600<br>Johnston, IA 50131-6600 | IRS<br>CNTRLZD INSOLVENCY OPRTN<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | (p)DEERE CREDIT SERVICES INC<br>ATTN LITIGATION & RECOVERY DEPARTMENT<br>PO BOX 6600<br>JOHNSTON IA 50131-6600 |
| Milessa Thomas<br>c/o Christopher Boiano Esq.<br>115 Shivel Dr.<br>Hendersonville TN 37075-3536 | (p)PNC BANK RETAIL LENDING<br>P O BOX 94982<br>CLEVELAND OH 44101-4982 | SBA- SMALL BUSINESS ADMIN<br>C/O US ATTY OFFICE<br>110 9TH AVE SO #A-961<br>NASHVILLE TN 37203-3870 |
| (p)STEARNS BANK NATIONAL ASSOCIATION<br>ATTN LEGAL DEPARTMENT<br>4191 2ND STREET SOUTH<br>ST CLOUD MN 56301-3761 | (p)TENNESSEE DEPARTMENT OF REVENUE<br>ATTN COLLECTION SERVICES DIVISION BANKRUPTCY UNIT<br>P O BOX 190665<br>NASHVILLE TN 37219-0665 | TORO EXMARK<br>PO BOX 790449<br>Saint Louis MO 63179-0449 |
| Tennessee Department of Revenue<br>c/o Attorney General<br>PO Box 20207<br>Nashville, TN 37202-4015 | U.S. Small Business Administration<br>2 International Plaza Suite 500<br>Nashville, TN 37217-2021 | US TRUSTEE +<br>OFFICE OF THE UNITED STATES TRUSTEE<br>701 BROADWAY STE 318<br>NASHVILLE, TN 37203-3966 |
| Cassie Burton<br>3833 Saunders Ave.<br>Nashville, TN 37216-2021 | Milessa Thomas<br>404 Westview Dr.<br>Franklin, KY 42134-1557 | Robert H. Waldschmidt<br>P.O. Box 2828<br>Brentwood, TN 37024-2828 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| JOHN DEERE FINANCIAL<br>ATTN: BANKRUPTCY DEPT<br>PO BOX 6600<br>JOHNSTON IA 50131 | PNC BANK<br>PO BOX 856177<br>LOUISVILLE KY 40285 | STEARNS BANK<br>PO BOX 750<br>Albany MN 56307 |

| | |
|---|---|
| (d) Stearns Bank National Association<br>c/o Hannah C. Gilbert<br>4191 2nd Street South<br>St. Cloud, MN 56301 | TENNESSEE DEPARTMENT OF REVENUE<br>500 DEADERICK STREET<br>ANDREW JACKSON STATE OFFICE BUILDING<br>Nashville TN 37242 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (d) Synovus Bank<br>1148 Broadway<br>Columbus, GA 31901-2429 | End of Label Matrix<br>Mailable recipients     23<br>Bypassed recipients      1<br>Total                   24 |

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.