*Marian F. Harrison*
Marian F. Harrison
US Bankruptcy Judge

Dated: 10/4/2021

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:                  )
                              )    Case No. 3:20-bk-03561
LIVINGSCAPES, LLC     )    Chapter 11
                              )    Judge Harrison
                              )
       Debtor.        )

## ORDER GRANTING DEBTOR'S EXPEDITED MOTION TO EXTEND THE DEADLINE TO CONFIRM A CHAPTER 11 PLAN

This cause came before the Court telephonically on the 28th day of September 2021, on the Debtor' Expedited Motion to Extend the Deadline to Confirm a Chapter 11 Plan. Upon statements of counsel for the Debtor and the entire record herein, the Court finds that said Motion is well taken and is, therefore, **GRANTED**. Accordingly, it is hereby **ORDERED** that the deadline to confirm a Chapter 11 Plan in this small business case shall be extended to January 18, 2022.

## THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.

APPROVED FOR ENTRY:

LEFKOVITZ & LEFKOVITZ

**/S/  STEVEN L. LEFKOVITZ**
Steven L. Lefkovitz, No. 5953
Attorney for Debtor
618 Church Street, Suite 410
Nashville, Tennessee 37219
Phone:  (615) 256-8300
Fax:     (615) 255-4516
Email:  slefkovitz@lefkovitz.com

## CERTIFICATE OF SERVICE

I hereby certify that I have sent a true and exact copy of the foregoing to the Assistant United States Trustee, and all other parties of record to receive notice electronically via the United States Bankruptcy Court's CM/ECF system, this 1st day of October, 2021.

**/S/   STEVEN L. LEFKOVITZ**
Steven L. Lefkovitz

This Order has been electronically signed.  The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.