United States Bankruptcy Court
Middle District of Tennessee

In re:  Case No. 20-03561-MFH
LIVINGSCAPES, LLC  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0650-3      User: ko8454      Page 1 of 2
Date Rcvd: Oct 05, 2021      Form ID: pdf001      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 07, 2021:**

**Recip ID**      **Recipient Name and Address**
db      + LIVINGSCAPES, LLC, PO BOX 91047, Nashville, TN 37209-9047

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 5, 2021 at the address(es) listed below:

**Name**      **Email Address**

GREGORY ROBERT ATWOOD
     on behalf of Creditor Cassie Burton gregatwoodlaw@gmail.com ecf.amlaw@gmail.com

JEFFREY S GRASL
     on behalf of U.S. Trustee US TRUSTEE jeffrey.s.grasl@usdoj.gov

LEFKOVITZ AND LEFKOVITZ, PLLC
     on behalf of Debtor LIVINGSCAPES LLC slefkovitz@lefkovitz.com, sllbkecf@gmail.com;khancock@lefkovitz.com;lefkovitzcvlecf@lefkovitz.com;r52946@notify.bestcase.com;mspezia@lefkovitz.com

MATTHEW R MURPHY
     on behalf of Creditor SYNOVUS BANK mmurphy@smythehuff.com

PAUL WILLIAM MOSER
     on behalf of Creditor Milessa Thomas paul.moser.esq@gmail.com moserpr95036@notify.bestcase.com

ROBERT H WALDSCHMIDT on behalf of Interested Party Robert H. Waldschmidt rhw@rhwlawoffice.com rhw@trustesolutions.com;rhw@trustesolutions.net

STEPHEN RAY BUTLER on behalf of Creditor TN Dept of Revenue agbankHarrison@ag.tn.gov steve.butler@ag.tn.gov

US TRUSTEE ustpregion08.na.ecf@usdoj.gov

TOTAL: 8

Marian F. Harrison
US Bankruptcy Judge

Dated: 10/4/2021

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 3:20-bk-03561 |
| LIVINGSCAPES, LLC ) | Chapter 11 |
| ) | Judge Harrison |
| ) | |
| Debtor. ) | |

### ORDER GRANTING DEBTOR'S EXPEDITED MOTION TO EXTEND THE DEADLINE TO CONFIRM A CHAPTER 11 PLAN

This cause came before the Court telephonically on the 28th day of September 2021, on the Debtor' Expedited Motion to Extend the Deadline to Confirm a Chapter 11 Plan. Upon statements of counsel for the Debtor and the entire record herein, the Court finds that said Motion is well taken and is, therefore, **GRANTED**. Accordingly, it is hereby **ORDERED** that the deadline to confirm a Chapter 11 Plan in this small business case shall be extended to January 18, 2022.

### THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.

APPROVED FOR ENTRY:

LEFKOVITZ & LEFKOVITZ

**/S/ STEVEN L. LEFKOVITZ**
Steven L. Lefkovitz, No. 5953
Attorney for Debtor
618 Church Street, Suite 410
Nashville, Tennessee 37219
Phone: (615) 256-8300
Fax: (615) 255-4516
Email: slefkovitz@lefkovitz.com

## CERTIFICATE OF SERVICE

    I hereby certify that I have sent a true and exact copy of the foregoing to the Assistant United States Trustee, and all other parties of record to receive notice electronically via the United States Bankruptcy Court's CM/ECF system, this 1st day of October, 2021.

                                      **/S/   STEVEN L. LEFKOVITZ**
                                      Steven L. Lefkovitz

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.