Fill in this information to identify the case:

Debtor Name __Livingscapes LLC__

United States Bankruptcy Court for the: Middle District of Tennessee ☐▼

Case number: __3:20bk-03561__

☐ Check if this is an
amended filing

## Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11     12/17

Month: __September__

Date report filed: __10/15/2021__
MM / DD / YYYY

Line of business: __Landscapes Construction__

NAISC code: _____

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party:                    James Livingston

Original signature of responsible party    _[signature]_

Printed name of responsible party    _James Livingston_

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.***

| | | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.***

| | | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

17. Have you paid any bills you owed before you filed bankruptcy?    ☐ ☑ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?    ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.    $ 16,602.00

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.    $ 94,816.00

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.    − $ 50,240.00

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.    + $ 44,662.00

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.    = $ 61,264.00

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when it is due. Report the total from *Exhibit E* here.

24. **Total payables**    $ 0.00

    *(Exhibit E)*

Case 3:20-bk-03561   Doc 115   Filed 10/19/21   Entered 10/19/21 16:38:05   Desc Main
Document    Page 2 of 29

### 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. Total receivables                                                               $ _74,123.00_

    (Exhibit F)

### 5. Employees

26. What was the number of employees when the case was filed?                        _9_

27. What is the number of employees as of the date of this monthly report?           _9_

### 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?        $ _2,021.00_

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?    $ _7,521.00_

30. How much have you paid this month in other professional fees?                    $ _751.00_

31. How much have you paid in total other professional fees since filing the case?   $ _4,731.00_

### 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A **Projected** | − | Column B **Actual** | = | Column C **Difference** |
|---|---|---|---|---|---|
|  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 105,329.00 | − | $ 94,816.00 | = | $ 10,513.00 |
| 33. **Cash disbursements** | $ 62,500.00 | − | $ 50,240.00 | = | $ 12,260.00 |
| 34. **Net cash flow** | $ 42,829.00 | − | $ 44,662.00 | = | $ -1,833.00 |

35. Total projected cash receipts for the next month:                                $ _94,816.00_

36. Total projected cash disbursements for the next month:                         - $ _50,240.00_

37. Total projected net cash flow for the next month:                              = $ _44,662.00_

Case 3:20-bk-03561     Doc 115     Filed 10/19/21     Entered 10/19/21 16:38:05     Desc Main
Document          Page 3 of 29

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑  38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐  39.  Bank reconciliation reports for each account.

☑  40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐  41.  Budget, projection, or forecast reports.

☐  42.  Project, job costing, or work-in-progress reports.

# Livingscapes Inc

## Profit and Loss

### September 2021

| | TOTAL |
|---|---:|
| Income | |
| 40100 Unapplied Cash Payment Income | -18,523.88 |
| 40200 Uncategorized Income | 11,408.87 |
| 41000 Sales of Product Income | 36,903.85 |
| 42000 Services | 65,312.49 |
| **Total Income** | **$95,101.33** |
| Cost of Goods Sold | |
| 50000 Cost of Goods Sold | 284.80 |
| **Total Cost of Goods Sold** | **$284.80** |
| GROSS PROFIT | **$94,816.53** |
| Expenses | |
| 60000 Advertising & Marketing | 105.56 |
| 60100 CAR AND TRUCK | |
| 60110 Fuel | 17.68 |
| 60130 Auto Repair | 3,216.95 |
| **Total 60100 CAR AND TRUCK** | **3,234.63** |
| 60200 Bank Charges & Fees | 257.72 |
| 61100 INSURANCE | |
| 61110 General Liability Insurance | 1,807.45 |
| 61170 Medical / Health Insurance | 1,136.69 |
| **Total 61100 INSURANCE** | **2,944.14** |
| 61400 MEALS AND ENTERTAINMENT | |
| 61420 Meals - Officers Only | 42.25 |
| 61430 Meals - Employees (Meetings) | 32.19 |
| **Total 61400 MEALS AND ENTERTAINMENT** | **74.44** |
| 61600 Office Expenses | 216.16 |
| 61700 Office Supplies & Software | 29.85 |
| 62000 LEGAL AND PROFESSIONAL SERVICES | 2,021.00 |
| 62010 Accounting & Administrative | 751.50 |
| **Total 62000 LEGAL AND PROFESSIONAL SERVICES** | **2,772.50** |
| 62200 Rent & Lease (Buildings) | 3,421.18 |
| 62300 Rent & Leased Equipment | 2,133.00 |
| 62400 Repairs & Maintenance | 353.22 |
| 62500 Materials & Supplies | 11,966.58 |
| 62600 TELEPHONE AND INTERNET | 128.22 |
| 62620 Cell Phone | 122.34 |
| **Total 62600 TELEPHONE AND INTERNET** | **250.56** |

# Livingscapes Inc

## Profit and Loss
## September 2021

|  | TOTAL |
|---|---:|
| 62800 TRAVEL |  |
|   62820 Hotel & Lodging | 102.13 |
|   62860 Taxi - Bus - Uber - Lyft | 74.66 |
| **Total 62800 TRAVEL** | **176.79** |
| 63100 Utilities | 138.62 |
| 63200 PERSONNEL EXPENSES |  |
|   63210 SALARIES AND WAGES |  |
|     63221 Wages (Hourly) - Regular Pay | 18,715.35 |
|   **Total 63210 SALARIES AND WAGES** | **18,715.35** |
| **Total 63200 PERSONNEL EXPENSES** | **18,715.35** |
| 67010 Dump & Waste Management | 608.36 |
| 67300 Fuel | 1,789.41 |
| 69000 Uncategorized Expense | 1,052.56 |
| **Total Expenses** | **$50,240.63** |
| **NET OPERATING INCOME** | **$44,575.90** |
| Other Income |  |
|   49902 Late Fee Income | 86.11 |
| **Total Other Income** | **$86.11** |
| **NET OTHER INCOME** | **$86.11** |
| **NET INCOME** | **$44,662.01** |

# Livingscapes Inc

## Transaction Report

### September 2021

| DATE | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|
| **Unapplied Cash Payment Income** | | | |
| 09/10/2021 | -Split- | -20,000.00 | -20,000.00 |
| 09/14/2021 | 13500 Undeposited Funds | 95.00 | -19,905.00 |
| 09/15/2021 | 13500 Undeposited Funds | 150.00 | -19,755.00 |
| 09/15/2021 | 13500 Undeposited Funds | 225.00 | -19,530.00 |
| 09/19/2021 | -Split- | -37.38 | -19,567.38 |
| 09/20/2021 | 42000 Services | 1,138.50 | -18,428.88 |
| 09/20/2021 | -Split- | -95.00 | -18,523.88 |
| **Total for Unapplied Cash Payment Income** | | **$ -18,523.88** | |
| **Uncategorized Income** | | | |
| 09/20/2021 | 10106 Pinnacle Operations Ck *1236 | 11,408.87 | 11,408.87 |
| **Total for Uncategorized Income** | | **$11,408.87** | |
| **Sales of Product Income** | | | |
| 09/07/2021 | 12000 Accounts Receivable (A/R) | 300.00 | 300.00 |
| 09/07/2021 | 12000 Accounts Receivable (A/R) | 370.94 | 670.94 |
| 09/07/2021 | 12000 Accounts Receivable (A/R) | 1,725.00 | 2,395.94 |
| 09/07/2021 | 12000 Accounts Receivable (A/R) | 600.00 | 2,995.94 |
| 09/07/2021 | 12000 Accounts Receivable (A/R) | 375.00 | 3,370.94 |
| 09/07/2021 | 12000 Accounts Receivable (A/R) | 142.50 | 3,513.44 |
| 09/07/2021 | 12000 Accounts Receivable (A/R) | 37.50 | 3,550.94 |
| 09/07/2021 | 12000 Accounts Receivable (A/R) | 2,850.00 | 6,400.94 |
| 09/07/2021 | 12000 Accounts Receivable (A/R) | 133.00 | 6,533.94 |
| 09/07/2021 | 12000 Accounts Receivable (A/R) | 475.00 | 7,008.94 |
| 09/07/2021 | 12000 Accounts Receivable (A/R) | 3,562.50 | 10,571.44 |
| 09/07/2021 | 12000 Accounts Receivable (A/R) | 180.00 | 10,751.44 |
| 09/07/2021 | 12000 Accounts Receivable (A/R) | 112.50 | 10,863.94 |
| 09/07/2021 | 12000 Accounts Receivable (A/R) | 157.50 | 11,021.44 |
| 09/07/2021 | 12000 Accounts Receivable (A/R) | 275.00 | 11,296.44 |
| 09/07/2021 | 12000 Accounts Receivable (A/R) | 153.00 | 11,449.44 |
| 09/07/2021 | 12000 Accounts Receivable (A/R) | 8.20 | 11,457.64 |
| 09/07/2021 | 12000 Accounts Receivable (A/R) | 400.00 | 11,857.64 |
| 09/10/2021 | 12000 Accounts Receivable (A/R) | 87.92 | 11,945.56 |
| 09/10/2021 | 12000 Accounts Receivable (A/R) | 161.17 | 12,106.73 |
| 09/10/2021 | 12000 Accounts Receivable (A/R) | 48.84 | 12,155.57 |
| 09/10/2021 | 12000 Accounts Receivable (A/R) | 117.21 | 12,272.78 |
| 09/10/2021 | 12000 Accounts Receivable (A/R) | 8.79 | 12,281.57 |
| 09/10/2021 | 12000 Accounts Receivable (A/R) | 63.50 | 12,345.07 |
| 09/10/2021 | 12000 Accounts Receivable (A/R) | 73.26 | 12,418.33 |
| 09/10/2021 | 12000 Accounts Receivable (A/R) | 527.47 | 12,945.80 |
| 09/10/2021 | 12000 Accounts Receivable (A/R) | 820.50 | 13,766.30 |
| 09/10/2021 | 12000 Accounts Receivable (A/R) | 820.50 | 14,586.80 |
| 09/10/2021 | 12000 Accounts Receivable (A/R) | 136.75 | 14,723.55 |
| 09/10/2021 | 12000 Accounts Receivable (A/R) | 259.82 | 14,983.37 |
| 09/10/2021 | 12000 Accounts Receivable (A/R) | 629.05 | 15,612.42 |

