Marian F. Harrison
US Bankruptcy Judge

Dated: 11/5/2021

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 3:20-bk-03561 |
| LIVINGSCAPE, LLC. ) | **Chapter 11** |
| ) | **Judge Marion F. Harrison** |
| Debtor. ) | |

## AGREED ORDER OF SUBSTITUTION OF COUNSEL

It appearing to the Court as evidenced by the signatures of counsel below that Paul W. Moser shall be relieved as attorney of record for the Creditor, Milessa Thomas, in this cause and that Justin Campbell shall be substituted as attorney of record for her. It is, therefore:

**ORDERED, ADJUDGED AND DECREED** that Paul W. Moser is hereby relieved as attorney of record for the Creditor, Milessa Thomas, and shall be relieved of all further responsibilities in this cause; and

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Justin Campbell of the firm **Thompson Burton, PLLC** is substituted as attorney of record for said creditor.

**IT IS SO ORDERED.**

**THIS ORDER WAS SIGNED AND ENTERED ELETRONICALLY
AS INDICATED AT THE TOP OF THE FIRST PAGE**

**APPROVED FOR ENTRY:**

/s/ Justin T. Campbell
Justin Campbell, (Tn Bar No. 031056)
Thompson Burton PLLC
180 West End, Suite 1550
Nashville, TN 37203
P: 615-465-6015
justin@thompsonburton.com

**APPROVED FOR ENTRY:**

/s/ Paul W. Moser w/ permission
Paul W. Moser, (#022205)
5505 Edmondson Pike, Suite 11
Nashville, TN 37211
P: (615) 662-3697
paul.moser.esq@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that I have sent a true and exact copy of the foregoing to the Assistant United States Trustee, and all other parties of record to receive notice electronically via the United States Bankruptcy Court's CM/ECF system, this 3rd day of November, 2021.

/s/ Justin T. Campbell
Justin T. Campbell

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.