In re:                                                                                          Case No. 20-03561-MFH
LIVINGSCAPES, LLC                                                                               Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0650-3              User: ko8454              Page 1 of 2
Date Rcvd: Nov 08, 2021        Form ID: pdf001        Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 10, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + LIVINGSCAPES, LLC, PO BOX 91047, Nashville, TN 37209-9047 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2021           Signature:       /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 8, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| GREGORY ROBERT ATWOOD | on behalf of Creditor Cassie Burton gregatwoodlaw@gmail.com ecf.amlaw@gmail.com |
| JEFFREY S GRASL | on behalf of U.S. Trustee US TRUSTEE jeffrey.s.grasl@usdoj.gov |
| JUSTIN TIMOTHY CAMPBELL | on behalf of Creditor Milessa Thomas justin@thompsonburton.com |
| LEFKOVITZ AND LEFKOVITZ, PLLC | on behalf of Debtor LIVINGSCAPES LLC slefkovitz@lefkovitz.com, sllbkecf@gmail.com;khancock@lefkovitz.com;lefkovitzcvlecf@lefkovitz.com;r52946@notify.bestcase.com;mspezia@lefkovitz.com |
| MATTHEW R MURPHY | on behalf of Creditor SYNOVUS BANK mmurphy@smythehuff.com |

PAUL WILLIAM MOSER
    on behalf of Creditor Milessa Thomas paul.moser.esq@gmail.com moserpr95036@notify.bestcase.com

ROBERT H WALDSCHMIDT
    on behalf of Interested Party Robert H. Waldschmidt rhw@rhwlawoffice.com rhw@trustesolutions.com;rhw@trustesolutions.net

STEPHEN RAY BUTLER
    on behalf of Creditor TN Dept of Revenue agbankHarrison@ag.tn.gov steve.butler@ag.tn.gov

US TRUSTEE
    ustpregion08.na.ecf@usdoj.gov

TOTAL: 9

Marian F. Harrison
US Bankruptcy Judge

Dated: 11/5/2021

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 3:20-bk-03561 |
| LIVINGSCAPE, LLC. ) | Chapter 11 |
| ) | Judge Marion F. Harrison |
| Debtor. ) | |

## AGREED ORDER OF SUBSTITUTION OF COUNSEL

It appearing to the Court as evidenced by the signatures of counsel below that Paul W. Moser shall be relieved as attorney of record for the Creditor, Milessa Thomas, in this cause and that Justin Campbell shall be substituted as attorney of record for her. It is, therefore:

**ORDERED, ADJUDGED AND DECREED** that Paul W. Moser is hereby relieved as attorney of record for the Creditor, Milessa Thomas, and shall be relieved of all further responsibilities in this cause; and

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Justin Campbell of the firm **Thompson Burton, PLLC** is substituted as attorney of record for said creditor.

**IT IS SO ORDERED.**

**THIS ORDER WAS SIGNED AND ENTERED ELETRONICALLY
AS INDICATED AT THE TOP OF THE FIRST PAGE**

**APPROVED FOR ENTRY:**

/s/ Justin T. Campbell
Justin Campbell, (Tn Bar No. 031056)
Thompson Burton PLLC
180 West End, Suite 1550
Nashville, TN 37203
P: 615-465-6015
justin@thompsonburton.com

**APPROVED FOR ENTRY:**

/s/ Paul W. Moser w/ permission
Paul W. Moser, (#022205)
5505 Edmondson Pike, Suite 11
Nashville, TN 37211
P: (615) 662-3697
paul.moser.esq@gmail.com

**CERTIFICATE OF SERVICE**

    I hereby certify that I have sent a true and exact copy of the foregoing to the Assistant United States Trustee, and all other parties of record to receive notice electronically via the United States Bankruptcy Court's CM/ECF system, this 3rd day of November, 2021.

                                                  /s/ Justin T. Campbell
                                                  Justin T. Campbell

```
This Order has been electronically
signed.  The Judge's signature and
Court's seal appear at the top of the
first page.
United States Bankruptcy Court.
```