Marian F. Harrison
US Bankruptcy Judge

Dated: 1/10/2022

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| LIVINGSCAPES, LLC<br>3941 STEWARTS LANE<br>NASHVILLE, TN 37218<br><br>Debtor | Case No. 3:20-bk-03561<br><br>Chapter 11<br><br>Judge Harrison |

## ORDER GRANTING DEBTOR'S EXPEDITED MOTION TO EXTEND THE SMALL BUSINESS DEADLINE FOR FILING A CHAPTER 11 PLAN AND DISCLOSURE STATEMENT

This cause came to be heard before this Court on the 4th day of January, 2022 upon Debtor's Expedited Motion to Extend the Small Business Deadline for Filing a Chapter 11 Plan and Disclosure Statement. Based upon the statements of counsel, and the record as a whole, it appears to this Court, for good cause shown, that the motion of the Debtor is well taken, and that the deadline for filing a Chapter 11 Plan and Disclosure Statement shall be extended to February 17, 2022.

**THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.**

APPROVED FOR ENTRY:

LEFKOVITZ & LEFKOVITZ

**/S/ STEVEN L. LEFKOVITZ**
Steven L. Lefkovitz, No. 5953
Attorney for Debtor
618 Church Street, Suite 410
Nashville, Tennessee 37219
Phone: (615) 256-8300
Fax: (615) 255-4516
Email: slefkovitz@lefkovitz.com

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.