United States Bankruptcy Court
Middle District of Tennessee

In re:     Case No. 20-03561-MFH
LIVINGSCAPES, LLC     Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0650-3     User: ko8454     Page 1 of 2
Date Rcvd: Jan 10, 2022     Form ID: pdf001     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2022:**

**Recip ID     Recipient Name and Address**
db     + LIVINGSCAPES, LLC, PO BOX 91047, Nashville, TN 37209-9047

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2022     Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2022 at the address(es) listed below:

**Name     Email Address**

GREGORY ROBERT ATWOOD
    on behalf of Creditor Cassie Burton gregatwoodlaw@gmail.com ecf.amlaw@gmail.com

JEFFREY S GRASL
    on behalf of U.S. Trustee US TRUSTEE jeffrey.s.grasl@usdoj.gov

JUSTIN TIMOTHY CAMPBELL
    on behalf of Creditor Milessa Thomas justin@thompsonburton.com

LEFKOVITZ AND LEFKOVITZ, PLLC
    on behalf of Debtor LIVINGSCAPES LLC slefkovitz@lefkovitz.com, sllbkecf@gmail.com;khancock@lefkovitz.com;lefkovitzcvlecf@lefkovitz.com;r52946@notify.bestcase.com;mspezia@lefkovitz.com

MATTHEW R MURPHY
    on behalf of Creditor SYNOVUS BANK mmurphy@smythehuff.com

ROBERT H WALDSCHMIDT
　　　　　　　　　　　on behalf of Interested Party Robert H. Waldschmidt rhw@rhwlawoffice.com rhw@trustesolutions.com;rhw@trustesolutions.net

STEPHEN RAY BUTLER
　　　　　　　　　　　on behalf of Creditor TN Dept of Revenue agbankHarrison@ag.tn.gov steve.butler@ag.tn.gov

US TRUSTEE
　　　　　　　　　　　ustpregion08.na.ecf@usdoj.gov

TOTAL: 8

Dated: 1/10/2022



# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

LIVINGSCAPES, LLC }   Case No. 3:20-bk-03561
3941 STEWARTS LANE }
NASHVILLE, TN 37218 }   Chapter 11
}
}   Judge Harrison

Debtor

**ORDER GRANTING DEBTOR'S EXPEDITED MOTION TO EXTEND THE SMALL BUSINESS DEADLINE FOR FILING A CHAPTER 11 PLAN AND DISCLOSURE STATEMENT**

This cause came to be heard before this Court on the 4th day of January, 2022 upon Debtor's Expedited Motion to Extend the Small Business Deadline for Filing a Chapter 11 Plan and Disclosure Statement. Based upon the statements of counsel, and the record as a whole, it appears to this Court, for good cause shown, that the motion of the Debtor is well taken, and that the deadline for filing a Chapter 11 Plan and Disclosure Statement shall be extended to February 17, 2022.

**THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.**

APPROVED FOR ENTRY:

LEFKOVITZ & LEFKOVITZ

**/S/ STEVEN L. LEFKOVITZ**
Steven L. Lefkovitz, No. 5953
Attorney for Debtor
618 Church Street, Suite 410
Nashville, Tennessee 37219
Phone: (615) 256-8300
Fax: (615) 255-4516
Email: slefkovitz@lefkovitz.com

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.