# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| | } | Case No. 3:20-bk-03561 |
| LIVINGSCAPES, LLC | } | |
| 3941 STEWARTS LANE | } | Chapter 11 |
| NASHVILLE, TN 37218 | } | |
| | } | Judge Harrison |

Debtor

## JOINT MOTION TO EXTEND DEADLINE TO CONFIRM PLAN

COME NOW, the Debtor, through counsel, Creditor Cassie Burton, through counsel, Creditor Milessa Thomas, through counsel, and Party-In-Interest Robert Waldschmidt ("the Movants"), and jointly move this Honorable Court to extend the deadline to confirm the Chapter 11 Plan pursuant to 1129(e) of the Code to March 1, 2022. The above-referenced creditors and party-in-interest have filed objections to confirmation of the Chapter 11 Plan, and have already agreed to continue the Confirmation Hearing to March 1, 2022 to allow additional time to see if a consensual resolution can be reached. Therefore, the Movants are seeking to extend the deadline to confirm a Chapter 11 Plan accordingly.

**WHEREFORE**, the Movants respectfully move the Court to grant this motion by entering an Order extending the deadline as set forth in the proposed agreed order submitted contemporaneously herewith.

Respectfully Submitted,

/s/ STEVEN L. LEFKOVITZ
Steven L. Lefkovitz, No. 5953
Attorney for Debtor-in-possession
618 Church Street, Suite 410
Nashville, Tennessee 37219
Phone: (615)256-8300
Fax: (615) 255-4516
Email: slefkovitz@lefkovitz.com

AND

/s/ JUSTIN CAMPBELL (W/ PERMISSION)
Justin Campbell
Attorney for Creditor Milessa Thomas
1801 West End, Suite 1550
Nashville, TN 37203
Phone: (615) 465-6015
Email: justin@thompsonburton.com

AND

/s/ GREG ATWOOD (W/ PERMISSION)
Greg Atwood
Attorney for Creditor Cassie Burton
Atwood & McVay LLP
6953 Charlotte Pike
Suite 401
Nashville, TN 37209
Phone: 615-354-1995
Email: gregatwoodlaw@gmail.com

AND

/s/ROBERT WALDSCHMIDT (W/ PERMISSION)
Robert Waldschmidt
Party-In-Interest
P.O. Box 2828
Brentwood, TN 37024
Phone: 615-468-1020
Email: rhw@rhwlawoffice.com

**CERTIFICATE OF SERVICE**

I hereby certify that I have sent a true and exact copy of the foregoing to the Assistant United States Trustee; and all other parties of record to receive notice electronically via the United States Bankruptcy Court's CM/ECF system, on February 4, 2022

**/S/ STEVEN L. LEFKOVITZ**
Steven L. Lefkovitz