Marian F. Harrison
US Bankruptcy Judge

Dated: 2/24/2022

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| LIVINGSCAPES, LLC | } | Case No. 3:20-bk-03561 |
| 3941 STEWARTS LANE | } | Chapter 11 |
| NASHVILLE, TN 37218 | } | |
| | } | Judge Harrison |

Debtor

## AGREED ORDER GRANTING JOINT MOTION TO EXTEND DEADLINE TO CONFIRM PLAN

This matter is before the Court on the Joint Motion to Extend Deadline to Confirm a Chapter 11 Plan filed by the Debtor, through counsel, Creditor Cassie Burton, through counsel, Creditor Milessa Thomas, through counsel, and Party-In-Interest Robert Waldschmidt ("the Movants"). In the Joint Motion, the Movants request that this Honorable Court extend the deadline to confirm the Chapter 11 Plan pursuant to 1129(e) of the Code to April 19, 2022.

GOOD cause having been shown, the Court hereby **ORDERS** that the deadline to confirm the Chapter 11 Plan pursuant to 1129(e) of the Code is hereby extended to April 19, 2022.

**IT IS SO ORDERED.**

**THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.**

Marian F. Harrison
US Bankruptcy Judge

Case 3:20-bk-03561    Doc 159    Filed 02/24/22    Entered 02/24/22 14:08:21    Desc Main
Document    Page 1 of 2

APPROVED FOR ENTRY:

/s/ STEVEN L. LEFKOVITZ
Steven L. Lefkovitz, No. 5953
Attorney for Debtor-in-possession
618 Church Street, Suite 410
Nashville, Tennessee 37219
Phone: (615)256-8300
Fax: (615) 255-4516
Email: slefkovitz@lefkovitz.com


AND


/s/ JUSTIN CAMPBELL (W/ PERMISSION)
Justin Campbell
Attorney for Creditor Milessa Thomas
1801 West End, Suite 1550
Nashville, TN 37203
Phone: (615) 465-6015
Email: justin@thompsonburton.com


AND


/s/ GREG ATWOOD (W/ PERMISSION)
Greg Atwood
Attorney for Creditor Cassie Burton
Atwood & McVay LLP
6953 Charlotte Pike
Suite 401
Nashville, TN 37209
Phone: 615-354-1995
Email: gregatwoodlaw@gmail.com


AND


/s/ROBERT WALDSCHMIDT (W/ PERMISSION)
Robert Waldschmidt
Party-In-Interest
P.O. Box 2828
Brentwood, TN 37024
Phone: 615-468-1020
Email: rhw@rhwlawoffice.com

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.