# Livingscapes Inc

## Transaction Report

### September 2021

| DATE | SPLIT | AMOUNT | BALANCE |
|------|-------|--------|---------|
| 09/10/2021 | 12000 Accounts Receivable (A/R) | 175.82 | 15,788.24 |
| 09/10/2021 | 12000 Accounts Receivable (A/R) | 351.64 | 16,139.88 |
| 09/10/2021 | 12000 Accounts Receivable (A/R) | 185.59 | 16,325.47 |
| 09/10/2021 | 12000 Accounts Receivable (A/R) | 234.43 | 16,559.90 |
| 09/10/2021 | 12000 Accounts Receivable (A/R) | 87.91 | 16,647.81 |
| 09/10/2021 | 12000 Accounts Receivable (A/R) | 78.15 | 16,725.96 |
| 09/10/2021 | 12000 Accounts Receivable (A/R) | 205.12 | 16,931.08 |
| 09/10/2021 | 12000 Accounts Receivable (A/R) | 126.98 | 17,058.06 |
| 09/10/2021 | 12000 Accounts Receivable (A/R) | 234.43 | 17,292.49 |
| 09/10/2021 | 12000 Accounts Receivable (A/R) | 42.00 | 17,334.49 |
| 09/10/2021 | 12000 Accounts Receivable (A/R) | 1,375.32 | 18,709.81 |
| 09/10/2021 | 12000 Accounts Receivable (A/R) | 273.50 | 18,983.31 |
| 09/10/2021 | 12000 Accounts Receivable (A/R) | 195.36 | 19,178.67 |
| 09/10/2021 | 12000 Accounts Receivable (A/R) | 175.82 | 19,354.49 |
| 09/10/2021 | 12000 Accounts Receivable (A/R) | 87.91 | 19,442.40 |
| 09/10/2021 | 12000 Accounts Receivable (A/R) | 263.73 | 19,706.13 |
| 09/10/2021 | 12000 Accounts Receivable (A/R) | 488.40 | 20,194.53 |
| 09/10/2021 | 12000 Accounts Receivable (A/R) | 293.03 | 20,487.56 |
| 09/10/2021 | 12000 Accounts Receivable (A/R) | 12.90 | 20,500.46 |
| 09/10/2021 | 12000 Accounts Receivable (A/R) | 78.14 | 20,578.60 |
| 09/10/2021 | 12000 Accounts Receivable (A/R) | 9.77 | 20,588.37 |
| 09/10/2021 | 12000 Accounts Receivable (A/R) | 12.99 | 20,601.36 |
| 09/10/2021 | 12000 Accounts Receivable (A/R) | 29.30 | 20,630.66 |
| 09/10/2021 | 12000 Accounts Receivable (A/R) | 58.61 | 20,689.27 |
| 09/10/2021 | 12000 Accounts Receivable (A/R) | 114.28 | 20,803.55 |
| 09/10/2021 | 12000 Accounts Receivable (A/R) | 43.76 | 20,847.31 |
| 09/10/2021 | 12000 Accounts Receivable (A/R) | 144.18 | 20,991.49 |
| 09/10/2021 | 12000 Accounts Receivable (A/R) | 11.72 | 21,003.21 |
| 09/10/2021 | 12000 Accounts Receivable (A/R) | 18.76 | 21,021.97 |
| 09/10/2021 | 12000 Accounts Receivable (A/R) | 168.79 | 21,190.76 |
| 09/10/2021 | 12000 Accounts Receivable (A/R) | 389.73 | 21,580.49 |
| 09/10/2021 | 12000 Accounts Receivable (A/R) | 97.67 | 21,678.16 |
| 09/10/2021 | 12000 Accounts Receivable (A/R) | 17.59 | 21,695.75 |
| 09/10/2021 | 12000 Accounts Receivable (A/R) | 112.53 | 21,808.28 |
| 09/10/2021 | 12000 Accounts Receivable (A/R) | 150.03 | 21,958.31 |
| 09/10/2021 | 12000 Accounts Receivable (A/R) | 19.54 | 21,977.85 |
| 09/10/2021 | 12000 Accounts Receivable (A/R) | 752.12 | 22,729.97 |
| 09/10/2021 | 12000 Accounts Receivable (A/R) | 773.61 | 23,503.58 |
| 09/14/2021 | 12000 Accounts Receivable (A/R) | 2.43 | 23,506.01 |
| 09/14/2021 | 12000 Accounts Receivable (A/R) | 325.00 | 23,831.01 |
| 09/14/2021 | 12000 Accounts Receivable (A/R) | 84.93 | 23,915.94 |
| 09/14/2021 | 12000 Accounts Receivable (A/R) | 600.00 | 24,515.94 |
| 09/17/2021 | 12000 Accounts Receivable (A/R) | 5,100.00 | 29,615.94 |
| 09/17/2021 | 12000 Accounts Receivable (A/R) | 1,312.50 | 30,928.44 |

# Livingscapes Inc

## Transaction Report

### September 2021

| DATE | SPLIT | AMOUNT | BALANCE |
|------|-------|-------:|--------:|
| 09/17/2021 | 12000 Accounts Receivable (A/R) | 375.00 | 31,303.44 |
| 09/17/2021 | 12000 Accounts Receivable (A/R) | 190.00 | 31,493.44 |
| 09/17/2021 | 12000 Accounts Receivable (A/R) | 1,700.00 | 33,193.44 |
| 09/20/2021 | 12000 Accounts Receivable (A/R) | 2.85 | 33,196.29 |
| 09/20/2021 | 12000 Accounts Receivable (A/R) | 3,195.00 | 36,391.29 |
| 09/20/2021 | 12000 Accounts Receivable (A/R) | 36.75 | 36,428.04 |
| 09/20/2021 | 12000 Accounts Receivable (A/R) | 27.75 | 36,455.79 |
| 09/20/2021 | 12000 Accounts Receivable (A/R) | 136.50 | 36,592.29 |
| 09/20/2021 | 12000 Accounts Receivable (A/R) | 68.25 | 36,660.54 |
| 09/20/2021 | 12000 Accounts Receivable (A/R) | 14.25 | 36,674.79 |
| 09/20/2021 | 12000 Accounts Receivable (A/R) | 16.50 | 36,691.29 |
| 09/20/2021 | 12000 Accounts Receivable (A/R) | 56.25 | 36,747.54 |
| 09/20/2021 | 12000 Accounts Receivable (A/R) | 62.10 | 36,809.64 |
| 09/20/2021 | 12000 Accounts Receivable (A/R) | 10.12 | 36,819.76 |
| 09/20/2021 | 12000 Accounts Receivable (A/R) | 9.00 | 36,828.76 |
| 09/20/2021 | 12000 Accounts Receivable (A/R) | 6.00 | 36,834.76 |
| 09/20/2021 | 12000 Accounts Receivable (A/R) | 30.00 | 36,864.76 |
| 09/20/2021 | 12000 Accounts Receivable (A/R) | 8.25 | 36,873.01 |
| 09/20/2021 | 12000 Accounts Receivable (A/R) | 24.00 | 36,897.01 |
| 09/20/2021 | 12000 Accounts Receivable (A/R) | 6.84 | 36,903.85 |
| **Total for Sales of Product Income** | | **$36,903.85** | |
| Services | | | |
| 09/02/2021 | 12000 Accounts Receivable (A/R) | 225.00 | 225.00 |
| 09/02/2021 | 12000 Accounts Receivable (A/R) | 225.00 | 450.00 |
| 09/02/2021 | 10106 Pinnacle Operations Ck *1236 | 7.00 | 457.00 |
| 09/07/2021 | 12000 Accounts Receivable (A/R) | 120.00 | 577.00 |
| 09/07/2021 | 12000 Accounts Receivable (A/R) | 420.00 | 997.00 |
| 09/07/2021 | 12000 Accounts Receivable (A/R) | 275.00 | 1,272.00 |
| 09/07/2021 | 12000 Accounts Receivable (A/R) | 80.00 | 1,352.00 |
| 09/07/2021 | 12000 Accounts Receivable (A/R) | 175.00 | 1,527.00 |
| 09/07/2021 | 12000 Accounts Receivable (A/R) | 425.00 | 1,952.00 |
| 09/07/2021 | 12000 Accounts Receivable (A/R) | 6,250.00 | 8,202.00 |
| 09/07/2021 | 12000 Accounts Receivable (A/R) | 900.00 | 9,102.00 |
| 09/07/2021 | 12000 Accounts Receivable (A/R) | 202.50 | 9,304.50 |
| 09/07/2021 | 12000 Accounts Receivable (A/R) | 224.25 | 9,528.75 |
| 09/07/2021 | 12000 Accounts Receivable (A/R) | 191.77 | 9,720.52 |
| 09/07/2021 | 12000 Accounts Receivable (A/R) | 266.00 | 9,986.52 |
| 09/07/2021 | 12000 Accounts Receivable (A/R) | 275.00 | 10,261.52 |
| 09/07/2021 | 12000 Accounts Receivable (A/R) | 9,500.00 | 19,761.52 |
| 09/07/2021 | 12000 Accounts Receivable (A/R) | 131.25 | 19,892.77 |
| 09/08/2021 | 12000 Accounts Receivable (A/R) | 265.00 | 20,157.77 |
| 09/08/2021 | 12000 Accounts Receivable (A/R) | 300.00 | 20,457.77 |
| 09/08/2021 | 12000 Accounts Receivable (A/R) | 500.00 | 20,957.77 |
| 09/10/2021 | 12000 Accounts Receivable (A/R) | 429.79 | 21,387.56 |

# Livingscapes Inc

## Transaction Report

### September 2021

| DATE | SPLIT | AMOUNT | BALANCE |
|------|-------|--------|---------|
| 09/10/2021 | 12000 Accounts Receivable (A/R) | 586.07 | 21,973.63 |
| 09/10/2021 | 12000 Accounts Receivable (A/R) | 624.16 | 22,597.79 |
| 09/10/2021 | 12000 Accounts Receivable (A/R) | 678.87 | 23,276.66 |
| 09/10/2021 | 12000 Accounts Receivable (A/R) | 84.39 | 23,361.05 |
| 09/10/2021 | 12000 Accounts Receivable (A/R) | 42.20 | 23,403.25 |
| 09/10/2021 | 12000 Accounts Receivable (A/R) | 158.24 | 23,561.49 |
| 09/10/2021 | 12000 Accounts Receivable (A/R) | 378.02 | 23,939.51 |
| 09/10/2021 | 12000 Accounts Receivable (A/R) | 5,372.32 | 29,311.83 |
| 09/14/2021 | 12000 Accounts Receivable (A/R) | 225.00 | 29,536.83 |
| 09/14/2021 | 12000 Accounts Receivable (A/R) | 575.00 | 30,111.83 |
| 09/14/2021 | 12000 Accounts Receivable (A/R) | 450.00 | 30,561.83 |
| 09/14/2021 | 12000 Accounts Receivable (A/R) | 280.00 | 30,841.83 |
| 09/14/2021 | 12000 Accounts Receivable (A/R) | 44.97 | 30,886.80 |
| 09/14/2021 | 12000 Accounts Receivable (A/R) | 481.25 | 31,368.05 |
| 09/14/2021 | 12000 Accounts Receivable (A/R) | 42.16 | 31,410.21 |
| 09/14/2021 | 12000 Accounts Receivable (A/R) | 86.19 | 31,496.40 |
| 09/14/2021 | 12000 Accounts Receivable (A/R) | 84.32 | 31,580.72 |
| 09/14/2021 | 12000 Accounts Receivable (A/R) | 455.00 | 32,035.72 |
| 09/15/2021 | 12000 Accounts Receivable (A/R) | 385.00 | 32,420.72 |
| 09/15/2021 | 12000 Accounts Receivable (A/R) | 1,425.00 | 33,845.72 |
| 09/15/2021 | 12000 Accounts Receivable (A/R) | 300.00 | 34,145.72 |
| 09/15/2021 | 12000 Accounts Receivable (A/R) | 450.00 | 34,595.72 |
| 09/15/2021 | 12000 Accounts Receivable (A/R) | 242.50 | 34,838.22 |
| 09/15/2021 | 12000 Accounts Receivable (A/R) | 75.00 | 34,913.22 |
| 09/15/2021 | 12000 Accounts Receivable (A/R) | 568.75 | 35,481.97 |
| 09/15/2021 | 12000 Accounts Receivable (A/R) | 75.00 | 35,556.97 |
| 09/15/2021 | 12000 Accounts Receivable (A/R) | 75.00 | 35,631.97 |
| 09/15/2021 | 12000 Accounts Receivable (A/R) | 80.00 | 35,711.97 |
| 09/15/2021 | 12000 Accounts Receivable (A/R) | 455.00 | 36,166.97 |
| 09/15/2021 | 12000 Accounts Receivable (A/R) | 575.00 | 36,741.97 |
| 09/15/2021 | 12000 Accounts Receivable (A/R) | 75.00 | 36,816.97 |
| 09/17/2021 | 12000 Accounts Receivable (A/R) | 900.00 | 37,716.97 |
| 09/17/2021 | 12000 Accounts Receivable (A/R) | 5,250.00 | 42,966.97 |
| 09/19/2021 | 12000 Accounts Receivable (A/R) | 18.43 | 42,985.40 |
| 09/19/2021 | 12000 Accounts Receivable (A/R) | 18.42 | 43,003.82 |
| 09/19/2021 | 12000 Accounts Receivable (A/R) | 300.00 | 43,303.82 |
| 09/19/2021 | 12000 Accounts Receivable (A/R) | 260.00 | 43,563.82 |
| 09/19/2021 | 12000 Accounts Receivable (A/R) | 90.00 | 43,653.82 |
| 09/19/2021 | 12000 Accounts Receivable (A/R) | 300.00 | 43,953.82 |
| 09/19/2021 | 12000 Accounts Receivable (A/R) | 150.00 | 44,103.82 |
| 09/19/2021 | 12000 Accounts Receivable (A/R) | 450.00 | 44,553.82 |
| 09/20/2021 | 12000 Accounts Receivable (A/R) | 220.00 | 44,773.82 |
| 09/20/2021 | 12000 Accounts Receivable (A/R) | -1,138.50 | 43,635.32 |
| 09/20/2021 | 12000 Accounts Receivable (A/R) | 1,400.00 | 45,035.32 |

# Livingscapes Inc

## Transaction Report

### September 2021

| DATE | SPLIT | AMOUNT | BALANCE |
|------|-------|--------|---------|
| 09/20/2021 | 12000 Accounts Receivable (A/R) | 150.00 | 45,185.32 |
| 09/20/2021 | 12000 Accounts Receivable (A/R) | 525.00 | 45,710.32 |
| 09/20/2021 | 12000 Accounts Receivable (A/R) | 315.00 | 46,025.32 |
| 09/20/2021 | 12000 Accounts Receivable (A/R) | 36.00 | 46,061.32 |
| 09/20/2021 | 12000 Accounts Receivable (A/R) | 7.50 | 46,068.82 |
| 09/20/2021 | 12000 Accounts Receivable (A/R) | 31.92 | 46,100.74 |
| 09/20/2021 | 12000 Accounts Receivable (A/R) | 10.92 | 46,111.66 |
| 09/20/2021 | 12000 Accounts Receivable (A/R) | 42.12 | 46,153.78 |
| 09/20/2021 | 12000 Accounts Receivable (A/R) | 180.00 | 46,333.78 |
| 09/20/2021 | 12000 Accounts Receivable (A/R) | 225.00 | 46,558.78 |
| 09/20/2021 | 12000 Accounts Receivable (A/R) | 300.00 | 46,858.78 |
| 09/20/2021 | 12000 Accounts Receivable (A/R) | 500.00 | 47,358.78 |
| 09/20/2021 | 12000 Accounts Receivable (A/R) | 53.29 | 47,412.07 |
| 09/20/2021 | 12000 Accounts Receivable (A/R) | 41.71 | 47,453.78 |
| 09/20/2021 | 12000 Accounts Receivable (A/R) | 180.00 | 47,633.78 |
| 09/20/2021 | 12000 Accounts Receivable (A/R) | 2,800.00 | 50,433.78 |
| 09/20/2021 | 12000 Accounts Receivable (A/R) | 350.00 | 50,783.78 |
| 09/20/2021 | 12000 Accounts Receivable (A/R) | 3,250.00 | 54,033.78 |
| 09/20/2021 | 10106 Pinnacle Operations Ck *1236 | -557.54 | 53,476.24 |
| 09/20/2021 | 12000 Accounts Receivable (A/R) | 95.00 | 53,571.24 |
| 09/22/2021 | 12000 Accounts Receivable (A/R) | 100.00 | 53,671.24 |
| 09/22/2021 | 12000 Accounts Receivable (A/R) | 750.00 | 54,421.24 |
| 09/22/2021 | 12000 Accounts Receivable (A/R) | 435.00 | 54,856.24 |
| 09/22/2021 | 12000 Accounts Receivable (A/R) | 360.00 | 55,216.24 |
| 09/24/2021 | 12000 Accounts Receivable (A/R) | 160.00 | 55,376.24 |
| 09/26/2021 | 12000 Accounts Receivable (A/R) | 100.00 | 55,476.24 |
| 09/27/2021 | 12000 Accounts Receivable (A/R) | 150.00 | 55,626.24 |
| 09/27/2021 | 12000 Accounts Receivable (A/R) | 120.00 | 55,746.24 |
| 09/27/2021 | 12000 Accounts Receivable (A/R) | 85.00 | 55,831.24 |
| 09/27/2021 | 12000 Accounts Receivable (A/R) | 150.00 | 55,981.24 |
| 09/27/2021 | 12000 Accounts Receivable (A/R) | 200.00 | 56,181.24 |
| 09/27/2021 | 12000 Accounts Receivable (A/R) | 340.00 | 56,521.24 |
| 09/27/2021 | 12000 Accounts Receivable (A/R) | 225.00 | 56,746.24 |
| 09/27/2021 | 12000 Accounts Receivable (A/R) | 190.00 | 56,936.24 |
| 09/27/2021 | 12000 Accounts Receivable (A/R) | 375.00 | 57,311.24 |
| 09/27/2021 | 12000 Accounts Receivable (A/R) | 150.00 | 57,461.24 |
| 09/27/2021 | 12000 Accounts Receivable (A/R) | 600.00 | 58,061.24 |
| 09/27/2021 | 12000 Accounts Receivable (A/R) | 500.00 | 58,561.24 |
| 09/27/2021 | 12000 Accounts Receivable (A/R) | 360.00 | 58,921.24 |
| 09/27/2021 | 12000 Accounts Receivable (A/R) | 180.00 | 59,101.24 |
| 09/27/2021 | 12000 Accounts Receivable (A/R) | 200.00 | 59,301.24 |
| 09/27/2021 | 12000 Accounts Receivable (A/R) | 550.00 | 59,851.24 |
| 09/27/2021 | 12000 Accounts Receivable (A/R) | 225.00 | 60,076.24 |
| 09/27/2021 | 12000 Accounts Receivable (A/R) | 90.00 | 60,166.24 |

# Livingscapes Inc

## Transaction Report

### September 2021

| DATE | SPLIT | AMOUNT | BALANCE |
|------|-------|-------:|--------:|
| 09/27/2021 | 12000 Accounts Receivable (A/R) | 180.00 | 60,346.24 |
| 09/27/2021 | 12000 Accounts Receivable (A/R) | 40.00 | 60,386.24 |
| 09/27/2021 | 12000 Accounts Receivable (A/R) | 270.00 | 60,656.24 |
| 09/27/2021 | 12000 Accounts Receivable (A/R) | 50.00 | 60,706.24 |
| 09/27/2021 | 12000 Accounts Receivable (A/R) | 250.00 | 60,956.24 |
| 09/30/2021 | 12000 Accounts Receivable (A/R) | 1,800.00 | 62,756.24 |
| 09/30/2021 | 12000 Accounts Receivable (A/R) | 275.00 | 63,031.24 |
| 09/30/2021 | 12000 Accounts Receivable (A/R) | 131.25 | 63,162.49 |
| 09/30/2021 | 12000 Accounts Receivable (A/R) | 95.00 | 63,257.49 |
| 09/30/2021 | 12000 Accounts Receivable (A/R) | 75.00 | 63,332.49 |
| 09/30/2021 | 12000 Accounts Receivable (A/R) | 750.00 | 64,082.49 |
| 09/30/2021 | 12000 Accounts Receivable (A/R) | 425.00 | 64,507.49 |
| 09/30/2021 | 12000 Accounts Receivable (A/R) | 65.00 | 64,572.49 |
| 09/30/2021 | 12000 Accounts Receivable (A/R) | 50.00 | 64,622.49 |
| 09/30/2021 | 12000 Accounts Receivable (A/R) | 220.00 | 64,842.49 |
| 09/30/2021 | 12000 Accounts Receivable (A/R) | 470.00 | 65,312.49 |
| **Total for Services** | | **$65,312.49** | |
| **TOTAL** | | **$95,101.33** | |

# Livingscapes Inc
## A/R Aging Summary

**As of October 14, 2021**

| Current | 1 - 30 | 31 - 60 | 61 - 90 | 91 and over | Total | |
|---|---|---|---|---|---|---|
| | 0.00 | | | | 0.00 | |
| 660.00 | | | | | 660.00 | |
| 150.00 | | | | | 150.00 | |
| 460.00 | | | | | 460.00 | |
| 351.25 | 357.01 | | | | 708.26 | |
| 635.00 | | | | | 635.00 | |
| 370.00 | | | | | 370.00 | |
| 305.00 | | | | | 305.00 | |
| | | | | 300.00 | 300.00 | |
| | 42,625.25 | | | | 42,625.25 | |
| | 660.65 | | | | 660.65 | |
| 90.00 | | 268.59 | 188.99 | 80.00 | 627.58 | |
| 300.00 | 304.92 | | | | 604.92 | |
| | | | | 352.88 | 352.88 | |
| 1,275.00 | | | | | 1,275.00 | |
| 565.00 | | | | | 565.00 | |
| 340.00 | | | | | 340.00 | |
| 50.00 | | | | | 50.00 | |
| | | | | -471.25 | -471.25 | |
| 350.00 | | | | | 350.00 | |
| 200.00 | | | | | 200.00 | |
| | 498.03 | 697.30 | | | 1,195.33 | |
| 317.50 | | | | | 317.50 | |
| 280.00 | 287.25 | | | | 567.25 | |
| | | | | 265.00 | 265.00 | |
| 480.00 | | | | | 480.00 | |
| 1,800.00 | | | | | 1,800.00 | |
| | | | | 773.69 | 773.69 | |
| 695.00 | | | | | 695.00 | |
| 446.25 | | | | | 446.25 | |
| 250.00 | | | | | 250.00 | |
| 800.00 | | | | | 800.00 | |
| 270.00 | | | | | 270.00 | |
| 225.00 | | | | 425.50 | 650.50 | |
| 510.00 | | | | | 510.00 | |
| 410.00 | | | | | 410.00 | |
| | 406.56 | | | | 406.56 | |
| 600.00 | | | | | 600.00 | |
| | | 72.32 | | 75.00 | 147.32 | |
| 160.00 | | | | | 160.00 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 420.00 | | | | | 420.00 | |
| 473.75 | 435.77 | | 460.68 | | 1,370.20 | |
| 450.00 | 411.63 | | | | 861.63 | |
| 1,135.00 | | | | | 1,135.00 | |
| 425.00 | | | | | 425.00 | |
| 825.00 | | | | | 825.00 | |
| 790.00 | 929.42 | | | | 1,719.42 | |
| 190.00 | | | | | 190.00 | |
| 665.00 | | | | | 665.00 | |
| 380.00 | | | | | 380.00 | |
| 640.00 | | | | | 640.00 | |
| | | 2,613.60 | | 931.54 | 3,545.14 | |
| | 71.15 | | 3.55 | | 74.70 | |
| 360.00 | | | | | 360.00 | |
| **$ 20,098.75** | **$ 46,987.64** | **$ 3,651.81** | **$ 653.22** | **$ 2,732.36** | **$ 74,123.78** | |



150 Third Avenue South
Suite 900
Nashville, TN 37201
www.pnfp.com

Client Service Center 800-264-3613
Pinnacle Anytime 866-755-5428

RETURN SERVICE REQUESTED

Account
Livingscapes LLC
XXXXXXXX1236

Livingscapes LLC
Debtor In Possession
148 Stonecrest Drive
Nashville, TN 37209-5236

## Statement of Account

Horizon 75

| Balance 9/01/21 | Summary | | |
|---|---|---|---|
| $ 14,748.29 | | | |
| | Credits | +$76,332.67 | |
| | Interest | +$.00 | |
| Balance 9/30/21 | Debits | - $62,917.90 | |
| $ 28,163.06 | | | |

### Credit Transactions

Deposits

| 9/01 | INTUIT 39009555   DEPOSIT 524771992494446 9215986202 LIVINGSCAPES INC | 455.00 |
|---|---|---|
| 9/02 | Regular Deposit | 11,115.75 |
| 9/03 | INTUIT 59256605   DEPOSIT 524771992494446 9215986202 LIVINGSCAPES INC | 450.00 |
| 9/07 | Regular Deposit | 12,270.28 |
| 9/09 | 440 Terry Ave N Amazon.com Amzn.com/bill WA 090821  Card#2282 | 3.27 |
| 9/09 | INTUIT 90878955   DEPOSIT 524771992494446 9215986202 LIVINGSCAPES INC | 1,082.45 |
| 9/15 | INTUIT 21527995   DEPOSIT 524771992494446 9215986202 LIVINGSCAPES INC | 2,141.25 |
| 9/15 | Regular Deposit | 1,667.50 |
| 9/15 | Regular Deposit | 1,690.00 |
| 9/16 | INTUIT 25219195   DEPOSIT 524771992494446 9215986202 LIVINGSCAPES INC | 3,488.75 |
| 9/20 | INTUIT 48159935   DEPOSIT 524771992494446 9215986202 LIVINGSCAPES INC | 750.00 |
| 9/20 | INTUIT 40797285   DEPOSIT 524771992494446 9215986202 LIVINGSCAPES INC | 14,827.50 |



### New Mobile App Combines Personal and Business

Pinnacle's new mobile banking combines our personal and business apps into one that looks (and works) more like the full online banking experience. You can:

- Easily manage and edit transfers
- Make principal and interest loan payments
- See your passcode as you enter it
- Add and edit transaction descriptions

You can learn more and download the app at PNFP.com/mobile

Member FDIC  EQUAL HOUSING LENDER

Case 3:21-bk-03561    Doc 115    Filed 10/19/21    Entered 10/19/21 16:38:05    Desc Main
Document      Page 16 of 29



## ELECTRONIC TRANSFER ERROR RESOLUTION

This Electronic Transfer Error Resolution only applies to accounts held for personal, family or household purposes and is therefore not applicable to business, trust accounts, or any such account held for non-personal purposes.

In case of errors or questions about your electronic transfers, call or write us at the telephone number or address listed at the end of this disclosure, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt.

- Tell us your name and account number (if any).

- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

- Tell us the dollar amount of the suspected error.

We must hear from you no later than 60 days after we send the FIRST statement on which the problem or error appeared.

We will provide provisional credit for the amount that you think is in error within 10 business days of your complaint and begin an investigation of the transaction(s).  In most cases, we will disclose the results of the investigation within 10 business days of your complaint and correct any error promptly.  If we need more time to investigate the complaint, we may take up to 45 days (90 days if the transfer involved a point-of-sale transaction or a foreign initiated transfer) to complete our investigation.  However, you will have use of the funds in question during our investigation.

**Pinnacle Bank**
150 3rd Avenue South, Suite 900
Nashville, TN 37201
(800) 264-3613

| 9/20 | Regular Deposit | 11,408.87 |
| 9/21 | INTUIT 48256775   DEPOSIT 524771992494446  9215986202 LIVINGSCAPES INC | 1,618.68 |
| 9/22 | INTUIT 53457925   DEPOSIT 524771992494446  9215986202 LIVINGSCAPES INC | 1,715.00 |
| 9/23 | INTUIT 62207035   DEPOSIT 524771992494446  9215986202 LIVINGSCAPES INC | 1,645.00 |
| 9/27 | INTUIT 75573625   DEPOSIT 524771992494446  9215986202 LIVINGSCAPES INC | 160.00 |
| 9/28 | INTUIT 86724915   DEPOSIT 524771992494446  9215986202 LIVINGSCAPES INC | 310.00 |
| 9/28 | Regular Deposit | 5,177.12 |
| 9/30 | Regular Deposit | 4,356.25 |
| **Total Credits** | | **$76,332.67** |

## Debit Transactions

### Other Debits

| 9/01 | 8003 HIGHWAY 53 EL PASO TONEY AL 083121  Card#2282 | 43.77 |
| 9/01 | THE HOME DEPOT # NASHVILLE TN 090121 001518 Card#2282 | 481.82 |
| 9/01 | INTUIT 77607305   TRAN FEE 524771992494446  9215986202 LIVINGSCAPES INC | 4.55 |
| 9/01 | FB HEALTH PLANS    MONTHLY 1620450581 JAMES W LIVINGSTON | 74.75 |
| 9/02 | CC GOOGLE.COM GOOGLE*GSUITE L INTERNET CA 090121  Card#2282 | 6.56 |
| 9/02 | 612 OLD HICKORY BLVD CAR WASH PLACE NASHVILLE TN 090121  Card#2282 | 11.50 |
| 9/02 | O'REILLY AUTO P NASHVILLE TN 090221 124544549440 Card#2282 | 13.16 |
| 9/02 | MAPCO 3351 LEBANON TN 090121 007355 Card#2282 | 49.60 |
| 9/02 | 139 HUNTINGTON PL IN *SNARK MEDIA 615-6969119 TN 090121  Card#2282 | 99.00 |
| 9/03 | 185 BERRY ST STE 50 LYFT   1 RIDE 0 8558659553 CA 090321  Card#2282 | 74.66 |
| 9/03 | OLB Transfer from *236 to *655 payroll | 6,800.00 |
| 9/03 | INTUIT 99759525   TRAN FEE 524771992494446  9215986202 LIVINGSCAPES INC | 4.50 |
| 9/03 | NES POWER         UTILITY 0000007041   S JAMES LIVINGSTON | 138.62 |
| 9/03 | PENN NATIONAL IN  RECUR PMTS 8000271667       C230961349 LIVINGSTON JAMES | 181.50 |
| 9/07 | 2535 POWELL AVE THE HOME DEPOT NASHVILLE TN 090221  Card#2282 | 6.90 |
| 9/07 | 2535 POWELL AVE THE HOME DEPOT NASHVILLE TN 090221  Card#2282 | 1,233.59 |
| 9/07 | WASTE MANAGEMENT  INTERNET 9049038216   S LIVINGSTON JAMES | 414.12 |
| 9/08 | 440 Terry Ave N Amazon.com*2G4K Amzn.com/bill WA 090821  Card#2282 | 14.18 |
| 9/08 | 440 Terry Ave N AMZN Mktp US*25 Amzn.com/bill WA 090821  Card#2282 | 17.46 |
| 9/08 | 6700 LAKEVIEW DRIVE CIGNA 877 484 5 8774845967 FL 090721  Card#2282 | 1,061.94 |
| 9/09 | DAILYS 8020 NASHVILLE TN 090821 961064 Card#2282 | 13.49 |
| 9/09 | WALGREENS 5301 HARDING NASHVILLE TN 090821 090818211617 Card#2282 | 32.19 |
| 9/09 | 1455 MARKET ST UBER   EATS 8005928996 CA 090821  Card#2282 | 33.35 |
| 9/09 | INTUIT 31530645   TRAN FEE 524771992494446  9215986202 LIVINGSCAPES INC | 10.00 |
| 9/10 | SHELL SERVICE S NASHVILLE TN 091021 125343800889 Card#2282 | 40.69 |
| 9/10 | RACEWAY 770 LEBANON TN 091021 125392759836 Card#2282 | 42.32 |
| 9/10 | OLB Transfer from *236 to *655 payroll | 7,800.00 |
| 9/10 | HUNTERTREESLLC    PURCHASE COMPANY        911925808M COMPANY | 3,260.00 |
| 9/13 | 5101 HARDING PIKE DUNKIN #358318 NASHVILLE TN 090921  Card#2282 | 8.90 |
| 9/13 | 4225 ASHLAND CITY HW NASHVILLE NURSE 615-2443478 TN 091021  Card#2282 | 43.70 |
| 9/13 | 6401 CENTENNIAL BLV LIVING EARTH CE NASHVILLE TN 091021  Card#2282 | 50.24 |

| Date | Description | Amount |
|---|---|---|
| 9/13 | AUTOZONE  5731 NOLENSV NASHVILLE TN 091221 091212018602 Card#2282 | 55.47 |
| 9/13 | LOWE'S #629 7034 CHARL NASHVILLE TN 091321 033612 Card#2282 | 103.68 |
| 9/13 | 211 S AKARD RM 1210 ATT*BILL PAYMEN 800-288-2020 TX 091221  Card#2282 | 122.34 |
| 9/13 | 440 TERRY AVE N AMAZON.COM*2G5Z AMZN.COM/BILL WA 090921  Card#2282 | 124.39 |
| 9/13 | 4225 ASHLAND CITY HW NASHVILLE NURSE 615-2443478 TN 091021 Card#2282 | 235.98 |
| 9/13 | 2724 VARNELL RD SW BLACK FOX FARMS 423-5937522 TN 091021  Card#2282 | 599.30 |
| 9/14 | 480 CRAIGHEAD ST ST CCAD REPROGRAPH NASHVILLE TN 091321  Card#2282 | 5.46 |
| 9/14 | 440 Terry Ave N AMZN Mktp US*25 Amzn.com/bill WA 091321  Card#2282 | 21.84 |
| 9/14 | 440 TERRY AVE N AMAZON.COM*2G0D AMZN.COM/BILL WA 091321  Card#2282 | 38.29 |
| 9/15 | 5304 HARDING PIKE HART ACE HDWE NASHVILLE TN 091421  Card#2282 | 40.37 |
| 9/15 | 2535 Garcia Ave INTUIT *QuickBo CL.INTUIT.COM CA 091421  Card#2282 | 87.40 |
| 9/15 | INTUIT 62531345   TRAN FEE 524771992494446  9215986202 LIVINGSCAPES INC | 10.00 |
| 9/15 | OUT OF THE BOX T   SALE 9215986202 JAMES LIVINGSTON | 225.00 |
| 9/16 | 1025 AIRPORT PARKWA MANSFIELD OIL C 8006956626 GA 091521  Card#2282 | 1,579.44 |
| 9/16 | INTUIT 66281615   TRAN FEE 524771992494446  9215986202 LIVINGSCAPES INC | 58.93 |
| 9/16 | MOBILE MINI       8004561751 1860748362 JAMES LIVINGSTON | 113.84 |
| 9/17 | 556 S. Fair Oaks Ave SPK*SPOKEO SEAR 800-6994264 CA 091621  Card#2282 | 29.85 |
| 9/17 | 6401 CENTENNIAL BLV LIVING EARTH CE NASHVILLE TN 091521  Card#2282 | 32.00 |
| 9/17 | 4225 ASHLAND CITY HW NASHVILLE NURSE 615-2443478 TN 091621  Card#2282 | 52.44 |
| 9/17 | 899 HEATHROW PARK LN VZWRLSS*APOCC V 800-922-0204 FL 091721  Card#2282 | 128.22 |
| 9/17 | OLB Transfer from *236 to *655 payroll | 9,500.00 |
| 9/20 | INTUIT 89229105   TRAN FEE 524771992494446  9215986202 LIVINGSCAPES INC | 7.50 |
| 9/20 | INTUIT 81853985   TRAN FEE 524771992494446  9215986202 LIVINGSCAPES INC | 10.00 |
| 9/21 | RICHLAND HARDWAR NASHVILLE TN 092121 000102 Card#2282 | 82.99 |
| 9/21 | INTUIT 89321735   TRAN FEE 524771992494446  9215986202 LIVINGSCAPES INC | 16.19 |
| 9/21 | MOBILE MINI       8004561751 1860748362 JAMES LIVINGSTON | 153.67 |
| 9/21 | QUARTERLY FEE     PAYMENT 0000         1501000502 JAMES LIVINGSTON | 2,021.00 |
| 9/22 | 4474 CLEECES FERRY IN *GRASSROOTS 615-2551777 TN 092121  Card#2282 | 204.80 |
| 9/22 | INTUIT 94838555   TRAN FEE 524771992494446  9215986202 LIVINGSCAPES INC | 12.20 |
| 9/23 | 6401 CENTENNIAL BLV LIVING EARTH CE NASHVILLE TN 092121  Card#2282 | 80.00 |
| 9/23 | 4474 CLEECES FERRY IN *GRASSROOTS 615-2551777 TN 092221  Card#2282 | 80.00 |
| 9/23 | THE HOME DEPOT # NASHVILLE TN 092321 000741 Card#2282 | 364.90 |
| 9/23 | INTUIT 03696665   TRAN FEE 524771992494446  9215986202 LIVINGSCAPES INC | 14.60 |
| 9/23 | MOBILE MINI       8004561751 1860748362 JAMES LIVINGSTON | 153.67 |
| 9/24 | OLB Transfer from *236 to *655 payroll | 7,000.00 |
| 9/27 | 612 OLD HICKORY BLVD CAR WASH PLACE NASHVILLE TN 092421  Card#2282 | 4.00 |
| 9/27 | AUTOZONE  7621 HWY 70 NASHVILLE TN 092621 092616300428 Card#2282 | 40.41 |
| 9/27 | SPARKEYS EXXON ATOKA TN 092521 126895241375 Card#2282 | 52.56 |
| 9/27 | 10772 HIGHWAY 51 S COMFORT INNS ATOKA TN 092421  Card#2282 | 102.13 |
| 9/27 | INTUIT 16936485   TRAN FEE 524771992494446  9215986202 LIVINGSCAPES INC | 1.60 |
| 9/27 | PENN NATIONAL IN  RECUR PMTS 3100193796        C230961349 LIVINGSCAPES INC | 1,625.95 |
| 9/28 | ATM Withdrawal 8020 MCCRORY LANE NASHVILLE TN 092821 00002508 Card#2282 | 123.50 |
| 9/28 | 400 McMinnville Hwy RUTHERFORD CO-O WOODBURY TN 092621  Card#2282 | 17.68 |
| 9/28 | SHELL SERVICE S NASHVILLE TN 092821 127178519456 Card#2282 | 20.10 |

| 9/28 | P.O. Box 432 SQ *CHRISTINA M gosq.com TN 092721  Card#2282 | 2,133.00 |
|---|---|---|
| 9/28 | INTUIT 28500135   TRAN FEE 524771992494446  9215986202 LIVINGSCAPES INC | 3.10 |
| 9/29 | 328 KILLEN ROAD The Roadster Fa 8144464423 PA 092821  Card#2282 | 16.95 |
| 9/29 | 6401 CENTENNIAL BLV LIVING EARTH CE NASHVILLE TN 092721  Card#2282 | 32.00 |
| 9/29 | 2475 BRANSFORD AVE CHILTON TURF CE NASHVILLE TN 092821  Card#2282 | 244.18 |
| 9/29 | 4225 ASHLAND CITY HW NASHVILLE NURSE 615-2443478 TN 092821  Card#2282 | 259.47 |
| 9/29 | OUT OF THE BOX T  SALE 9215986202 JAMES LIVINGSTON | 526.50 |
| 9/30 | Service Charge | 21.70 |

## Checks

| 9/07 | Check 1034 | 3,365.25 |
|---|---|---|
| 9/03 | Check 1037* | 3,000.00 |
| 9/07 | Check 1038 | 1,695.00 |
| 9/20 | Check 1039 | 1,000.00 |
| 9/30 | Check 1040 | 3,200.00 |
| **Total Debits** | | $62,917.90 |

(*) Indicates gap in check number sequenece

| Average Balance This Statement | $19,261.35 | Annual Percentage Yield Earned | .00% |
|---|---|---|---|
| Interest Earned This Period | $.00 | Days in Period | 30 |
| Interest Paid Year to Date | $.00 | Interest Paid | $.00 |

## DAILY BALANCE INFORMATION

| 9/01 | 14,598.40 | 9/13 | 8,756.57 | 9/22 | 32,632.69 |
|---|---|---|---|---|---|
| 9/02 | 25,534.33 | 9/14 | 8,690.98 | 9/23 | 33,584.52 |
| 9/03 | 15,785.05 | 9/15 | 13,826.96 | 9/24 | 26,584.52 |
| 9/07 | 21,340.47 | 9/16 | 15,563.50 | 9/27 | 24,917.87 |
| 9/08 | 20,246.89 | 9/17 | 5,820.99 | 9/28 | 28,107.61 |
| 9/09 | 21,243.58 | 9/20 | 31,789.86 | 9/29 | 27,028.51 |
| 9/10 | 10,100.57 | 9/21 | 31,134.69 | 9/30 | 28,163.06 |

Intentionally Left Blank

| Credit | DDA Deposit |
|---|---|
| Bank: PINNACLE BANK | Date/Time: 9/2/2021 11:30 AM |
| Branch #: 447 | Workstation: 1044/002 |
| Branch Name: Nashville Belle Meade | HN #: /9157000000199 |
| Teller ID: HHH WIN | Owner: |
| Drawer #: 44/05 | |
| Trans #: 41 | |
| Misc: Trt Deposits,Cht LivinScapesLLC | |

SUBSTITUTE IMAGE / VIRTUAL DOCUMENT

| AUXILIARY | R/T | ACCOUNT | PC/TC | AMOUNT |
|---|---|---|---|---|
| | S000-0011 | 800106721236 | 39 | $11,115.75 |

#0      09/02/2021      $11,115.75

| Credit | DDA Deposit |
|---|---|
| Bank: PINNACLE BANK | Date/Time: 9/7/2021 2:10 PM |
| Branch #: 447 | Workstation: 1044/005 |
| Branch Name: Nashville Belle Meade | HN #: /9267050000086 |
| Teller ID: PHHHIGHND | Owner: |
| Drawer #: 44/05 | |
| Trans #: 63 | |
| Misc: Trt Deposits,Cht LivinScapesLLC | |

SUBSTITUTE IMAGE / VIRTUAL DOCUMENT

| AUXILIARY | R/T | ACCOUNT | PC/TC | AMOUNT |
|---|---|---|---|---|
| | S000-0011 | 800106721236 | 39 | $12,270.28 |

#0      09/07/2021      $12,270.28

| Credit | DDA Deposit |
|---|---|
| Bank: PINNACLE BANK | Date/Time: 9/15/2021 2:15 PM |
| Branch #: 447 | Workstation: 1044/002 |
| Branch Name: Nashville Belle Meade | HN #: /9267000000153 |
| Teller ID: HHH WIN | Owner: |
| Drawer #: 44/05 | |
| Trans #: 56 | |
| Misc: Trt Deposits,Cht CUSTOMEX BANK | |

SUBSTITUTE IMAGE / VIRTUAL DOCUMENT

| AUXILIARY | R/T | ACCOUNT | PC/TC | AMOUNT |
|---|---|---|---|---|
| | S000-0011 | 800106721236 | 39 | $1,667.50 |

#0      09/15/2021      $1,667.50

| Credit | DDA Deposit |
|---|---|
| Bank: PINNACLE BANK | Date/Time: 9/15/2021 11:47 AM |
| Branch #: 447 | Workstation: 1044/002 |
| Branch Name: Nashville Belle Meade | HN #: /9267000000117 |
| Teller ID: HHH WIN | Owner: |
| Drawer #: 44/05 | |
| Trans #: 38 | |
| Misc: Trt Deposits,Cht CUSTOMEX BANK | |

SUBSTITUTE IMAGE / VIRTUAL DOCUMENT

| AUXILIARY | R/T | ACCOUNT | PC/TC | AMOUNT |
|---|---|---|---|---|
| | S000-0011 | 800106721236 | 39 | $1,690.00 |

#0      09/15/2021      $1,690.00

| Credit | DDA Deposit |
|---|---|
| Bank: PINNACLE BANK | Date/Time: 9/20/2021 2:44 PM |
| Branch #: 447 | Workstation: 1044/002 |
| Branch Name: Nashville Belle Meade | HN #: /9337050000098 |
| Teller ID: HHKH PHH S | Owner: |
| Drawer #: 44/05 | |
| Trans #: 37 | |
| Misc: Trt Deposits,Cht CUSTOMEX BANK | |

SUBSTITUTE IMAGE / VIRTUAL DOCUMENT

| AUXILIARY | R/T | ACCOUNT | PC/TC | AMOUNT |
|---|---|---|---|---|
| | S000-0011 | 800106721236 | 39 | $11,408.87 |

#0      09/20/2021      $11,408.87

| Credit | DDA Deposit |
|---|---|
| Bank: PINNACLE BANK | Date/Time: 9/28/2021 3:03 PM |
| Branch #: 447 | Workstation: 1044/005 |
| Branch Name: Nashville Belle Meade | HN #: /9417050000105 |
| Teller ID: HHH PHH S | Owner: |
| Drawer #: 44/05 | |
| Trans #: 48 | |
| Misc: Trt Deposits,Cht CUSTOMEX BANK | |

SUBSTITUTE IMAGE / VIRTUAL DOCUMENT

| AUXILIARY | R/T | ACCOUNT | PC/TC | AMOUNT |
|---|---|---|---|---|
| | S000-0011 | 800106721236 | 39 | $5,177.12 |

#0      09/28/2021      $5,177.12

| Credit | DDA Deposit |
|---|---|
| Bank: PINNACLE BANK | Date/Time: 9/30/2021 4:01 PM |
| Branch #: 447 | Workstation: 1044/002 |
| Branch Name: Nashville Belle Meade | HN #: /9457000000203 |
| Teller ID: HHH WIN | Owner: |
| Drawer #: 44/05 | |
| Trans #: 11 | |
| Misc: Trt Deposits,Cht CUSTOMEX BANK | |

SUBSTITUTE IMAGE / VIRTUAL DOCUMENT

| AUXILIARY | R/T | ACCOUNT | PC/TC | AMOUNT |
|---|---|---|---|---|
| | S000-0011 | 800106721236 | 39 | $4,356.25 |

#0      09/30/2021      $4,356.25

Livingscapes LLC.      1034
PO Box 91047
Nashville, TN 37209

8-23-21

PAY TO THE ORDER OF: GoodCover Farms    $3,365.25

One Thousand Three Hundred Sixty Five & ___ DOLLARS

Pinnacle Financial Partners

FOR: Mulch

#001034# #064008637# #800106721236#

#1034      09/07/2021      $3,365.25

Livingscapes LLC.      1037
PO Box 91047
Nashville, TN 37209

9-1-21

PAY TO THE ORDER OF: Trenton Greer LLC    $3,000.00

Three Thousand & ___ DOLLARS

Pinnacle Financial Partners

FOR: ___

#001037# #064008637# #800106721236#

#1037      09/03/2021      $3,000.00

Livingscapes LLC.      1038
PO Box 91047
Nashville, TN 37209

9-6-21

PAY TO THE ORDER OF: Don Fox    $1,695.00

One Thousand Six Hundred Ninty Five & ___ DOLLARS

Pinnacle Financial Partners

FOR: ___

#001038# #064008637# #800106721236#

#1038      09/07/2021      $1,695.00

Livingscapes LLC.      1039
PO Box 91047
Nashville, TN 37209

Sept 20-21

PAY TO THE ORDER OF: Robert H Links/Schmidt    $1,000.00

One Thousand & ___ DOLLARS

Pinnacle Financial Partners

FOR: Monthly Payment

#001039# #064008637# #800106721236#

#1039      09/20/2021      $1,000.00

Livingscapes LLC.      1040
PO Box 91047
Nashville, TN 37209

9-26-21

PAY TO THE ORDER OF: Deep Cooler    $3,200.00

Three Thousand Two Hundred & ___ DOLLARS

Pinnacle Financial Partners

FOR: ___

#001040# #064008637# #800106721236#

#1040      09/30/2021      $3,200.00



150 Third Avenue South
Suite 900
Nashville, TN 37201
www.pnfp.com

Client Service Center 800-264-3613
Pinnacle Anytime 866-755-5428

RETURN SERVICE REQUESTED

Account
Livingscapes LLC
XXXXXXXX2655

Livingscapes LLC
Debtor In Possession
148 Stonecrest Drive
Nashville, TN 37209-5236

# Statement of Account

Horizon 75

| Balance 9/01/21 | Summary | |
|---|---|---|
| $ 3,121.89 | | |
| | Credits | +$31,450.00 |
| Balance 9/30/21 | Interest | +$.00 |
| $ 3,869.34 | Debits | - $30,702.55 |



## Credit Transactions

**New Mobile App Combines Personal and Business**

### Deposits

| | | |
|---|---|---|
| 9/03 | OLB Transfer from *236 to *655 payroll | 6,800.00 |
| 9/10 | OLB Transfer from *236 to *655 payroll | 7,800.00 |
| 9/17 | OLB Transfer from *236 to *655 payroll | 9,500.00 |
| 9/24 | OLB Transfer from *236 to *655 payroll | 7,000.00 |
| 9/30 | Regular Deposit | 350.00 |
| **Total Credits** | | **$31,450.00** |

Pinnacle's new mobile banking combines our personal and business apps into one that looks (and works) more like the full online banking experience. You can:

- Easily manage and edit transfers
- Make principal and interest loan payments
- See your passcode as you enter it
- Add and edit transaction descriptions

## Debit Transactions

You can learn more and download the app at PNFP.com/mobile

### Other Debits

| | | |
|---|---|---|
| 9/03 | 0190AWWV LIVINGS  PAYROLL 0190AWWV 1582663830 LIVINGSCAPES | 104.00 |
| 9/03 | 0190AWWV LIVINGS  PAYROLL 0190AWWV 1582663830 LIVINGSCAPES | 1,287.57 |
| 9/03 | 0190AWWV LIVINGS  PAYROLL 0190AWWV 1582663830 LIVINGSCAPES | 2,231.47 |

Member FDIC

Case 3:21-bk-03561   Doc 115   Filed 10/19/21   Entered 10/19/21 16:38:05   Desc Main
Document      Page 23 of 29



## ELECTRONIC TRANSFER ERROR RESOLUTION

This Electronic Transfer Error Resolution only applies to accounts held for personal, family or household purposes and is therefore not applicable to business, trust accounts, or any such account held for non-personal purposes.

In case of errors or questions about your electronic transfers, call or write us at the telephone number or address listed at the end of this disclosure, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt.

- Tell us your name and account number (if any).

- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

- Tell us the dollar amount of the suspected error.

We must hear from you no later than 60 days after we send the FIRST statement on which the problem or error appeared.

We will provide provisional credit for the amount that you think is in error within 10 business days of your complaint and begin an investigation of the transaction(s).  In most cases, we will disclose the results of the investigation within 10 business days of your complaint and correct any error promptly.  If we need more time to investigate the complaint, we may take up to 45 days (90 days if the transfer involved a point-of-sale transaction or a foreign initiated transfer) to complete our investigation.  However, you will have use of the funds in question during our investigation.

**Pinnacle Bank**
150 3rd Avenue South, Suite 900
Nashville, TN 37201
(800) 264-3613

| 9/10 | 0190AWWV LIVINGS  PAYROLL 0190AWWV | 1582663830 LIVINGSCAPES | 79.00 |
| 9/10 | 0190AWWV LIVINGS  PAYROLL 0190AWWV | 1582663830 LIVINGSCAPES | 1,461.56 |
| 9/10 | 0190AWWV LIVINGS  PAYROLL 0190AWWV | 1582663830 LIVINGSCAPES | 2,228.31 |
| 9/17 | 0190AWWV LIVINGS  PAYROLL 0190AWWV | 1582663830 LIVINGSCAPES | 79.00 |
| 9/17 | 0190AWWV LIVINGS  PAYROLL 0190AWWV | 1582663830 LIVINGSCAPES | 1,823.32 |
| 9/17 | 0190AWWV LIVINGS  PAYROLL 0190AWWV | 1582663830 LIVINGSCAPES | 2,338.53 |
| 9/24 | 0190AWWV LIVINGS  PAYROLL 0190AWWV | 1582663830 LIVINGSCAPES | 80.50 |
| 9/24 | 0190AWWV LIVINGS  PAYROLL 0190AWWV | 1582663830 LIVINGSCAPES | 1,056.10 |
| 9/24 | 0190AWWV LIVINGS  PAYROLL 0190AWWV | 1582663830 LIVINGSCAPES | 1,773.10 |

## Checks

| 9/07 | Check 171 | 458.14 |
| 9/08 | Check 172 | 536.63 |
| 9/07 | Check 173 | 556.42 |
| 9/03 | Check 174 | 662.67 |
| 9/03 | Check 175 | 539.00 |
| 9/03 | Check 176 | 597.97 |
| 9/03 | Check 20334* | 822.06 |
| 9/17 | Check 20340* | 713.95 |
| 9/13 | Check 20341 | 531.94 |
| 9/13 | Check 20342 | 647.76 |
| 9/14 | Check 20343 | 674.37 |
| 9/14 | Check 20344 | 654.95 |
| 9/14 | Check 20345 | 723.44 |
| 9/17 | Check 20346 | 835.99 |
| 9/17 | Check 20347 | 930.14 |
| 9/17 | Check 20348 | 764.91 |
| 9/21 | Check 20349 | 759.55 |
| 9/21 | Check 20350 | 737.12 |
| 9/20 | Check 20351 | 846.19 |
| 9/27 | Check 20352 | 507.76 |
| 9/28 | Check 20353 | 167.29 |
| 9/24 | Check 20354 | 570.51 |
| 9/24 | Check 20355 | 462.62 |
| 9/28 | Check 20356 | 481.10 |
| 9/28 | Check 20357 | 456.13 |
| 9/27 | Check 20358 | 521.48 |
| **Total Debits** | | **$30,702.55** |

(*) Indicates gap in check number sequenece

| Average Balance This Statement | $3,975.91 | Annual Percentage Yield Earned | .00% |
| Interest Earned This Period | $.00 | Days in Period | 30 |
| Interest Paid Year to Date | $.00 | Interest Paid | $.00 |

## ITEMIZATION OF TOTAL NSF/OVERDRAFT AND RETURNED ITEM FEES

|  | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total NSF/Overdraft Paid Item Fees | $ .00 | $ 1,178.00 |
| Total NSF/Overdraft Returned Item Fees | $ .00 | $ 38.00 |

## DAILY BALANCE INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| 9/01 | 3,121.89 | 9/13 | 4,977.39 | 9/24 | 5,653.10 |
| 9/03 | 3,677.15 | 9/14 | 2,924.63 | 9/27 | 4,623.86 |
| 9/07 | 2,662.59 | 9/17 | 4,938.79 | 9/28 | 3,519.34 |
| 9/08 | 2,125.96 | 9/20 | 4,092.60 | 9/30 | 3,869.34 |
| 9/10 | 6,157.09 | 9/21 | 2,595.93 | | |



#0      09/30/2021      $350.00



#171      09/07/2021      $458.14



#172      09/08/2021      $536.63



#173      09/07/2021      $556.42



#174      09/03/2021      $662.67



#175      09/03/2021      $539.00



#176      09/03/2021      $597.97



#20334      09/03/2021      $822.06



#20340      09/17/2021      $713.95



#20341      09/13/2021      $531.94

#20342      09/13/2021      $647.76

#20343      09/14/2021      $674.37



#20344       09/14/2021           $654.95    #20345       09/14/2021           $723.44




#20346       09/17/2021           $835.99    #20347       09/17/2021           $930.14




#20348       09/17/2021           $764.91    #20349       09/21/2021           $759.55




#20350       09/21/2021           $737.12    #20351       09/20/2021           $846.19




#20352       09/27/2021           $507.76    #20353       09/28/2021           $167.29



#20354       09/24/2021           $570.51    #20355       09/24/2021           $462.62



#20356          09/28/2021          $481.10

#20357          09/28/2021          $456.13



#20358          09/27/2021          $521.48